# EXHIBIT A

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

# INITIATIVE PETITION SUBMISSION COVER PAGE



**RETURN TO:**
Missouri Secretary of State
Elections Division
600 W. Main St.
Jefferson City, MO 65101

MISSOURI SECRETARY OF STATE
DENNY HOSKINS, CPA

PHONE: (800) 669-8683
WEB: http://www.sos.mo.gov

**Pursuant to Sections 116.100 and 116.332, RSMo, upon submitting a petition, please provide the following contact information:**

09/15/2025
DATE OF SUBMISSION

RECEIVED 2025 SEP 15 AM 8:49

von Glahn
LAST NAME*

Richard
FIRST NAME*

▮▮▮▮▮▮▮
STREET ADDRESS*

▮▮▮▮▮▮▮
CITY*

Missouri
STATE*

▮▮▮▮
ZIP CODE*

▮▮▮▮▮▮
PHONE*

▮▮▮@▮▮▮▮▮▮
EMAIL

People Not Politicians
ORGANIZATION

CHECK ONE*:

[X] A PERSON OR COMMITTEE, OTHER THAN ME, IS FUNDING A PORTION OF THE DRAFTING OR SUBMISSION OF THIS SAMPLE SHEET. (IF YOU ARE REQUIRED TO FILE A STATEMENT OF COMMITTEE ORGANIZATION PURSUANT TO SECTION 130.021.5, RSMo., A COPY MUST BE ATTACHED.)

[ ] I AFFIRM THAT NO PORTION OF THE DRAFTING OR SUBMISSION OF THIS SAMPLE SHEET HAS BEEN FUNDED BY A PERSON OR COMMITTEE OTHER THAN ME.

SIGNATURE OF PERSON SUBMITTING THE SAMPLE SHEET*

*REQUIRED INFORMATION

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

Missouri Ethics Commission (MEC)
PO Box 1370, Jefferson City MO 65102, Fax: 573-526-4506, helpdesk@mec.mo.gov

## Statement of Committee Organization

Missouri Ethics Commission

SEP 05 2025

Received by Email

### 1. STATE INFORMATION

Date  8/29/25

Type  [ ] New   [ ] Amended (if amending, enter MEID)   C253606   # section(s) changed  2, 5

### 2. COMMITTEE INFORMATION

People Not Politicians

Name of committee

Committee mailing address, city, state, & ZIP code                    Telephone number

Official committee email address                    County clerk, Board of Election Commissioners, or Federal PAC/Out-of-state committee

Committee Type  [ ] Campaign  [ ] Candidate  [ ] Continuing (PAC)  [ ] Debt Service  [ ] Exploratory  [ ] Political Party

### 3. TREASURER/DEPUTY TREASURER INFORMATION

Treasurer's name (first & last)                    Treasurer's mailing address, city, state, & ZIP code

Treasurer's email address (optional)                    Treasurer's home telephone number    **Amendment**

Deputy treasurer's name (if one is appointed)                    Deputy treasurer's mailing address, city, state, & ZIP code

Deputy treasurer's email address (optional)    Dep. treasurer's home telephone number    Dep. treasurer's work telephone number

### 4. ADDITIONAL COMMITTEE INFORMATION

Additional committee officer's name & title (if any)                    Additional committee officer's mailing address, city, state, & ZIP code

Connected organization's name (if any)                    Connected organization's mailing address, city, state, & ZIP code

CANDIDATES: If the candidate for which this committee is formed has more than one candidate committee (may only have one per office sought) disclose on the committee name & address along with the name, address, & phone number of the treasurer & designate the aggregating committee on an attached sheet.

### 5. OFFICIAL BANK ACCOUNT INFORMATION (required for all committees)

Name & mailing address, city, state, and & ZIP code of financial institution    Account name    Account number

### 6. COMMITTEE CREDIT CARD(S)

Account number of committee credit card (if any)                    Issuer of committee credit card (if any)

### 7. CANDIDATE SUPPORTED OR OPPOSED (single candidate committees must include this information)

Name & mailing address, city, state, & ZIP code of candidate    Telephone number (candidate committees only)

Election date    Office sought & political subdivision    Political party    Support or oppose

Rev. 08/2025    Page 1 of 2    CONTINUED ON PAGE 2 →

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

# Missouri Ethics Commission (MEC)

PO Box 1370, Jefferson City MO 65102, Fax: 573-526-4506, helpdesk@mec.mo.gov

## Statement of Committee Organization, cont.

Office Use:

### 8 BALLOT MEASURE SUPPORTED OR OPPOSED

Name of ballot measure

Election date & political subdivision

Support or oppose

Ballot measure summary

### 9 SIGNATURE(S) AND CERTIFICATION

[X] ALL COMMITTEES: I affirm and attest under penalty of perjury that information and facts in this report are complete, true, and accurate. I further acknowledge that I am aware that any false statement or declaration made herein is punishable under Chapter 575, RSMo

[X] CONTINUING (PACS), CAMPAIGN, & POLITICAL PARTY COMMITTEES ONLY: I certify that no preliminary activity was funded by prohibited sources, whether directly or indirectly (see § 130.170, RSMo, for complete definitions of "preliminary activity," "prohibited sources," & "directly or indirectly.")

Committee treasurer (required for all committees)

Candidate (required for candidate committees only)

---

# Missouri Ethics Commission (MEC)

PO Box 1370, Jefferson City MO 65102, Fax: 573-526-4506, helpdesk@mec.mo.gov

## Electronic Filing Agreement

Office Use:

*This agreement is to be completed by local campaign committees to support or oppose local ballot measures.*

### 1 AGREEMENT INFORMATION

Date:

MECID (if known):

Type:  [ ] New    [ ] Amended

### 2 COMMITTEE INFORMATION

Name of committee

Official committee email address (this address is used for communication from MEC and is part of your login to the campaign finance electronic filing system)

### 3 ELECTRONIC FILING AGREEMENT

This committee agrees to file all future campaign finance reports using the Missouri Ethics Commission's (MEC) electronic filing system and understands that after the Commission receives this agreement the committee will no longer be required to file a perp format copy of its campaign finance reports with

Name of local election authority (county clerk or board of election commissioners) - The MEC will give notice of this agreement to this entity

Signature & title (treasurer or deputy treasurer)

### VETERANS INFORMATION

If you are a Veteran in the state of Missouri and are interested in learning more about benefits and resources available to you and your dependents, visit https://mvc.dps.mo.gov/MO-Veterans-Commission/Benefits

Rev. 08.2025

Page 2 of 2

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM



**Missouri Ethics Commission (MEC)**
P.O. Box 1370, Jefferson City MO 65102, (800) 392-8660, www.mec.mo.gov

# Statement of Committee Organization

Office Use:
C253606

## 1. Statement Information

Date: 08/11/2025

Type: ■ New    ☐ Amended (if amending, enter MEC ID _____ & section changed _____ )

## 2. Committee Information

Missouri Voices
Name of Committee

PO Box 2187 St. Louis, MO 63158                    (314) 440-7509
Committee Mailing Address, City, State, & Zip        Telephone Number

[REDACTED]                                          St. Louis City Board of Elections
Official Committee Email Address                    County Clerk, Board of Election Commissioners, Federal PAC/Out of State Committee

Committee Type: ■ Campaign  ☐ Candidate  ☐ Continuing(PAC)  ☐ Debt Service  ☐ Exploratory  ☐ Political Pary

## 3. Treasurer/Deputy Treasurer Information

Mike Pridmore                                       [REDACTED]
Treasurer's Name (First & Last)                     Treasurer's Email Address (optional)

████████████████                                   ████████████
Treasurer's Mailing Address, City, State, & Zip     Phone 1              Phone 2

                                                    [REDACTED]
Deputy Treasurer's Name (if one appointed)          Deputy Treasurer's Email Address (optional)

Deputy Treasurer's Mailing Address, City, State, & Zip   Phone 1          Phone 2

## 4. Additional Committee Information

Additional Committee Officer's Name & Title (if any)    Additional Committee Officer's Mailing Address, City, State, & Zip

Connected Organization's Name (if any)                  Connected Organization's Mailing Address, City, State, & Zip

CANDIDATES: Do you have more than one candidate committee?  ☐ Yes (refer to instructions on back)  ■ No

## 5. Official Bank Account Information (required by all committees)

[REDACTED]                              [REDACTED]              [REDACTED]
Name & Mailing Address, City, State, & Zip of Financial Institution   Account Name   Account Number

## 6. Candidate Supported or Opposed (candidate committees must include self, if candidate)

Name & Mailing address, City, State, & Zip of Candidate   Phone 1      Phone 2

Election Date      Office Sought & Political Subdivision   Political Party   Support or Oppose

## 7. Ballot Measure Supported or Opposed (campaign committees must complete this section)

TBD                                     11/03/2026,Statewide              Support
Name of Ballot Measure                  Election Date & Political Subdivision   Support or Oppose

## 8. Signature(s) Check certification(s) & sign (required by all committees)

■ affirm and attest under penalty of perjury that information and facts in this report are complete, true, and accurate. I further acknowledge that I am aware that any false statement or declaration made herein is punishable under Ch. 575 RSMo.

ELECTRONICALLY FILED Aug 11 2025 04:47 PM        ELECTRONICALLY FILED Aug 11 2025 04:47 PM
Committee Treasurer                               Candidate (Candidate Committees Only)

MO 300-1308
Packet (Rev. 10/2019)

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

# Missouri Ethics Commission (MEC)

PO Box 1370, Jefferson City MO 65102, Fax: 573-526-4506, helpdesk@mec.mo.gov

## Statement of Committee Organization

c253606
corr

**For Office Use:**
Missouri Ethics Commission
SEP 05 2025

## 1. STATEMENT INFORMATION

Date: 8/28/25

Type: ☐ New    ☒ Amended (if amending, enter MEID) c253606    & section(s) changed 2

## 2. COMMITTEE INFORMATION

People Not Politicians
Name of committee

Committee mailing address, city, state, & ZIP code                Telephone number

Name of committee email address                County clerk, Board of Election Commissioners, or Federal PAC/Out-of-state committee

Committee Type:  ☐ Campaign   ☐ Candidate   ☐ Continuing (PAC)   ☐ Debt Service   ☐ Exploratory   ☐ Political Party

## 3. TREASURER/DEPUTY TREASURER INFORMATION

Treasurer's name (first & last)                Treasurer's mailing address, city, state, & ZIP code

Treasurer's email address (optional)          Treasurer's home telephone number        Treasurer's work telephone number

Deputy treasurer's name (if one is appointed)    Deputy treasurer's mailing address, city, state, & ZIP code

Deputy treasurer's email address (optional)      Dep. treasurer's home telephone number   Dep. treasurer's work telephone number

## 4. ADDITIONAL COMMITTEE INFORMATION

Additional committee officer's name & title (if any)    Additional committee officer's mailing address, city, state, & ZIP code

Connected organization's name (if any)          Connected organization's mailing address, city, state, & ZIP code

CANDIDATES: If the candidate for which this committee is formed has more than one candidate committee (may only have one per office sought) disclose on the committee name & address along with the name, address, & phone number of the treasurer & designate the aggregating committee on an attached sheet.

## 5. OFFICIAL BANK ACCOUNT INFORMATION (required for all committees)

Name & mailing address, city, state, and & ZIP code of financial institution    Account name    Account number

## COMMITTEE CREDIT CARD(s)

Account number of committee credit card (if any)    Issuer of committee credit card (if any)

## 7. CANDIDATE SUPPORTED OR OPPOSED (candidate committee must include self, if candidate)

Name & mailing address, city, state, & ZIP code of candidate    Telephone number (candidate committees only)

Election date    Office sought & political subdivision    Political party    Support or oppose

Rev 08/2025    Page 1 of 2    CONTINUED ON PAGE 2 →

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

# Statement of Committee Organization
## And Electronic Filing Agreement

## AMENDING A COMMITTEE'S INFORMATION

To amend a committee's *Statement of Committee Organization*:

- Complete **Step 1: Statement Information**. Mark the form as **Amended**, enter the committee's **MECID**, and list any **amended sections**.

- You do not need to complete the entire form. Simply complete any sections that need to be updated.

- Complete **Step 9: Signatures and Certifications**. The amended *Statement of Committee Organization* must always be signed by the committee's treasurer. If the committee is a candidate committee, the candidate must also sign the amended statement.

- Submit to the MEC via mail, email, fax, or hand-delivery (see contact information at the bottom of this page).

## REGISTERING A LOCAL CAMPAIGN COMMITTEE (supporting or opposing a local ballot measure)

To register a local campaign committee to support or oppose a ballot measure at the local level, complete the *Statement of Committee Organization*. Print, sign, and deliver the form to your local election authority. Your committee will then file campaign finance reports on paper forms with your local election authority.

If your local campaign committee would prefer to file electronic campaign finance reports, you must complete both the *Statement of Committee Organization* and the *Electronic Filing Agreement* and submit to the Missouri Ethics Commission. From that point forward, the committee does not need to file paper reports with the local election authority. All reports will be filed electronically with the Missouri Ethics Commission.

### SUBMIT TO THE MISSOURI ETHICS COMMISSION

| MAIL | HAND DELIVERY |
|---|---|
| PO Box 1370 | 3411 A Knipp Dr. |
| Jefferson City, MO 65102 | Jefferson City, MO 65109 |
| **EMAIL** | **FAX** |
| helpdesk@mec.mo.gov | 573-526-4506 |

#### NEED ADDITIONAL ASSISTANCE?

www.mec.mo.gov  |  helpdesk@mec.mo.gov  |  573-751-2013

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

## Missouri Ethics Commission (MEC)

PO Box 1370, Jefferson City MO 65102, Fax: 573-526-4506, helpdesk@mec.mo.gov

## Statement of Committee Organization, cont.

Office Use:

### 8. BALLOT MEASURE SUPPORTED OR OPPOSED (campaign committees must complete this section)

| Name of ballot measure | Election date & political subdivision | Support or oppose |
|---|---|---|
| | | |

Ballot measure summary

### 9. SIGNATURE(S) AND CERTIFICATION(S) (required for all committees)

X  **ALL COMMITTEES:** I affirm and attest under penalty of perjury that information and facts in this report are complete, true, and accurate. I further acknowledge that I am aware that any false statement or declaration made herein is punishable under Chapter 575, RSMo

X  **CONTINUING (PACS), CAMPAIGN, & POLITICAL PARTY COMMITTEES ONLY:** I certify that no preliminary activity was funded by prohibited sources, whether directly or indirectly (see § 130.170, RSMo, for complete definitions of "preliminary activity," "prohibited sources," & "directly or indirectly.")

Committee treasurer (required for all committees)          Candidate (required for candidate committees only)

## Missouri Ethics Commission (MEC)

PO Box 1370, Jefferson City MO 65102, Fax: 573-526-4506, helpdesk@mec.mo.gov

## Electronic Filing Agreement

*This agreement is to be completed by local campaign committees to support or oppose local ballot measures.*

Office Use:

### 1. AGREEMENT INFORMATION

Date:  8/28/25          MECID (if known):  C253606

Type:  [ ] New   [X] Amended

### 2. COMMITTEE INFORMATION

People Not Politicians

Name of committee

moballotcampaigns@gmail.com

Official committee email address (this address is used for communication from MEC and is part of your login to the campaign finance electronic filing system)

### 3. ELECTRONIC FILING AGREEMENT

This committee agrees to file all future campaign finance reports using the Missouri Ethics Commission's (MEC) electronic filing system and understands that after the Commission receives this agreement the committee will no longer be required to file a perp format copy of its campaign finance reports with

## (Statewide) - Missouri Ethics Commission

Name of local election authority (county clerk or board of election commissioners) - The MEC will give notice of this agreement to this entity

Signature & title (treasurer or deputy treasurer)

### VETERANS INFORMATION

If you are a Veteran in the state of Missouri and are interested in learning more about benefits and resources available to you and your dependents, visit https://mvc.dps.mo.gov/MoVeteransInformation/Survey/MEC

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

# Statement of Committee Organization Instructions

## 1. STATEMENT INFORMATION

- Enter the statement date.
- Mark the statement as either new (if filing your initial statement) or amended (if updating information for an existing committee). If amending, list the committee's MECID and any sections changed)

## 2. COMMITTEE INFORMATION

- Enter the full name of the committee (candidate committee's must include the last name of the candidate)
- Enter the committee's mailing address, telephone number, and official email address
- Enter the committee's county clerk or the board of election commissioners in which the committee is domiciled.
- Select the type of committee. Campaign committees are formed to support or oppose a specific ballot measure. Candidate committees are formed by a candidate to support their candidacy. Continuing committees (PACs) are formed to remain in existence beyond any one election cycle.

## 3. TREASURER/DEPUTY TREASURER INFORMATION

Every committee must have a treasurer who resides in the district or county in which a committee sits. Candidates forming a candidate committee may appoint themselves as treasurer and act as a committee of one.

- Enter the committee treasurer's full name, mailing address, telephone number, and email address (email address is optional, but is used for).
- Enter the full name, mailing address, telephone number, and email address (optional) of the committee's deputy treasurer (if one is appointed).

## 4. ADDITIONAL COMMITTEE INFORMATION

- Enter the full name of any additional committee officers (if any) along with their title and mailing address.
- If the committee has a connected organization, list the name and mailing address of the organization
- CANDIDATES: If the candidate for which this committee is formed has more than one candidate committee (may only have one committee per office sought), disclose on an attached sheet, the full committee name and address together with the name, address, and phone number of the treasurer and designate the aggregating committee.

## 5. OFFICIAL BANK ACCOUNT INFORMATION

Every committee is required to open an official bank account, in the name of the committee, at a state or federal chartered institution within Missouri.

- Enter the name and address of the financial institution where the bank account is held.
- Enter the account name, which must match the name of the committee, and account number for the official bank account.

## 6. COMMITTEE CREDIT CARD(s)

- List the account number and issuer of the committee's credit card (if any).

## 7. CANDIDATE SUPPORTED OR OPPOSED

- Enter the name and address of the candidate for which this committee is organized. Candidate committees must include the candidate's phone number.
- Enter the election date, office sought, political subdivision, political party, and whether the committee is supporting or opposing the candidate.

## 8. BALLOT MEASURE SUPPORTED OR OPPOSED

- Enter the name, election date, political subdivision, and a summary of the ballot measure.
- Indicate whether the committee is supporting or opposing the ballot measure

## 9. SIGNATURE(s) AND CERTIFICATION(s)

- All committees must attest that the contents of the Statement of Committee Organization are complete, true, and accurate.
- Continuing (PAC), campaign, and political party committees only will certify that no preliminary activity was funded by prohibited sources.
- The committee treasurer is required to sign the original and all amended Statements of Committee Organization.
- The candidate's signature is also required for candidate, debt service, and exploratory committees.

## VETERANS INFORMATION

- If you are a Veteran in the state of Missouri and are interested in learning more about benefits and resources available to you and your dependents, visit https://mvc.dps.mo.gov/MoVeteransInformation/Survey/MEC

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

is a class A misdemeanor punishable, notwithstanding the provisions of section 560.021, RSMo, to the contrary, for a term of imprisonment not to exceed one year in the county jail or a fine not to exceed ten thousand dollars or both, for anyone to sign any referendum ~tition with any name other than his or her own, or knowingly to sign his or her name more than once for the same measure for the same election, or to sign a petition when such person knows he or she is not a registered voter.

County:_____

Page No:_____

## PETITION FOR REFERENDUM

~ the Honorable Denny Hoskins, Secretary of State for the State of Missouri:

~e, the undersigned, registered voters of the state of Missouri and_____County (or City of St. Louis), respectfully order that House Bill No. 1, entitled "An Act to repeal sections 128.345, 128.346, and 128.348, RSMo, and to enact in lieu thereof twelve new sections lating to the composition of congressional districts," passed by the 103rd General Assembly of the State of Missouri, at the second extraordinary session of the first regular session of the 103rd general assembly, shall be referred to the voters of the State of Missouri, for their approval or ~jection, at the general election to be held on the 3rd of November, 2026, unless the general assembly shall designate another date, and each for himself or herself says: I have personally signed this petition; I am a registered voter of the state of Missouri and_____County r city of St. Louis); my registered voting address and name of the city, town, or village in which I live are correctly written after my name.

### [OFFICIAL BALLOT TITLE]

### CIRCULATOR'S AFFIDAVIT
being first duly sworn, say (print or type names of signers)

TATE OF MISSOURI, COUNTY OF_____, I,_____

| | NAME (Signature) | DATE SIGNED | REGISTERED VOTING ADDRESS (Number)(Street), (City, Town or Village) | ZIP CODE | CONGR. DIST. | NAME (Printed or Typed) |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |

igned this page of the foregoing petition, and each of them signed his or her name thereto in my presence; I believe that each has stated his or her name, registered voting address, and city, town or village correctly, and that each signer is a registered voter of the State of Missouri and _____County (or city of St. Louis). FURTHERMORE, I HEREBY SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT ALL STATEMENTS MADE BY ME ARE TRUE AND CORRECT AND THAT I HAVE NEVER BEEN CONVICTED OF, FOUND GUILTY OF, OR PLED ~UILTY TO ANY OFFENSE INVOLVING FORGERY. I am at least 18 years of age. I do__do not__(check one) expect to be paid for circulating this petition. If paid, list the payer_____.

_____
Subscribed and sworn to before me on this____day of_____, A.D. 20___

~ignature of Affiant (Person Obtaining Signatures)        Street Address of Affiant

Notary Public (Seal)

_____
Printed Name of Affiant)        City, State, and Zip Code of Affiant

Signature of Notary        Address of Notary

My commission expires _____

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

SECOND EXTRAORDINARY SESSION OF THE

FIRST REGULAR SESSION

[TRULY AGREED TO AND FINALLY PASSED]

# HOUSE BILL NO. 1

## 103RD GENERAL ASSEMBLY

334411.01T                    2025

## AN ACT

To repeal sections 128.345, 128.346, and 128.348, RSMo, and to enact in lieu thereof twelve new sections relating to the composition of congressional districts.

*Be it enacted by the General Assembly of the state of Missouri, as follows:*

Section A. Sections 128.345, 128.346, and 128.348, RSMo, are repealed and twelve new sections enacted in lieu thereof, to be known as sections 128.345, 128.346, 128.348, 128.471, 128.472, 128.473, 128.474, 128.475, 128.476, 128.477, 128.478, and 128.479, to read as follows:

128.345. 1. All references in sections 128.451 to 128.458 to counties, voting districts (VTD), and tract-blocks (Block) mean those counties, voting districts (VTD), and tract-blocks (Block) as reported to the state by the United States Bureau of the Census for the 2010 census.

2. All references in sections 128.461 to [128.468] **128.478** to counties, voting districts (VTD), and tract-blocks (Block) mean those counties, voting districts (VTD), and tract-blocks (Block) as reported to the state by the United States Bureau of the Census for the 2020 census.

128.346. 1. The districts established by the provisions of sections 128.400 to 128.440 for the election of representatives to the Congress of the United States shall be effective beginning with election to the 108th Congress and through the election of the 112th Congress.

2. The districts established by sections 128.451 to 128.458 for the election of representatives to the Congress of the United States shall be effective beginning with the election to the 113th Congress and through the election of the 117th Congress.

3. The districts established by sections 128.461 to 128.468 for the election of representatives to the Congress of the United States shall be effective beginning with the election to the 118th Congress **and through the election of the 119th Congress.**

EXPLANATION — Matter enclosed in bold-faced brackets [thus] in the above bill is not enacted and is intended to be omitted from the law. Matter in **bold-face** type in the above bill is proposed language.

HB 1                                             2

**4. The districts established by sections 128.471 to 128.478 for the election of representatives to the Congress of the United States shall be effective beginning with the election of the 120th Congress.**

128.348. 1. Effective with the election for the 113th Congress and through the election of the 117th Congress, the state of Missouri shall consist of eight congressional districts.

2. Effective with the election of the 118th Congress, the state of Missouri shall consist of eight congressional districts.

3. **Effective with the election of the 120th Congress, the state of Missouri shall consist of eight congressional districts.**

**4.** The legal voters of each district shall elect one member of Congress of the United States.

**128.471. The first congressional district shall be composed of the following:**

**County: St. Louis City MO**

**County: St. Louis MO**

**VTD: AP001**

**VTD: AP002**

**VTD: AP003**

**VTD: AP004**

**VTD: AP005**

**VTD: AP006**

**VTD: AP007**

**VTD: AP008**

**VTD: AP009**

**VTD: AP010**

**VTD: AP011**

**VTD: AP012**

**VTD: AP013**

**VTD: AP014**

**VTD: AP015**

**VTD: AP016**

**VTD: AP017**

**VTD: AP018**

**VTD: AP019**

**VTD: AP020**

**VTD: AP021**

**VTD: AP022**

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1     3

| | |
|---|---|
| 26 | VTD: AP023 |
| 27 | VTD: AP024 |
| 28 | VTD: AP025 |
| 29 | VTD: AP026 |
| 30 | VTD: AP027 |
| 31 | VTD: AP028 |
| 32 | VTD: AP029 |
| 33 | VTD: AP030 |
| 34 | VTD: AP031 |
| 35 | VTD: AP033 |
| 36 | VTD: AP034 |
| 37 | VTD: AP035 |
| 38 | VTD: AP036 |
| 39 | VTD: AP037 |
| 40 | VTD: AP038 |
| 41 | VTD: AP039 |
| 42 | VTD: AP040 |
| 43 | VTD: AP042 |
| 44 | VTD: AP043 |
| 45 | VTD: AP044 |
| 46 | VTD: AP045 |
| 47 | VTD: AP046 |
| 48 | VTD: AP047 |
| 49 | VTD: AP048 |
| 50 | VTD: AP049 |
| 51 | VTD: AP050 |
| 52 | VTD: AP051 |
| 53 | VTD: AP200 |
| 54 | VTD: AP203 |
| 55 | VTD: AP206 |
| 56 | VTD: AP207 |
| 57 | VTD: AP208 |
| 58 | VTD: AP211 |
| 59 | VTD: AP214 |
| 60 | VTD: AP215 |
| 61 | VTD: AP216 |
| 62 | VTD: AP217 |

HB 1     4

| | |
|---|---|
| 63 | VTD: AP218 |
| 64 | VTD: AP225 |
| 65 | VTD: AP230 |
| 66 | VTD: AP232 |
| 67 | VTD: AP233 |
| 68 | VTD: AP237 |
| 69 | VTD: CC012 |
| 70 | VTD: CC013 |
| 71 | VTD: CC022 |
| 72 | VTD: CC043 |
| 73 | VTD: CC048 |
| 74 | Block: 291892155004011 |
| 75 | VTD CC048 Subtotal |
| 76 | VTD: CC051 |
| 77 | VTD: CC057 |
| 78 | VTD: CC203 |
| 79 | Block: 291892156001019 |
| 80 | VTD CC203 Subtotal |
| 81 | VTD: CC205 |
| 82 | VTD: CLA001 |
| 83 | VTD: CLA002 |
| 84 | VTD: CLA003 |
| 85 | VTD: CLA004 |
| 86 | Block: 291892165004005 |
| 87 | Block: 291892165004006 |
| 88 | Block: 291892165004007 |
| 89 | Block: 291892165004008 |
| 90 | Block: 291892165004009 |
| 91 | Block: 291892165004010 |
| 92 | Block: 291892165004011 |
| 93 | Block: 291892165004012 |
| 94 | Block: 291892165004013 |
| 95 | Block: 291892165004014 |
| 96 | Block: 291892165004015 |
| 97 | Block: 291892165004016 |
| 98 | Block: 291892165004017 |
| 99 | Block: 291892165004018 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1    5

| | |
|---|---|
| 100 | Block: 291892165004019 |
| 101 | Block: 291892165004020 |
| 102 | Block: 291892165004022 |
| 103 | Block: 291892165004023 |
| 104 | Block: 291892165004024 |
| 105 | Block: 291892165004025 |
| 106 | Block: 291892165004026 |
| 107 | VTD CLA004 Subtotal |
| 108 | VTD: CLA005 |
| 109 | VTD: CLA008 |
| 110 | VTD: CLA009 |
| 111 | VTD: CLA010 |
| 112 | VTD: CLA011 |
| 113 | VTD: CLA013 |
| 114 | Block: 291892165004021 |
| 115 | VTD CLA013 Subtotal |
| 116 | VTD: CLA017 |
| 117 | VTD: CLA019 |
| 118 | VTD: CLA020 |
| 119 | VTD: CLA021 |
| 120 | VTD: CLA022 |
| 121 | VTD: CLA023 |
| 122 | VTD: CLA027 |
| 123 | VTD: CLA029 |
| 124 | VTD: CLA030 |
| 125 | VTD: CLA031 |
| 126 | VTD: CLA032 |
| 127 | VTD: CLA035 |
| 128 | VTD: CLA038 |
| 129 | VTD: CLA039 |
| 130 | VTD: CLA041 |
| 131 | VTD: CLA043 |
| 132 | VTD: CLA044 |
| 133 | VTD: CLA046 |
| 134 | VTD: CLA050 |
| 135 | VTD: CLA051 |
| 136 | VTD: CLA052 |

HB 1    6

| | |
|---|---|
| 137 | VTD: CLA200 |
| 138 | VTD: CLA206 |
| 139 | VTD: FER001 |
| 140 | VTD: FER002 |
| 141 | VTD: FER003 |
| 142 | VTD: FER004 |
| 143 | VTD: FER005 |
| 144 | VTD: FER006 |
| 145 | VTD: FER007 |
| 146 | VTD: FER008 |
| 147 | VTD: FER009 |
| 148 | VTD: FER010 |
| 149 | VTD: FER011 |
| 150 | VTD: FER012 |
| 151 | VTD: FER013 |
| 152 | VTD: FER014 |
| 153 | VTD: FER015 |
| 154 | VTD: FER016 |
| 155 | VTD: FER017 |
| 156 | VTD: FER018 |
| 157 | VTD: FER019 |
| 158 | VTD: FER020 |
| 159 | VTD: FER021 |
| 160 | VTD: FER022 |
| 161 | VTD: FER023 |
| 162 | VTD: FER024 |
| 163 | VTD: FER025 |
| 164 | VTD: FER026 |
| 165 | VTD: FER027 |
| 166 | VTD: FER028 |
| 167 | VTD: FER029 |
| 168 | VTD: FER030 |
| 169 | VTD: FER031 |
| 170 | VTD: FER032 |
| 171 | VTD: FER033 |
| 172 | VTD: FER034 |
| 173 | VTD: FER035 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                7

| | |
|---|---|
| 174 | VTD: FER036 |
| 175 | VTD: FER037 |
| 176 | VTD: FER038 |
| 177 | VTD: FER039 |
| 178 | VTD: FER040 |
| 179 | VTD: FER041 |
| 180 | VTD: FER042 |
| 181 | VTD: FER043 |
| 182 | VTD: FER044 |
| 183 | VTD: FER045 |
| 184 | VTD: FER046 |
| 185 | VTD: FER206 |
| 186 | VTD: FER207 |
| 187 | VTD: FER208 |
| 188 | VTD: FLO001 |
| 189 | VTD: FLO002 |
| 190 | VTD: FLO003 |
| 191 | VTD: FLO004 |
| 192 | VTD: FLO005 |
| 193 | VTD: FLO006 |
| 194 | VTD: FLO007 |
| 195 | VTD: FLO008 |
| 196 | VTD: FLO009 |
| 197 | VTD: FLO010 |
| 198 | VTD: FLO011 |
| 199 | VTD: FLO012 |
| 200 | VTD: FLO013 |
| 201 | VTD: FLO014 |
| 202 | VTD: FLO015 |
| 203 | VTD: FLO016 |
| 204 | VTD: FLO017 |
| 205 | VTD: FLO018 |
| 206 | VTD: FLO019 |
| 207 | VTD: FLO020 |
| 208 | VTD: FLO021 |
| 209 | VTD: FLO022 |
| 210 | VTD: FLO023 |

HB 1                                8

| | |
|---|---|
| 211 | VTD: FLO024 |
| 212 | VTD: FLO025 |
| 213 | VTD: FLO026 |
| 214 | VTD: FLO027 |
| 215 | VTD: FLO028 |
| 216 | VTD: FLO029 |
| 217 | VTD: FLO030 |
| 218 | VTD: FLO031 |
| 219 | VTD: FLO200 |
| 220 | VTD: FLO201 |
| 221 | VTD: FLO205 |
| 222 | VTD: FLO207 |
| 223 | VTD: GRA007 |
| 224 | Block: 291892198011012 |
| 225 | Block: 291892198011013 |
| 226 | Block: 291892198011014 |
| 227 | Block: 291892198011020 |
| 228 | Block: 291892198012013 |
| 229 | Block: 291892198012015 |
| 230 | Block: 291892198012016 |
| 231 | VTD GRA007 Subtotal |
| 232 | VTD: GRA015 |
| 233 | Block: 291892197003015 |
| 234 | Block: 291892197005003 |
| 235 | Block: 291892197005004 |
| 236 | Block: 291892197005005 |
| 237 | Block: 291892197005006 |
| 238 | Block: 291892197005007 |
| 239 | Block: 291892197005008 |
| 240 | Block: 291892197005010 |
| 241 | Block: 291892197005011 |
| 242 | Block: 291892197005012 |
| 243 | Block: 291892197005013 |
| 244 | VTD GRA015 Subtotal |
| 245 | VTD: GRA016 |
| 246 | VTD: GRA018 |
| 247 | VTD: GRA019 |

HB 1    9

| | |
|---|---|
| 248 | Block: 291892197001024 |
| 249 | Block: 291892197003006 |
| 250 | Block: 291892197003007 |
| 251 | Block: 291892197003008 |
| 252 | Block: 291892197003009 |
| 253 | Block: 291892197003010 |
| 254 | Block: 291892197003011 |
| 255 | Block: 291892197003012 |
| 256 | Block: 291892197003013 |
| 257 | Block: 291892197003014 |
| 258 | Block: 291892197005002 |
| 259 | Block: 291892197005014 |
| 260 | Block: 291892197005015 |
| 261 | Block: 291892198012001 |
| 262 | Block: 291892198012002 |
| 263 | Block: 291892198013017 |
| 264 | VTD GRA019 Subtotal |
| 265 | VTD: GRA021 |
| 266 | VTD: GRA022 |
| 267 | VTD: GRA025 |
| 268 | VTD: GRA033 |
| 269 | Block: 291892199001000 |
| 270 | Block: 291892199001001 |
| 271 | Block: 291892199001002 |
| 272 | Block: 291892199001003 |
| 273 | Block: 291892199001004 |
| 274 | Block: 291892199001005 |
| 275 | Block: 291892199001006 |
| 276 | Block: 291892199001008 |
| 277 | Block: 291892199001009 |
| 278 | VTD GRA033 Subtotal |
| 279 | VTD: GRA035 |
| 280 | VTD: GRA039 |
| 281 | VTD: GRA045 |
| 282 | Block: 291892208011021 |
| 283 | Block: 291892208011023 |
| 284 | VTD GRA045 Subtotal |

HB 1    10

| | |
|---|---|
| 285 | VTD: GRA202 |
| 286 | Block: 291892208011018 |
| 287 | VTD GRA202 Subtotal |
| 288 | VTD: HAD001 |
| 289 | VTD: HAD002 |
| 290 | VTD: HAD003 |
| 291 | VTD: HAD004 |
| 292 | VTD: HAD005 |
| 293 | VTD: HAD006 |
| 294 | VTD: HAD007 |
| 295 | VTD: HAD008 |
| 296 | VTD: HAD009 |
| 297 | VTD: HAD010 |
| 298 | VTD: HAD011 |
| 299 | VTD: HAD012 |
| 300 | VTD: HAD013 |
| 301 | VTD: HAD014 |
| 302 | VTD: HAD015 |
| 303 | VTD: HAD016 |
| 304 | VTD: HAD017 |
| 305 | VTD: HAD018 |
| 306 | VTD: HAD019 |
| 307 | VTD: HAD020 |
| 308 | VTD: HAD021 |
| 309 | VTD: HAD022 |
| 310 | VTD: HAD023 |
| 311 | VTD: HAD024 |
| 312 | VTD: HAD025 |
| 313 | VTD: HAD026 |
| 314 | VTD: HAD027 |
| 315 | VTD: HAD028 |
| 316 | VTD: HAD029 |
| 317 | VTD: HAD030 |
| 318 | VTD: HAD031 |
| 319 | VTD: HAD032 |
| 320 | VTD: HAD033 |
| 321 | VTD: HAD034 |

HB 1                                            11

VTD: HAD035
VTD: HAD200
VTD: JEF005
VTD: JEF006
VTD: JEF007
VTD: JEF008
VTD: JEF009
VTD: JEF010
Block: 291892194001026
Block: 291892194003018
Block: 291892194004000
Block: 291892194004001
Block: 291892194004002
Block: 291892194004003
Block: 291892194004004
Block: 291892194004005
Block: 291892194004006
Block: 291892194004007
Block: 291892194004008
Block: 291892194004010
Block: 291892194004011
Block: 291892194004012
Block: 291892194004013
Block: 291892194004014
Block: 291892194004015
Block: 291892194005001
Block: 291892194005002
Block: 291892194005005
Block: 291892194005006
Block: 291892194005007
Block: 291892194005015
Block: 291892194005016
Block: 291892194005017
Block: 291892194005018
Block: 291892194005019
Block: 291892194005020
Block: 291892194005021

HB 1                                            12

Block: 291892194005022
VTD JEF010 Subtotal
VTD: JEF011
VTD: JEF012
VTD: JEF013
VTD: JEF014
VTD: JEF015
VTD: JEF016
VTD: JEF017
VTD: JEF018
VTD: JEF019
VTD: JEF020
VTD: JEF021
VTD: JEF022
VTD: JEF023
VTD: JEF024
VTD: JEF025
VTD: JEF026
VTD: JEF027
VTD: JEF028
VTD: JEF029
VTD: JEF030
VTD: JEF031
VTD: JEF202
VTD: LC001
VTD: LC002
VTD: LC003
VTD: LC004
VTD: LC005
VTD: LC006
VTD: LC007
VTD: LC008
VTD: LC009
VTD: LC010
VTD: LC011
VTD: LC012
VTD: LC013

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                    13

| | |
|---|---|
| 396 | VTD: LC014 |
| 397 | VTD: LC015 |
| 398 | VTD: LC016 |
| 399 | VTD: LC017 |
| 400 | VTD: LC018 |
| 401 | VTD: LC019 |
| 402 | VTD: LC020 |
| 403 | VTD: LC021 |
| 404 | VTD: LC022 |
| 405 | VTD: LC023 |
| 406 | VTD: LC024 |
| 407 | VTD: LC025 |
| 408 | VTD: LC026 |
| 409 | VTD: LC027 |
| 410 | VTD: LC028 |
| 411 | VTD: LC029 |
| 412 | VTD: LC030 |
| 413 | VTD: LC031 |
| 414 | VTD: LC032 |
| 415 | VTD: LC033 |
| 416 | VTD: LC200 |
| 417 | VTD: LC203 |
| 418 | VTD: LC204 |
| 419 | VTD: LC209 |
| 420 | VTD: MID001 |
| 421 | VTD: MID002 |
| 422 | VTD: MID003 |
| 423 | VTD: MID004 |
| 424 | VTD: MID005 |
| 425 | VTD: MID006 |
| 426 | VTD: MID007 |
| 427 | VTD: MID008 |
| 428 | VTD: MID009 |
| 429 | VTD: MID010 |
| 430 | VTD: MID011 |
| 431 | VTD: MID012 |
| 432 | VTD: MID013 |

HB 1                                                    14

| | |
|---|---|
| 433 | VTD: MID014 |
| 434 | VTD: MID015 |
| 435 | VTD: MID016 |
| 436 | VTD: MID017 |
| 437 | VTD: MID018 |
| 438 | VTD: MID019 |
| 439 | VTD: MID020 |
| 440 | VTD: MID021 |
| 441 | VTD: MID022 |
| 442 | VTD: MID023 |
| 443 | VTD: MID024 |
| 444 | VTD: MID025 |
| 445 | VTD: MID026 |
| 446 | VTD: MID027 |
| 447 | VTD: MID028 |
| 448 | VTD: MID029 |
| 449 | VTD: MID030 |
| 450 | VTD: MID031 |
| 451 | VTD: MID032 |
| 452 | VTD: MID033 |
| 453 | VTD: MID034 |
| 454 | VTD: MID035 |
| 455 | VTD: MID036 |
| 456 | VTD: MID037 |
| 457 | VTD: MID038 |
| 458 | VTD: MID039 |
| 459 | VTD: MID040 |
| 460 | VTD: MID041 |
| 461 | VTD: MID042 |
| 462 | VTD: MID043 |
| 463 | VTD: MID044 |
| 464 | VTD: MID045 |
| 465 | VTD: MID046 |
| 466 | VTD: MID047 |
| 467 | VTD: MID048 |
| 468 | VTD: MID049 |
| 469 | VTD: MID050 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1     15

| | |
|---|---|
| 470 | **VTD: MID051** |
| 471 | **VTD: MID052** |
| 472 | **VTD: MID053** |
| 473 | **VTD: MID054** |
| 474 | **VTD: MID055** |
| 475 | **VTD: MID056** |
| 476 | **VTD: MID057** |
| 477 | **VTD: MID058** |
| 478 | **VTD: MID059** |
| 479 | **VTD: MID060** |
| 480 | **VTD: MID061** |
| 481 | **VTD: MID200** |
| 482 | **VTD: MID201** |
| 483 | **VTD: MID202** |
| 484 | **VTD: MID204** |
| 485 | **VTD: NOR001** |
| 486 | **VTD: NOR002** |
| 487 | **VTD: NOR003** |
| 488 | **VTD: NOR004** |
| 489 | **VTD: NOR005** |
| 490 | **VTD: NOR006** |
| 491 | **VTD: NOR007** |
| 492 | **VTD: NOR008** |
| 493 | **VTD: NOR009** |
| 494 | **VTD: NOR010** |
| 495 | **VTD: NOR011** |
| 496 | **VTD: NOR012** |
| 497 | **VTD: NOR013** |
| 498 | **VTD: NOR014** |
| 499 | **VTD: NOR015** |
| 500 | **VTD: NOR016** |
| 501 | **VTD: NOR017** |
| 502 | **VTD: NOR018** |
| 503 | **VTD: NOR019** |
| 504 | **VTD: NOR020** |
| 505 | **VTD: NOR021** |
| 506 | **VTD: NOR022** |

HB 1     16

| | |
|---|---|
| 507 | **VTD: NOR023** |
| 508 | **VTD: NOR024** |
| 509 | **VTD: NOR025** |
| 510 | **VTD: NOR026** |
| 511 | **VTD: NOR027** |
| 512 | **VTD: NOR028** |
| 513 | **VTD: NOR029** |
| 514 | **VTD: NOR030** |
| 515 | **VTD: NOR031** |
| 516 | **VTD: NOR032** |
| 517 | **VTD: NOR033** |
| 518 | **VTD: NOR034** |
| 519 | **VTD: NOR035** |
| 520 | **VTD: NOR036** |
| 521 | **VTD: NOR037** |
| 522 | **VTD: NOR038** |
| 523 | **VTD: NOR039** |
| 524 | **VTD: NOR040** |
| 525 | **VTD: NOR041** |
| 526 | **VTD: NOR042** |
| 527 | **VTD: NOR043** |
| 528 | **VTD: NOR044** |
| 529 | **VTD: NOR045** |
| 530 | **VTD: NOR046** |
| 531 | **VTD: NOR047** |
| 532 | **VTD: NOR048** |
| 533 | **VTD: NOR049** |
| 534 | **VTD: NOR050** |
| 535 | **VTD: NOR051** |
| 536 | **VTD: NOR052** |
| 537 | **VTD: NOR053** |
| 538 | **VTD: NOR054** |
| 539 | **VTD: NOR055** |
| 540 | **VTD: NOR056** |
| 541 | **VTD: NOR200** |
| 542 | **VTD: NOR201** |
| 543 | **VTD: NOR202** |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                          17

| | |
|---|---|
| 544 | **VTD: NOR203** |
| 545 | **VTD: NOR204** |
| 546 | **VTD: NOR208** |
| 547 | **VTD: NOR213** |
| 548 | **VTD: NOR218** |
| 549 | **VTD: NOR222** |
| 550 | **VTD: NRW001** |
| 551 | **VTD: NRW002** |
| 552 | **VTD: NRW003** |
| 553 | **VTD: NRW004** |
| 554 | **VTD: NRW005** |
| 555 | **VTD: NRW006** |
| 556 | **VTD: NRW007** |
| 557 | **VTD: NRW008** |
| 558 | **VTD: NRW009** |
| 559 | **VTD: NRW010** |
| 560 | **VTD: NRW011** |
| 561 | **VTD: NRW012** |
| 562 | **VTD: NRW013** |
| 563 | **VTD: NRW014** |
| 564 | **VTD: NRW015** |
| 565 | **VTD: NRW016** |
| 566 | **VTD: NRW017** |
| 567 | **VTD: NRW018** |
| 568 | **VTD: NRW019** |
| 569 | **VTD: NRW020** |
| 570 | **VTD: NRW021** |
| 571 | **VTD: NRW022** |
| 572 | **VTD: NRW023** |
| 573 | **VTD: NRW024** |
| 574 | **VTD: NRW025** |
| 575 | **VTD: NRW026** |
| 576 | **VTD: NRW027** |
| 577 | **VTD: NRW028** |
| 578 | **VTD: NRW029** |
| 579 | **VTD: NRW030** |
| 580 | **VTD: NRW031** |

HB 1                                          18

| | |
|---|---|
| 581 | **VTD: NRW032** |
| 582 | **VTD: NRW033** |
| 583 | **VTD: NRW034** |
| 584 | **VTD: NRW035** |
| 585 | **VTD: NRW036** |
| 586 | **VTD: NRW037** |
| 587 | **VTD: NRW038** |
| 588 | **VTD: NRW039** |
| 589 | **VTD: NRW040** |
| 590 | **VTD: NRW041** |
| 591 | **VTD: NRW042** |
| 592 | **VTD: NRW043** |
| 593 | **VTD: NRW044** |
| 594 | **VTD: NRW045** |
| 595 | **VTD: NRW046** |
| 596 | **VTD: NRW047** |
| 597 | **VTD: NRW048** |
| 598 | **VTD: NRW049** |
| 599 | **VTD: NRW050** |
| 600 | **VTD: NRW051** |
| 601 | **VTD: NRW200** |
| 602 | **VTD: NRW201** |
| 603 | **VTD: NRW202** |
| 604 | **VTD: NRW203** |
| 605 | **VTD: NRW204** |
| 606 | **VTD: NRW205** |
| 607 | **VTD: NW001** |
| 608 | **Block: 291892132023002** |
| 609 | **VTD NW001 Subtotal** |
| 610 | **VTD: NW002** |
| 611 | **VTD: NW003** |
| 612 | **VTD: NW004** |
| 613 | **VTD: NW005** |
| 614 | **VTD: NW006** |
| 615 | **VTD: NW007** |
| 616 | **VTD: NW008** |
| 617 | **VTD: NW009** |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                19

| | |
|---|---|
| 618 | **VTD: NW010** |
| 619 | **VTD: NW011** |
| 620 | **VTD: NW012** |
| 621 | **VTD: NW014** |
| 622 | **VTD: NW015** |
| 623 | **VTD: NW016** |
| 624 | **VTD: NW017** |
| 625 | **VTD: NW018** |
| 626 | **VTD: NW022** |
| 627 | **VTD: NW023** |
| 628 | **VTD: NW024** |
| 629 | **VTD: NW025** |
| 630 | **VTD: NW026** |
| 631 | **VTD: NW027** |
| 632 | **VTD: NW028** |
| 633 | **VTD: NW030** |
| 634 | **VTD: NW031** |
| 635 | **VTD: NW032** |
| 636 | **VTD: NW034** |
| 637 | **VTD: NW036** |
| 638 | **VTD: NW037** |
| 639 | **VTD: NW039** |
| 640 | **VTD: NW040** |
| 641 | **VTD: NW041** |
| 642 | **VTD: NW042** |
| 643 | **VTD: NW043** |
| 644 | **VTD: NW044** |
| 645 | **VTD: NW045** |
| 646 | **VTD: NW046** |
| 647 | **VTD: NW048** |
| 648 | **VTD: NW050** |
| 649 | **VTD: NW051** |
| 650 | **VTD: NW200** |
| 651 | **VTD: NW202** |
| 652 | **VTD: NW204** |
| 653 | **VTD: NW205** |
| 654 | **VTD: NW206** |

HB 1                                20

| | |
|---|---|
| 655 | **VTD: NW207** |
| 656 | **VTD: NW208** |
| 657 | **VTD: NW209** |
| 658 | **VTD: NW210** |
| 659 | **VTD: NW212** |
| 660 | **VTD: NW213** |
| 661 | **VTD: NW214** |
| 662 | **VTD: NW215** |
| 663 | **VTD: NW216** |
| 664 | **VTD: NW217** |
| 665 | **VTD: NW219** |
| 666 | **VTD: NW220** |
| 667 | **Block: 291892132031024** |
| 668 | **VTD NW220 Subtotal** |
| 669 | **VTD: NW224** |
| 670 | **VTD: NW225** |
| 671 | **VTD: NW226** |
| 672 | **VTD: NW227** |
| 673 | **VTD: NW229** |
| 674 | **VTD: SF001** |
| 675 | **VTD: SF002** |
| 676 | **VTD: SF003** |
| 677 | **VTD: SF004** |
| 678 | **VTD: SF005** |
| 679 | **VTD: SF006** |
| 680 | **VTD: SF007** |
| 681 | **VTD: SF008** |
| 682 | **VTD: SF009** |
| 683 | **VTD: SF010** |
| 684 | **VTD: SF011** |
| 685 | **VTD: SF012** |
| 686 | **VTD: SF013** |
| 687 | **VTD: SF014** |
| 688 | **VTD: SF015** |
| 689 | **VTD: SF016** |
| 690 | **VTD: SF017** |
| 691 | **VTD: SF018** |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                    21

692   VTD: SF019
693   VTD: SF020
694   VTD: SF021
695   VTD: SF022
696   VTD: SF023
697   VTD: SF024
698   VTD: SF025
699   VTD: SF026
700   VTD: SF027
701   VTD: SF028
702   VTD: SF029
703   VTD: SF030
704   VTD: SF031
705   VTD: SF032
706   VTD: SF033
707   VTD: SF034
708   VTD: SF035
709   VTD: SF200
710   VTD: SPL001
711   VTD: SPL002
712   VTD: SPL003
713   VTD: SPL004
714   VTD: SPL005
715   VTD: SPL006
716   VTD: SPL007
717   VTD: SPL008
718   VTD: SPL009
719   VTD: SPL010
720   VTD: SPL011
721   VTD: SPL012
722   VTD: SPL013
723   VTD: SPL014
724   VTD: SPL015
725   VTD: SPL016
726   VTD: SPL017
727   VTD: SPL018
728   VTD: SPL019

HB 1                                    22

729   VTD: SPL020
730   VTD: SPL021
731   VTD: SPL022
732   VTD: SPL023
733   VTD: SPL024
734   VTD: SPL025
735   VTD: SPL026
736   VTD: SPL027
737   VTD: SPL028
738   VTD: SPL201
739   VTD: SPL202
740   VTD: SPL207
741   VTD: SPL208
742   VTD: UNV001
743   VTD: UNV002
744   VTD: UNV003
745   VTD: UNV004
746   VTD: UNV005
747   VTD: UNV006
748   VTD: UNV007
749   VTD: UNV008
750   VTD: UNV009
751   VTD: UNV010
752   VTD: UNV011
753   VTD: UNV012
754   VTD: UNV013
755   VTD: UNV014
756   VTD: UNV015
757   VTD: UNV016
758   VTD: UNV017
759   VTD: UNV018
760   VTD: UNV019
761   VTD: UNV020
762   VTD: UNV021
763   VTD: UNV022
764   VTD: UNV023
765   VTD: UNV024

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1    23

766    VTD: UNV025
767    VTD: UNV026
768    VTD: UNV027
769    VTD: UNV028
770    VTD: UNV029
771    VTD: UNV030
772    VTD: UNV031
773    VTD: UNV032
774    VTD: UNV033
775    VTD: UNV034
776    VTD: UNV035
777    VTD: UNV036
778    VTD: UNV037
779    VTD: UNV038
780    VTD: UNV039
781    VTD: UNV040
782    VTD: UNV041
783    VTD: UNV042
784    VTD: UNV043
785    VTD: UNV045
786    VTD: UNV201
787    VTD: UNV202
788    VTD: UNV205
789    VTD: UNV206
790    VTD: UNV208
791    County St. Louis MO Subtotal
792    District 1 Total

128.472. The second congressional district shall be composed of the following:

County: Crawford MO
County: Franklin MO
County: Gasconade MO
County: Jefferson MO
VTD: Brennan
Block: 290997002111020
Block: 290997002111021
Block: 290997003032017
Block: 290997003051001

HB 1    24

Block: 290997003051003
Block: 290997003052001
Block: 290997003052002
Block: 290997003052003
Block: 290997003052004
Block: 290997003052005
Block: 290997003052025
VTD Brennan Subtotal
VTD: Byrnes Mill W-1
VTD: Byrnes Mill W-2
VTD: Byrnes Mill W-3
VTD: Byrnesville
VTD: Cedar Hill
VTD: Cedar Hill Lakes
VTD: De Soto W-1
VTD: De Soto W-2
VTD: De Soto W-3
VTD: De Soto W-4
VTD: Dulin Creek
VTD: Goldman
VTD: Grubville
VTD: Grubville 2
VTD: High Ridge
VTD: Hillsboro W-1
VTD: Hillsboro W-2
VTD: Hillsboro W-3
VTD: Hillsboro W-4
VTD: Hoene Springs
VTD: House Springs
VTD: Lake Tekawitha
VTD: Lake Tishomingo
VTD: Meramec Valley
VTD: North Jefferson
Block: 290997002062004
Block: 290997002062005
Block: 290997002072000
Block: 290997002072001

HB 1                                                                    25

| 48 | Block: 290997002072002 |
| 49 | Block: 290997002072003 |
| 50 | Block: 290997002072004 |
| 51 | Block: 290997002072005 |
| 52 | Block: 290997002072006 |
| 53 | Block: 290997002072007 |
| 54 | Block: 290997002072008 |
| 55 | Block: 290997002072009 |
| 56 | Block: 290997002072010 |
| 57 | Block: 290997002072011 |
| 58 | Block: 290997002072012 |
| 59 | Block: 290997002072013 |
| 60 | Block: 290997002072014 |
| 61 | Block: 290997002072017 |
| 62 | Block: 290997002072018 |
| 63 | Block: 290997002072019 |
| 64 | Block: 290997002072020 |
| 65 | Block: 290997002072021 |
| 66 | Block: 290997002072022 |
| 67 | Block: 290997002072023 |
| 68 | Block: 290997002072024 |
| 69 | Block: 290997002072025 |
| 70 | Block: 290997002111019 |
| 71 | Block: 290997002113004 |
| 72 | Block: 290997002113005 |
| 73 | Block: 290997002113006 |
| 74 | Block: 290997002113007 |
| 75 | Block: 290997002113008 |
| 76 | Block: 290997002113009 |
| 77 | Block: 290997002113012 |
| 78 | Block: 290997002113013 |
| 79 | Block: 290997002113014 |
| 80 | Block: 290997002113015 |
| 81 | Block: 290997002113016 |
| 82 | Block: 290997002113017 |
| 83 | Block: 290997002113019 |
| 84 | Block: 290997003022000 |

HB 1                                                                    26

| 85 | Block: 290997003022001 |
| 86 | Block: 290997003022002 |
| 87 | Block: 290997003022015 |
| 88 | Block: 290997003023002 |
| 89 | Block: 290997003063001 |
| 90 | Block: 290997003063003 |
| 91 | Block: 290997003063004 |
| 92 | Block: 290997003063005 |
| 93 | VTD North Jefferson Subtotal |
| 94 | VTD: Northwest |
| 95 | VTD: Parkdale |
| 96 | VTD: Peaceful Village |
| 97 | VTD: Raintree |
| 98 | VTD: Rockwood |
| 99 | VTD: Scotsdale |
| 100 | VTD: Valle |
| 101 | Block: 290997010023040 |
| 102 | Block: 290997010023041 |
| 103 | Block: 290997012006047 |
| 104 | Block: 290997012006053 |
| 105 | Block: 290997012006061 |
| 106 | Block: 290997012006062 |
| 107 | Block: 290997013001001 |
| 108 | Block: 290997013001002 |
| 109 | Block: 290997013001003 |
| 110 | Block: 290997013001004 |
| 111 | Block: 290997013001055 |
| 112 | Block: 290997013001062 |
| 113 | Block: 290997013001063 |
| 114 | Block: 290997013001064 |
| 115 | Block: 290997013001065 |
| 116 | Block: 290997013001066 |
| 117 | Block: 290997013001067 |
| 118 | Block: 290997013001070 |
| 119 | Block: 290997013001075 |
| 120 | Block: 290997013001077 |
| 121 | Block: 290997013003003 |

Case: 4:25-cv-01535-ZMB     Doc. #: 3-2     Filed: 10/15/25     Page: 24 of 220 PageID
#: 88

122     Block: 290997013003013
123     Block: 290997013003014
124     Block: 290997013003015
125     Block: 290997013003017
126     Block: 290997013003018
127     Block: 290997013003019
128     Block: 290997013003021
129     Block: 290997013003022
130     Block: 290997014012008
131     Block: 290997014012009
132     Block: 290997014012017
133     Block: 290997014012021
134     Block: 290997014012022
135     Block: 290997014012023
136     Block: 290997014012064
137     Block: 290997014012065
138     Block: 290997014012066
139     Block: 290997014012067
140     VTD Valle Subtotal
141     VTD: Victoria
142     Block: 290997010011036
143     Block: 290997010013008
144     Block: 290997010013032
145     Block: 290997010013033
146     Block: 290997010021020
147     Block: 290997010021022
148     Block: 290997010021023
149     Block: 290997010021024
150     Block: 290997010022000
151     Block: 290997010022001
152     Block: 290997010022002
153     Block: 290997010022003
154     Block: 290997010022004
155     Block: 290997010022005
156     Block: 290997010022006
157     Block: 290997010022007
158     Block: 290997010022010

159     Block: 290997010022011
160     Block: 290997010022012
161     Block: 290997010022017
162     Block: 290997010022018
163     Block: 290997010022020
164     Block: 290997010022021
165     Block: 290997010022022
166     Block: 290997010022024
167     Block: 290997010022025
168     Block: 290997010022026
169     Block: 290997010022027
170     Block: 290997010022029
171     Block: 290997010022030
172     Block: 290997010023007
173     Block: 290997010023008
174     Block: 290997010023009
175     Block: 290997010023010
176     Block: 290997010023011
177     Block: 290997010023014
178     Block: 290997010023015
179     Block: 290997010023016
180     Block: 290997010023017
181     Block: 290997010023018
182     Block: 290997010023022
183     Block: 290997010023023
184     Block: 290997010023024
185     Block: 290997010023025
186     Block: 290997010023026
187     Block: 290997010023027
188     Block: 290997010023028
189     Block: 290997010023032
190     Block: 290997010023033
191     Block: 290997010023034
192     Block: 290997010023036
193     Block: 290997010023037
194     Block: 290997012001000
195     Block: 290997012001028

HB 1                                                            29

Block: 290997012001029
Block: 290997012001030
VTD Victoria Subtotal
VTD: Vineland
VTD: Ware
County Jefferson MO Subtotal
County: St. Louis MO
VTD: AP032
VTD: AP041
VTD: AP201
VTD: AP202
VTD: BON001
VTD: BON002
VTD: BON003
VTD: BON004
VTD: BON005
VTD: BON006
VTD: BON007
VTD: BON008
VTD: BON009
VTD: BON010
VTD: BON011
VTD: BON012
VTD: BON013
VTD: BON014
VTD: BON015
VTD: BON016
VTD: BON017
VTD: BON018
VTD: BON019
VTD: BON020
VTD: BON021
VTD: BON022
VTD: BON023
VTD: BON024
VTD: BON025
VTD: BON026

HB 1                                                            30

VTD: BON027
VTD: BON028
VTD: BON029
VTD: BON030
VTD: BON031
VTD: BON032
VTD: BON033
VTD: BON034
VTD: BON035
VTD: BON036
VTD: BON037
VTD: BON038
VTD: BON039
VTD: BON040
VTD: BON200
VTD: BON202
VTD: BON203
VTD: BON205
VTD: BON206
VTD: BON207
VTD: BON208
VTD: BON210
VTD: BON211
VTD: CC001
VTD: CC002
VTD: CC003
VTD: CC004
VTD: CC005
VTD: CC006
VTD: CC007
VTD: CC008
VTD: CC009
VTD: CC010
VTD: CC011
VTD: CC014
VTD: CC015
VTD: CC016

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                        31                    HB 1                                        32

| | |
|---|---|
| VTD: CC017 | VTD: CC049 |
| VTD: CC018 | VTD: CC050 |
| VTD: CC019 | VTD: CC052 |
| VTD: CC020 | VTD: CC053 |
| VTD: CC021 | VTD: CC054 |
| VTD: CC023 | VTD: CC055 |
| VTD: CC024 | VTD: CC056 |
| VTD: CC025 | VTD: CC058 |
| VTD: CC026 | VTD: CC059 |
| VTD: CC027 | VTD: CC060 |
| VTD: CC028 | VTD: CC201 |
| VTD: CC029 | VTD: CC202 |
| VTD: CC030 | VTD: CC203 |
| VTD: CC031 | Block: 291892156001020 |
| VTD: CC032 | Block: 291892156001021 |
| VTD: CC033 | Block: 291892156001024 |
| VTD: CC034 | Block: 291892156001025 |
| VTD: CC035 | Block: 291892156001026 |
| VTD: CC036 | Block: 291892156001029 |
| VTD: CC037 | Block: 291892156001030 |
| VTD: CC038 | VTD CC203 Subtotal |
| VTD: CC039 | VTD: CC208 |
| VTD: CC040 | VTD: CC214 |
| VTD: CC041 | VTD: CC221 |
| VTD: CC042 | VTD: CHE001 |
| VTD: CC044 | VTD: CHE002 |
| VTD: CC045 | VTD: CHE003 |
| VTD: CC046 | VTD: CHE004 |
| VTD: CC047 | VTD: CHE005 |
| VTD: CC048 | VTD: CHE006 |
| Block: 291892155001007 | VTD: CHE007 |
| Block: 291892155004013 | VTD: CHE008 |
| Block: 291892155004014 | VTD: CHE009 |
| Block: 291892155004015 | VTD: CHE010 |
| Block: 291892155004016 | VTD: CHE011 |
| Block: 291892155004017 | VTD: CHE012 |
| VTD CC048 Subtotal | VTD: CHE013 |

HB 1                                                33

| | |
|---|---|
| 344 | VTD: CHE014 |
| 345 | VTD: CHE015 |
| 346 | VTD: CHE016 |
| 347 | VTD: CHE017 |
| 348 | VTD: CHE018 |
| 349 | VTD: CHE019 |
| 350 | VTD: CHE020 |
| 351 | VTD: CHE021 |
| 352 | VTD: CHE022 |
| 353 | VTD: CHE023 |
| 354 | VTD: CHE024 |
| 355 | VTD: CHE025 |
| 356 | VTD: CHE026 |
| 357 | VTD: CHE027 |
| 358 | VTD: CHE028 |
| 359 | VTD: CHE029 |
| 360 | VTD: CHE030 |
| 361 | VTD: CHE031 |
| 362 | VTD: CHE032 |
| 363 | VTD: CHE033 |
| 364 | VTD: CHE034 |
| 365 | VTD: CHE035 |
| 366 | VTD: CHE036 |
| 367 | VTD: CHE037 |
| 368 | VTD: CHE038 |
| 369 | VTD: CHE039 |
| 370 | VTD: CHE040 |
| 371 | VTD: CHE041 |
| 372 | VTD: CHE042 |
| 373 | VTD: CHE043 |
| 374 | VTD: CHE044 |
| 375 | VTD: CHE045 |
| 376 | VTD: CHE046 |
| 377 | VTD: CHE047 |
| 378 | VTD: CHE048 |
| 379 | VTD: CHE049 |
| 380 | VTD: CHE050 |

HB 1                                                34

| | |
|---|---|
| 381 | VTD: CHE051 |
| 382 | VTD: CHE052 |
| 383 | VTD: CHE053 |
| 384 | VTD: CHE054 |
| 385 | VTD: CHE055 |
| 386 | VTD: CHE057 |
| 387 | VTD: CHE200 |
| 388 | VTD: CHE203 |
| 389 | VTD: CHE212 |
| 390 | VTD: CHE214 |
| 391 | VTD: CHE215 |
| 392 | VTD: CLA004 |
| 393 | Block: 291892154004014 |
| 394 | VTD CLA004 Subtotal |
| 395 | VTD: CLA006 |
| 396 | VTD: CLA007 |
| 397 | VTD: CLA012 |
| 398 | VTD: CLA013 |
| 399 | Block: 291892154003013 |
| 400 | Block: 291892154003014 |
| 401 | Block: 291892154004000 |
| 402 | Block: 291892154004001 |
| 403 | Block: 291892154004002 |
| 404 | Block: 291892154004003 |
| 405 | Block: 291892154004004 |
| 406 | Block: 291892154004008 |
| 407 | Block: 291892154004012 |
| 408 | Block: 291892154004013 |
| 409 | Block: 291892154005001 |
| 410 | Block: 291892154005002 |
| 411 | Block: 291892154005003 |
| 412 | VTD CLA013 Subtotal |
| 413 | VTD: CLA014 |
| 414 | VTD: CLA015 |
| 415 | VTD: CLA016 |
| 416 | VTD: CLA024 |
| 417 | VTD: CLA025 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

418    VTD: CLA026
419    VTD: CLA028
420    VTD: CLA033
421    VTD: CLA034
422    VTD: CLA036
423    VTD: CLA037
424    VTD: CLA040
425    VTD: CLA042
426    VTD: CLA045
427    VTD: CLA047
428    VTD: CLA049
429    VTD: CLA201
430    VTD: CLA202
431    VTD: CLA203
432    VTD: CLA205
433    VTD: CON001
434    VTD: CON002
435    VTD: CON003
436    VTD: CON004
437    VTD: CON005
438    VTD: CON006
439    VTD: CON007
440    VTD: CON008
441    VTD: CON009
442    VTD: CON010
443    VTD: CON011
444    VTD: CON012
445    VTD: CON013
446    VTD: CON014
447    VTD: CON015
448    VTD: CON016
449    VTD: CON017
450    VTD: CON018
451    VTD: CON019
452    VTD: CON020
453    VTD: CON021
454    VTD: CON022

455    VTD: CON023
456    VTD: CON024
457    VTD: CON025
458    VTD: CON026
459    VTD: CON027
460    VTD: CON028
461    VTD: CON029
462    VTD: CON030
463    VTD: CON031
464    VTD: CON032
465    VTD: CON033
466    VTD: CON034
467    VTD: CON035
468    VTD: CON036
469    VTD: CON037
470    VTD: CON038
471    VTD: CON039
472    VTD: CON040
473    VTD: CON041
474    VTD: CON042
475    VTD: CON043
476    VTD: CON044
477    VTD: CON045
478    VTD: CON046
479    VTD: CON047
480    VTD: CON048
481    VTD: CON049
482    VTD: CON050
483    VTD: CON051
484    VTD: CON052
485    VTD: CON053
486    VTD: CON200
487    VTD: CON202
488    VTD: CON204
489    VTD: CON205
490    VTD: CON206
491    VTD: CON212

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                        37

| | |
|---|---|
| 492 | VTD: CON213 |
| 493 | VTD: GRA001 |
| 494 | VTD: GRA002 |
| 495 | VTD: GRA003 |
| 496 | VTD: GRA004 |
| 497 | VTD: GRA005 |
| 498 | VTD: GRA006 |
| 499 | VTD: GRA007 |
| 500 | Block: 291892198011021 |
| 501 | Block: 291892198012003 |
| 502 | Block: 291892198012006 |
| 503 | Block: 291892198012007 |
| 504 | Block: 291892198012008 |
| 505 | Block: 291892198012009 |
| 506 | Block: 291892198012010 |
| 507 | Block: 291892198012011 |
| 508 | Block: 291892198012012 |
| 509 | VTD GRA007 Subtotal |
| 510 | VTD: GRA008 |
| 511 | VTD: GRA009 |
| 512 | VTD: GRA010 |
| 513 | VTD: GRA011 |
| 514 | VTD: GRA012 |
| 515 | VTD: GRA013 |
| 516 | VTD: GRA014 |
| 517 | VTD: GRA015 |
| 518 | Block: 291892197004003 |
| 519 | Block: 291892197004004 |
| 520 | Block: 291892197004005 |
| 521 | Block: 291892197004006 |
| 522 | Block: 291892197004007 |
| 523 | Block: 291892197004008 |
| 524 | Block: 291892197004009 |
| 525 | Block: 291892208013000 |
| 526 | Block: 291892208013001 |
| 527 | Block: 291892208013002 |
| 528 | Block: 291892208013003 |

HB 1                                        38

| | |
|---|---|
| 529 | Block: 291892208013004 |
| 530 | Block: 291892208013005 |
| 531 | Block: 291892208013006 |
| 532 | Block: 291892208013007 |
| 533 | Block: 291892208013008 |
| 534 | Block: 291892208013009 |
| 535 | VTD GRA015 Subtotal |
| 536 | VTD: GRA017 |
| 537 | VTD: GRA019 |
| 538 | Block: 291892197004000 |
| 539 | Block: 291892197004001 |
| 540 | Block: 291892197004002 |
| 541 | Block: 291892197004010 |
| 542 | Block: 291892197004011 |
| 543 | Block: 291892197004012 |
| 544 | Block: 291892198012004 |
| 545 | Block: 291892198012005 |
| 546 | VTD GRA019 Subtotal |
| 547 | VTD: GRA020 |
| 548 | VTD: GRA023 |
| 549 | VTD: GRA024 |
| 550 | VTD: GRA026 |
| 551 | VTD: GRA027 |
| 552 | VTD: GRA028 |
| 553 | VTD: GRA029 |
| 554 | VTD: GRA030 |
| 555 | VTD: GRA031 |
| 556 | VTD: GRA032 |
| 557 | VTD: GRA033 |
| 558 | Block: 291892199001007 |
| 559 | Block: 291892199004000 |
| 560 | Block: 291892199004001 |
| 561 | Block: 291892199004002 |
| 562 | Block: 291892199004003 |
| 563 | Block: 291892199004004 |
| 564 | VTD GRA033 Subtotal |
| 565 | VTD: GRA034 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1     39

| | |
|---|---|
| 566 | VTD: GRA036 |
| 567 | VTD: GRA037 |
| 568 | VTD: GRA038 |
| 569 | VTD: GRA040 |
| 570 | VTD: GRA041 |
| 571 | VTD: GRA042 |
| 572 | VTD: GRA043 |
| 573 | VTD: GRA044 |
| 574 | VTD: GRA045 |
| 575 | Block: 291892208011022 |
| 576 | VTD GRA045 Subtotal |
| 577 | VTD: GRA046 |
| 578 | VTD: GRA047 |
| 579 | VTD: GRA048 |
| 580 | VTD: GRA201 |
| 581 | VTD: GRA202 |
| 582 | Block: 291892208011017 |
| 583 | VTD GRA202 Subtotal |
| 584 | VTD: GRA206 |
| 585 | VTD: GRA209 |
| 586 | VTD: GRA210 |
| 587 | VTD: JEF001 |
| 588 | VTD: JEF002 |
| 589 | VTD: JEF003 |
| 590 | VTD: JEF004 |
| 591 | VTD: JEF010 |
| 592 | Block: 291892219001008 |
| 593 | VTD JEF010 Subtotal |
| 594 | VTD: JEF032 |
| 595 | VTD: JEF033 |
| 596 | VTD: JEF034 |
| 597 | VTD: JEF035 |
| 598 | VTD: JEF036 |
| 599 | VTD: JEF037 |
| 600 | VTD: JEF200 |
| 601 | VTD: LAF001 |
| 602 | VTD: LAF002 |

HB 1     40

| | |
|---|---|
| 603 | VTD: LAF003 |
| 604 | VTD: LAF004 |
| 605 | VTD: LAF005 |
| 606 | VTD: LAF006 |
| 607 | VTD: LAF007 |
| 608 | VTD: LAF008 |
| 609 | VTD: LAF009 |
| 610 | VTD: LAF010 |
| 611 | VTD: LAF011 |
| 612 | VTD: LAF012 |
| 613 | VTD: LAF013 |
| 614 | VTD: LAF014 |
| 615 | VTD: LAF015 |
| 616 | VTD: LAF016 |
| 617 | VTD: LAF017 |
| 618 | VTD: LAF018 |
| 619 | VTD: LAF019 |
| 620 | VTD: LAF020 |
| 621 | VTD: LAF022 |
| 622 | VTD: LAF023 |
| 623 | VTD: LAF024 |
| 624 | VTD: LAF025 |
| 625 | VTD: LAF026 |
| 626 | VTD: LAF027 |
| 627 | VTD: LAF028 |
| 628 | VTD: LAF029 |
| 629 | VTD: LAF030 |
| 630 | VTD: LAF031 |
| 631 | VTD: LAF032 |
| 632 | VTD: LAF033 |
| 633 | VTD: LAF034 |
| 634 | VTD: LAF035 |
| 635 | VTD: LAF036 |
| 636 | VTD: LAF037 |
| 637 | VTD: LAF038 |
| 638 | VTD: LAF039 |
| 639 | VTD: LAF040 |

HB 1

41

| | |
|---|---|
| 640 | VTD: **LAF041** |
| 641 | VTD: **LAF042** |
| 642 | VTD: **LAF043** |
| 643 | VTD: **LAF044** |
| 644 | VTD: **LAF045** |
| 645 | VTD: **LAF046** |
| 646 | VTD: **LAF200** |
| 647 | VTD: **LAF205** |
| 648 | VTD: **LAF207** |
| 649 | VTD: **LEM001** |
| 650 | VTD: **LEM002** |
| 651 | VTD: **LEM003** |
| 652 | VTD: **LEM004** |
| 653 | VTD: **LEM005** |
| 654 | VTD: **LEM006** |
| 655 | VTD: **LEM007** |
| 656 | VTD: **LEM008** |
| 657 | VTD: **LEM009** |
| 658 | VTD: **LEM010** |
| 659 | VTD: **LEM011** |
| 660 | VTD: **LEM012** |
| 661 | VTD: **LEM013** |
| 662 | VTD: **LEM014** |
| 663 | VTD: **LEM015** |
| 664 | VTD: **LEM016** |
| 665 | VTD: **LEM017** |
| 666 | VTD: **LEM018** |
| 667 | VTD: **LEM019** |
| 668 | VTD: **LEM020** |
| 669 | VTD: **LEM021** |
| 670 | VTD: **LEM022** |
| 671 | VTD: **LEM023** |
| 672 | VTD: **LEM024** |
| 673 | VTD: **LEM025** |
| 674 | VTD: **LEM026** |
| 675 | VTD: **LEM027** |
| 676 | VTD: **LEM028** |

HB 1

42

| | |
|---|---|
| 677 | VTD: **LEM029** |
| 678 | VTD: **LEM030** |
| 679 | VTD: **LEM031** |
| 680 | VTD: **LEM032** |
| 681 | VTD: **LEM033** |
| 682 | VTD: **LEM200** |
| 683 | VTD: **LEM201** |
| 684 | VTD: **LEM202** |
| 685 | VTD: **LEM204** |
| 686 | VTD: **LEM205** |
| 687 | VTD: **LEM208** |
| 688 | VTD: **MER001** |
| 689 | VTD: **MER002** |
| 690 | VTD: **MER003** |
| 691 | VTD: **MER004** |
| 692 | VTD: **MER005** |
| 693 | VTD: **MER006** |
| 694 | VTD: **MER007** |
| 695 | VTD: **MER008** |
| 696 | VTD: **MER009** |
| 697 | VTD: **MER010** |
| 698 | VTD: **MER011** |
| 699 | VTD: **MER012** |
| 700 | VTD: **MER013** |
| 701 | VTD: **MER014** |
| 702 | VTD: **MER015** |
| 703 | VTD: **MER016** |
| 704 | VTD: **MER017** |
| 705 | VTD: **MER018** |
| 706 | VTD: **MER019** |
| 707 | VTD: **MER020** |
| 708 | VTD: **MER021** |
| 709 | VTD: **MER022** |
| 710 | VTD: **MER023** |
| 711 | VTD: **MER024** |
| 712 | VTD: **MER025** |
| 713 | VTD: **MER026** |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                          43

714     **VTD: MER027**
715     **VTD: MER028**
716     **VTD: MER029**
717     **VTD: MER030**
718     **VTD: MER031**
719     **VTD: MER032**
720     **VTD: MER033**
721     **VTD: MER034**
722     **VTD: MER035**
723     **VTD: MER036**
724     **VTD: MER037**
725     **VTD: MER038**
726     **VTD: MER039**
727     **VTD: MER040**
728     **VTD: MER041**
729     **VTD: MER042**
730     **VTD: MER043**
731     **VTD: MER044**
732     **VTD: MER045**
733     **VTD: MER046**
734     **VTD: MER047**
735     **VTD: MER048**
736     **VTD: MER200**
737     **VTD: MER202**
738     **VTD: MER204**
739     **VTD: MER207**
740     **VTD: MER209**
741     **VTD: MER210**
742     **VTD: MER213**
743     **VTD: MER214**
744     **VTD: MER215**
745     **VTD: MER219**
746     **VTD: MHT001**
747     **VTD: MHT002**
748     **VTD: MHT003**
749     **VTD: MHT004**
750     **VTD: MHT005**

HB 1                                          44

751     **VTD: MHT006**
752     **VTD: MHT007**
753     **VTD: MHT008**
754     **VTD: MHT009**
755     **VTD: MHT010**
756     **VTD: MHT011**
757     **VTD: MHT012**
758     **VTD: MHT013**
759     **VTD: MHT014**
760     **VTD: MHT015**
761     **VTD: MHT016**
762     **VTD: MHT017**
763     **VTD: MHT018**
764     **VTD: MHT019**
765     **VTD: MHT020**
766     **VTD: MHT021**
767     **VTD: MHT022**
768     **VTD: MHT023**
769     **VTD: MHT024**
770     **VTD: MHT025**
771     **VTD: MHT026**
772     **VTD: MHT027**
773     **VTD: MHT028**
774     **VTD: MHT029**
775     **VTD: MHT030**
776     **VTD: MHT031**
777     **VTD: MHT032**
778     **VTD: MHT033**
779     **VTD: MHT034**
780     **VTD: MHT035**
781     **VTD: MHT036**
782     **VTD: MHT037**
783     **VTD: MHT038**
784     **VTD: MHT039**
785     **VTD: MHT040**
786     **VTD: MHT041**
787     **VTD: MHT042**

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                                    45

| | |
|---|---|
| 788 | VTD: MHT043 |
| 789 | VTD: MHT044 |
| 790 | VTD: MHT045 |
| 791 | VTD: MHT046 |
| 792 | VTD: MHT047 |
| 793 | VTD: MHT048 |
| 794 | VTD: MHT049 |
| 795 | VTD: MHT050 |
| 796 | VTD: MHT051 |
| 797 | VTD: MHT052 |
| 798 | VTD: MHT053 |
| 799 | VTD: MHT054 |
| 800 | VTD: MHT055 |
| 801 | VTD: MHT056 |
| 802 | VTD: MHT057 |
| 803 | VTD: MHT058 |
| 804 | VTD: MHT059 |
| 805 | VTD: MHT200 |
| 806 | VTD: MHT203 |
| 807 | VTD: MHT206 |
| 808 | VTD: MHT207 |
| 809 | VTD: MHT208 |
| 810 | VTD: MHT211 |
| 811 | VTD: MHT212 |
| 812 | VTD: MHT213 |
| 813 | VTD: MHT214 |
| 814 | VTD: MHT216 |
| 815 | VTD: MHT219 |
| 816 | VTD: MHT220 |
| 817 | VTD: MHT222 |
| 818 | VTD: MHT223 |
| 819 | VTD: MR001 |
| 820 | VTD: MR002 |
| 821 | VTD: MR003 |
| 822 | VTD: MR004 |
| 823 | VTD: MR005 |
| 824 | VTD: MR006 |

HB 1                                                                    46

| | |
|---|---|
| 825 | VTD: MR007 |
| 826 | VTD: MR008 |
| 827 | VTD: MR009 |
| 828 | VTD: MR010 |
| 829 | VTD: MR011 |
| 830 | VTD: MR012 |
| 831 | VTD: MR013 |
| 832 | VTD: MR014 |
| 833 | VTD: MR015 |
| 834 | VTD: MR016 |
| 835 | VTD: MR017 |
| 836 | VTD: MR018 |
| 837 | VTD: MR019 |
| 838 | VTD: MR020 |
| 839 | VTD: MR021 |
| 840 | VTD: MR022 |
| 841 | VTD: MR023 |
| 842 | VTD: MR024 |
| 843 | VTD: MR025 |
| 844 | VTD: MR026 |
| 845 | VTD: MR027 |
| 846 | VTD: MR028 |
| 847 | VTD: MR029 |
| 848 | VTD: MR030 |
| 849 | VTD: MR031 |
| 850 | VTD: MR032 |
| 851 | VTD: MR033 |
| 852 | VTD: MR034 |
| 853 | VTD: MR035 |
| 854 | VTD: MR036 |
| 855 | VTD: MR037 |
| 856 | VTD: MR038 |
| 857 | VTD: MR039 |
| 858 | VTD: MR040 |
| 859 | VTD: MR041 |
| 860 | VTD: MR042 |
| 861 | VTD: MR043 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                    47

| | |
|---|---|
| 862 | VTD: MR044 |
| 863 | VTD: MR045 |
| 864 | VTD: MR046 |
| 865 | VTD: MR047 |
| 866 | VTD: MR048 |
| 867 | VTD: MR049 |
| 868 | VTD: MR050 |
| 869 | VTD: MR051 |
| 870 | VTD: MR052 |
| 871 | VTD: MR053 |
| 872 | VTD: MR054 |
| 873 | VTD: MR055 |
| 874 | VTD: MR056 |
| 875 | VTD: MR057 |
| 876 | VTD: MR058 |
| 877 | VTD: MR059 |
| 878 | VTD: MR200 |
| 879 | VTD: MR202 |
| 880 | VTD: MR203 |
| 881 | VTD: MR204 |
| 882 | VTD: MR205 |
| 883 | VTD: MR209 |
| 884 | VTD: MR210 |
| 885 | VTD: MR212 |
| 886 | VTD: MR213 |
| 887 | VTD: NW001 |
| 888 | Block: 291892132023003 |
| 889 | Block: 291892132023004 |
| 890 | Block: 291892132023005 |
| 891 | Block: 291892132023006 |
| 892 | Block: 291892132023007 |
| 893 | Block: 291892132023008 |
| 894 | Block: 291892132023009 |
| 895 | Block: 291892132025008 |
| 896 | Block: 291892132025009 |
| 897 | Block: 291892132025010 |
| 898 | Block: 291892132025011 |

HB 1                                    48

| | |
|---|---|
| 899 | Block: 291892132025012 |
| 900 | Block: 291892132025013 |
| 901 | Block: 291892132025014 |
| 902 | Block: 291892132025015 |
| 903 | VTD NW001 Subtotal |
| 904 | VTD: NW013 |
| 905 | Block: 291892151431031 |
| 906 | Block: 291892151431044 |
| 907 | Block: 291892151431045 |
| 908 | Block: 291892151431046 |
| 909 | Block: 291892151431047 |
| 910 | Block: 291892151431049 |
| 911 | Block: 291892151431050 |
| 912 | Block: 291892151431052 |
| 913 | Block: 291892151431055 |
| 914 | Block: 291892151431056 |
| 915 | Block: 291892151431057 |
| 916 | Block: 291892151431063 |
| 917 | VTD NW013 Subtotal |
| 918 | VTD: NW019 |
| 919 | VTD: NW020 |
| 920 | VTD: NW029 |
| 921 | VTD: NW033 |
| 922 | VTD: NW035 |
| 923 | Block: 291892151432000 |
| 924 | Block: 291892151432011 |
| 925 | Block: 291892151432012 |
| 926 | Block: 291892151432013 |
| 927 | Block: 291892151432017 |
| 928 | Block: 291892151432018 |
| 929 | Block: 291892151432019 |
| 930 | Block: 291892151432020 |
| 931 | Block: 291892151432021 |
| 932 | Block: 291892151432022 |
| 933 | Block: 291892151432023 |
| 934 | VTD NW035 Subtotal |
| 935 | VTD: NW038 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                    49

| | |
|---|---|
| 936 | VTD: NW047 |
| 937 | VTD: NW049 |
| 938 | VTD: NW052 |
| 939 | VTD: NW201 |
| 940 | VTD: NW211 |
| 941 | VTD: OAK001 |
| 942 | VTD: OAK002 |
| 943 | VTD: OAK003 |
| 944 | VTD: OAK004 |
| 945 | VTD: OAK005 |
| 946 | VTD: OAK006 |
| 947 | VTD: OAK007 |
| 948 | VTD: OAK008 |
| 949 | VTD: OAK009 |
| 950 | VTD: OAK010 |
| 951 | VTD: OAK011 |
| 952 | VTD: OAK012 |
| 953 | VTD: OAK013 |
| 954 | VTD: OAK014 |
| 955 | VTD: OAK015 |
| 956 | VTD: OAK016 |
| 957 | VTD: OAK017 |
| 958 | VTD: OAK018 |
| 959 | VTD: OAK019 |
| 960 | VTD: OAK020 |
| 961 | VTD: OAK021 |
| 962 | VTD: OAK022 |
| 963 | VTD: OAK023 |
| 964 | VTD: OAK024 |
| 965 | VTD: OAK025 |
| 966 | VTD: OAK026 |
| 967 | VTD: OAK027 |
| 968 | VTD: OAK028 |
| 969 | VTD: OAK029 |
| 970 | VTD: QUE001 |
| 971 | VTD: QUE002 |
| 972 | VTD: QUE003 |

HB 1                                    50

| | |
|---|---|
| 973 | VTD: QUE004 |
| 974 | VTD: QUE005 |
| 975 | VTD: QUE006 |
| 976 | VTD: QUE007 |
| 977 | VTD: QUE008 |
| 978 | VTD: QUE009 |
| 979 | VTD: QUE010 |
| 980 | VTD: QUE011 |
| 981 | VTD: QUE012 |
| 982 | VTD: QUE013 |
| 983 | VTD: QUE014 |
| 984 | VTD: QUE015 |
| 985 | VTD: QUE016 |
| 986 | VTD: QUE017 |
| 987 | VTD: QUE018 |
| 988 | VTD: QUE019 |
| 989 | VTD: QUE020 |
| 990 | VTD: QUE021 |
| 991 | VTD: QUE022 |
| 992 | VTD: QUE023 |
| 993 | VTD: QUE024 |
| 994 | VTD: QUE025 |
| 995 | VTD: QUE026 |
| 996 | VTD: QUE027 |
| 997 | VTD: QUE028 |
| 998 | VTD: QUE029 |
| 999 | VTD: QUE030 |
| 1000 | VTD: QUE031 |
| 1001 | VTD: QUE032 |
| 1002 | VTD: QUE033 |
| 1003 | VTD: QUE034 |
| 1004 | VTD: QUE035 |
| 1005 | VTD: QUE036 |
| 1006 | VTD: QUE037 |
| 1007 | VTD: QUE038 |
| 1008 | VTD: QUE039 |
| 1009 | VTD: QUE040 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                        51                          HB 1                                        52

| | | | |
|---|---|---|---|
| 1010 | VTD: QUE041 | 1047 | VTD: TSF017 |
| 1011 | VTD: QUE042 | 1048 | VTD: TSF018 |
| 1012 | VTD: QUE043 | 1049 | VTD: TSF019 |
| 1013 | VTD: QUE044 | 1050 | VTD: TSF020 |
| 1014 | VTD: QUE045 | 1051 | VTD: TSF021 |
| 1015 | VTD: QUE046 | 1052 | VTD: TSF022 |
| 1016 | VTD: QUE047 | 1053 | VTD: TSF023 |
| 1017 | VTD: QUE048 | 1054 | VTD: TSF024 |
| 1018 | VTD: QUE049 | 1055 | VTD: TSF025 |
| 1019 | VTD: QUE200 | 1056 | VTD: TSF026 |
| 1020 | VTD: QUE201 | 1057 | VTD: TSF027 |
| 1021 | VTD: QUE202 | 1058 | VTD: TSF201 |
| 1022 | VTD: QUE203 | 1059 | VTD: WH001 |
| 1023 | VTD: QUE204 | 1060 | VTD: WH002 |
| 1024 | VTD: QUE205 | 1061 | VTD: WH003 |
| 1025 | VTD: QUE207 | 1062 | VTD: WH004 |
| 1026 | VTD: QUE208 | 1063 | VTD: WH005 |
| 1027 | VTD: QUE209 | 1064 | VTD: WH006 |
| 1028 | VTD: QUE210 | 1065 | VTD: WH007 |
| 1029 | VTD: QUE211 | 1066 | VTD: WH008 |
| 1030 | VTD: QUE213 | 1067 | VTD: WH009 |
| 1031 | VTD: TSF001 | 1068 | VTD: WH010 |
| 1032 | VTD: TSF002 | 1069 | VTD: WH011 |
| 1033 | VTD: TSF003 | 1070 | VTD: WH012 |
| 1034 | VTD: TSF004 | 1071 | VTD: WH013 |
| 1035 | VTD: TSF005 | 1072 | VTD: WH014 |
| 1036 | VTD: TSF006 | 1073 | VTD: WH015 |
| 1037 | VTD: TSF007 | 1074 | VTD: WH016 |
| 1038 | VTD: TSF008 | 1075 | VTD: WH017 |
| 1039 | VTD: TSF009 | 1076 | VTD: WH018 |
| 1040 | VTD: TSF010 | 1077 | VTD: WH019 |
| 1041 | VTD: TSF011 | 1078 | VTD: WH020 |
| 1042 | VTD: TSF012 | 1079 | VTD: WH021 |
| 1043 | VTD: TSF013 | 1080 | VTD: WH022 |
| 1044 | VTD: TSF014 | 1081 | VTD: WH023 |
| 1045 | VTD: TSF015 | 1082 | VTD: WH024 |
| 1046 | VTD: TSF016 | 1083 | VTD: WH025 |

VTD: WH026
VTD: WH027
VTD: WH028
VTD: WH029
VTD: WH030
VTD: WH031
VTD: WH032
VTD: WH033
VTD: WH034
VTD: WH035
VTD: WH036
VTD: WH037
VTD: WH038
VTD: WH039
VTD: WH040
VTD: WH041
VTD: WH042
VTD: WH043
VTD: WH044
VTD: WH045
VTD: WH046
VTD: WH047
VTD: WH200
VTD: WH201
VTD: WH202
VTD: WH203
VTD: WH208
County St. Louis MO Subtotal
County: Washington MO
District 2 Total
128.473.  The third congressional district shall be composed of the following:
District 3
County: Audrain MO
County: Boone MO
VTD: 17
Block: 290190015062014
Block: 290190015062023

Block: 290190015062031
VTD 17 Subtotal
VTD: 1A
VTD: 1B
VTD: 1C
VTD: 1D
VTD: 1E
VTD: 1F
VTD: 1G
VTD: 1I
VTD: 1J
VTD: 1K
VTD: 1L
VTD: 1M
VTD: 20
Block: 290190014024009
Block: 290190014024010
VTD 20 Subtotal
VTD: 21
Block: 290190013003006
Block: 290190013003008
Block: 290190013003009
Block: 290190013003023
Block: 290190018061001
Block: 290190018061002
Block: 290190018061003
Block: 290190018061004
Block: 290190018061008
Block: 290190018061009
Block: 290190018061010
Block: 290190018061011
Block: 290190018061012
Block: 290190018061016
Block: 290190018061017
VTD 21 Subtotal
VTD: 22
Block: 290190014013035

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                                55

45    Block: 290190014013036
46    Block: 290190014013041
47    Block: 290190014013045
48    Block: 290190014013046
49    VTD 22 Subtotal
50    VTD: 23
51    VTD: 24
52    VTD: 25
53    VTD: 26
54    VTD: 27
55    VTD: 28
56    VTD: 29
57    VTD: 2A
58    VTD: 2B
59    VTD: 2C
60    VTD: 2D
61    VTD: 2F
62    VTD: 2G
63    VTD: 2H
64    VTD: 2I
65    Block: 290190014011007
66    Block: 290190014011008
67    Block: 290190014011009
68    Block: 290190014011010
69    Block: 290190014011011
70    Block: 290190014011012
71    Block: 290190014011013
72    Block: 290190014011014
73    Block: 290190014011015
74    Block: 290190014011016
75    Block: 290190014011017
76    Block: 290190014011018
77    Block: 290190014011019
78    Block: 290190014011020
79    Block: 290190014012014
80    Block: 290190014012017
81    Block: 290190014012022

HB 1                                                                56

82    Block: 290190014012023
83    Block: 290190014012024
84    Block: 290190014012025
85    Block: 290190014012026
86    Block: 290190014012029
87    Block: 290190014012030
88    Block: 290190014013007
89    Block: 290190014013008
90    Block: 290190014013009
91    Block: 290190014013010
92    Block: 290190014013011
93    Block: 290190014013013
94    Block: 290190014013014
95    Block: 290190014013015
96    Block: 290190014013016
97    Block: 290190014013018
98    Block: 290190014013019
99    Block: 290190014013020
100   Block: 290190014013021
101   Block: 290190014013022
102   Block: 290190014013023
103   Block: 290190014013024
104   Block: 290190014013034
105   Block: 290190014013037
106   Block: 290190014013038
107   Block: 290190014013039
108   Block: 290190014013040
109   Block: 290190014013042
110   Block: 290190014013043
111   Block: 290190014013044
112   Block: 290190014013047
113   Block: 290190014013052
114   Block: 290190014013058
115   Block: 290190015033022
116   VTD 2I Subtotal
117   VTD: 2J
118   VTD: 2K

HB 1                                                                57

| 119 | Block: 290190013003002 |
| 120 | Block: 290190013003005 |
| 121 | Block: 290190013003007 |
| 122 | Block: 290190013003010 |
| 123 | Block: 290190013003024 |
| 124 | Block: 290190013003025 |
| 125 | Block: 290190013003026 |
| 126 | Block: 290190013003027 |
| 127 | VTD 2K Subtotal |
| 128 | VTD: 2L |
| 129 | VTD: 30 |
| 130 | VTD: 31 |
| 131 | VTD: 32 |
| 132 | VTD: 33 |
| 133 | VTD: 34 |
| 134 | VTD: 35 |
| 135 | VTD: 36 |
| 136 | VTD: 37 |
| 137 | Block: 290190018062044 |
| 138 | Block: 290190018062048 |
| 139 | Block: 290190018062049 |
| 140 | Block: 290190018062053 |
| 141 | VTD 37 Subtotal |
| 142 | VTD: 3A |
| 143 | Block: 290190015031010 |
| 144 | Block: 290190015031011 |
| 145 | Block: 290190015031014 |
| 146 | Block: 290190015031015 |
| 147 | Block: 290190015031016 |
| 148 | Block: 290190015031017 |
| 149 | Block: 290190015031018 |
| 150 | Block: 290190015031019 |
| 151 | Block: 290190015031020 |
| 152 | Block: 290190015032000 |
| 153 | Block: 290190015032003 |
| 154 | Block: 290190015032004 |
| 155 | Block: 290190015032005 |

HB 1                                                                58

| 156 | Block: 290190015032006 |
| 157 | Block: 290190015032007 |
| 158 | Block: 290190015032008 |
| 159 | Block: 290190015032009 |
| 160 | Block: 290190015032010 |
| 161 | Block: 290190015032011 |
| 162 | Block: 290190015032012 |
| 163 | Block: 290190015032013 |
| 164 | Block: 290190015032014 |
| 165 | Block: 290190015062027 |
| 166 | Block: 290190015062028 |
| 167 | Block: 290190015062032 |
| 168 | Block: 290190015073001 |
| 169 | Block: 290190015073002 |
| 170 | Block: 290190015073003 |
| 171 | Block: 290190015073006 |
| 172 | Block: 290190015073007 |
| 173 | Block: 290190015073008 |
| 174 | Block: 290190015073009 |
| 175 | Block: 290190015073010 |
| 176 | Block: 290190015073011 |
| 177 | Block: 290190015081002 |
| 178 | Block: 290190015081003 |
| 179 | Block: 290190015081017 |
| 180 | Block: 290190015081018 |
| 181 | Block: 290190015081019 |
| 182 | Block: 290190015081020 |
| 183 | Block: 290190015081024 |
| 184 | Block: 290190015081025 |
| 185 | Block: 290190015081026 |
| 186 | Block: 290190015081027 |
| 187 | Block: 290190015081028 |
| 188 | Block: 290190015081029 |
| 189 | Block: 290190015081030 |
| 190 | VTD 3A Subtotal |
| 191 | VTD: 3B |
| 192 | Block: 290190015032001 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                                59

| | |
|---|---|
| 193 | Block: 290190015032002 |
| 194 | Block: 290190015052002 |
| 195 | Block: 290190015052003 |
| 196 | Block: 290190015061000 |
| 197 | Block: 290190015061001 |
| 198 | Block: 290190015061002 |
| 199 | Block: 290190015061003 |
| 200 | Block: 290190015061004 |
| 201 | Block: 290190015061005 |
| 202 | Block: 290190015061006 |
| 203 | Block: 290190015061007 |
| 204 | Block: 290190015061008 |
| 205 | Block: 290190015061009 |
| 206 | Block: 290190015061010 |
| 207 | Block: 290190015061011 |
| 208 | Block: 290190015061012 |
| 209 | Block: 290190015061013 |
| 210 | Block: 290190015061014 |
| 211 | Block: 290190015061015 |
| 212 | Block: 290190015061016 |
| 213 | Block: 290190015061017 |
| 214 | Block: 290190015061018 |
| 215 | Block: 290190015061019 |
| 216 | Block: 290190015061020 |
| 217 | Block: 290190015061021 |
| 218 | Block: 290190015061022 |
| 219 | Block: 290190015061023 |
| 220 | Block: 290190015061027 |
| 221 | Block: 290190015061030 |
| 222 | Block: 290190015062005 |
| 223 | Block: 290190015062013 |
| 224 | Block: 290190015062015 |
| 225 | Block: 290190015062016 |
| 226 | Block: 290190015062022 |
| 227 | Block: 290190015062024 |
| 228 | Block: 290190015062026 |
| 229 | Block: 290190015062029 |

HB 1                                                                60

| | |
|---|---|
| 230 | Block: 290190015062033 |
| 231 | Block: 290190015062034 |
| 232 | Block: 290190015062035 |
| 233 | Block: 290190015062036 |
| 234 | Block: 290190015062037 |
| 235 | Block: 290190015062038 |
| 236 | Block: 290190015062039 |
| 237 | Block: 290190015062040 |
| 238 | Block: 290190015062041 |
| 239 | Block: 290190015062042 |
| 240 | Block: 290190015062043 |
| 241 | Block: 290190015062044 |
| 242 | Block: 290190015062045 |
| 243 | Block: 290190015062046 |
| 244 | Block: 290190015071022 |
| 245 | Block: 290190015071023 |
| 246 | Block: 290190015071024 |
| 247 | Block: 290190015073004 |
| 248 | Block: 290190015073005 |
| 249 | Block: 290190015073012 |
| 250 | Block: 290190016031015 |
| 251 | Block: 290190016031016 |
| 252 | VTD 3B Subtotal |
| 253 | VTD: 3C |
| 254 | VTD: 3D |
| 255 | VTD: 3E |
| 256 | VTD: 3F |
| 257 | VTD: 3G |
| 258 | VTD: 3H |
| 259 | VTD: 3I |
| 260 | VTD: 3J |
| 261 | VTD: 3L |
| 262 | VTD: 3M |
| 263 | VTD: 3N |
| 264 | VTD: 40 |
| 265 | Block: 290190015081004 |
| 266 | Block: 290190015081005 |

HB 1                                                       61

Block: 290190015083016
Block: 290190015083024
VTD 40 Subtotal
VTD: 41
VTD: 42
VTD: 43
VTD: 44
VTD: 45
Block: 290190015033036
Block: 290190015033037
Block: 290190015083007
Block: 290190015083008
VTD 45 Subtotal
VTD: 4A
VTD: 4B
Block: 290190012013004
Block: 290190012013005
Block: 290190012013006
Block: 290190012013007
Block: 290190012013008
Block: 290190012013034
Block: 290190012014018
VTD 4B Subtotal
VTD: 4C
VTD: 4D
VTD: 4E
VTD: 4F
VTD: 4G
VTD: 4H
VTD: 4I
VTD: 4J
VTD: 4K
Block: 290190018061000
Block: 290190018061005
Block: 290190018061006
Block: 290190018061013
Block: 290190018063001

HB 1                                                       62

Block: 290190018071017
Block: 290190018071018
Block: 290190018071021
Block: 290190018071029
Block: 290190018071030
Block: 290190018071031
Block: 290190018072024
Block: 290190018072025
Block: 290190018072028
Block: 290190018072029
Block: 290190018072030
Block: 290190018072031
Block: 290190018072032
Block: 290190018072033
Block: 290190018072034
Block: 290190018072035
Block: 290190018072036
Block: 290190018072037
VTD 4K Subtotal
VTD: 4L
Block: 290190012013009
Block: 290190012013010
Block: 290190012013011
Block: 290190012014002
Block: 290190012014003
Block: 290190012014004
Block: 290190012014005
Block: 290190012014006
Block: 290190012014007
Block: 290190012014008
Block: 290190012014009
Block: 290190012014010
Block: 290190012014011
Block: 290190012014012
Block: 290190012014013
Block: 290190012014014
Block: 290190012014019

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                    63

Block: 290190012014020
Block: 290190012014021
Block: 290190012014022
Block: 290190012014023
Block: 290190012014024
Block: 290190012014025
Block: 290190012014026
VTD 4L Subtotal
VTD: 4M
VTD: 5A
VTD: 5B
VTD: 5C
VTD: 5D
VTD: 5E
VTD: 5F
VTD: 5G
VTD: 5H
VTD: 5I
VTD: 5J
VTD: 5K
VTD: 5L
VTD: 5M
VTD: 5N
VTD: 5P
VTD: 6A
VTD: 6B
VTD: 6C
VTD: 6D
VTD: 6E
VTD: 6F
VTD: 6G
VTD: 6H
VTD: 6I
VTD: 6J
VTD: 6K
VTD: 6L
VTD: 6M

HB 1                                                    64

County Boone MO Subtotal
County: Callaway MO
County: Lincoln MO
County: Monroe MO
County: Montgomery MO
County: Pike MO
County: Ralls MO
County: St. Charles MO
County: St. Louis MO
VTD: NW013
Block: 291892151431003
Block: 291892151431005
Block: 291892151431006
Block: 291892151431007
Block: 291892151431008
Block: 291892151431009
Block: 291892151431010
Block: 291892151431011
Block: 291892151431012
Block: 291892151431013
Block: 291892151431014
Block: 291892151431015
Block: 291892151431016
Block: 291892151431019
Block: 291892151431020
Block: 291892151431021
Block: 291892151431024
Block: 291892151431025
Block: 291892151431026
Block: 291892151431027
Block: 291892151431029
Block: 291892151431030
Block: 291892151431033
Block: 291892151431048
Block: 291892151431051
Block: 291892151431053
Block: 291892151431054

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                                65

Block: 291892151431064
VTD NW013 Subtotal
VTD: NW021
VTD: NW035
Block: 291892151432001
Block: 291892151432002
Block: 291892151432003
Block: 291892151432004
Block: 291892151432005
Block: 291892151432006
Block: 291892151432007
Block: 291892151432008
Block: 291892151432009
Block: 291892151432010
Block: 291892151432014
Block: 291892151432015
Block: 291892151432016
VTD NW035 Subtotal
VTD: NW203
VTD: NW220
Block: 291892132031027
VTD NW220 Subtotal
County St. Louis MO Subtotal
County: Warren MO
District 3 Total
128.474. The fourth congressional district shall be composed of the following:
County: Barton MO
County: Bates MO
County: Benton MO
County: Camden MO
County: Cass MO
County: Cedar MO
County: Dade MO
County: Dallas MO
County: Henry MO
County: Hickory MO
County: Jackson MO

HB 1                                                                66

VTD: 412
VTD: 413
VTD: 414
VTD: 415
VTD: 616
VTD: 617
VTD: 618
VTD: 619
VTD: KC 1001
VTD: KC 1002
VTD: KC 1003
VTD: KC 1004
Block: 290950100021002
Block: 290950100021008
Block: 290950100021014
VTD KC 1004 Subtotal
VTD: KC 1005
VTD: KC 1006
VTD: KC 1007
VTD: KC 1008
Block: 290950100022004
Block: 290950100022008
Block: 290950100022011
VTD KC 1008 Subtotal
VTD: KC 1009
Block: 290950100022002
Block: 290950100022003
Block: 290950100023000
Block: 290950100023001
Block: 290950100023002
Block: 290950100023003
Block: 290950100023004
Block: 290950100023005
Block: 290950100023006
VTD KC 1009 Subtotal
VTD: KC 101
VTD: KC 1010

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1      67      HB 1      68

| | |
|---|---|
| VTD: KC 1011 | Block: 290950018002009 |
| VTD: KC 1012 | Block: 290950018002010 |
| VTD: KC 102 | Block: 290950018002011 |
| VTD: KC 103 | VTD KC 1108 Subtotal |
| VTD: KC 104 | VTD: KC 1112 |
| VTD: KC 105 | VTD: KC 1916 |
| VTD: KC 106 | VTD: KC 1919 |
| VTD: KC 107 | Block: 290950102031001 |
| VTD: KC 1101 | Block: 290950102031002 |
| Block: 290950003001011 | Block: 290950102031003 |
| Block: 290950003001012 | Block: 290950102031004 |
| Block: 290950003001013 | Block: 290950102031006 |
| Block: 290950003001014 | Block: 290950102031007 |
| Block: 290950003001017 | Block: 290950102031008 |
| Block: 290950003001018 | Block: 290950102031009 |
| Block: 290950003001019 | Block: 290950102031010 |
| Block: 290950003001020 | Block: 290950102031011 |
| Block: 290950003001022 | Block: 290950102031012 |
| Block: 290950003001024 | Block: 290950102031013 |
| Block: 290950003001025 | Block: 290950102031014 |
| Block: 290950003001026 | Block: 290950102031015 |
| Block: 290950003003016 | Block: 290950102031016 |
| Block: 290950003003020 | Block: 290950102031017 |
| Block: 290950003003021 | Block: 290950102031018 |
| Block: 290950003003022 | Block: 290950102031019 |
| Block: 290950003003024 | Block: 290950102031020 |
| Block: 290950003003025 | Block: 290950102031021 |
| VTD KC 1101 Subtotal | Block: 290950102031024 |
| VTD: KC 1108 | Block: 290950102034010 |
| Block: 290950018002001 | Block: 290950102034011 |
| Block: 290950018002002 | Block: 290950130032033 |
| Block: 290950018002003 | Block: 290950130032037 |
| Block: 290950018002004 | Block: 290950131003014 |
| Block: 290950018002005 | Block: 290950131003015 |
| Block: 290950018002006 | VTD KC 1919 Subtotal |
| Block: 290950018002007 | VTD: KC 2001 |
| Block: 290950018002008 | Block: 290950131002011 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1     69

Block: 290950131002012
Block: 290950131002013
Block: 290950131002016
Block: 290950131002017
Block: 290950132082006
Block: 290950132082007
Block: 290950132082008
Block: 290950132082009
Block: 290950132082010
Block: 290950132082011
Block: 290950132082012
Block: 290950132082013
Block: 290950132082016
VTD KC 2001 Subtotal
VTD: KC 2002
VTD: KC 2003
VTD: KC 2004
Block: 290950102032000
Block: 290950102032001
Block: 290950102032002
Block: 290950102032003
Block: 290950102032004
Block: 290950102032005
Block: 290950102032006
Block: 290950102032007
Block: 290950102032008
Block: 290950102032009
Block: 290950102032010
Block: 290950102032011
Block: 290950102032012
Block: 290950102032013
Block: 290950102032014
Block: 290950102032015
Block: 290950102034000
VTD KC 2004 Subtotal
VTD: KC 2005
Block: 290950102032021

HB 1     70

Block: 290950102032022
Block: 290950102032023
Block: 290950102032024
Block: 290950102033001
Block: 290950102033002
Block: 290950102033003
Block: 290950102033004
Block: 290950102034001
Block: 290950102034002
Block: 290950102034004
Block: 290950102034006
Block: 290950102034007
Block: 290950102034008
Block: 290950102034009
VTD KC 2005 Subtotal
VTD: KC 2006
Block: 290950102033000
Block: 290950102034003
Block: 290950102034005
Block: 290950173001000
Block: 290950173001001
Block: 290950173001002
Block: 290950173001003
Block: 290950173001004
Block: 290950173001005
Block: 290950173001006
Block: 290950173001007
Block: 290950173001008
Block: 290950173001010
Block: 290950173001011
Block: 290950173001012
VTD KC 2006 Subtotal
VTD: KC 2007
VTD: KC 2008
VTD: KC 2009
VTD: KC 201
VTD: KC 2010

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1 — 71

| | |
|---|---|
| 198 | **VTD: KC 202** |
| 199 | **VTD: KC 203** |
| 200 | **Block: 290950154012001** |
| 201 | **Block: 290950154012002** |
| 202 | **Block: 290950154012003** |
| 203 | **Block: 290950154012004** |
| 204 | **Block: 290950154012013** |
| 205 | **Block: 290950154012014** |
| 206 | **Block: 290950154012015** |
| 207 | **Block: 290950154012016** |
| 208 | **Block: 290950154012017** |
| 209 | **Block: 290950154012020** |
| 210 | **Block: 290950154012021** |
| 211 | **Block: 290950154012022** |
| 212 | **Block: 290950154012023** |
| 213 | **Block: 290950154012024** |
| 214 | **VTD KC 203 Subtotal** |
| 215 | **VTD: KC 208** |
| 216 | **VTD: KC 212** |
| 217 | **Block: 290950043001000** |
| 218 | **Block: 290950043001001** |
| 219 | **Block: 290950043001007** |
| 220 | **Block: 290950043001009** |
| 221 | **Block: 290950043001010** |
| 222 | **Block: 290950043001019** |
| 223 | **Block: 290950043001020** |
| 224 | **Block: 290950043001021** |
| 225 | **Block: 290950154012037** |
| 226 | **Block: 290950154012058** |
| 227 | **Block: 290950158001000** |
| 228 | **Block: 290950158001027** |
| 229 | **Block: 290950158001029** |
| 230 | **Block: 290950158001030** |
| 231 | **Block: 290950158001064** |
| 232 | **Block: 290950158002026** |
| 233 | **Block: 290950159002028** |
| 234 | **Block: 290950159002029** |

HB 1 — 72

| | |
|---|---|
| 235 | **Block: 290950161001032** |
| 236 | **Block: 290950161002033** |
| 237 | **Block: 290950161002034** |
| 238 | **Block: 290950161002068** |
| 239 | **VTD KC 212 Subtotal** |
| 240 | **VTD: KC 217** |
| 241 | **Block: 290950154011015** |
| 242 | **Block: 290950154011016** |
| 243 | **Block: 290950154011026** |
| 244 | **Block: 290950154011027** |
| 245 | **Block: 290950154011028** |
| 246 | **Block: 290950154011029** |
| 247 | **Block: 290950154012006** |
| 248 | **Block: 290950154012007** |
| 249 | **Block: 290950154012008** |
| 250 | **Block: 290950154012009** |
| 251 | **Block: 290950154012010** |
| 252 | **Block: 290950154012011** |
| 253 | **Block: 290950154012026** |
| 254 | **Block: 290950154012027** |
| 255 | **Block: 290950154012028** |
| 256 | **Block: 290950154012029** |
| 257 | **Block: 290950154012036** |
| 258 | **Block: 290950154012038** |
| 259 | **VTD KC 217 Subtotal** |
| 260 | **VTD: KC 218** |
| 261 | **Block: 290950154011002** |
| 262 | **Block: 290950154011003** |
| 263 | **Block: 290950154011004** |
| 264 | **Block: 290950154011005** |
| 265 | **Block: 290950154011006** |
| 266 | **Block: 290950154011008** |
| 267 | **Block: 290950154011013** |
| 268 | **Block: 290950154011014** |
| 269 | **Block: 290950154011017** |
| 270 | **Block: 290950154011018** |
| 271 | **Block: 290950154011019** |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                          73

Block: 290950154011020
Block: 290950154011024
Block: 290950154011025
Block: 290950154012005
Block: 290950154012012
Block: 290950154012025
VTD KC 218 Subtotal
VTD: KC 2201
VTD: KC 2202
VTD: KC 2203
VTD: KC 2204
VTD: KC 2205
VTD: KC 2206
VTD: KC 2207
VTD: KC 2208
VTD: KC 2209
VTD: KC 2210
VTD: KC 2211
VTD: KC 2212
VTD: KC 2213
VTD: KC 2502
VTD: KC 2503
Block: 290950136124000
Block: 290950136124002
Block: 290959883001007
Block: 290959883001011
Block: 290959883001012
Block: 290959883001013
Block: 290959883001014
Block: 290959883001015
Block: 290959883001016
Block: 290959883001017
VTD KC 2503 Subtotal
VTD: KC 2508
Block: 290950132082014
VTD KC 2508 Subtotal
VTD: KC 2510

HB 1                                                          74

VTD: KC 2511
VTD: KC 2512
VTD: KC 401
VTD: KC 402
VTD: KC 403
VTD: KC 404
VTD: KC 405
VTD: KC 406
VTD: KC 407
VTD: KC 408
VTD: KC 409
VTD: KC 410
VTD: KC 411
VTD: KC 501
VTD: KC 502
VTD: KC 503
VTD: KC 504
VTD: KC 505
VTD: KC 506
VTD: KC 507
VTD: KC 508
VTD: KC 509
VTD: KC 510
VTD: KC 511
VTD: KC 512
VTD: KC 513
VTD: KC 601
VTD: KC 602
VTD: KC 603
VTD: KC 604
VTD: KC 605
VTD: KC 606
VTD: KC 607
VTD: KC 608
VTD: KC 609
VTD: KC 610
VTD: KC 611

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                      75

346    VTD: KC 612
347    VTD: KC 613
348    VTD: KC 614
349    VTD: KC 615
350    VTD: KC 801
351    VTD: KC 802
352    VTD: KC 803
353    VTD: KC 804
354    VTD: KC 805
355    VTD: KC 806
356    VTD: KC 807
357    VTD: KC 808
358    VTD: KC 809
359    Block: 290950086001004
360    Block: 290950086001005
361    Block: 290950086001006
362    Block: 290950086001007
363    Block: 290950086001008
364    Block: 290950086001009
365    Block: 290950086001011
366    Block: 290950086001013
367    Block: 290950086002006
368    Block: 290950086002007
369    Block: 290950086002008
370    Block: 290950086002009
371    Block: 290950086002010
372    Block: 290950086002011
373    Block: 290950086002012
374    Block: 290950086002013
375    Block: 290950086002014
376    Block: 290950086002015
377    Block: 290950086002016
378    Block: 290950086002017
379    Block: 290950086002018
380    Block: 290950086002019
381    Block: 290950086002020
382    Block: 290950086002021

HB 1                                                      76

383    Block: 290950086002022
384    Block: 290950086002023
385    Block: 290950086002024
386    Block: 290950086002025
387    Block: 290950086002026
388    Block: 290950086002027
389    Block: 290950086002028
390    VTD KC 809 Subtotal
391    VTD: KC 811
392    VTD: KC 812
393    VTD: KC 813
394    VTD: KC 814
395    VTD: KC 815
396    VTD: KC 901
397    VTD: KC 902
398    VTD: KC 903
399    VTD: KC 904
400    VTD: KC 906
401    VTD: KC 907
402    VTD: KC 908
403    VTD: KC 909
404    VTD: KC 910
405    VTD: KC 911
406    VTD: KC WD2 PCT211
407    Block: 290950018003000
408    Block: 290950018003001
409    Block: 290950018003002
410    Block: 290950018003003
411    Block: 290950018003004
412    Block: 290950018003005
413    Block: 290950018003006
414    Block: 290950018003007
415    Block: 290950018003008
416    Block: 290950018003009
417    Block: 290950018003010
418    Block: 290950018003011
419    Block: 290950018003012

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

Block: 290950018003013
Block: 290950018003014
Block: 290950018003015
Block: 290950018003016
Block: 290950018003017
Block: 290950018003018
Block: 290950018003019
Block: 290950018004004
VTD KC WD2 PCT211 Subtotal
VTD: KC WD8 PCT810
VTD: Prairie 03
VTD: Prairie 04
VTD: Prairie 05
VTD: Prairie 06
VTD: Prairie 07
VTD: Prairie 08
VTD: Prairie 09
VTD: Prairie 11
VTD: Prairie 12
VTD: Prairie 13
VTD: Prairie 14
VTD: Prairie 15
VTD: Prairie 16
VTD: Prairie 17
VTD: Prairie 18
VTD: Prairie 19
VTD: Prairie 20
VTD: Prairie 21
VTD: Prairie 22
VTD: Prairie 23
VTD: Prairie 24
VTD: Prairie 26
VTD: Prairie 27
Block: 290950142031000
Block: 290950142031001
Block: 290950142031002
Block: 290950142031003

Block: 290950142031015
Block: 290950142031016
Block: 290950142031017
Block: 290950142031019
Block: 290950142031020
Block: 290950142031021
Block: 290950142032000
Block: 290950142032001
Block: 290950142032002
Block: 290950142032003
Block: 290950142032004
Block: 290950142032005
Block: 290950142032006
Block: 290950142033000
Block: 290950142033001
Block: 290950142033002
Block: 290950142033003
Block: 290950142033004
Block: 290950142033005
Block: 290950142033006
Block: 290950142033007
Block: 290950185003005
Block: 290950185003007
VTD Prairie 27 Subtotal
VTD: Prairie 28
VTD: Prairie 29
Block: 290950142061000
Block: 290950185002000
Block: 290950185002001
Block: 290950185002002
Block: 290950185002006
Block: 290950185003006
Block: 290950185003008
Block: 290950185003009
Block: 290950185003010
Block: 290950185003011
Block: 290950185003012

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

494    Block: 290950185003013
495    Block: 290950185003014
496    Block: 290950185003015
497    Block: 290950185003016
498    Block: 290950185003017
499    Block: 290950185003018
500    Block: 290950193022015
501    Block: 290950193022016
502    Block: 290959891001001
503    Block: 290959891001002
504    Block: 290959891001003
505    Block: 290959891001011
506    VTD Prairie 29 Subtotal
507    VTD: Prairie 30
508    VTD: Prairie 31
509    VTD: Prairie 32
510    VTD: Prairie 33
511    VTD: Prairie 34
512    VTD: Prairie 35
513    VTD: Prairie 36
514    VTD: Prairie 37
515    VTD: Prairie 38
516    VTD: Prairie 39
517    VTD: Prairie 40
518    VTD: Prairie 41
519    VTD: Prairie 42
520    VTD: Prairie 43
521    VTD: Prairie 44
522    VTD: Prairie 45
523    VTD: Prairie 46
524    VTD: Prairie 47
525    VTD: Prairie 48
526    VTD: Prairie 49
527    VTD: Prairie 50
528    VTD: Prairie 51
529    VTD: Prairie 52
530    VTD: Prairie 56

531    VTD: Prairie 59
532    VTD: Prairie 60
533    VTD: Prairie 62
534    VTD: Prarie 02
535    VTD: Prarie 10
536    VTD: Prarie 25
537    VTD: Prarie 53
538    VTD: Prarie 54
539    VTD: Prarie 55
540    VTD: Prarie 57
541    VTD: Prarie 58
542    VTD: Prarie 61
543    VTD: Prarie 63
544    VTD: Sni-A-Bar 02
545    Block: 290950193022001
546    Block: 290950193022003
547    Block: 290950193022004
548    Block: 290950193022005
549    VTD Sni-A-Bar 02 Subtotal
550    VTD: Sni-A-Bar 03
551    Block: 290950193022017
552    VTD Sni-A-Bar 03 Subtotal
553    VTD: Sni-A-Bar 07
554    Block: 290950148061000
555    Block: 290950148061001
556    Block: 290950149041002
557    Block: 290950149041003
558    Block: 290950149041005
559    Block: 290950149041006
560    Block: 290950149041007
561    Block: 290950149041008
562    Block: 290950149041009
563    Block: 290950149041013
564    Block: 290950149041014
565    Block: 290950149041015
566    Block: 290950149041017
567    Block: 290950149041018

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                          81

| | |
|---|---|
| 568 | Block: 290950149041019 |
| 569 | Block: 290950149041020 |
| 570 | Block: 290950149041021 |
| 571 | Block: 290950149041022 |
| 572 | Block: 290950149041028 |
| 573 | Block: 290950149041029 |
| 574 | Block: 290950149041030 |
| 575 | Block: 290950149041031 |
| 576 | VTD Sni-A-Bar 07 Subtotal |
| 577 | VTD: Sni-A-Bar 08 |
| 578 | Block: 290950148061015 |
| 579 | Block: 290950148061016 |
| 580 | Block: 290950148061017 |
| 581 | Block: 290950148061018 |
| 582 | Block: 290950148062000 |
| 583 | Block: 290950148062001 |
| 584 | Block: 290950148062002 |
| 585 | Block: 290950148062003 |
| 586 | Block: 290950148062004 |
| 587 | Block: 290950148062005 |
| 588 | Block: 290950148062006 |
| 589 | Block: 290950148062007 |
| 590 | Block: 290950148062008 |
| 591 | Block: 290950148062009 |
| 592 | Block: 290950148062010 |
| 593 | Block: 290950148062011 |
| 594 | Block: 290950148062012 |
| 595 | Block: 290950148062013 |
| 596 | Block: 290950148062014 |
| 597 | Block: 290950148062015 |
| 598 | Block: 290950148063000 |
| 599 | Block: 290950148063001 |
| 600 | Block: 290950148063002 |
| 601 | Block: 290950148063003 |
| 602 | Block: 290950148063004 |
| 603 | Block: 290950148063005 |
| 604 | Block: 290950148063006 |

HB 1                                                          82

| | |
|---|---|
| 605 | Block: 290950148063007 |
| 606 | Block: 290950148063008 |
| 607 | Block: 290950148063009 |
| 608 | Block: 290950148063010 |
| 609 | Block: 290959892001002 |
| 610 | Block: 290959892001003 |
| 611 | Block: 290959892001004 |
| 612 | Block: 290959892001005 |
| 613 | VTD Sni-A-Bar 08 Subtotal |
| 614 | VTD: Sni-A-Bar 09 |
| 615 | VTD: Sni-A-Bar 10 |
| 616 | VTD: Sni-A-Bar 11 |
| 617 | VTD: Sni-A-Bar 12 |
| 618 | VTD: Sni-A-Bar 13 |
| 619 | VTD: Sni-A-Bar 14 |
| 620 | Block: 290950149051001 |
| 621 | Block: 290950149051016 |
| 622 | Block: 290950149051017 |
| 623 | Block: 290950149051018 |
| 624 | Block: 290950149051019 |
| 625 | Block: 290950149051020 |
| 626 | Block: 290950149051021 |
| 627 | Block: 290950149051022 |
| 628 | Block: 290950149051025 |
| 629 | Block: 290950149052003 |
| 630 | Block: 290950149052016 |
| 631 | Block: 290950149052017 |
| 632 | Block: 290950149052018 |
| 633 | Block: 290950149052019 |
| 634 | Block: 290950149052020 |
| 635 | Block: 290950149052021 |
| 636 | Block: 290950149052022 |
| 637 | Block: 290950149052025 |
| 638 | Block: 290950149052029 |
| 639 | Block: 290950149052030 |
| 640 | Block: 290950149052031 |
| 641 | Block: 290950149052032 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                              83

| | |
|---|---|
| 642 | Block: 290950149052033 |
| 643 | VTD Sni-A-Bar 14 Subtotal |
| 644 | VTD: Sni-A-Bar 15 |
| 645 | VTD: Sni-A-Bar 16 |
| 646 | Block: 290950141221006 |
| 647 | Block: 290950141221007 |
| 648 | Block: 290950141281001 |
| 649 | Block: 290950141281002 |
| 650 | Block: 290950141281003 |
| 651 | Block: 290950141281004 |
| 652 | Block: 290950141281005 |
| 653 | Block: 290950141281008 |
| 654 | Block: 290950141281009 |
| 655 | Block: 290950141281010 |
| 656 | Block: 290950141281017 |
| 657 | Block: 290950141281018 |
| 658 | Block: 290950141281019 |
| 659 | Block: 290950141281020 |
| 660 | Block: 290950141281024 |
| 661 | Block: 290950141281025 |
| 662 | Block: 290950141283000 |
| 663 | VTD Sni-A-Bar 16 Subtotal |
| 664 | VTD: Sni-A-Bar 17 |
| 665 | VTD: Sni-A-Bar 18 |
| 666 | VTD: Sni-A-Bar 19 |
| 667 | VTD: Sni-A-Bar 20 |
| 668 | VTD: Sni-A-Bar 21 |
| 669 | VTD: Sni-A-Bar 22 |
| 670 | VTD: Sni-A-Bar 23 |
| 671 | VTD: Sni-A-Bar 24 |
| 672 | VTD: Sni-A-Bar 25 |
| 673 | VTD: Sni-A-Bar 26 |
| 674 | VTD: Sni-A-Bar 27 |
| 675 | VTD: Sni-A-Bar 28 |
| 676 | VTD: Sni-A-Bar 29 |
| 677 | VTD: Sni-A-Bar 30 |
| 678 | VTD: Sni-A-Bar 31 |

HB 1                                              84

| | |
|---|---|
| 679 | VTD: Sni-A-Bar 32 |
| 680 | VTD: Sni-A-Bar 33 |
| 681 | VTD: Sni-A-Bar 34 |
| 682 | VTD: Sni-A-Bar 35 |
| 683 | VTD: Sni-A-Bar 36 |
| 684 | VTD: Sni-A-Bar 37 |
| 685 | Block: 290950140021009 |
| 686 | Block: 290950140021011 |
| 687 | Block: 290950140021014 |
| 688 | Block: 290950140021015 |
| 689 | Block: 290950140021026 |
| 690 | Block: 290950140021027 |
| 691 | Block: 290950140021028 |
| 692 | Block: 290950140021029 |
| 693 | Block: 290950140021030 |
| 694 | Block: 290950140021031 |
| 695 | Block: 290950140021032 |
| 696 | Block: 290950140021035 |
| 697 | Block: 290950140021036 |
| 698 | Block: 290950140022006 |
| 699 | Block: 290950140022007 |
| 700 | Block: 290950140022008 |
| 701 | Block: 290950140022009 |
| 702 | Block: 290950140022010 |
| 703 | Block: 290950140022011 |
| 704 | Block: 290950140022012 |
| 705 | Block: 290950140022013 |
| 706 | Block: 290950140022016 |
| 707 | Block: 290950140022017 |
| 708 | Block: 290950140022018 |
| 709 | Block: 290950140022040 |
| 710 | Block: 290950140022041 |
| 711 | Block: 290950140051019 |
| 712 | Block: 290950140063021 |
| 713 | Block: 290950140063022 |
| 714 | Block: 290950140063023 |
| 715 | Block: 290950140063024 |

Block: 290950140063025
Block: 290950141112001
Block: 290950141112007
Block: 290950141112008
Block: 290950141121000
Block: 290950141121001
Block: 290950141121002
Block: 290950141121003
Block: 290950141121004
Block: 290950141121015
VTD Sni-A-Bar 37 Subtotal
VTD: Sni-A-Bar 41
Block: 290950141281000
VTD Sni-A-Bar 41 Subtotal
VTD: Sni-A-Bar 45
Block: 290950140021019
Block: 290950140021020
Block: 290950140021022
Block: 290950140021023
Block: 290950140021024
Block: 290950140021025
Block: 290950140021033
Block: 290950140021034
Block: 290950140022003
Block: 290950140022004
Block: 290950140022005
Block: 290950140022024
Block: 290950140051035
Block: 290950140051036
Block: 290950140051037
Block: 290950140051039
Block: 290950140051040
Block: 290950140051041
Block: 290950140051042
Block: 290950140054015
Block: 290950140054016
Block: 290950140054018

VTD Sni-A-Bar 45 Subtotal
VTD: Sni-A-Bar 83
VTD: Van Buren 01
VTD: Van Buren 02
VTD: Van Buren 03
VTD: Van Buren 04
VTD: Van Buren 06
VTD: Van Buren 07
VTD: Van Buren 08
VTD: Van Buren 09
VTD: Van Buren 10
VTD: Van Buren 11
VTD: Van Buren 12
VTD: Van Buren 13
VTD: Van Buren 14
VTD: Van Buren 15
VTD: Van Buren 16
VTD: Van Buren 17
VTD: Van Buren 18
VTD: Van Buren 19
VTD: Washington 01
VTD: Washington 02
VTD: Washington 03
VTD: Washington 04
VTD: Washington 05
VTD: Washington 06
VTD: Washington 07
VTD: Washington 08
VTD: Washington 09
VTD: Washington 10
VTD: Washington 11
VTD: Washington 12
County Jackson MO Subtotal
County: Laclede MO
County: Polk MO
County: Pulaski MO
County: St. Clair MO

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

County: Vernon MO
County: Webster MO
VTD: East Ozark
VTD: Grant
Block: 292254701021041
Block: 292254701021042
Block: 292254701022000
Block: 292254701022001
Block: 292254701022002
Block: 292254701022003
Block: 292254701022004
Block: 292254701022005
Block: 292254701022006
Block: 292254701022007
Block: 292254701022008
Block: 292254701022009
Block: 292254701022010
Block: 292254701022011
Block: 292254701022012
Block: 292254701022013
Block: 292254701022014
Block: 292254701022015
Block: 292254701022019
Block: 292254701022020
Block: 292254701022021
Block: 292254701022022
Block: 292254701022023
Block: 292254701022024
Block: 292254701022025
Block: 292254701022026
Block: 292254701022027
Block: 292254701022028
Block: 292254701022029
Block: 292254701022030
Block: 292254701022031
Block: 292254701022032
Block: 292254701022033

Block: 292254701022034
Block: 292254701022035
Block: 292254701022036
Block: 292254701022037
Block: 292254701022038
Block: 292254701022039
Block: 292254701022040
Block: 292254701022041
Block: 292254701022042
Block: 292254701022043
Block: 292254701022044
Block: 292254701022045
Block: 292254701022046
Block: 292254701022047
Block: 292254701022048
Block: 292254701022049
Block: 292254701022050
Block: 292254701022051
Block: 292254701022052
Block: 292254701022053
Block: 292254701022054
Block: 292254701022055
Block: 292254701022056
Block: 292254701022057
Block: 292254701022058
Block: 292254701022059
Block: 292254701022061
Block: 292254701023081
Block: 292254701023082
Block: 292254701023085
Block: 292254701023086
VTD Grant Subtotal
VTD: High Prairie
VTD: Jackson
VTD: Marshfield East
VTD: Marshfield West
VTD: Niangua

VTD: Northview A
VTD: Northview B
Block: 292254702022011
Block: 292254702022012
Block: 292254702022013
Block: 292254702022016
Block: 292254702022019
Block: 292254702022020
Block: 292254702022021
Block: 292254702022022
Block: 292254702022023
Block: 292254702022024
Block: 292254702022025
Block: 292254702022037
Block: 292254702022038
Block: 292254702022039
Block: 292254702022040
Block: 292254703022009
Block: 292254703022011
Block: 292254703023000
Block: 292254703023001
Block: 292254703023002
Block: 292254703023003
Block: 292254703023004
Block: 292254703023005
Block: 292254703023006
Block: 292254703023014
Block: 292254703023015
Block: 292254703023016
Block: 292254703023017
Block: 292254703023018
Block: 292254703023019
Block: 292254703023020
Block: 292254703023021
Block: 292254703023022
Block: 292254703023023
Block: 292254703023024

Block: 292254703023025
Block: 292254703023026
Block: 292254703023027
Block: 292254703023034
VTD Northview B Subtotal
VTD: Union
VTD: Washington
County Webster MO Subtotal
District 4 Total

128.475. The fifth congressional district shall be composed of the following:
County: Boone MO
VTD: 07
VTD: 08
VTD: 09
VTD: 10
VTD: 11
VTD: 12
VTD: 15
VTD: 16
VTD: 17
Block: 290190015031004
Block: 290190015031013
Block: 290190015062000
Block: 290190015062001
Block: 290190015062002
Block: 290190015062003
Block: 290190015062004
Block: 290190015062006
Block: 290190015062007
Block: 290190015062012
Block: 290190015062018
Block: 290190015062019
Block: 290190015062021
Block: 290190016031001
Block: 290190016031005
Block: 290190016031006
Block: 290190016031007

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                        91

| | |
|---|---|
| Block: | 290190016031012 |
| Block: | 290190016031017 |
| Block: | 290190019031003 |
| Block: | 290190019031004 |
| Block: | 290190019031005 |
| Block: | 290190019031006 |
| Block: | 290190019031007 |
| Block: | 290190019031008 |
| Block: | 290190019031009 |
| Block: | 290190019031010 |
| Block: | 290190019031011 |
| Block: | 290190019031012 |
| Block: | 290190019031013 |
| Block: | 290190019031014 |
| Block: | 290190019031015 |
| Block: | 290190019031016 |
| Block: | 290190019031017 |
| Block: | 290190019031018 |
| Block: | 290190019031019 |
| Block: | 290190019031020 |
| Block: | 290190019031021 |
| Block: | 290190019031022 |
| Block: | 290190019031023 |
| Block: | 290190019031024 |
| Block: | 290190019032037 |
| Block: | 290190019032038 |
| Block: | 290190019032044 |
| Block: | 290190019032045 |
| Block: | 290190019032046 |
| Block: | 290190019032047 |
| Block: | 290190019032049 |
| Block: | 290190019033053 |
| Block: | 290190019033054 |
| Block: | 290190019033055 |
| Block: | 290190019033056 |
| Block: | 290190019033057 |
| Block: | 290190019033059 |

HB 1                                        92

| | |
|---|---|
| Block: | 290190019033060 |
| VTD 17 Subtotal | |
| VTD: 18 | |
| VTD: 19 | |
| VTD: 20 | |
| Block: | 290190014013030 |
| Block: | 290190014013031 |
| Block: | 290190014013032 |
| Block: | 290190014013048 |
| Block: | 290190014013051 |
| Block: | 290190014024000 |
| Block: | 290190014024004 |
| Block: | 290190014024005 |
| Block: | 290190014024006 |
| Block: | 290190014024007 |
| Block: | 290190014024008 |
| Block: | 290190014024011 |
| Block: | 290190014024012 |
| Block: | 290190018031003 |
| Block: | 290190018031004 |
| Block: | 290190018031005 |
| Block: | 290190018031006 |
| Block: | 290190018031007 |
| Block: | 290190018031008 |
| Block: | 290190018031010 |
| Block: | 290190018031011 |
| Block: | 290190018031019 |
| Block: | 290190018031020 |
| Block: | 290190018031021 |
| Block: | 290190018031022 |
| Block: | 290190018031023 |
| Block: | 290190018031024 |
| Block: | 290190018031025 |
| Block: | 290190018031026 |
| Block: | 290190018031027 |
| Block: | 290190018031028 |
| Block: | 290190018032000 |

Block: 290190018032001
Block: 290190018032007
Block: 290190019012028
Block: 290190019012029
Block: 290190019012030
Block: 290190019012031
Block: 290190019012032
Block: 290190019012037
Block: 290190019012038
Block: 290190019012046
Block: 290190019012047
Block: 290190019012049
Block: 290190019012051
Block: 290190019013050
VTD 20 Subtotal
VTD: 21
Block: 290190013003003
Block: 290190013003004
Block: 290190018061007
Block: 290190018071011
Block: 290190018071012
Block: 290190018071013
Block: 290190018071014
Block: 290190018071015
Block: 290190018071016
Block: 290190018071022
Block: 290190018071023
Block: 290190018071024
Block: 290190018071025
Block: 290190018071026
Block: 290190018071027
Block: 290190018071028
Block: 290190018072000
Block: 290190018072012
Block: 290190018072014
Block: 290190018072017
Block: 290190018072018

Block: 290190018072022
Block: 290190018072023
VTD 21 Subtotal
VTD: 22
Block: 290190014012004
Block: 290190014012005
Block: 290190014012006
Block: 290190014012007
Block: 290190014012008
Block: 290190014012009
Block: 290190014012010
Block: 290190014012011
Block: 290190014012012
Block: 290190014012013
Block: 290190014012015
Block: 290190014012016
Block: 290190014012019
Block: 290190014012020
Block: 290190014012021
Block: 290190014012027
Block: 290190014012028
Block: 290190014012031
Block: 290190014013000
Block: 290190014013001
Block: 290190014013002
Block: 290190014013003
Block: 290190014013004
Block: 290190014013005
Block: 290190014013006
Block: 290190014013012
Block: 290190014013017
Block: 290190014013025
Block: 290190014013026
Block: 290190014013027
Block: 290190014013028
Block: 290190014013029
Block: 290190014013033

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1    95

Block: 290190014013055
Block: 290190018031012
Block: 290190018031013
Block: 290190018031014
Block: 290190018031029
Block: 290190018031030
VTD 22 Subtotal
VTD: 2I
Block: 290190014013053
VTD 2I Subtotal
VTD: 2K
Block: 290190018072001
Block: 290190018072002
Block: 290190018072003
Block: 290190018072004
Block: 290190018072005
Block: 290190018072006
Block: 290190018072007
Block: 290190018072008
Block: 290190018072010
VTD 2K Subtotal
VTD: 37
Block: 290190017021039
Block: 290190017021040
Block: 290190018062032
Block: 290190018062034
Block: 290190018062039
Block: 290190018062040
Block: 290190018062041
Block: 290190018062042
Block: 290190018062043
Block: 290190018062045
VTD 37 Subtotal
VTD: 38
VTD: 39
VTD: 3A
Block: 290190015062030

HB I    96

VTD 3A Subtotal
VTD: 3B
Block: 290190015062017
VTD 3B Subtotal
VTD: 40
Block: 290190015031005
Block: 290190015031006
Block: 290190015031007
Block: 290190015031008
Block: 290190015031009
Block: 290190015031021
Block: 290190015031022
Block: 290190015031026
Block: 290190015033000
Block: 290190015033001
Block: 290190015033002
Block: 290190015033003
Block: 290190015033004
Block: 290190015033005
Block: 290190015033009
Block: 290190015033010
Block: 290190015033011
Block: 290190015033013
Block: 290190015033015
Block: 290190015033017
Block: 290190015033018
Block: 290190015033019
Block: 290190015033020
Block: 290190015033021
Block: 290190015033023
Block: 290190015033024
Block: 290190015033031
Block: 290190015033053
Block: 290190015033054
Block: 290190015033055
Block: 290190019032050
Block: 290190019032051

HB 1                                                  97

Block: 290190019032054
VTD 40 Subtotal
VTD: 45
Block: 290190015031023
Block: 290190015031024
Block: 290190015031025
Block: 290190015031027
Block: 290190015031028
Block: 290190015031029
Block: 290190015031030
Block: 290190015031031
Block: 290190015032015
Block: 290190015033027
Block: 290190015033029
Block: 290190015033032
Block: 290190015033049
Block: 290190015033050
Block: 290190015033051
Block: 290190015033056
Block: 290190015033057
Block: 290190015033058
Block: 290190015081000
Block: 290190015081001
VTD 45 Subtotal
VTD: 4B
Block: 290190018071000
Block: 290190018071001
Block: 290190018071002
Block: 290190018071003
Block: 290190018071004
Block: 290190018071005
Block: 290190018071006
Block: 290190018071007
Block: 290190018071008
Block: 290190018071009
Block: 290190018071010
Block: 290190018072009

HB 1                                                  98

Block: 290190018072011
Block: 290190018072013
Block: 290190018072016
Block: 290190018072019
Block: 290190018072020
Block: 290190018072021
Block: 290190018072026
VTD 4B Subtotal
VTD: 4K
Block: 290190018072027
VTD 4K Subtotal
VTD: 4L
Block: 290190018072015
VTD 4L Subtotal
County Boone MO Subtotal
County: Cole MO
County: Cooper MO
County: Howard MO
County: Jackson MO
VTD: 1603
VTD: Blue 01-01
VTD: Blue 01-02
VTD: Blue 01-03
VTD: Blue 01-04
VTD: Blue 01-05
VTD: Blue 01-06
VTD: Blue 01-07
VTD: Blue 01-08
VTD: Blue 01-09
VTD: Blue 02-01
VTD: Blue 02-02
VTD: Blue 02-03
VTD: Blue 02-04
VTD: Blue 02-05
VTD: Blue 02-06
VTD: Blue 02-07
VTD: Blue 03-01

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1     99

| | |
|---|---|
| 325 | VTD: Blue 03-02 |
| 326 | VTD: Blue 03-03 |
| 327 | VTD: Blue 03-04 |
| 328 | VTD: Blue 03-05 |
| 329 | VTD: Blue 03-06 |
| 330 | VTD: Blue 03-07 |
| 331 | VTD: Blue 03-08 |
| 332 | VTD: Blue 03-09 |
| 333 | VTD: Blue 04-01 |
| 334 | VTD: Blue 04-02 |
| 335 | VTD: Blue 04-03 |
| 336 | VTD: Blue 04-04 |
| 337 | VTD: Blue 04-05 |
| 338 | VTD: Blue 04-06 |
| 339 | VTD: Blue 04-07 |
| 340 | VTD: Blue 04-08 |
| 341 | VTD: Blue 04-09 |
| 342 | VTD: Blue 04-10 |
| 343 | VTD: Blue 05-01 |
| 344 | VTD: Blue 05-02 |
| 345 | VTD: Blue 05-03 |
| 346 | VTD: Blue 05-04 |
| 347 | VTD: Blue 05-05 |
| 348 | VTD: Blue 05-06 |
| 349 | VTD: Blue 05-07 |
| 350 | VTD: Blue 05-08 |
| 351 | VTD: Blue 05-09 |
| 352 | VTD: Blue 06-01 |
| 353 | VTD: Blue 06-02 |
| 354 | VTD: Blue 06-03 |
| 355 | VTD: Blue 06-04 |
| 356 | VTD: Blue 06-05 |
| 357 | VTD: Blue 06-06 |
| 358 | VTD: Blue 06-07 |
| 359 | VTD: Blue 07-01 |
| 360 | VTD: Blue 07-02 |
| 361 | VTD: Blue 07-03 |

HB 1     100

| | |
|---|---|
| 362 | VTD: Blue 07-04 |
| 363 | VTD: Blue 07-05 |
| 364 | VTD: Blue 07-06 |
| 365 | VTD: Blue 07-07 |
| 366 | VTD: Blue 07-08 |
| 367 | VTD: Blue 07-09 |
| 368 | VTD: Blue 08-01 |
| 369 | VTD: Blue 08-02 |
| 370 | VTD: Blue 08-03 |
| 371 | VTD: Blue 08-04 |
| 372 | VTD: Blue 08-05 |
| 373 | VTD: Blue 08-06 |
| 374 | VTD: Blue 08-07 |
| 375 | VTD: Blue 08-08 |
| 376 | VTD: Brooking No. 1 |
| 377 | VTD: Brooking No. 10 |
| 378 | VTD: Brooking No. 11 |
| 379 | VTD: Brooking No. 12 |
| 380 | VTD: Brooking No. 13 |
| 381 | VTD: Brooking No. 14 |
| 382 | VTD: Brooking No. 15 |
| 383 | VTD: Brooking No. 16 |
| 384 | VTD: Brooking No. 17 |
| 385 | VTD: Brooking No. 18 |
| 386 | VTD: Brooking No. 19 |
| 387 | VTD: Brooking No. 2 |
| 388 | VTD: Brooking No. 20 |
| 389 | VTD: Brooking No. 3 |
| 390 | VTD: Brooking No. 4 |
| 391 | VTD: Brooking No. 5 |
| 392 | VTD: Brooking No. 6 |
| 393 | VTD: Brooking No. 7 |
| 394 | VTD: Brooking No. 8 |
| 395 | VTD: Brooking No. 9 |
| 396 | VTD: Fort Osage 01 |
| 397 | VTD: Fort Osage 02 |
| 398 | VTD: Fort Osage 03 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                    101

399   VTD: Fort Osage 04
400   VTD: Fort Osage 05
401   VTD: Fort Osage 06
402   VTD: Fort Osage 07
403   VTD: Fort Osage 08
404   VTD: Fort Osage 09
405   VTD: Fort Osage 10
406   VTD: KC 1004
407   Block: 290950100021000
408   Block: 290950100021001
409   Block: 290950100021009
410   Block: 290950100021010
411   Block: 290950100021011
412   VTD KC 1004 Subtotal
413   VTD: KC 1008
414   Block: 290950100022005
415   Block: 290950100022006
416   Block: 290950100022007
417   Block: 290950100022009
418   Block: 290950100022010
419   VTD KC 1008 Subtotal
420   VTD: KC 1009
421   Block: 290950100022000
422   Block: 290950100022001
423   VTD KC 1009 Subtotal
424   VTD: KC 1108
425   Block: 290950018002000
426   VTD KC 1108 Subtotal
427   VTD: KC 1201
428   Block: 290950007003001
429   Block: 290950007003002
430   Block: 290950007003003
431   Block: 290950007003004
432   Block: 290950007003007
433   Block: 290950007003008
434   Block: 290950008002000
435   Block: 290950008002001

HB 1                                    102

436   VTD KC 1201 Subtotal
437   VTD: KC 1205
438   VTD: KC 1206
439   VTD: KC 1207
440   VTD: KC 1208
441   VTD: KC 1209
442   VTD: KC 1210
443   VTD: KC 1211
444   VTD: KC 1212
445   VTD: KC 1301
446   VTD: KC 1303
447   VTD: KC 1304
448   VTD: KC 1305
449   VTD: KC 1306
450   VTD: KC 1307
451   VTD: KC 1308
452   VTD: KC 1309
453   VTD: KC 1310
454   VTD: KC 1311
455   VTD: KC 1313
456   VTD: KC 1401
457   VTD: KC 1402
458   VTD: KC 1403
459   VTD: KC 1404
460   VTD: KC 1405
461   VTD: KC 1406
462   VTD: KC 1407
463   VTD: KC 1408
464   VTD: KC 1409
465   VTD: KC 1410
466   VTD: KC 1411
467   VTD: KC 1412
468   VTD: KC 1413
469   VTD: KC 1414
470   VTD: KC 1415
471   VTD: KC 1501
472   VTD: KC 1502

Case: 4:25-cv-01535-ZMB     Doc. #: 3-2     Filed: 10/15/25     Page: 62 of 220 PageID #: 126

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                    103

473     VTD: KC 1503
474     VTD: KC 1504
475     VTD: KC 1505
476     VTD: KC 1506
477     VTD: KC 1507
478     VTD: KC 1508
479     VTD: KC 1509
480     VTD: KC 1510
481     VTD: KC 1511
482     VTD: KC 1512
483     VTD: KC 1513
484     VTD: KC 1514
485     VTD: KC 1515
486     VTD: KC 1516
487     VTD: KC 1517
488     VTD: KC 1518
489     VTD: KC 1519
490     VTD: KC 1520
491     VTD: KC 1521
492     VTD: KC 1522
493     VTD: KC 1523
494     VTD: KC 1524
495     VTD: KC 1601
496     VTD: KC 1602
497     VTD: KC 1604
498     VTD: KC 1605
499     VTD: KC 1606
500     VTD: KC 1607
501     VTD: KC 1608
502     VTD: KC 1609
503     VTD: KC 1610
504     VTD: KC 1611
505     VTD: KC 1612
506     VTD: KC 1613
507     VTD: KC 1614
508     VTD: KC 1615
509     VTD: KC 1701

HB 1                                                    104

510     VTD: KC 1702
511     VTD: KC 1703
512     VTD: KC 1704
513     VTD: KC 1705
514     VTD: KC 1706
515     VTD: KC 1707
516     VTD: KC 1708
517     VTD: KC 1709
518     VTD: KC 1710
519     VTD: KC 1711
520     VTD: KC 1712
521     VTD: KC 1713
522     VTD: KC 1714
523     VTD: KC 1801
524     VTD: KC 1802
525     VTD: KC 1803
526     VTD: KC 1804
527     VTD: KC 1805
528     VTD: KC 1806
529     VTD: KC 1807
530     VTD: KC 1808
531     VTD: KC 1809
532     VTD: KC 1810
533     VTD: KC 1811
534     VTD: KC 1812
535     VTD: KC 1813
536     VTD: KC 1814
537     VTD: KC 1815
538     VTD: KC 1816
539     VTD: KC 1901
540     VTD: KC 1902
541     VTD: KC 1903
542     VTD: KC 1904
543     VTD: KC 1905
544     VTD: KC 1906
545     VTD: KC 1907
546     VTD: KC 1908

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                                    105

| | |
|---|---|
| 547 | VTD: KC 1909 |
| 548 | VTD: KC 1910 |
| 549 | VTD: KC 1911 |
| 550 | VTD: KC 1912 |
| 551 | VTD: KC 1913 |
| 552 | VTD: KC 1914 |
| 553 | VTD: KC 1915 |
| 554 | VTD: KC 1917 |
| 555 | VTD: KC 1918 |
| 556 | VTD: KC 1919 |
| 557 | Block: 290950102011013 |
| 558 | Block: 290950130032034 |
| 559 | VTD KC 1919 Subtotal |
| 560 | VTD: KC 1920 |
| 561 | VTD: KC 1921 |
| 562 | VTD: KC 1922 |
| 563 | VTD: KC 1923 |
| 564 | VTD: KC 2001 |
| 565 | Block: 290950132082004 |
| 566 | Block: 290950132082005 |
| 567 | VTD KC 2001 Subtotal |
| 568 | VTD: KC 2004 |
| 569 | Block: 290950102011012 |
| 570 | VTD KC 2004 Subtotal |
| 571 | VTD: KC 2005 |
| 572 | Block: 290950102011011 |
| 573 | VTD KC 2005 Subtotal |
| 574 | VTD: KC 2006 |
| 575 | Block: 290950101031016 |
| 576 | Block: 290950101032004 |
| 577 | Block: 290950101032005 |
| 578 | Block: 290950101033007 |
| 579 | VTD KC 2006 Subtotal |
| 580 | VTD: KC 203 |
| 581 | Block: 290950154012030 |
| 582 | Block: 290950154012031 |
| 583 | Block: 290950154012032 |

HB 1                                                                    106

| | |
|---|---|
| 584 | Block: 290950154012033 |
| 585 | Block: 290950154012034 |
| 586 | Block: 290950154012039 |
| 587 | Block: 290950154012040 |
| 588 | Block: 290950154012041 |
| 589 | Block: 290950154012042 |
| 590 | Block: 290950154012046 |
| 591 | Block: 290950154012047 |
| 592 | Block: 290950154012054 |
| 593 | Block: 290950154012055 |
| 594 | Block: 290950154012056 |
| 595 | Block: 290950154012057 |
| 596 | Block: 290950154013011 |
| 597 | Block: 290950154013012 |
| 598 | Block: 290950154013013 |
| 599 | Block: 290950154013014 |
| 600 | Block: 290950154013015 |
| 601 | Block: 290950161002000 |
| 602 | Block: 290950161002001 |
| 603 | Block: 290950161002002 |
| 604 | Block: 290950161002003 |
| 605 | Block: 290950161002004 |
| 606 | Block: 290950161002005 |
| 607 | Block: 290950161002006 |
| 608 | Block: 290950161002007 |
| 609 | Block: 290950161002008 |
| 610 | Block: 290950161002009 |
| 611 | Block: 290950161002010 |
| 612 | Block: 290950161002011 |
| 613 | Block: 290950161002012 |
| 614 | Block: 290950161002013 |
| 615 | Block: 290950161002014 |
| 616 | Block: 290950161002015 |
| 617 | Block: 290950161002016 |
| 618 | Block: 290950161002017 |
| 619 | VTD KC 203 Subtotal |
| 620 | VTD: KC 204 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB I                                                                    107

VTD: KC 207
VTD: KC 209
VTD: KC 210
VTD: KC 212
Block: 290950154012059
Block: 290950161001012
Block: 290950161001013
Block: 290950161001014
Block: 290950161001015
Block: 290950161001028
Block: 290950161001029
Block: 290950161002032
Block: 290950161002035
Block: 290950161002038
Block: 290950161002039
VTD KC 212 Subtotal
VTD: KC 213
VTD: KC 214
VTD: KC 215
VTD: KC 217
Block: 290950154012035
Block: 290950154012044
Block: 290950154012045
Block: 290950154012049
Block: 290950154012050
VTD KC 217 Subtotal
VTD: KC 218
Block: 290950154012043
Block: 290950154012048
Block: 290950154012051
Block: 290950154012052
Block: 290950154012053
Block: 290950161002031
Block: 290950161002036
Block: 290950161002037
Block: 290950161002041
VTD KC 218 Subtotal

HB I                                                                    108

VTD: KC 2301
VTD: KC 2302
VTD: KC 2303
VTD: KC 2304
VTD: KC 2305
VTD: KC 2306
VTD: KC 2307
VTD: KC 2308
VTD: KC 2309
VTD: KC 2310
VTD: KC 2311
VTD: KC 2312
VTD: KC 2313
VTD: KC 2314
VTD: KC 2315
VTD: KC 2316
VTD: KC 2401
VTD: KC 2402
VTD: KC 2403
VTD: KC 2404
VTD: KC 2405
VTD: KC 2406
VTD: KC 2407
VTD: KC 2408
VTD: KC 2409
VTD: KC 2410
VTD: KC 2411
VTD: KC 2412
VTD: KC 2413
VTD: KC 2414
VTD: KC 2415
VTD: KC 2416
VTD: KC 2417
VTD: KC 2418
VTD: KC 2419
VTD: KC 2420
VTD: KC 2421

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                    109

695    **VTD: KC 2422**
696    **VTD: KC 2423**
697    **VTD: KC 2424**
698    **VTD: KC 2425**
699    **VTD: KC 2426**
700    **VTD: KC 2427**
701    **VTD: KC 2428**
702    **VTD: KC 2429**
703    **VTD: KC 2430**
704    **VTD: KC 2431**
705    **VTD: KC 2501**
706    **VTD: KC 2503**
707    **Block: 290950129064013**
708    **Block: 290950129064014**
709    **Block: 290950132081009**
710    **Block: 290950132101000**
711    **Block: 290950132101001**
712    **Block: 290950132101004**
713    **Block: 290950132101005**
714    **Block: 290950132101008**
715    **Block: 290950132101009**
716    **Block: 290950132101010**
717    **Block: 290950144001046**
718    **Block: 290950144001047**
719    **Block: 290950144001048**
720    **Block: 290950144001049**
721    **Block: 290950144001050**
722    **Block: 290950144001051**
723    **Block: 290950144001054**
724    **Block: 290959883001000**
725    **Block: 290959883001001**
726    **Block: 290959883001002**
727    **Block: 290959883001003**
728    **Block: 290959883001005**
729    **Block: 290959883001006**
730    **Block: 290959883001008**
731    **Block: 290959883001009**

HB 1                                                    110

732    **Block: 290959883001010**
733    **Block: 290959883001033**
734    **VTD KC 2503 Subtotal**
735    **VTD: KC 2504**
736    **VTD: KC 2505**
737    **VTD: KC 2506**
738    **VTD: KC 2507**
739    **VTD: KC 2508**
740    **Block: 290950131001010**
741    **Block: 290950132033004**
742    **Block: 290950132033005**
743    **Block: 290950132034003**
744    **Block: 290950132034004**
745    **Block: 290950132034005**
746    **Block: 290950132034006**
747    **Block: 290950132034007**
748    **Block: 290950132034008**
749    **Block: 290950132034009**
750    **Block: 290950132034010**
751    **Block: 290950132034011**
752    **Block: 290950132034012**
753    **Block: 290950132034013**
754    **Block: 290950132034014**
755    **Block: 290950132082000**
756    **Block: 290950132082001**
757    **Block: 290950132082002**
758    **Block: 290950132082003**
759    **Block: 290950132082015**
760    **Block: 290950132082017**
761    **VTD KC 2508 Subtotal**
762    **VTD: KC 2509**
763    **VTD: KC 2513**
764    **VTD: KC 2514**
765    **VTD: KC 2601**
766    **VTD: KC 2602**
767    **VTD: KC 2603**
768    **VTD: KC 2604**

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

| HB 1 | | 111 |
|---|---|---|
| 769 | VTD: KC 2605 | |
| 770 | VTD: KC 2606 | |
| 771 | VTD: KC 2607 | |
| 772 | VTD: KC 2608 | |
| 773 | VTD: KC 2609 | |
| 774 | VTD: KC 2610 | |
| 775 | VTD: KC 2611 | |
| 776 | VTD: KC 2612 | |
| 777 | VTD: KC 2613 | |
| 778 | VTD: KC 301 | |
| 779 | VTD: KC 302 | |
| 780 | VTD: KC 303 | |
| 781 | VTD: KC 304 | |
| 782 | VTD: KC 305 | |
| 783 | VTD: KC 306 | |
| 784 | VTD: KC 307 | |
| 785 | VTD: KC 308 | |
| 786 | VTD: KC 309 | |
| 787 | VTD: KC 310 | |
| 788 | VTD: KC 311 | |
| 789 | VTD: KC 312 | |
| 790 | VTD: KC 313 | |
| 791 | VTD: KC 314 | |
| 792 | VTD: KC 315 | |
| 793 | VTD: KC 316 | |
| 794 | VTD: KC 317 | |
| 795 | VTD: KC 318 | |
| 796 | VTD: KC 701 | |
| 797 | VTD: KC 702 | |
| 798 | VTD: KC 703 | |
| 799 | VTD: KC 704 | |
| 800 | VTD: KC 705 | |
| 801 | VTD: KC 706 | |
| 802 | VTD: KC 707 | |
| 803 | VTD: KC 708 | |
| 804 | VTD: KC 709 | |
| 805 | VTD: KC 710 | |

| HB 1 | | 112 |
|---|---|---|
| 806 | VTD: KC 711 | |
| 807 | VTD: KC 712 | |
| 808 | VTD: KC 713 | |
| 809 | VTD: KC 714 | |
| 810 | VTD: KC 715 | |
| 811 | VTD: KC 716 | |
| 812 | VTD: KC 717 | |
| 813 | VTD: KC 718 | |
| 814 | VTD: KC 809 | |
| 815 | Block: 290950086001010 | |
| 816 | Block: 290950086001012 | |
| 817 | VTD KC 809 Subtotal | |
| 818 | VTD: KC 811 | |
| 819 | VTD: KC 905 | |
| 820 | VTD: KC 913 | |
| 821 | VTD: KC WD13 PCT1302 | |
| 822 | VTD: KC WD2 PCT205 | |
| 823 | VTD: KC WD2 PCT206 | |
| 824 | VTD: KC WD2 PCT211 | |
| 825 | Block: 290950018004000 | |
| 826 | Block: 290950018004001 | |
| 827 | Block: 290950018004002 | |
| 828 | Block: 290950018004003 | |
| 829 | Block: 290950018004005 | |
| 830 | Block: 290950018004006 | |
| 831 | Block: 290950018004007 | |
| 832 | Block: 290950018004008 | |
| 833 | Block: 290950018004009 | |
| 834 | Block: 290950018004010 | |
| 835 | Block: 290950018004011 | |
| 836 | Block: 290950018004012 | |
| 837 | Block: 290950018004013 | |
| 838 | Block: 290950018004014 | |
| 839 | Block: 290950018004015 | |
| 840 | Block: 290950160001000 | |
| 841 | Block: 290950160001001 | |
| 842 | Block: 290950160001002 | |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                    113

843    Block: 290950160001003
844    Block: 290950160001004
845    Block: 290950160001005
846    Block: 290950160001006
847    Block: 290950160001007
848    Block: 290950160001008
849    Block: 290950160001009
850    Block: 290950160001010
851    Block: 290950160001011
852    Block: 290950160001012
853    Block: 290950160001013
854    Block: 290950160001014
855    Block: 290950160001015
856    Block: 290950160001016
857    Block: 290950160001017
858    Block: 290950160001018
859    Block: 290950160001019
860    Block: 290950160001020
861    Block: 290950160001021
862    Block: 290950160001022
863    Block: 290950160001023
864    Block: 290950160001024
865    Block: 290950160001025
866    Block: 290950160001028
867    Block: 290950160001029
868    Block: 290950160001030
869    Block: 290950160001032
870    Block: 290950160001033
871    Block: 290950160001034
872    Block: 290950160001035
873    Block: 290950160001036
874    Block: 290950160001037
875    Block: 290950160001038
876    Block: 290950160001039
877    Block: 290950160001051
878    Block: 290950160001052
879    VTD KC WD2 PCT211 Subtotal

HB 1                                                    114

880    VTD: KC1314
881    VTD: Prairie 27
882    Block: 290950185003004
883    VTD Prairie 27 Subtotal
884    VTD: Prairie 29
885    Block: 290950185003000
886    Block: 290950185003001
887    Block: 290950185003002
888    Block: 290950185003003
889    Block: 290950193022014
890    VTD Prairie 29 Subtotal
891    VTD: Prarie 01
892    VTD: Sni-A-Bar 01
893    VTD: Sni-A-Bar 02
894    Block: 290950145031003
895    Block: 290950145031004
896    Block: 290950145031013
897    Block: 290950145031014
898    Block: 290950193012014
899    Block: 290950193022000
900    Block: 290950193022009
901    Block: 290950193022010
902    Block: 290950193022011
903    Block: 290950193022019
904    VTD Sni-A-Bar 02 Subtotal
905    VTD: Sni-A-Bar 03
906    Block: 290950193022006
907    Block: 290950193022007
908    Block: 290950193022008
909    VTD Sni-A-Bar 03 Subtotal
910    VTD: Sni-A-Bar 04
911    VTD: Sni-A-Bar 05
912    VTD: Sni-A-Bar 06
913    VTD: Sni-A-Bar 07
914    Block: 290950148041042
915    Block: 290950148041043
916    Block: 290950148041044

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                                115

917   Block: 290950149033024
918   Block: 290950149033025
919   Block: 290950149033026
920   Block: 290950149033027
921   Block: 290950149033028
922   Block: 290950149041000
923   Block: 290950149041001
924   Block: 290950149041004
925   Block: 290950149041010
926   Block: 290950149041011
927   Block: 290950149041012
928   Block: 290950149052005
929   Block: 290950149052006
930   Block: 290950149054000
931   Block: 290950149054001
932   Block: 290950149054011
933   VTD Sni-A-Bar 07 Subtotal
934   VTD: Sni-A-Bar 08
935   Block: 290950148042027
936   Block: 290950148042028
937   Block: 290959892001006
938   VTD Sni-A-Bar 08 Subtotal
939   VTD: Sni-A-Bar 14
940   Block: 290950140091012
941   Block: 290950149051000
942   Block: 290950149052014
943   Block: 290950149052015
944   Block: 290950149052026
945   VTD Sni-A-Bar 14 Subtotal
946   VTD: Sni-A-Bar 16
947   Block: 290950140083002
948   Block: 290950141221004
949   Block: 290950141221005
950   Block: 290950141221010
951   Block: 290950141221021
952   Block: 290950141281026
953   Block: 290950141281027

HB 1                                                                116

954   Block: 290950141281029
955   VTD Sni-A-Bar 16 Subtotal
956   VTD: Sni-A-Bar 37
957   Block: 290950140021004
958   Block: 290950140021005
959   Block: 290950140021008
960   Block: 290950140021010
961   Block: 290950140021012
962   Block: 290950140021013
963   Block: 290950140021016
964   Block: 290950140063005
965   Block: 290950140063007
966   Block: 290950140063013
967   Block: 290950140063019
968   Block: 290950140063020
969   VTD Sni-A-Bar 37 Subtotal
970   VTD: Sni-A-Bar 38
971   VTD: Sni-A-Bar 39
972   VTD: Sni-A-Bar 40
973   VTD: Sni-A-Bar 41
974   Block: 290950140081000
975   Block: 290950140081001
976   Block: 290950140081002
977   Block: 290950140081003
978   Block: 290950140081004
979   Block: 290950140081005
980   Block: 290950140081006
981   Block: 290950140081007
982   Block: 290950140081008
983   Block: 290950140081009
984   Block: 290950140081010
985   Block: 290950140081011
986   Block: 290950140081012
987   Block: 290950140081013
988   Block: 290950140081014
989   Block: 290950140081015
990   Block: 290950140081016

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1    117

Block: 290950140081017
Block: 290950140081018
Block: 290950140081019
Block: 290950140082004
Block: 290950140082005
Block: 290950141281023
Block: 290950141281030
VTD Sni-A-Bar 41 Subtotal
VTD: Sni-A-Bar 42
VTD: Sni-A-Bar 43
VTD: Sni-A-Bar 44
VTD: Sni-A-Bar 45
Block: 290950140021021
Block: 290950140051020
Block: 290950140051021
Block: 290950140051022
Block: 290950140051023
Block: 290950140051024
Block: 290950140051025
Block: 290950140051026
Block: 290950140051029
Block: 290950140051030
Block: 290950140051031
Block: 290950140051032
Block: 290950140051033
Block: 290950140051034
Block: 290950140051038
Block: 290950140051043
Block: 290950140051044
Block: 290950140054011
Block: 290950140054012
Block: 290950140054013
Block: 290950140054014
Block: 290950140054017
VTD Sni-A-Bar 45 Subtotal
VTD: Sni-A-Bar 46
VTD: Sni-A-Bar 47

HB 1    118

VTD: Sni-A-Bar 48
VTD: Sni-A-Bar 49
VTD: Sni-A-Bar 50
VTD: Sni-A-Bar 51
VTD: Sni-A-Bar 52
County Jackson MO Subtotal
County: Johnson MO
County: Lafayette MO
County: Maries MO
County: Miller MO
County: Moniteau MO
County: Morgan MO
County: Osage MO
County: Pettis MO
County: Randolph MO
County: Saline MO
District 5 Total
128.476. The sixth congressional district shall be composed of the following:
County: Adair MO
County: Andrew MO
County: Atchison MO
County: Buchanan MO
County: Caldwell MO
County: Carroll MO
County: Chariton MO
County: Clark MO
County: Clay MO
County: Clinton MO
County: Daviess MO
County: DeKalb MO
County: Gentry MO
County: Grundy MO
County: Harrison MO
County: Holt MO
County: Jackson MO
VTD: KC 1101
Block: 290950003001001

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                    119

Block: 290950003001002
Block: 290950003001003
Block: 290950003001004
Block: 290950003001005
Block: 290950003001006
Block: 290950003001007
Block: 290950003001008
Block: 290950003001009
Block: 290950003001010
Block: 290950003001021
Block: 290950003002001
Block: 290950003002002
Block: 290950003002006
Block: 290950003002007
Block: 290950003002008
Block: 290950003002009
Block: 290950003002010
Block: 290950003002011
Block: 290950003003000
Block: 290950003003001
Block: 290950003003002
Block: 290950003003003
Block: 290950003003004
Block: 290950003003005
Block: 290950003003006
Block: 290950003003007
Block: 290950003003008
Block: 290950003003009
Block: 290950003003012
Block: 290950003003013
Block: 290950003003014
Block: 290950003003017
Block: 290950003003018
Block: 290950003003019
Block: 290950003003023
Block: 290950003003027
VTD KC 1101 Subtotal

HB 1                                                    120

VTD: KC 1102
VTD: KC 1103
VTD: KC 1104
VTD: KC 1105
VTD: KC 1106
VTD: KC 1107
VTD: KC 1109
VTD: KC 1110
VTD: KC 1111
VTD: KC 1113
VTD: KC 1114
VTD: KC 1201
Block: 290950007002002
Block: 290950007002003
Block: 290950007002010
Block: 290950007002011
Block: 290950008001000
Block: 290950008001001
Block: 290950008001002
Block: 290950008001003
Block: 290950008001004
Block: 290950008001006
Block: 290950008001007
Block: 290950008003000
Block: 290950008003001
Block: 290950008003002
Block: 290950008003003
Block: 290950008003004
VTD KC 1201 Subtotal
VTD: KC 1202
VTD: KC 1203
VTD: KC 1204
VTD: KC 1312
VTD: KC 216
County Jackson MO Subtotal
County: Knox MO
County: Lewis MO

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

| HB 1 | 121 |
| --- | --- |

County: Linn MO
County: Livingston MO
County: Macon MO
County: Marion MO
County: Mercer MO
County: Nodaway MO
County: Platte MO
County: Putnam MO
County: Ray MO
County: Schuyler MO
County: Scotland MO
County: Shelby MO
County: Sullivan MO
County: Worth MO
District 6 Total

128.477. The seventh congressional district shall be composed of the following:

County: Barry MO
County: Christian MO
County: Greene MO
County: Jasper MO
County: Lawrence MO
County: McDonald MO
County: Newton MO
County: Stone MO
County: Taney MO
County: Webster MO
VTD: Benton
VTD: Diggins
VTD: Finley
VTD: Fordland
VTD: Grant
Block: 292254701022060
Block: 292254701022062
VTD Grant Subtotal
VTD: Hazelwood
VTD: Northview B
Block: 292254703022008

| HB 1 | 122 |
| --- | --- |

Block: 292254703022012
Block: 292254703022013
Block: 292254703022014
Block: 292254703022030
Block: 292254703022031
Block: 292254703022032
Block: 292254703022033
Block: 292254703022034
Block: 292254703022035
Block: 292254703023007
Block: 292254703023008
Block: 292254703023009
Block: 292254703023010
Block: 292254703023011
Block: 292254703023012
Block: 292254703023013
Block: 292254703023028
Block: 292254703023029
Block: 292254703023030
Block: 292254703023031
Block: 292254703023032
Block: 292254703023035
Block: 292254703023036
Block: 292254703023037
Block: 292254703023038
Block: 292254703023039
Block: 292254703023040
Block: 292254703023041
Block: 292254703023042
Block: 292254703023046
Block: 292254703023047
Block: 292254703023048
Block: 292254703023049
Block: 292254703023050
Block: 292254703023051
Block: 292254703023052
Block: 292254703023053

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                    123

Block: 292254703023054

Block: 292254703023055

Block: 292254703023062

Block: 292254703023063

Block: 292254703023069

Block: 292254703023074

Block: 292254703023079

VTD Northview B Subtotal

County Webster MO Subtotal

District 7 Total

128.478. The eighth congressional district shall be composed of the following:

County: Bollinger MO

County: Butler MO

County: Cape Girardeau MO

County: Carter MO

County: Dent MO

County: Douglas MO

County: Dunklin MO

County: Howell MO

County: Iron MO

County: Jefferson MO

VTD: Airport

VTD: American Legion

VTD: Antonia

VTD: Arnold W-1

VTD: Arnold W-2

VTD: Arnold W-3

VTD: Arnold W-4

VTD: Athena

VTD: Barnhart

VTD: Brennan

Block: 290997002101000

Block: 290997002101015

Block: 290997002111000

Block: 290997002111001

Block: 290997002111002

Block: 290997002111005

HB 1                                                    124

Block: 290997002111006

Block: 290997002111007

Block: 290997002111008

Block: 290997002111010

Block: 290997002111011

Block: 290997003031000

Block: 290997003031001

Block: 290997003031002

Block: 290997003031003

Block: 290997003031004

Block: 290997003031005

Block: 290997003031006

Block: 290997003031007

Block: 290997003031008

Block: 290997003031009

Block: 290997003031010

Block: 290997003031011

Block: 290997003031012

Block: 290997003031013

Block: 290997003031014

Block: 290997003031015

Block: 290997003031016

Block: 290997003032000

Block: 290997003032001

Block: 290997003032002

Block: 290997003032003

Block: 290997003032004

Block: 290997003032005

Block: 290997003032006

Block: 290997003032007

Block: 290997003032008

Block: 290997003032009

Block: 290997003032010

Block: 290997003032011

Block: 290997003032012

Block: 290997003032013

Block: 290997003032014

Block: 290997003032015
Block: 290997003033000
Block: 290997003033001
Block: 290997003033002
Block: 290997003033003
Block: 290997003033004
Block: 290997003033005
Block: 290997003033006
Block: 290997003033007
Block: 290997003033008
Block: 290997003033009
Block: 290997003033010
Block: 290997003033011
Block: 290997003033012
Block: 290997003033013
Block: 290997003033014
Block: 290997003033015
Block: 290997003033016
Block: 290997003033017
Block: 290997003033018
Block: 290997003033019
Block: 290997003051000
Block: 290997003052000
Block: 290997003052026
VTD Brennan Subtotal
VTD: Crystal City W-1
VTD: Crystal City W-2
VTD: Crystal City W-3
VTD: Crystal City W-4
VTD: Festus Outside
VTD: Festus W-1
VTD: Festus W-2
VTD: Festus W-3
VTD: Festus W-4
VTD: Flamm City
VTD: Hematite
VTD: Herculaneum

VTD: Herculaneum W-2
VTD: Herculaneum W-3
VTD: Imperial
VTD: Imperial 2
VTD: Jefferson Heights
VTD: Jefferson R7
VTD: Kimmswick W-1
VTD: Lonedell
VTD: Mapaville
VTD: Marble Springs
VTD: Mastodon
VTD: Maxville
VTD: Meramec Heights
VTD: Miller
VTD: Murphy
VTD: North Jefferson
Block: 290997002112008
Block: 290997002112009
Block: 290997002112010
Block: 290997002112011
Block: 290997002112012
Block: 290997002112013
Block: 290997002112014
Block: 290997002112015
Block: 290997002112016
VTD North Jefferson Subtotal
VTD: Oakvale
VTD: Olympian Village
VTD: Otto
VTD: Pevely W-1
VTD: Pevely W-2
VTD: Pevely W-3
VTD: Pevely W-4
VTD: Plattin
VTD: Riverview
VTD: Rock Creek
VTD: Rock Creek 1

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                                127

VTD: Romaine Creek
VTD: Saline
VTD: Springdale
VTD: Sunrise
VTD: Valle
Block: 290997012006056
Block: 290997013002004
Block: 290997013002005
Block: 290997013002006
Block: 290997013003000
Block: 290997013003001
Block: 290997013003002
Block: 290997013003012
Block: 290997013003026
Block: 290997014012007
Block: 290997014012012
VTD Valle Subtotal
VTD: Victoria
Block: 290997010021006
Block: 290997010021008
Block: 290997010021019
Block: 290997010021021
Block: 290997010023004
Block: 290997010023005
Block: 290997010023006
Block: 290997010023012
Block: 290997010023013
Block: 290997010023029
Block: 290997010023030
Block: 290997010023035
VTD Victoria Subtotal
VTD: Windsor
County Jefferson MO Subtotal
County: Madison MO
County: Mississippi MO
County: New Madrid MO
County: Oregon MO

HB 1                                                                128

County: Ozark MO
County: Pemiscot MO
County: Perry MO
County: Phelps MO
County: Reynolds MO
County: Ripley MO
County: Scott MO
County: Shannon MO
County: St. François MO
County: Ste. Genevieve MO
County: Stoddard MO
County: Texas MO
County: Wayne MO
County: Wright MO
District 8 Total

128.479. Upon the passage and enactment of sections 128.471 to 128.478, and as provided to the revisor of statutes, the revisor of statutes shall publish the graphical map representation of the official congressional district boundaries as an appendix of the Revised Statutes of Missouri.

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

It is a class A misdemeanor punishable, notwithstanding the provisions of section 560.021, RSMo, to the contrary, for a term of imprisonment not to exceed one year in the county jail or a fine not to exceed ten thousand dollars or both, for anyone to sign any referendum petition with any name other than his or her own, or knowingly to sign his or her name more than once for the same measure for the same election, or to sign a petition when such person knows he or she is not a registered voter.

County:_____

Page No:_____

## PETITION FOR REFERENDUM

To the Honorable Denny Hoskins, Secretary of State for the State of Missouri:

We, the undersigned, registered voters of the state of Missouri and_____County (or City of St. Louis), respectfully order that House Bill No. 1, entitled "An Act to repeal sections 128.345, 128.346, and 128.348, RSMo, and to enact in lieu thereof twelve new sections relating to the composition of congressional districts," passed by the 103rd General Assembly of the State of Missouri, at the second extraordinary session of the first regular session of the 103rd general assembly, shall be referred to the voters of the State of Missouri, for their approval or rejection, at the general election to be held on the 3rd of November, 2026, unless the general assembly shall designate another date, and each for himself or herself says: I have personally signed this petition; I am a registered voter of the state of Missouri and_____County (or city of St. Louis); my registered voting address and name of the city, town, or village in which I live are correctly written after my name.

### [OFFICIAL BALLOT TITLE]

### CIRCULATOR'S AFFIDAVIT

STATE OF MISSOURI, COUNTY OF_____, I,_____being first duly sworn, say (print or type names of signers)

| | NAME (Signature) | DATE SIGNED | REGISTERED VOTING ADDRESS (Number)(Street), (City, Town or Village) | ZIP CODE | CONGR. DIST. | NAME (Printed or Typed) |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |

signed this page of the foregoing petition, and each of them signed his or her name thereto in my presence; I believe that each has stated his or her name, registered voting address, and city, town or village correctly, and that each signer is a registered voter of the State of Missouri and _____County (or city of St. Louis). FURTHERMORE, I HEREBY SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT ALL STATEMENTS MADE BY ME ARE TRUE AND CORRECT AND THAT I HAVE NEVER BEEN CONVICTED OF, FOUND GUILTY OF, OR PLED GUILTY TO ANY OFFENSE INVOLVING FORGERY. I am at least 18 years of age. I do__do not__(check one) expect to be paid for circulating this petition. If paid, list the payer_____.

_____
Signature of Affiant (Person Obtaining Signatures)

_____
Street Address of Affiant

Subscribed and sworn to before me on this____day of_____, A.D. 20____

Notary Public (Seal)

_____
(Printed Name of Affiant)

_____
City, State, and Zip Code of Affiant

_____
Signature of Notary

_____
Address of Notary

My commission expires_____

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

SECOND EXTRAORDINARY SESSION OF THE

FIRST REGULAR SESSION

[TRULY AGREED TO AND FINALLY PASSED]

# HOUSE BILL NO. 1

## 103RD GENERAL ASSEMBLY

334411.01T                                              2025

## AN ACT

To repeal sections 128.345, 128.346, and 128.348, RSMo, and to enact in lieu thereof twelve new sections relating to the composition of congressional districts.

*Be it enacted by the General Assembly of the state of Missouri, as follows:*

Section A. Sections 128.345, 128.346, and 128.348, RSMo, are repealed and twelve new sections enacted in lieu thereof, to be known as sections 128.345, 128.346, 128.348, 128.471, 128.472, 128.473, 128.474, 128.475, 128.476, 128.477, 128.478, and 128.479, to read as follows:

128.345. 1. All references in sections 128.451 to 128.458 to counties, voting districts (VTD), and tract-blocks (Block) mean those counties, voting districts (VTD), and tract-blocks (Block) as reported to the state by the United States Bureau of the Census for the 2010 census.

2. All references in sections 128.461 to [128.468] **128.478** to counties, voting districts (VTD), and tract-blocks (Block) mean those counties, voting districts (VTD), and tract-blocks (Block) as reported to the state by the United States Bureau of the Census for the 2020 census.

128.346. 1. The districts established by the provisions of sections 128.400 to 128.440 for the election of representatives to the Congress of the United States shall be effective beginning with election to the 108th Congress and through the election of the 112th Congress.

2. The districts established by sections 128.451 to 128.458 for the election of representatives to the Congress of the United States shall be effective beginning with the election to the 113th Congress and through the election of the 117th Congress.

3. The districts established by sections 128.461 to 128.468 for the election of representatives to the Congress of the United States shall be effective beginning with the election to the 118th Congress **and through the election of the 119th Congress.**

EXPLANATION — Matter enclosed in bold-faced brackets [thus] in the above bill is not enacted and is intended to be omitted from the law. Matter in **bold-face** type in the above bill is proposed language.

HB 1                                                           2

**4. The districts established by sections 128.471 to 128.478 for the election of representatives to the Congress of the United States shall be effective beginning with the election of the 120th Congress.**

128.348. 1. Effective with the election for the 113th Congress and through the election of the 117th Congress, the state of Missouri shall consist of eight congressional districts.

2. Effective with the election of the 118th Congress, the state of Missouri shall consist of eight congressional districts.

3. **Effective with the election of the 120th Congress, the state of Missouri shall consist of eight congressional districts.**

4. The legal voters of each district shall elect one member of Congress of the United States.

**128.471. The first congressional district shall be composed of the following:**

**County: St. Louis City MO**

**County: St. Louis MO**

**VTD: AP001**

**VTD: AP002**

**VTD: AP003**

**VTD: AP004**

**VTD: AP005**

**VTD: AP006**

**VTD: AP007**

**VTD: AP008**

**VTD: AP009**

**VTD: AP010**

**VTD: AP011**

**VTD: AP012**

**VTD: AP013**

**VTD: AP014**

**VTD: AP015**

**VTD: AP016**

**VTD: AP017**

**VTD: AP018**

**VTD: AP019**

**VTD: AP020**

**VTD: AP021**

**VTD: AP022**

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                    3

VTD: AP023
VTD: AP024
VTD: AP025
VTD: AP026
VTD: AP027
VTD: AP028
VTD: AP029
VTD: AP030
VTD: AP031
VTD: AP033
VTD: AP034
VTD: AP035
VTD: AP036
VTD: AP037
VTD: AP038
VTD: AP039
VTD: AP040
VTD: AP042
VTD: AP043
VTD: AP044
VTD: AP045
VTD: AP046
VTD: AP047
VTD: AP048
VTD: AP049
VTD: AP050
VTD: AP051
VTD: AP200
VTD: AP203
VTD: AP206
VTD: AP207
VTD: AP208
VTD: AP211
VTD: AP214
VTD: AP215
VTD: AP216
VTD: AP217

HB 1                                    4

VTD: AP218
VTD: AP225
VTD: AP230
VTD: AP232
VTD: AP233
VTD: AP237
VTD: CC012
VTD: CC013
VTD: CC022
VTD: CC043
VTD: CC048
Block: 291892155004011
VTD CC048 Subtotal
VTD: CC051
VTD: CC057
VTD: CC203
Block: 291892156001019
VTD CC203 Subtotal
VTD: CC205
VTD: CLA001
VTD: CLA002
VTD: CLA003
VTD: CLA004
Block: 291892165004005
Block: 291892165004006
Block: 291892165004007
Block: 291892165004008
Block: 291892165004009
Block: 291892165004010
Block: 291892165004011
Block: 291892165004012
Block: 291892165004013
Block: 291892165004014
Block: 291892165004015
Block: 291892165004016
Block: 291892165004017
Block: 291892165004018

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                           5

100    Block: 291892165004019
101    Block: 291892165004020
102    Block: 291892165004022
103    Block: 291892165004023
104    Block: 291892165004024
105    Block: 291892165004025
106    Block: 291892165004026
107    VTD CLA004 Subtotal
108    VTD: CLA005
109    VTD: CLA008
110    VTD: CLA009
111    VTD: CLA010
112    VTD: CLA011
113    VTD: CLA013
114    Block: 291892165004021
115    VTD CLA013 Subtotal
116    VTD: CLA017
117    VTD: CLA019
118    VTD: CLA020
119    VTD: CLA021
120    VTD: CLA022
121    VTD: CLA023
122    VTD: CLA027
123    VTD: CLA029
124    VTD: CLA030
125    VTD: CLA031
126    VTD: CLA032
127    VTD: CLA035
128    VTD: CLA038
129    VTD: CLA039
130    VTD: CLA041
131    VTD: CLA043
132    VTD: CLA044
133    VTD: CLA046
134    VTD: CLA050
135    VTD: CLA051
136    VTD: CLA052

HB 1                                                           6

137    VTD: CLA200
138    VTD: CLA206
139    VTD: FER001
140    VTD: FER002
141    VTD: FER003
142    VTD: FER004
143    VTD: FER005
144    VTD: FER006
145    VTD: FER007
146    VTD: FER008
147    VTD: FER009
148    VTD: FER010
149    VTD: FER011
150    VTD: FER012
151    VTD: FER013
152    VTD: FER014
153    VTD: FER015
154    VTD: FER016
155    VTD: FER017
156    VTD: FER018
157    VTD: FER019
158    VTD: FER020
159    VTD: FER021
160    VTD: FER022
161    VTD: FER023
162    VTD: FER024
163    VTD: FER025
164    VTD: FER026
165    VTD: FER027
166    VTD: FER028
167    VTD: FER029
168    VTD: FER030
169    VTD: FER031
170    VTD: FER032
171    VTD: FER033
172    VTD: FER034
173    VTD: FER035

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1    7

VTD: FER036
VTD: FER037
VTD: FER038
VTD: FER039
VTD: FER040
VTD: FER041
VTD: FER042
VTD: FER043
VTD: FER044
VTD: FER045
VTD: FER046
VTD: FER206
VTD: FER207
VTD: FER208
VTD: FLO001
VTD: FLO002
VTD: FLO003
VTD: FLO004
VTD: FLO005
VTD: FLO006
VTD: FLO007
VTD: FLO008
VTD: FLO009
VTD: FLO010
VTD: FLO011
VTD: FLO012
VTD: FLO013
VTD: FLO014
VTD: FLO015
VTD: FLO016
VTD: FLO017
VTD: FLO018
VTD: FLO019
VTD: FLO020
VTD: FLO021
VTD: FLO022
VTD: FLO023

HB 1    8

VTD: FLO024
VTD: FLO025
VTD: FLO026
VTD: FLO027
VTD: FLO028
VTD: FLO029
VTD: FLO030
VTD: FLO031
VTD: FLO200
VTD: FLO201
VTD: FLO205
VTD: FLO207
VTD: GRA007
Block: 291892198011012
Block: 291892198011013
Block: 291892198011014
Block: 291892198011020
Block: 291892198012013
Block: 291892198012015
Block: 291892198012016
VTD GRA007 Subtotal
VTD: GRA015
Block: 291892197003015
Block: 291892197005003
Block: 291892197005004
Block: 291892197005005
Block: 291892197005006
Block: 291892197005007
Block: 291892197005008
Block: 291892197005010
Block: 291892197005011
Block: 291892197005012
Block: 291892197005013
VTD GRA015 Subtotal
VTD: GRA016
VTD: GRA018
VTD: GRA019

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                                9

Block: 291892197001024
Block: 291892197003006
Block: 291892197003007
Block: 291892197003008
Block: 291892197003009
Block: 291892197003010
Block: 291892197003011
Block: 291892197003012
Block: 291892197003013
Block: 291892197003014
Block: 291892197005002
Block: 291892197005014
Block: 291892197005015
Block: 291892198012001
Block: 291892198012002
Block: 291892198013017
VTD GRA019 Subtotal
VTD: GRA021
VTD: GRA022
VTD: GRA025
VTD: GRA033
Block: 291892199001000
Block: 291892199001001
Block: 291892199001002
Block: 291892199001003
Block: 291892199001004
Block: 291892199001005
Block: 291892199001006
Block: 291892199001008
Block: 291892199001009
VTD GRA033 Subtotal
VTD: GRA035
VTD: GRA039
VTD: GRA045
Block: 291892208011021
Block: 291892208011023
VTD GRA045 Subtotal

HB 1                                                                10

VTD: GRA202
Block: 291892208011018
VTD GRA202 Subtotal
VTD: HAD001
VTD: HAD002
VTD: HAD003
VTD: HAD004
VTD: HAD005
VTD: HAD006
VTD: HAD007
VTD: HAD008
VTD: HAD009
VTD: HAD010
VTD: HAD011
VTD: HAD012
VTD: HAD013
VTD: HAD014
VTD: HAD015
VTD: HAD016
VTD: HAD017
VTD: HAD018
VTD: HAD019
VTD: HAD020
VTD: HAD021
VTD: HAD022
VTD: HAD023
VTD: HAD024
VTD: HAD025
VTD: HAD026
VTD: HAD027
VTD: HAD028
VTD: HAD029
VTD: HAD030
VTD: HAD031
VTD: HAD032
VTD: HAD033
VTD: HAD034

HB 1                                                                    11

322    VTD: HAD035
323    VTD: HAD200
324    VTD: JEF005
325    VTD: JEF006
326    VTD: JEF007
327    VTD: JEF008
328    VTD: JEF009
329    VTD: JEF010
330    Block: 291892194001026
331    Block: 291892194003018
332    Block: 291892194004000
333    Block: 291892194004001
334    Block: 291892194004002
335    Block: 291892194004003
336    Block: 291892194004004
337    Block: 291892194004005
338    Block: 291892194004006
339    Block: 291892194004007
340    Block: 291892194004008
341    Block: 291892194004010
342    Block: 291892194004011
343    Block: 291892194004012
344    Block: 291892194004013
345    Block: 291892194004014
346    Block: 291892194004015
347    Block: 291892194005001
348    Block: 291892194005002
349    Block: 291892194005005
350    Block: 291892194005006
351    Block: 291892194005007
352    Block: 291892194005015
353    Block: 291892194005016
354    Block: 291892194005017
355    Block: 291892194005018
356    Block: 291892194005019
357    Block: 291892194005020
358    Block: 291892194005021

HB 1                                                                    12

359    Block: 291892194005022
360    VTD JEF010 Subtotal
361    VTD: JEF011
362    VTD: JEF012
363    VTD: JEF013
364    VTD: JEF014
365    VTD: JEF015
366    VTD: JEF016
367    VTD: JEF017
368    VTD: JEF018
369    VTD: JEF019
370    VTD: JEF020
371    VTD: JEF021
372    VTD: JEF022
373    VTD: JEF023
374    VTD: JEF024
375    VTD: JEF025
376    VTD: JEF026
377    VTD: JEF027
378    VTD: JEF028
379    VTD: JEF029
380    VTD: JEF030
381    VTD: JEF031
382    VTD: JEF202
383    VTD: LC001
384    VTD: LC002
385    VTD: LC003
386    VTD: LC004
387    VTD: LC005
388    VTD: LC006
389    VTD: LC007
390    VTD: LC008
391    VTD: LC009
392    VTD: LC010
393    VTD: LC011
394    VTD: LC012
395    VTD: LC013

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                    13

| 396 | VTD: LC014 |
| 397 | VTD: LC015 |
| 398 | VTD: LC016 |
| 399 | VTD: LC017 |
| 400 | VTD: LC018 |
| 401 | VTD: LC019 |
| 402 | VTD: LC020 |
| 403 | VTD: LC021 |
| 404 | VTD: LC022 |
| 405 | VTD: LC023 |
| 406 | VTD: LC024 |
| 407 | VTD: LC025 |
| 408 | VTD: LC026 |
| 409 | VTD: LC027 |
| 410 | VTD: LC028 |
| 411 | VTD: LC029 |
| 412 | VTD: LC030 |
| 413 | VTD: LC031 |
| 414 | VTD: LC032 |
| 415 | VTD: LC033 |
| 416 | VTD: LC200 |
| 417 | VTD: LC203 |
| 418 | VTD: LC204 |
| 419 | VTD: LC209 |
| 420 | VTD: MID001 |
| 421 | VTD: MID002 |
| 422 | VTD: MID003 |
| 423 | VTD: MID004 |
| 424 | VTD: MID005 |
| 425 | VTD: MID006 |
| 426 | VTD: MID007 |
| 427 | VTD: MID008 |
| 428 | VTD: MID009 |
| 429 | VTD: MID010 |
| 430 | VTD: MID011 |
| 431 | VTD: MID012 |
| 432 | VTD: MID013 |

HB 1                                    14

| 433 | VTD: MID014 |
| 434 | VTD: MID015 |
| 435 | VTD: MID016 |
| 436 | VTD: MID017 |
| 437 | VTD: MID018 |
| 438 | VTD: MID019 |
| 439 | VTD: MID020 |
| 440 | VTD: MID021 |
| 441 | VTD: MID022 |
| 442 | VTD: MID023 |
| 443 | VTD: MID024 |
| 444 | VTD: MID025 |
| 445 | VTD: MID026 |
| 446 | VTD: MID027 |
| 447 | VTD: MID028 |
| 448 | VTD: MID029 |
| 449 | VTD: MID030 |
| 450 | VTD: MID031 |
| 451 | VTD: MID032 |
| 452 | VTD: MID033 |
| 453 | VTD: MID034 |
| 454 | VTD: MID035 |
| 455 | VTD: MID036 |
| 456 | VTD: MID037 |
| 457 | VTD: MID038 |
| 458 | VTD: MID039 |
| 459 | VTD: MID040 |
| 460 | VTD: MID041 |
| 461 | VTD: MID042 |
| 462 | VTD: MID043 |
| 463 | VTD: MID044 |
| 464 | VTD: MID045 |
| 465 | VTD: MID046 |
| 466 | VTD: MID047 |
| 467 | VTD: MID048 |
| 468 | VTD: MID049 |
| 469 | VTD: MID050 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1      15

| | |
|---|---|
| 470 | VTD: MID051 |
| 471 | VTD: MID052 |
| 472 | VTD: MID053 |
| 473 | VTD: MID054 |
| 474 | VTD: MID055 |
| 475 | VTD: MID056 |
| 476 | VTD: MID057 |
| 477 | VTD: MID058 |
| 478 | VTD: MID059 |
| 479 | VTD: MID060 |
| 480 | VTD: MID061 |
| 481 | VTD: MID200 |
| 482 | VTD: MID201 |
| 483 | VTD: MID202 |
| 484 | VTD: MID204 |
| 485 | VTD: NOR001 |
| 486 | VTD: NOR002 |
| 487 | VTD: NOR003 |
| 488 | VTD: NOR004 |
| 489 | VTD: NOR005 |
| 490 | VTD: NOR006 |
| 491 | VTD: NOR007 |
| 492 | VTD: NOR008 |
| 493 | VTD: NOR009 |
| 494 | VTD: NOR010 |
| 495 | VTD: NOR011 |
| 496 | VTD: NOR012 |
| 497 | VTD: NOR013 |
| 498 | VTD: NOR014 |
| 499 | VTD: NOR015 |
| 500 | VTD: NOR016 |
| 501 | VTD: NOR017 |
| 502 | VTD: NOR018 |
| 503 | VTD: NOR019 |
| 504 | VTD: NOR020 |
| 505 | VTD: NOR021 |
| 506 | VTD: NOR022 |

HB 1      16

| | |
|---|---|
| 507 | VTD: NOR023 |
| 508 | VTD: NOR024 |
| 509 | VTD: NOR025 |
| 510 | VTD: NOR026 |
| 511 | VTD: NOR027 |
| 512 | VTD: NOR028 |
| 513 | VTD: NOR029 |
| 514 | VTD: NOR030 |
| 515 | VTD: NOR031 |
| 516 | VTD: NOR032 |
| 517 | VTD: NOR033 |
| 518 | VTD: NOR034 |
| 519 | VTD: NOR035 |
| 520 | VTD: NOR036 |
| 521 | VTD: NOR037 |
| 522 | VTD: NOR038 |
| 523 | VTD: NOR039 |
| 524 | VTD: NOR040 |
| 525 | VTD: NOR041 |
| 526 | VTD: NOR042 |
| 527 | VTD: NOR043 |
| 528 | VTD: NOR044 |
| 529 | VTD: NOR045 |
| 530 | VTD: NOR046 |
| 531 | VTD: NOR047 |
| 532 | VTD: NOR048 |
| 533 | VTD: NOR049 |
| 534 | VTD: NOR050 |
| 535 | VTD: NOR051 |
| 536 | VTD: NOR052 |
| 537 | VTD: NOR053 |
| 538 | VTD: NOR054 |
| 539 | VTD: NOR055 |
| 540 | VTD: NOR056 |
| 541 | VTD: NOR200 |
| 542 | VTD: NOR201 |
| 543 | VTD: NOR202 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                17

| | |
|---|---|
| 544 | VTD: NOR203 |
| 545 | VTD: NOR204 |
| 546 | VTD: NOR208 |
| 547 | VTD: NOR213 |
| 548 | VTD: NOR218 |
| 549 | VTD: NOR222 |
| 550 | VTD: NRW001 |
| 551 | VTD: NRW002 |
| 552 | VTD: NRW003 |
| 553 | VTD: NRW004 |
| 554 | VTD: NRW005 |
| 555 | VTD: NRW006 |
| 556 | VTD: NRW007 |
| 557 | VTD: NRW008 |
| 558 | VTD: NRW009 |
| 559 | VTD: NRW010 |
| 560 | VTD: NRW011 |
| 561 | VTD: NRW012 |
| 562 | VTD: NRW013 |
| 563 | VTD: NRW014 |
| 564 | VTD: NRW015 |
| 565 | VTD: NRW016 |
| 566 | VTD: NRW017 |
| 567 | VTD: NRW018 |
| 568 | VTD: NRW019 |
| 569 | VTD: NRW020 |
| 570 | VTD: NRW021 |
| 571 | VTD: NRW022 |
| 572 | VTD: NRW023 |
| 573 | VTD: NRW024 |
| 574 | VTD: NRW025 |
| 575 | VTD: NRW026 |
| 576 | VTD: NRW027 |
| 577 | VTD: NRW028 |
| 578 | VTD: NRW029 |
| 579 | VTD: NRW030 |
| 580 | VTD: NRW031 |

HB 1                                18

| | |
|---|---|
| 581 | VTD: NRW032 |
| 582 | VTD: NRW033 |
| 583 | VTD: NRW034 |
| 584 | VTD: NRW035 |
| 585 | VTD: NRW036 |
| 586 | VTD: NRW037 |
| 587 | VTD: NRW038 |
| 588 | VTD: NRW039 |
| 589 | VTD: NRW040 |
| 590 | VTD: NRW041 |
| 591 | VTD: NRW042 |
| 592 | VTD: NRW043 |
| 593 | VTD: NRW044 |
| 594 | VTD: NRW045 |
| 595 | VTD: NRW046 |
| 596 | VTD: NRW047 |
| 597 | VTD: NRW048 |
| 598 | VTD: NRW049 |
| 599 | VTD: NRW050 |
| 600 | VTD: NRW051 |
| 601 | VTD: NRW200 |
| 602 | VTD: NRW201 |
| 603 | VTD: NRW202 |
| 604 | VTD: NRW203 |
| 605 | VTD: NRW204 |
| 606 | VTD: NRW205 |
| 607 | VTD: NW001 |
| 608 | Block: 291892132023002 |
| 609 | VTD NW001 Subtotal |
| 610 | VTD: NW002 |
| 611 | VTD: NW003 |
| 612 | VTD: NW004 |
| 613 | VTD: NW005 |
| 614 | VTD: NW006 |
| 615 | VTD: NW007 |
| 616 | VTD: NW008 |
| 617 | VTD: NW009 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                    19

| | |
|---|---|
| 618 | VTD: NW010 |
| 619 | VTD: NW011 |
| 620 | VTD: NW012 |
| 621 | VTD: NW014 |
| 622 | VTD: NW015 |
| 623 | VTD: NW016 |
| 624 | VTD: NW017 |
| 625 | VTD: NW018 |
| 626 | VTD: NW022 |
| 627 | VTD: NW023 |
| 628 | VTD: NW024 |
| 629 | VTD: NW025 |
| 630 | VTD: NW026 |
| 631 | VTD: NW027 |
| 632 | VTD: NW028 |
| 633 | VTD: NW030 |
| 634 | VTD: NW031 |
| 635 | VTD: NW032 |
| 636 | VTD: NW034 |
| 637 | VTD: NW036 |
| 638 | VTD: NW037 |
| 639 | VTD: NW039 |
| 640 | VTD: NW040 |
| 641 | VTD: NW041 |
| 642 | VTD: NW042 |
| 643 | VTD: NW043 |
| 644 | VTD: NW044 |
| 645 | VTD: NW045 |
| 646 | VTD: NW046 |
| 647 | VTD: NW048 |
| 648 | VTD: NW050 |
| 649 | VTD: NW051 |
| 650 | VTD: NW200 |
| 651 | VTD: NW202 |
| 652 | VTD: NW204 |
| 653 | VTD: NW205 |
| 654 | VTD: NW206 |

HB 1                                                    20

| | |
|---|---|
| 655 | VTD: NW207 |
| 656 | VTD: NW208 |
| 657 | VTD: NW209 |
| 658 | VTD: NW210 |
| 659 | VTD: NW212 |
| 660 | VTD: NW213 |
| 661 | VTD: NW214 |
| 662 | VTD: NW215 |
| 663 | VTD: NW216 |
| 664 | VTD: NW217 |
| 665 | VTD: NW219 |
| 666 | VTD: NW220 |
| 667 | Block: 291892132031024 |
| 668 | VTD NW220 Subtotal |
| 669 | VTD: NW224 |
| 670 | VTD: NW225 |
| 671 | VTD: NW226 |
| 672 | VTD: NW227 |
| 673 | VTD: NW229 |
| 674 | VTD: SF001 |
| 675 | VTD: SF002 |
| 676 | VTD: SF003 |
| 677 | VTD: SF004 |
| 678 | VTD: SF005 |
| 679 | VTD: SF006 |
| 680 | VTD: SF007 |
| 681 | VTD: SF008 |
| 682 | VTD: SF009 |
| 683 | VTD: SF010 |
| 684 | VTD: SF011 |
| 685 | VTD: SF012 |
| 686 | VTD: SF013 |
| 687 | VTD: SF014 |
| 688 | VTD: SF015 |
| 689 | VTD: SF016 |
| 690 | VTD: SF017 |
| 691 | VTD: SF018 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                                21

| | |
|---|---|
| 692 | **VTD: SF019** |
| 693 | **VTD: SF020** |
| 694 | **VTD: SF021** |
| 695 | **VTD: SF022** |
| 696 | **VTD: SF023** |
| 697 | **VTD: SF024** |
| 698 | **VTD: SF025** |
| 699 | **VTD: SF026** |
| 700 | **VTD: SF027** |
| 701 | **VTD: SF028** |
| 702 | **VTD: SF029** |
| 703 | **VTD: SF030** |
| 704 | **VTD: SF031** |
| 705 | **VTD: SF032** |
| 706 | **VTD: SF033** |
| 707 | **VTD: SF034** |
| 708 | **VTD: SF035** |
| 709 | **VTD: SF200** |
| 710 | **VTD: SPL001** |
| 711 | **VTD: SPL002** |
| 712 | **VTD: SPL003** |
| 713 | **VTD: SPL004** |
| 714 | **VTD: SPL005** |
| 715 | **VTD: SPL006** |
| 716 | **VTD: SPL007** |
| 717 | **VTD: SPL008** |
| 718 | **VTD: SPL009** |
| 719 | **VTD: SPL010** |
| 720 | **VTD: SPL011** |
| 721 | **VTD: SPL012** |
| 722 | **VTD: SPL013** |
| 723 | **VTD: SPL014** |
| 724 | **VTD: SPL015** |
| 725 | **VTD: SPL016** |
| 726 | **VTD: SPL017** |
| 727 | **VTD: SPL018** |
| 728 | **VTD: SPL019** |

HB 1                                                                22

| | |
|---|---|
| 729 | **VTD: SPL020** |
| 730 | **VTD: SPL021** |
| 731 | **VTD: SPL022** |
| 732 | **VTD: SPL023** |
| 733 | **VTD: SPL024** |
| 734 | **VTD: SPL025** |
| 735 | **VTD: SPL026** |
| 736 | **VTD: SPL027** |
| 737 | **VTD: SPL028** |
| 738 | **VTD: SPL201** |
| 739 | **VTD: SPL202** |
| 740 | **VTD: SPL207** |
| 741 | **VTD: SPL208** |
| 742 | **VTD: UNV001** |
| 743 | **VTD: UNV002** |
| 744 | **VTD: UNV003** |
| 745 | **VTD: UNV004** |
| 746 | **VTD: UNV005** |
| 747 | **VTD: UNV006** |
| 748 | **VTD: UNV007** |
| 749 | **VTD: UNV008** |
| 750 | **VTD: UNV009** |
| 751 | **VTD: UNV010** |
| 752 | **VTD: UNV011** |
| 753 | **VTD: UNV012** |
| 754 | **VTD: UNV013** |
| 755 | **VTD: UNV014** |
| 756 | **VTD: UNV015** |
| 757 | **VTD: UNV016** |
| 758 | **VTD: UNV017** |
| 759 | **VTD: UNV018** |
| 760 | **VTD: UNV019** |
| 761 | **VTD: UNV020** |
| 762 | **VTD: UNV021** |
| 763 | **VTD: UNV022** |
| 764 | **VTD: UNV023** |
| 765 | **VTD: UNV024** |

HB 1                                                23

VTD: UNV025
VTD: UNV026
VTD: UNV027
VTD: UNV028
VTD: UNV029
VTD: UNV030
VTD: UNV031
VTD: UNV032
VTD: UNV033
VTD: UNV034
VTD: UNV035
VTD: UNV036
VTD: UNV037
VTD: UNV038
VTD: UNV039
VTD: UNV040
VTD: UNV041
VTD: UNV042
VTD: UNV043
VTD: UNV045
VTD: UNV201
VTD: UNV202
VTD: UNV205
VTD: UNV206
VTD: UNV208
County St. Louis MO Subtotal
District 1 Total
128.472. The second congressional district shall be composed of the following:
County: Crawford MO
County: Franklin MO
County: Gasconade MO
County: Jefferson MO
VTD: Brennan
Block: 290997002111020
Block: 290997002111021
Block: 290997003032017
Block: 290997003051001

HB 1                                                24

Block: 290997003051003
Block: 290997003052001
Block: 290997003052002
Block: 290997003052003
Block: 290997003052004
Block: 290997003052005
Block: 290997003052025
VTD Brennan Subtotal
VTD: Byrnes Mill W-1
VTD: Byrnes Mill W-2
VTD: Byrnes Mill W-3
VTD: Byrnesville
VTD: Cedar Hill
VTD: Cedar Hill Lakes
VTD: De Soto W-1
VTD: De Soto W-2
VTD: De Soto W-3
VTD: De Soto W-4
VTD: Dulin Creek
VTD: Goldman
VTD: Grubville
VTD: Grubville 2
VTD: High Ridge
VTD: Hillsboro W-1
VTD: Hillsboro W-2
VTD: Hillsboro W-3
VTD: Hillsboro W-4
VTD: Hoene Springs
VTD: House Springs
VTD: Lake Tekawitha
VTD: Lake Tishomingo
VTD: Meramec Valley
VTD: North Jefferson
Block: 290997002062004
Block: 290997002062005
Block: 290997002072000
Block: 290997002072001

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1

Block: 290997002072002
Block: 290997002072003
Block: 290997002072004
Block: 290997002072005
Block: 290997002072006
Block: 290997002072007
Block: 290997002072008
Block: 290997002072009
Block: 290997002072010
Block: 290997002072011
Block: 290997002072012
Block: 290997002072013
Block: 290997002072014
Block: 290997002072017
Block: 290997002072018
Block: 290997002072019
Block: 290997002072020
Block: 290997002072021
Block: 290997002072022
Block: 290997002072023
Block: 290997002072024
Block: 290997002072025
Block: 290997002111019
Block: 290997002113004
Block: 290997002113005
Block: 290997002113006
Block: 290997002113007
Block: 290997002113008
Block: 290997002113009
Block: 290997002113012
Block: 290997002113013
Block: 290997002113014
Block: 290997002113015
Block: 290997002113016
Block: 290997002113017
Block: 290997002113019
Block: 290997003022000

HB 1

Block: 290997003022001
Block: 290997003022002
Block: 290997003022015
Block: 290997003023002
Block: 290997003063001
Block: 290997003063003
Block: 290997003063004
Block: 290997003063005
VTD North Jefferson Subtotal
VTD: Northwest
VTD: Parkdale
VTD: Peaceful Village
VTD: Raintree
VTD: Rockwood
VTD: Scotsdale
VTD: Valle
Block: 290997010023040
Block: 290997010023041
Block: 290997012006047
Block: 290997012006053
Block: 290997012006061
Block: 290997012006062
Block: 290997013001001
Block: 290997013001002
Block: 290997013001003
Block: 290997013001004
Block: 290997013001055
Block: 290997013001062
Block: 290997013001063
Block: 290997013001064
Block: 290997013001065
Block: 290997013001066
Block: 290997013001067
Block: 290997013001070
Block: 290997013001075
Block: 290997013001077
Block: 290997013003003

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                           27

Block: 290997013003013
Block: 290997013003014
Block: 290997013003015
Block: 290997013003017
Block: 290997013003018
Block: 290997013003019
Block: 290997013003021
Block: 290997013003022
Block: 290997014012008
Block: 290997014012009
Block: 290997014012017
Block: 290997014012021
Block: 290997014012022
Block: 290997014012023
Block: 290997014012064
Block: 290997014012065
Block: 290997014012066
Block: 290997014012067
**VTD Valle Subtotal**
**VTD: Victoria**
Block: 290997010011036
Block: 290997010013008
Block: 290997010013032
Block: 290997010013033
Block: 290997010021020
Block: 290997010021022
Block: 290997010021023
Block: 290997010021024
Block: 290997010022000
Block: 290997010022001
Block: 290997010022002
Block: 290997010022003
Block: 290997010022004
Block: 290997010022005
Block: 290997010022006
Block: 290997010022007
Block: 290997010022010

HB 1                                           28

Block: 290997010022011
Block: 290997010022012
Block: 290997010022017
Block: 290997010022018
Block: 290997010022020
Block: 290997010022021
Block: 290997010022022
Block: 290997010022024
Block: 290997010022025
Block: 290997010022026
Block: 290997010022027
Block: 290997010022029
Block: 290997010022030
Block: 290997010023007
Block: 290997010023008
Block: 290997010023009
Block: 290997010023010
Block: 290997010023011
Block: 290997010023014
Block: 290997010023015
Block: 290997010023016
Block: 290997010023017
Block: 290997010023018
Block: 290997010023022
Block: 290997010023023
Block: 290997010023024
Block: 290997010023025
Block: 290997010023026
Block: 290997010023027
Block: 290997010023028
Block: 290997010023032
Block: 290997010023033
Block: 290997010023034
Block: 290997010023036
Block: 290997010023037
Block: 290997012001000
Block: 290997012001028

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                      29

| | |
|---|---|
| 196 | Block: 290997012001029 |
| 197 | Block: 290997012001030 |
| 198 | VTD Victoria Subtotal |
| 199 | VTD: Vineland |
| 200 | VTD: Ware |
| 201 | County Jefferson MO Subtotal |
| 202 | County: St. Louis MO |
| 203 | VTD: AP032 |
| 204 | VTD: AP041 |
| 205 | VTD: AP201 |
| 206 | VTD: AP202 |
| 207 | VTD: BON001 |
| 208 | VTD: BON002 |
| 209 | VTD: BON003 |
| 210 | VTD: BON004 |
| 211 | VTD: BON005 |
| 212 | VTD: BON006 |
| 213 | VTD: BON007 |
| 214 | VTD: BON008 |
| 215 | VTD: BON009 |
| 216 | VTD: BON010 |
| 217 | VTD: BON011 |
| 218 | VTD: BON012 |
| 219 | VTD: BON013 |
| 220 | VTD: BON014 |
| 221 | VTD: BON015 |
| 222 | VTD: BON016 |
| 223 | VTD: BON017 |
| 224 | VTD: BON018 |
| 225 | VTD: BON019 |
| 226 | VTD: BON020 |
| 227 | VTD: BON021 |
| 228 | VTD: BON022 |
| 229 | VTD: BON023 |
| 230 | VTD: BON024 |
| 231 | VTD: BON025 |
| 232 | VTD: BON026 |

HB 1                                                      30

| | |
|---|---|
| 233 | VTD: BON027 |
| 234 | VTD: BON028 |
| 235 | VTD: BON029 |
| 236 | VTD: BON030 |
| 237 | VTD: BON031 |
| 238 | VTD: BON032 |
| 239 | VTD: BON033 |
| 240 | VTD: BON034 |
| 241 | VTD: BON035 |
| 242 | VTD: BON036 |
| 243 | VTD: BON037 |
| 244 | VTD: BON038 |
| 245 | VTD: BON039 |
| 246 | VTD: BON040 |
| 247 | VTD: BON200 |
| 248 | VTD: BON202 |
| 249 | VTD: BON203 |
| 250 | VTD: BON205 |
| 251 | VTD: BON206 |
| 252 | VTD: BON207 |
| 253 | VTD: BON208 |
| 254 | VTD: BON210 |
| 255 | VTD: BON211 |
| 256 | VTD: CC001 |
| 257 | VTD: CC002 |
| 258 | VTD: CC003 |
| 259 | VTD: CC004 |
| 260 | VTD: CC005 |
| 261 | VTD: CC006 |
| 262 | VTD: CC007 |
| 263 | VTD: CC008 |
| 264 | VTD: CC009 |
| 265 | VTD: CC010 |
| 266 | VTD: CC011 |
| 267 | VTD: CC014 |
| 268 | VTD: CC015 |
| 269 | VTD: CC016 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1     31

VTD: CC017
VTD: CC018
VTD: CC019
VTD: CC020
VTD: CC021
VTD: CC023
VTD: CC024
VTD: CC025
VTD: CC026
VTD: CC027
VTD: CC028
VTD: CC029
VTD: CC030
VTD: CC031
VTD: CC032
VTD: CC033
VTD: CC034
VTD: CC035
VTD: CC036
VTD: CC037
VTD: CC038
VTD: CC039
VTD: CC040
VTD: CC041
VTD: CC042
VTD: CC044
VTD: CC045
VTD: CC046
VTD: CC047
VTD: CC048
Block: 291892155001007
Block: 291892155004013
Block: 291892155004014
Block: 291892155004015
Block: 291892155004016
Block: 291892155004017
VTD CC048 Subtotal

HB 1     32

VTD: CC049
VTD: CC050
VTD: CC052
VTD: CC053
VTD: CC054
VTD: CC055
VTD: CC056
VTD: CC058
VTD: CC059
VTD: CC060
VTD: CC201
VTD: CC202
VTD: CC203
Block: 291892156001020
Block: 291892156001021
Block: 291892156001024
Block: 291892156001025
Block: 291892156001026
Block: 291892156001029
Block: 291892156001030
VTD CC203 Subtotal
VTD: CC208
VTD: CC214
VTD: CC221
VTD: CHE001
VTD: CHE002
VTD: CHE003
VTD: CHE004
VTD: CHE005
VTD: CHE006
VTD: CHE007
VTD: CHE008
VTD: CHE009
VTD: CHE010
VTD: CHE011
VTD: CHE012
VTD: CHE013

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                    33

| | |
|---|---|
| 344 | **VTD: CHE014** |
| 345 | **VTD: CHE015** |
| 346 | **VTD: CHE016** |
| 347 | **VTD: CHE017** |
| 348 | **VTD: CHE018** |
| 349 | **VTD: CHE019** |
| 350 | **VTD: CHE020** |
| 351 | **VTD: CHE021** |
| 352 | **VTD: CHE022** |
| 353 | **VTD: CHE023** |
| 354 | **VTD: CHE024** |
| 355 | **VTD: CHE025** |
| 356 | **VTD: CHE026** |
| 357 | **VTD: CHE027** |
| 358 | **VTD: CHE028** |
| 359 | **VTD: CHE029** |
| 360 | **VTD: CHE030** |
| 361 | **VTD: CHE031** |
| 362 | **VTD: CHE032** |
| 363 | **VTD: CHE033** |
| 364 | **VTD: CHE034** |
| 365 | **VTD: CHE035** |
| 366 | **VTD: CHE036** |
| 367 | **VTD: CHE037** |
| 368 | **VTD: CHE038** |
| 369 | **VTD: CHE039** |
| 370 | **VTD: CHE040** |
| 371 | **VTD: CHE041** |
| 372 | **VTD: CHE042** |
| 373 | **VTD: CHE043** |
| 374 | **VTD: CHE044** |
| 375 | **VTD: CHE045** |
| 376 | **VTD: CHE046** |
| 377 | **VTD: CHE047** |
| 378 | **VTD: CHE048** |
| 379 | **VTD: CHE049** |
| 380 | **VTD: CHE050** |

HB 1                                    34

| | |
|---|---|
| 381 | **VTD: CHE051** |
| 382 | **VTD: CHE052** |
| 383 | **VTD: CHE053** |
| 384 | **VTD: CHE054** |
| 385 | **VTD: CHE055** |
| 386 | **VTD: CHE057** |
| 387 | **VTD: CHE200** |
| 388 | **VTD: CHE203** |
| 389 | **VTD: CHE212** |
| 390 | **VTD: CHE214** |
| 391 | **VTD: CHE215** |
| 392 | **VTD: CLA004** |
| 393 | **Block: 291892154004014** |
| 394 | **VTD CLA004 Subtotal** |
| 395 | **VTD: CLA006** |
| 396 | **VTD: CLA007** |
| 397 | **VTD: CLA012** |
| 398 | **VTD: CLA013** |
| 399 | **Block: 291892154003013** |
| 400 | **Block: 291892154003014** |
| 401 | **Block: 291892154004000** |
| 402 | **Block: 291892154004001** |
| 403 | **Block: 291892154004002** |
| 404 | **Block: 291892154004003** |
| 405 | **Block: 291892154004004** |
| 406 | **Block: 291892154004008** |
| 407 | **Block: 291892154004012** |
| 408 | **Block: 291892154004013** |
| 409 | **Block: 291892154005001** |
| 410 | **Block: 291892154005002** |
| 411 | **Block: 291892154005003** |
| 412 | **VTD CLA013 Subtotal** |
| 413 | **VTD: CLA014** |
| 414 | **VTD: CLA015** |
| 415 | **VTD: CLA016** |
| 416 | **VTD: CLA024** |
| 417 | **VTD: CLA025** |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                              35

| | |
|---|---|
| 418 | VTD: CLA026 |
| 419 | VTD: CLA028 |
| 420 | VTD: CLA033 |
| 421 | VTD: CLA034 |
| 422 | VTD: CLA036 |
| 423 | VTD: CLA037 |
| 424 | VTD: CLA040 |
| 425 | VTD: CLA042 |
| 426 | VTD: CLA045 |
| 427 | VTD: CLA047 |
| 428 | VTD: CLA049 |
| 429 | VTD: CLA201 |
| 430 | VTD: CLA202 |
| 431 | VTD: CLA203 |
| 432 | VTD: CLA205 |
| 433 | VTD: CON001 |
| 434 | VTD: CON002 |
| 435 | VTD: CON003 |
| 436 | VTD: CON004 |
| 437 | VTD: CON005 |
| 438 | VTD: CON006 |
| 439 | VTD: CON007 |
| 440 | VTD: CON008 |
| 441 | VTD: CON009 |
| 442 | VTD: CON010 |
| 443 | VTD: CON011 |
| 444 | VTD: CON012 |
| 445 | VTD: CON013 |
| 446 | VTD: CON014 |
| 447 | VTD: CON015 |
| 448 | VTD: CON016 |
| 449 | VTD: CON017 |
| 450 | VTD: CON018 |
| 451 | VTD: CON019 |
| 452 | VTD: CON020 |
| 453 | VTD: CON021 |
| 454 | VTD: CON022 |

HB 1                                              36

| | |
|---|---|
| 455 | VTD: CON023 |
| 456 | VTD: CON024 |
| 457 | VTD: CON025 |
| 458 | VTD: CON026 |
| 459 | VTD: CON027 |
| 460 | VTD: CON028 |
| 461 | VTD: CON029 |
| 462 | VTD: CON030 |
| 463 | VTD: CON031 |
| 464 | VTD: CON032 |
| 465 | VTD: CON033 |
| 466 | VTD: CON034 |
| 467 | VTD: CON035 |
| 468 | VTD: CON036 |
| 469 | VTD: CON037 |
| 470 | VTD: CON038 |
| 471 | VTD: CON039 |
| 472 | VTD: CON040 |
| 473 | VTD: CON041 |
| 474 | VTD: CON042 |
| 475 | VTD: CON043 |
| 476 | VTD: CON044 |
| 477 | VTD: CON045 |
| 478 | VTD: CON046 |
| 479 | VTD: CON047 |
| 480 | VTD: CON048 |
| 481 | VTD: CON049 |
| 482 | VTD: CON050 |
| 483 | VTD: CON051 |
| 484 | VTD: CON052 |
| 485 | VTD: CON053 |
| 486 | VTD: CON200 |
| 487 | VTD: CON202 |
| 488 | VTD: CON204 |
| 489 | VTD: CON205 |
| 490 | VTD: CON206 |
| 491 | VTD: CON212 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                    37

492   VTD: CON213
493   VTD: GRA001
494   VTD: GRA002
495   VTD: GRA003
496   VTD: GRA004
497   VTD: GRA005
498   VTD: GRA006
499   VTD: GRA007
500   Block: 291892198011021
501   Block: 291892198012003
502   Block: 291892198012006
503   Block: 291892198012007
504   Block: 291892198012008
505   Block: 291892198012009
506   Block: 291892198012010
507   Block: 291892198012011
508   Block: 291892198012012
509   VTD GRA007 Subtotal
510   VTD: GRA008
511   VTD: GRA009
512   VTD: GRA010
513   VTD: GRA011
514   VTD: GRA012
515   VTD: GRA013
516   VTD: GRA014
517   VTD: GRA015
518   Block: 291892197004003
519   Block: 291892197004004
520   Block: 291892197004005
521   Block: 291892197004006
522   Block: 291892197004007
523   Block: 291892197004008
524   Block: 291892197004009
525   Block: 291892208013000
526   Block: 291892208013001
527   Block: 291892208013002
528   Block: 291892208013003

HB 1                                                    38

529   Block: 291892208013004
530   Block: 291892208013005
531   Block: 291892208013006
532   Block: 291892208013007
533   Block: 291892208013008
534   Block: 291892208013009
535   VTD GRA015 Subtotal
536   VTD: GRA017
537   VTD: GRA019
538   Block: 291892197004000
539   Block: 291892197004001
540   Block: 291892197004002
541   Block: 291892197004010
542   Block: 291892197004011
543   Block: 291892197004012
544   Block: 291892198012004
545   Block: 291892198012005
546   VTD GRA019 Subtotal
547   VTD: GRA020
548   VTD: GRA023
549   VTD: GRA024
550   VTD: GRA026
551   VTD: GRA027
552   VTD: GRA028
553   VTD: GRA029
554   VTD: GRA030
555   VTD: GRA031
556   VTD: GRA032
557   VTD: GRA033
558   Block: 291892199001007
559   Block: 291892199004000
560   Block: 291892199004001
561   Block: 291892199004002
562   Block: 291892199004003
563   Block: 291892199004004
564   VTD GRA033 Subtotal
565   VTD: GRA034

566    VTD: **GRA036**
567    VTD: **GRA037**
568    VTD: **GRA038**
569    VTD: **GRA040**
570    VTD: **GRA041**
571    VTD: **GRA042**
572    VTD: **GRA043**
573    VTD: **GRA044**
574    VTD: **GRA045**
575    Block: **291892208011022**
576    VTD **GRA045 Subtotal**
577    VTD: **GRA046**
578    VTD: **GRA047**
579    VTD: **GRA048**
580    VTD: **GRA201**
581    VTD: **GRA202**
582    Block: **291892208011017**
583    VTD **GRA202 Subtotal**
584    VTD: **GRA206**
585    VTD: **GRA209**
586    VTD: **GRA210**
587    VTD: **JEF001**
588    VTD: **JEF002**
589    VTD: **JEF003**
590    VTD: **JEF004**
591    VTD: **JEF010**
592    Block: **291892219001008**
593    VTD **JEF010 Subtotal**
594    VTD: **JEF032**
595    VTD: **JEF033**
596    VTD: **JEF034**
597    VTD: **JEF035**
598    VTD: **JEF036**
599    VTD: **JEF037**
600    VTD: **JEF200**
601    VTD: **LAF001**
602    VTD: **LAF002**

603    VTD: **LAF003**
604    VTD: **LAF004**
605    VTD: **LAF005**
606    VTD: **LAF006**
607    VTD: **LAF007**
608    VTD: **LAF008**
609    VTD: **LAF009**
610    VTD: **LAF010**
611    VTD: **LAF011**
612    VTD: **LAF012**
613    VTD: **LAF013**
614    VTD: **LAF014**
615    VTD: **LAF015**
616    VTD: **LAF016**
617    VTD: **LAF017**
618    VTD: **LAF018**
619    VTD: **LAF019**
620    VTD: **LAF020**
621    VTD: **LAF022**
622    VTD: **LAF023**
623    VTD: **LAF024**
624    VTD: **LAF025**
625    VTD: **LAF026**
626    VTD: **LAF027**
627    VTD: **LAF028**
628    VTD: **LAF029**
629    VTD: **LAF030**
630    VTD: **LAF031**
631    VTD: **LAF032**
632    VTD: **LAF033**
633    VTD: **LAF034**
634    VTD: **LAF035**
635    VTD: **LAF036**
636    VTD: **LAF037**
637    VTD: **LAF038**
638    VTD: **LAF039**
639    VTD: **LAF040**

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                41

| | |
|---|---|
| 640 | VTD: **LAF041** |
| 641 | VTD: **LAF042** |
| 642 | VTD: **LAF043** |
| 643 | VTD: **LAF044** |
| 644 | VTD: **LAF045** |
| 645 | VTD: **LAF046** |
| 646 | VTD: **LAF200** |
| 647 | VTD: **LAF205** |
| 648 | VTD: **LAF207** |
| 649 | VTD: **LEM001** |
| 650 | VTD: **LEM002** |
| 651 | VTD: **LEM003** |
| 652 | VTD: **LEM004** |
| 653 | VTD: **LEM005** |
| 654 | VTD: **LEM006** |
| 655 | VTD: **LEM007** |
| 656 | VTD: **LEM008** |
| 657 | VTD: **LEM009** |
| 658 | VTD: **LEM010** |
| 659 | VTD: **LEM011** |
| 660 | VTD: **LEM012** |
| 661 | VTD: **LEM013** |
| 662 | VTD: **LEM014** |
| 663 | VTD: **LEM015** |
| 664 | VTD: **LEM016** |
| 665 | VTD: **LEM017** |
| 666 | VTD: **LEM018** |
| 667 | VTD: **LEM019** |
| 668 | VTD: **LEM020** |
| 669 | VTD: **LEM021** |
| 670 | VTD: **LEM022** |
| 671 | VTD: **LEM023** |
| 672 | VTD: **LEM024** |
| 673 | VTD: **LEM025** |
| 674 | VTD: **LEM026** |
| 675 | VTD: **LEM027** |
| 676 | VTD: **LEM028** |

HB 1                                                42

| | |
|---|---|
| 677 | VTD: **LEM029** |
| 678 | VTD: **LEM030** |
| 679 | VTD: **LEM031** |
| 680 | VTD: **LEM032** |
| 681 | VTD: **LEM033** |
| 682 | VTD: **LEM200** |
| 683 | VTD: **LEM201** |
| 684 | VTD: **LEM202** |
| 685 | VTD: **LEM204** |
| 686 | VTD: **LEM205** |
| 687 | VTD: **LEM208** |
| 688 | VTD: **MER001** |
| 689 | VTD: **MER002** |
| 690 | VTD: **MER003** |
| 691 | VTD: **MER004** |
| 692 | VTD: **MER005** |
| 693 | VTD: **MER006** |
| 694 | VTD: **MER007** |
| 695 | VTD: **MER008** |
| 696 | VTD: **MER009** |
| 697 | VTD: **MER010** |
| 698 | VTD: **MER011** |
| 699 | VTD: **MER012** |
| 700 | VTD: **MER013** |
| 701 | VTD: **MER014** |
| 702 | VTD: **MER015** |
| 703 | VTD: **MER016** |
| 704 | VTD: **MER017** |
| 705 | VTD: **MER018** |
| 706 | VTD: **MER019** |
| 707 | VTD: **MER020** |
| 708 | VTD: **MER021** |
| 709 | VTD: **MER022** |
| 710 | VTD: **MER023** |
| 711 | VTD: **MER024** |
| 712 | VTD: **MER025** |
| 713 | VTD: **MER026** |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                    43

714    VTD: MER027
715    VTD: MER028
716    VTD: MER029
717    VTD: MER030
718    VTD: MER031
719    VTD: MER032
720    VTD: MER033
721    VTD: MER034
722    VTD: MER035
723    VTD: MER036
724    VTD: MER037
725    VTD: MER038
726    VTD: MER039
727    VTD: MER040
728    VTD: MER041
729    VTD: MER042
730    VTD: MER043
731    VTD: MER044
732    VTD: MER045
733    VTD: MER046
734    VTD: MER047
735    VTD: MER048
736    VTD: MER200
737    VTD: MER202
738    VTD: MER204
739    VTD: MER207
740    VTD: MER209
741    VTD: MER210
742    VTD: MER213
743    VTD: MER214
744    VTD: MER215
745    VTD: MER219
746    VTD: MHT001
747    VTD: MHT002
748    VTD: MHT003
749    VTD: MHT004
750    VTD: MHT005

HB 1                                                    44

751    VTD: MHT006
752    VTD: MHT007
753    VTD: MHT008
754    VTD: MHT009
755    VTD: MHT010
756    VTD: MHT011
757    VTD: MHT012
758    VTD: MHT013
759    VTD: MHT014
760    VTD: MHT015
761    VTD: MHT016
762    VTD: MHT017
763    VTD: MHT018
764    VTD: MHT019
765    VTD: MHT020
766    VTD: MHT021
767    VTD: MHT022
768    VTD: MHT023
769    VTD: MHT024
770    VTD: MHT025
771    VTD: MHT026
772    VTD: MHT027
773    VTD: MHT028
774    VTD: MHT029
775    VTD: MHT030
776    VTD: MHT031
777    VTD: MHT032
778    VTD: MHT033
779    VTD: MHT034
780    VTD: MHT035
781    VTD: MHT036
782    VTD: MHT037
783    VTD: MHT038
784    VTD: MHT039
785    VTD: MHT040
786    VTD: MHT041
787    VTD: MHT042

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                45

| 788 | VTD: MHT043 |
| 789 | VTD: MHT044 |
| 790 | VTD: MHT045 |
| 791 | VTD: MHT046 |
| 792 | VTD: MHT047 |
| 793 | VTD: MHT048 |
| 794 | VTD: MHT049 |
| 795 | VTD: MHT050 |
| 796 | VTD: MHT051 |
| 797 | VTD: MHT052 |
| 798 | VTD: MHT053 |
| 799 | VTD: MHT054 |
| 800 | VTD: MHT055 |
| 801 | VTD: MHT056 |
| 802 | VTD: MHT057 |
| 803 | VTD: MHT058 |
| 804 | VTD: MHT059 |
| 805 | VTD: MHT200 |
| 806 | VTD: MHT203 |
| 807 | VTD: MHT206 |
| 808 | VTD: MHT207 |
| 809 | VTD: MHT208 |
| 810 | VTD: MHT211 |
| 811 | VTD: MHT212 |
| 812 | VTD: MHT213 |
| 813 | VTD: MHT214 |
| 814 | VTD: MHT216 |
| 815 | VTD: MHT219 |
| 816 | VTD: MHT220 |
| 817 | VTD: MHT222 |
| 818 | VTD: MHT223 |
| 819 | VTD: MR001 |
| 820 | VTD: MR002 |
| 821 | VTD: MR003 |
| 822 | VTD: MR004 |
| 823 | VTD: MR005 |
| 824 | VTD: MR006 |

HB 1                                                46

| 825 | VTD: MR007 |
| 826 | VTD: MR008 |
| 827 | VTD: MR009 |
| 828 | VTD: MR010 |
| 829 | VTD: MR011 |
| 830 | VTD: MR012 |
| 831 | VTD: MR013 |
| 832 | VTD: MR014 |
| 833 | VTD: MR015 |
| 834 | VTD: MR016 |
| 835 | VTD: MR017 |
| 836 | VTD: MR018 |
| 837 | VTD: MR019 |
| 838 | VTD: MR020 |
| 839 | VTD: MR021 |
| 840 | VTD: MR022 |
| 841 | VTD: MR023 |
| 842 | VTD: MR024 |
| 843 | VTD: MR025 |
| 844 | VTD: MR026 |
| 845 | VTD: MR027 |
| 846 | VTD: MR028 |
| 847 | VTD: MR029 |
| 848 | VTD: MR030 |
| 849 | VTD: MR031 |
| 850 | VTD: MR032 |
| 851 | VTD: MR033 |
| 852 | VTD: MR034 |
| 853 | VTD: MR035 |
| 854 | VTD: MR036 |
| 855 | VTD: MR037 |
| 856 | VTD: MR038 |
| 857 | VTD: MR039 |
| 858 | VTD: MR040 |
| 859 | VTD: MR041 |
| 860 | VTD: MR042 |
| 861 | VTD: MR043 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                    47

VTD: MR044
VTD: MR045
VTD: MR046
VTD: MR047
VTD: MR048
VTD: MR049
VTD: MR050
VTD: MR051
VTD: MR052
VTD: MR053
VTD: MR054
VTD: MR055
VTD: MR056
VTD: MR057
VTD: MR058
VTD: MR059
VTD: MR200
VTD: MR202
VTD: MR203
VTD: MR204
VTD: MR205
VTD: MR209
VTD: MR210
VTD: MR212
VTD: MR213
VTD: NW001
Block: 291892132023003
Block: 291892132023004
Block: 291892132023005
Block: 291892132023006
Block: 291892132023007
Block: 291892132023008
Block: 291892132023009
Block: 291892132025008
Block: 291892132025009
Block: 291892132025010
Block: 291892132025011

HB 1                                    48

Block: 291892132025012
Block: 291892132025013
Block: 291892132025014
Block: 291892132025015
VTD NW001 Subtotal
VTD: NW013
Block: 291892151431031
Block: 291892151431044
Block: 291892151431045
Block: 291892151431046
Block: 291892151431047
Block: 291892151431049
Block: 291892151431050
Block: 291892151431052
Block: 291892151431055
Block: 291892151431056
Block: 291892151431057
Block: 291892151431063
VTD NW013 Subtotal
VTD: NW019
VTD: NW020
VTD: NW029
VTD: NW033
VTD: NW035
Block: 291892151432000
Block: 291892151432011
Block: 291892151432012
Block: 291892151432013
Block: 291892151432017
Block: 291892151432018
Block: 291892151432019
Block: 291892151432020
Block: 291892151432021
Block: 291892151432022
Block: 291892151432023
VTD NW035 Subtotal
VTD: NW038

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                                          49

| 936 | **VTD: NW047** |
| 937 | **VTD: NW049** |
| 938 | **VTD: NW052** |
| 939 | **VTD: NW201** |
| 940 | **VTD: NW211** |
| 941 | **VTD: OAK001** |
| 942 | **VTD: OAK002** |
| 943 | **VTD: OAK003** |
| 944 | **VTD: OAK004** |
| 945 | **VTD: OAK005** |
| 946 | **VTD: OAK006** |
| 947 | **VTD: OAK007** |
| 948 | **VTD: OAK008** |
| 949 | **VTD: OAK009** |
| 950 | **VTD: OAK010** |
| 951 | **VTD: OAK011** |
| 952 | **VTD: OAK012** |
| 953 | **VTD: OAK013** |
| 954 | **VTD: OAK014** |
| 955 | **VTD: OAK015** |
| 956 | **VTD: OAK016** |
| 957 | **VTD: OAK017** |
| 958 | **VTD: OAK018** |
| 959 | **VTD: OAK019** |
| 960 | **VTD: OAK020** |
| 961 | **VTD: OAK021** |
| 962 | **VTD: OAK022** |
| 963 | **VTD: OAK023** |
| 964 | **VTD: OAK024** |
| 965 | **VTD: OAK025** |
| 966 | **VTD: OAK026** |
| 967 | **VTD: OAK027** |
| 968 | **VTD: OAK028** |
| 969 | **VTD: OAK029** |
| 970 | **VTD: QUE001** |
| 971 | **VTD: QUE002** |
| 972 | **VTD: QUE003** |

HB 1                                                                          50

| 973 | **VTD: QUE004** |
| 974 | **VTD: QUE005** |
| 975 | **VTD: QUE006** |
| 976 | **VTD: QUE007** |
| 977 | **VTD: QUE008** |
| 978 | **VTD: QUE009** |
| 979 | **VTD: QUE010** |
| 980 | **VTD: QUE011** |
| 981 | **VTD: QUE012** |
| 982 | **VTD: QUE013** |
| 983 | **VTD: QUE014** |
| 984 | **VTD: QUE015** |
| 985 | **VTD: QUE016** |
| 986 | **VTD: QUE017** |
| 987 | **VTD: QUE018** |
| 988 | **VTD: QUE019** |
| 989 | **VTD: QUE020** |
| 990 | **VTD: QUE021** |
| 991 | **VTD: QUE022** |
| 992 | **VTD: QUE023** |
| 993 | **VTD: QUE024** |
| 994 | **VTD: QUE025** |
| 995 | **VTD: QUE026** |
| 996 | **VTD: QUE027** |
| 997 | **VTD: QUE028** |
| 998 | **VTD: QUE029** |
| 999 | **VTD: QUE030** |
| 1000 | **VTD: QUE031** |
| 1001 | **VTD: QUE032** |
| 1002 | **VTD: QUE033** |
| 1003 | **VTD: QUE034** |
| 1004 | **VTD: QUE035** |
| 1005 | **VTD: QUE036** |
| 1006 | **VTD: QUE037** |
| 1007 | **VTD: QUE038** |
| 1008 | **VTD: QUE039** |
| 1009 | **VTD: QUE040** |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                          51

| | |
|---|---|
| 1010 | VTD: QUE041 |
| 1011 | VTD: QUE042 |
| 1012 | VTD: QUE043 |
| 1013 | VTD: QUE044 |
| 1014 | VTD: QUE045 |
| 1015 | VTD: QUE046 |
| 1016 | VTD: QUE047 |
| 1017 | VTD: QUE048 |
| 1018 | VTD: QUE049 |
| 1019 | VTD: QUE200 |
| 1020 | VTD: QUE201 |
| 1021 | VTD: QUE202 |
| 1022 | VTD: QUE203 |
| 1023 | VTD: QUE204 |
| 1024 | VTD: QUE205 |
| 1025 | VTD: QUE207 |
| 1026 | VTD: QUE208 |
| 1027 | VTD: QUE209 |
| 1028 | VTD: QUE210 |
| 1029 | VTD: QUE211 |
| 1030 | VTD: QUE213 |
| 1031 | VTD: TSF001 |
| 1032 | VTD: TSF002 |
| 1033 | VTD: TSF003 |
| 1034 | VTD: TSF004 |
| 1035 | VTD: TSF005 |
| 1036 | VTD: TSF006 |
| 1037 | VTD: TSF007 |
| 1038 | VTD: TSF008 |
| 1039 | VTD: TSF009 |
| 1040 | VTD: TSF010 |
| 1041 | VTD: TSF011 |
| 1042 | VTD: TSF012 |
| 1043 | VTD: TSF013 |
| 1044 | VTD: TSF014 |
| 1045 | VTD: TSF015 |
| 1046 | VTD: TSF016 |

HB 1                                          52

| | |
|---|---|
| 1047 | VTD: TSF017 |
| 1048 | VTD: TSF018 |
| 1049 | VTD: TSF019 |
| 1050 | VTD: TSF020 |
| 1051 | VTD: TSF021 |
| 1052 | VTD: TSF022 |
| 1053 | VTD: TSF023 |
| 1054 | VTD: TSF024 |
| 1055 | VTD: TSF025 |
| 1056 | VTD: TSF026 |
| 1057 | VTD: TSF027 |
| 1058 | VTD: TSF201 |
| 1059 | VTD: WH001 |
| 1060 | VTD: WH002 |
| 1061 | VTD: WH003 |
| 1062 | VTD: WH004 |
| 1063 | VTD: WH005 |
| 1064 | VTD: WH006 |
| 1065 | VTD: WH007 |
| 1066 | VTD: WH008 |
| 1067 | VTD: WH009 |
| 1068 | VTD: WH010 |
| 1069 | VTD: WH011 |
| 1070 | VTD: WH012 |
| 1071 | VTD: WH013 |
| 1072 | VTD: WH014 |
| 1073 | VTD: WH015 |
| 1074 | VTD: WH016 |
| 1075 | VTD: WH017 |
| 1076 | VTD: WH018 |
| 1077 | VTD: WH019 |
| 1078 | VTD: WH020 |
| 1079 | VTD: WH021 |
| 1080 | VTD: WH022 |
| 1081 | VTD: WH023 |
| 1082 | VTD: WH024 |
| 1083 | VTD: WH025 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                           53

VTD: WH026
VTD: WH027
VTD: WH028
VTD: WH029
VTD: WH030
VTD: WH031
VTD: WH032
VTD: WH033
VTD: WH034
VTD: WH035
VTD: WH036
VTD: WH037
VTD: WH038
VTD: WH039
VTD: WH040
VTD: WH041
VTD: WH042
VTD: WH043
VTD: WH044
VTD: WH045
VTD: WH046
VTD: WH047
VTD: WH200
VTD: WH201
VTD: WH202
VTD: WH203
VTD: WH208
County St. Louis MO Subtotal
County: Washington MO
District 2 Total
128.473. The third congressional district shall be composed of the following:
District 3
County: Audrain MO
County: Boone MO
VTD: 17
Block: 29019001506201
Block: 290190015062023

HB 1                                                           54

Block: 290190015062031
VTD 17 Subtotal
VTD: 1A
VTD: 1B
VTD: 1C
VTD: 1D
VTD: 1E
VTD: 1F
VTD: 1G
VTD: 1I
VTD: 1J
VTD: 1K
VTD: 1L
VTD: 1M
VTD: 20
Block: 290190014024009
Block: 290190014024010
VTD 20 Subtotal
VTD: 21
Block: 290190013003006
Block: 290190013003008
Block: 290190013003009
Block: 290190013003023
Block: 290190018061001
Block: 290190018061002
Block: 290190018061003
Block: 290190018061004
Block: 290190018061008
Block: 290190018061009
Block: 290190018061010
Block: 290190018061011
Block: 290190018061012
Block: 290190018061016
Block: 290190018061017
VTD 21 Subtotal
VTD: 22
Block: 290190014013035

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB I                                          55

Block: 290190014013036
Block: 290190014013041
Block: 290190014013045
Block: 290190014013046
VTD 22 Subtotal
VTD: 23
VTD: 24
VTD: 25
VTD: 26
VTD: 27
VTD: 28
VTD: 29
VTD: 2A
VTD: 2B
VTD: 2C
VTD: 2D
VTD: 2F
VTD: 2G
VTD: 2H
VTD: 2I
Block: 290190014011007
Block: 290190014011008
Block: 290190014011009
Block: 290190014011010
Block: 290190014011011
Block: 290190014011012
Block: 290190014011013
Block: 290190014011014
Block: 290190014011015
Block: 290190014011016
Block: 290190014011017
Block: 290190014011018
Block: 290190014011019
Block: 290190014011020
Block: 290190014012014
Block: 290190014012017
Block: 290190014012022

HB I                                          56

Block: 290190014012023
Block: 290190014012024
Block: 290190014012025
Block: 290190014012026
Block: 290190014012029
Block: 290190014012030
Block: 290190014013007
Block: 290190014013008
Block: 290190014013009
Block: 290190014013010
Block: 290190014013011
Block: 290190014013013
Block: 290190014013014
Block: 290190014013015
Block: 290190014013016
Block: 290190014013018
Block: 290190014013019
Block: 290190014013020
Block: 290190014013021
Block: 290190014013022
Block: 290190014013023
Block: 290190014013024
Block: 290190014013034
Block: 290190014013037
Block: 290190014013038
Block: 290190014013039
Block: 290190014013040
Block: 290190014013042
Block: 290190014013043
Block: 290190014013044
Block: 290190014013047
Block: 290190014013052
Block: 290190014013058
Block: 290190015033022
VTD 2I Subtotal
VTD: 2J
VTD: 2K

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                      57

| 119 | Block: 290190013003002 |
| 120 | Block: 290190013003005 |
| 121 | Block: 290190013003007 |
| 122 | Block: 290190013003010 |
| 123 | Block: 290190013003024 |
| 124 | Block: 290190013003025 |
| 125 | Block: 290190013003026 |
| 126 | Block: 290190013003027 |
| 127 | VTD 2K Subtotal |
| 128 | VTD: 2L |
| 129 | VTD: 30 |
| 130 | VTD: 31 |
| 131 | VTD: 32 |
| 132 | VTD: 33 |
| 133 | VTD: 34 |
| 134 | VTD: 35 |
| 135 | VTD: 36 |
| 136 | VTD: 37 |
| 137 | Block: 290190018062044 |
| 138 | Block: 290190018062048 |
| 139 | Block: 290190018062049 |
| 140 | Block: 290190018062053 |
| 141 | VTD 37 Subtotal |
| 142 | VTD: 3A |
| 143 | Block: 290190015031010 |
| 144 | Block: 290190015031011 |
| 145 | Block: 290190015031014 |
| 146 | Block: 290190015031015 |
| 147 | Block: 290190015031016 |
| 148 | Block: 290190015031017 |
| 149 | Block: 290190015031018 |
| 150 | Block: 290190015031019 |
| 151 | Block: 290190015031020 |
| 152 | Block: 290190015032000 |
| 153 | Block: 290190015032003 |
| 154 | Block: 290190015032004 |
| 155 | Block: 290190015032005 |

HB 1                                                      58

| 156 | Block: 290190015032006 |
| 157 | Block: 290190015032007 |
| 158 | Block: 290190015032008 |
| 159 | Block: 290190015032009 |
| 160 | Block: 290190015032010 |
| 161 | Block: 290190015032011 |
| 162 | Block: 290190015032012 |
| 163 | Block: 290190015032013 |
| 164 | Block: 290190015032014 |
| 165 | Block: 290190015062027 |
| 166 | Block: 290190015062028 |
| 167 | Block: 290190015062032 |
| 168 | Block: 290190015073001 |
| 169 | Block: 290190015073002 |
| 170 | Block: 290190015073003 |
| 171 | Block: 290190015073006 |
| 172 | Block: 290190015073007 |
| 173 | Block: 290190015073008 |
| 174 | Block: 290190015073009 |
| 175 | Block: 290190015073010 |
| 176 | Block: 290190015073011 |
| 177 | Block: 290190015081002 |
| 178 | Block: 290190015081003 |
| 179 | Block: 290190015081017 |
| 180 | Block: 290190015081018 |
| 181 | Block: 290190015081019 |
| 182 | Block: 290190015081020 |
| 183 | Block: 290190015081024 |
| 184 | Block: 290190015081025 |
| 185 | Block: 290190015081026 |
| 186 | Block: 290190015081027 |
| 187 | Block: 290190015081028 |
| 188 | Block: 290190015081029 |
| 189 | Block: 290190015081030 |
| 190 | VTD 3A Subtotal |
| 191 | VTD: 3B |
| 192 | Block: 290190015032001 |

HB 1                                                  59

| | |
|---|---|
| 193 | Block: 290190015032002 |
| 194 | Block: 290190015052002 |
| 195 | Block: 290190015052003 |
| 196 | Block: 290190015061000 |
| 197 | Block: 290190015061001 |
| 198 | Block: 290190015061002 |
| 199 | Block: 290190015061003 |
| 200 | Block: 290190015061004 |
| 201 | Block: 290190015061005 |
| 202 | Block: 290190015061006 |
| 203 | Block: 290190015061007 |
| 204 | Block: 290190015061008 |
| 205 | Block: 290190015061009 |
| 206 | Block: 290190015061010 |
| 207 | Block: 290190015061011 |
| 208 | Block: 290190015061012 |
| 209 | Block: 290190015061013 |
| 210 | Block: 290190015061014 |
| 211 | Block: 290190015061015 |
| 212 | Block: 290190015061016 |
| 213 | Block: 290190015061017 |
| 214 | Block: 290190015061018 |
| 215 | Block: 290190015061019 |
| 216 | Block: 290190015061020 |
| 217 | Block: 290190015061021 |
| 218 | Block: 290190015061022 |
| 219 | Block: 290190015061023 |
| 220 | Block: 290190015061027 |
| 221 | Block: 290190015061030 |
| 222 | Block: 290190015062005 |
| 223 | Block: 290190015062013 |
| 224 | Block: 290190015062015 |
| 225 | Block: 290190015062016 |
| 226 | Block: 290190015062022 |
| 227 | Block: 290190015062024 |
| 228 | Block: 290190015062026 |
| 229 | Block: 290190015062029 |

HB 1                                                  60

| | |
|---|---|
| 230 | Block: 290190015062033 |
| 231 | Block: 290190015062034 |
| 232 | Block: 290190015062035 |
| 233 | Block: 290190015062036 |
| 234 | Block: 290190015062037 |
| 235 | Block: 290190015062038 |
| 236 | Block: 290190015062039 |
| 237 | Block: 290190015062040 |
| 238 | Block: 290190015062041 |
| 239 | Block: 290190015062042 |
| 240 | Block: 290190015062043 |
| 241 | Block: 290190015062044 |
| 242 | Block: 290190015062045 |
| 243 | Block: 290190015062046 |
| 244 | Block: 290190015071022 |
| 245 | Block: 290190015071023 |
| 246 | Block: 290190015071024 |
| 247 | Block: 290190015073004 |
| 248 | Block: 290190015073005 |
| 249 | Block: 290190015073012 |
| 250 | Block: 290190016031015 |
| 251 | Block: 290190016031016 |
| 252 | VTD 3B Subtotal |
| 253 | VTD: 3C |
| 254 | VTD: 3D |
| 255 | VTD: 3E |
| 256 | VTD: 3F |
| 257 | VTD: 3G |
| 258 | VTD: 3H |
| 259 | VTD: 3I |
| 260 | VTD: 3J |
| 261 | VTD: 3L |
| 262 | VTD: 3M |
| 263 | VTD: 3N |
| 264 | VTD: 4O |
| 265 | Block: 290190015081004 |
| 266 | Block: 290190015081005 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                61

| | |
|---|---|
| 267 | Block: 290190015083016 |
| 268 | Block: 290190015083024 |
| 269 | VTD 40 Subtotal |
| 270 | VTD: 41 |
| 271 | VTD: 42 |
| 272 | VTD: 43 |
| 273 | VTD: 44 |
| 274 | VTD: 45 |
| 275 | Block: 290190015033036 |
| 276 | Block: 290190015033037 |
| 277 | Block: 290190015083007 |
| 278 | Block: 290190015083008 |
| 279 | VTD 45 Subtotal |
| 280 | VTD: 4A |
| 281 | VTD: 4B |
| 282 | Block: 290190012013004 |
| 283 | Block: 290190012013005 |
| 284 | Block: 290190012013006 |
| 285 | Block: 290190012013007 |
| 286 | Block: 290190012013008 |
| 287 | Block: 290190012013034 |
| 288 | Block: 290190012014018 |
| 289 | VTD 4B Subtotal |
| 290 | VTD: 4C |
| 291 | VTD: 4D |
| 292 | VTD: 4E |
| 293 | VTD: 4F |
| 294 | VTD: 4G |
| 295 | VTD: 4H |
| 296 | VTD: 4I |
| 297 | VTD: 4J |
| 298 | VTD: 4K |
| 299 | Block: 290190018061000 |
| 300 | Block: 290190018061005 |
| 301 | Block: 290190018061006 |
| 302 | Block: 290190018061013 |
| 303 | Block: 290190018063001 |

HB 1                                62

| | |
|---|---|
| 304 | Block: 290190018071017 |
| 305 | Block: 290190018071018 |
| 306 | Block: 290190018071021 |
| 307 | Block: 290190018071029 |
| 308 | Block: 290190018071030 |
| 309 | Block: 290190018071031 |
| 310 | Block: 290190018072024 |
| 311 | Block: 290190018072025 |
| 312 | Block: 290190018072028 |
| 313 | Block: 290190018072029 |
| 314 | Block: 290190018072030 |
| 315 | Block: 290190018072031 |
| 316 | Block: 290190018072032 |
| 317 | Block: 290190018072033 |
| 318 | Block: 290190018072034 |
| 319 | Block: 290190018072035 |
| 320 | Block: 290190018072036 |
| 321 | Block: 290190018072037 |
| 322 | VTD 4K Subtotal |
| 323 | VTD: 4L |
| 324 | Block: 290190012013009 |
| 325 | Block: 290190012013010 |
| 326 | Block: 290190012013011 |
| 327 | Block: 290190012014002 |
| 328 | Block: 290190012014003 |
| 329 | Block: 290190012014004 |
| 330 | Block: 290190012014005 |
| 331 | Block: 290190012014006 |
| 332 | Block: 290190012014007 |
| 333 | Block: 290190012014008 |
| 334 | Block: 290190012014009 |
| 335 | Block: 290190012014010 |
| 336 | Block: 290190012014011 |
| 337 | Block: 290190012014012 |
| 338 | Block: 290190012014013 |
| 339 | Block: 290190012014014 |
| 340 | Block: 290190012014019 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1     63

| | |
|---|---|
| 341 | Block: 290190012014020 |
| 342 | Block: 290190012014021 |
| 343 | Block: 290190012014022 |
| 344 | Block: 290190012014023 |
| 345 | Block: 290190012014024 |
| 346 | Block: 290190012014025 |
| 347 | Block: 290190012014026 |
| 348 | VTD 4L Subtotal |
| 349 | VTD: 4M |
| 350 | VTD: 5A |
| 351 | VTD: 5B |
| 352 | VTD: 5C |
| 353 | VTD: 5D |
| 354 | VTD: 5E |
| 355 | VTD: 5F |
| 356 | VTD: 5G |
| 357 | VTD: 5H |
| 358 | VTD: 5I |
| 359 | VTD: 5J |
| 360 | VTD: 5K |
| 361 | VTD: 5L |
| 362 | VTD: 5M |
| 363 | VTD: 5N |
| 364 | VTD: 5P |
| 365 | VTD: 6A |
| 366 | VTD: 6B |
| 367 | VTD: 6C |
| 368 | VTD: 6D |
| 369 | VTD: 6E |
| 370 | VTD: 6F |
| 371 | VTD: 6G |
| 372 | VTD: 6H |
| 373 | VTD: 6I |
| 374 | VTD: 6J |
| 375 | VTD: 6K |
| 376 | VTD: 6L |
| 377 | VTD: 6M |

HB 1     64

| | |
|---|---|
| 378 | County Boone MO Subtotal |
| 379 | County: Callaway MO |
| 380 | County: Lincoln MO |
| 381 | County: Monroe MO |
| 382 | County: Montgomery MO |
| 383 | County: Pike MO |
| 384 | County: Ralls MO |
| 385 | County: St. Charles MO |
| 386 | County: St. Louis MO |
| 387 | VTD: NW013 |
| 388 | Block: 291892151431003 |
| 389 | Block: 291892151431005 |
| 390 | Block: 291892151431006 |
| 391 | Block: 291892151431007 |
| 392 | Block: 291892151431008 |
| 393 | Block: 291892151431009 |
| 394 | Block: 291892151431010 |
| 395 | Block: 291892151431011 |
| 396 | Block: 291892151431012 |
| 397 | Block: 291892151431013 |
| 398 | Block: 291892151431014 |
| 399 | Block: 291892151431015 |
| 400 | Block: 291892151431016 |
| 401 | Block: 291892151431019 |
| 402 | Block: 291892151431020 |
| 403 | Block: 291892151431021 |
| 404 | Block: 291892151431024 |
| 405 | Block: 291892151431025 |
| 406 | Block: 291892151431026 |
| 407 | Block: 291892151431027 |
| 408 | Block: 291892151431029 |
| 409 | Block: 291892151431030 |
| 410 | Block: 291892151431033 |
| 411 | Block: 291892151431048 |
| 412 | Block: 291892151431051 |
| 413 | Block: 291892151431053 |
| 414 | Block: 291892151431054 |

Block: 291892151431064
VTD NW013 Subtotal
VTD: NW021
VTD: NW035
Block: 291892151432001
Block: 291892151432002
Block: 291892151432003
Block: 291892151432004
Block: 291892151432005
Block: 291892151432006
Block: 291892151432007
Block: 291892151432008
Block: 291892151432009
Block: 291892151432010
Block: 291892151432014
Block: 291892151432015
Block: 291892151432016
VTD NW035 Subtotal
VTD: NW203
VTD: NW220
Block: 291892132031027
VTD NW220 Subtotal
County St. Louis MO Subtotal
County: Warren MO
District 3 Total

128.474. The fourth congressional district shall be composed of the following:

County: Barton MO
County: Bates MO
County: Benton MO
County: Camden MO
County: Cass MO
County: Cedar MO
County: Dade MO
County: Dallas MO
County: Henry MO
County: Hickory MO
County: Jackson MO

VTD: 412
VTD: 413
VTD: 414
VTD: 415
VTD: 616
VTD: 617
VTD: 618
VTD: 619
VTD: KC 1001
VTD: KC 1002
VTD: KC 1003
VTD: KC 1004
Block: 290950100021002
Block: 290950100021008
Block: 290950100021014
VTD KC 1004 Subtotal
VTD: KC 1005
VTD: KC 1006
VTD: KC 1007
VTD: KC 1008
Block: 290950100022004
Block: 290950100022008
Block: 290950100022011
VTD KC 1008 Subtotal
VTD: KC 1009
Block: 290950100022002
Block: 290950100022003
Block: 290950100023000
Block: 290950100023001
Block: 290950100023002
Block: 290950100023003
Block: 290950100023004
Block: 290950100023005
Block: 290950100023006
VTD KC 1009 Subtotal
VTD: KC 101
VTD: KC 1010

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                     67

| | |
|---|---|
| 50 | VTD: KC 1011 |
| 51 | VTD: KC 1012 |
| 52 | VTD: KC 102 |
| 53 | VTD: KC 103 |
| 54 | VTD: KC 104 |
| 55 | VTD: KC 105 |
| 56 | VTD: KC 106 |
| 57 | VTD: KC 107 |
| 58 | VTD: KC 1101 |
| 59 | Block: 290950003001011 |
| 60 | Block: 290950003001012 |
| 61 | Block: 290950003001013 |
| 62 | Block: 290950003001014 |
| 63 | Block: 290950003001017 |
| 64 | Block: 290950003001018 |
| 65 | Block: 290950003001019 |
| 66 | Block: 290950003001020 |
| 67 | Block: 290950003001022 |
| 68 | Block: 290950003001024 |
| 69 | Block: 290950003001025 |
| 70 | Block: 290950003001026 |
| 71 | Block: 290950003003016 |
| 72 | Block: 290950003003020 |
| 73 | Block: 290950003003021 |
| 74 | Block: 290950003003022 |
| 75 | Block: 290950003003024 |
| 76 | Block: 290950003003025 |
| 77 | VTD KC 1101 Subtotal |
| 78 | VTD: KC 1108 |
| 79 | Block: 290950018002001 |
| 80 | Block: 290950018002002 |
| 81 | Block: 290950018002003 |
| 82 | Block: 290950018002004 |
| 83 | Block: 290950018002005 |
| 84 | Block: 290950018002006 |
| 85 | Block: 290950018002007 |
| 86 | Block: 290950018002008 |

HB 1                                                     68

| | |
|---|---|
| 87 | Block: 290950018002009 |
| 88 | Block: 290950018002010 |
| 89 | Block: 290950018002011 |
| 90 | VTD KC 1108 Subtotal |
| 91 | VTD: KC 1112 |
| 92 | VTD: KC 1916 |
| 93 | VTD: KC 1919 |
| 94 | Block: 290950102031001 |
| 95 | Block: 290950102031002 |
| 96 | Block: 290950102031003 |
| 97 | Block: 290950102031004 |
| 98 | Block: 290950102031006 |
| 99 | Block: 290950102031007 |
| 100 | Block: 290950102031008 |
| 101 | Block: 290950102031009 |
| 102 | Block: 290950102031010 |
| 103 | Block: 290950102031011 |
| 104 | Block: 290950102031012 |
| 105 | Block: 290950102031013 |
| 106 | Block: 290950102031014 |
| 107 | Block: 290950102031015 |
| 108 | Block: 290950102031016 |
| 109 | Block: 290950102031017 |
| 110 | Block: 290950102031018 |
| 111 | Block: 290950102031019 |
| 112 | Block: 290950102031020 |
| 113 | Block: 290950102031021 |
| 114 | Block: 290950102031024 |
| 115 | Block: 290950102034010 |
| 116 | Block: 290950102034011 |
| 117 | Block: 290950130032033 |
| 118 | Block: 290950130032037 |
| 119 | Block: 290950131003014 |
| 120 | Block: 290950131003015 |
| 121 | VTD KC 1919 Subtotal |
| 122 | VTD: KC 2001 |
| 123 | Block: 290950131002011 |

HB 1     69

Block: 290950131002012
Block: 290950131002013
Block: 290950131002016
Block: 290950131002017
Block: 290950132082006
Block: 290950132082007
Block: 290950132082008
Block: 290950132082009
Block: 290950132082010
Block: 290950132082011
Block: 290950132082012
Block: 290950132082013
Block: 290950132082016
VTD KC 2001 Subtotal
VTD: KC 2002
VTD: KC 2003
VTD: KC 2004
Block: 290950102032000
Block: 290950102032001
Block: 290950102032002
Block: 290950102032003
Block: 290950102032004
Block: 290950102032005
Block: 290950102032006
Block: 290950102032007
Block: 290950102032008
Block: 290950102032009
Block: 290950102032010
Block: 290950102032011
Block: 290950102032012
Block: 290950102032013
Block: 290950102032014
Block: 290950102032015
Block: 290950102034000
VTD KC 2004 Subtotal
VTD: KC 2005
Block: 290950102032021

HB 1     70

Block: 290950102032022
Block: 290950102032023
Block: 290950102032024
Block: 290950102033001
Block: 290950102033002
Block: 290950102033003
Block: 290950102033004
Block: 290950102034001
Block: 290950102034002
Block: 290950102034004
Block: 290950102034006
Block: 290950102034007
Block: 290950102034008
Block: 290950102034009
VTD KC 2005 Subtotal
VTD: KC 2006
Block: 290950102033000
Block: 290950102034003
Block: 290950102034005
Block: 290950173001000
Block: 290950173001001
Block: 290950173001002
Block: 290950173001003
Block: 290950173001004
Block: 290950173001005
Block: 290950173001006
Block: 290950173001007
Block: 290950173001008
Block: 290950173001010
Block: 290950173001011
Block: 290950173001012
VTD KC 2006 Subtotal
VTD: KC 2007
VTD: KC 2008
VTD: KC 2009
VTD: KC 201
VTD: KC 2010

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                        71

VTD: KC 202
VTD: KC 203
Block: 290950154012001
Block: 290950154012002
Block: 290950154012003
Block: 290950154012004
Block: 290950154012013
Block: 290950154012014
Block: 290950154012015
Block: 290950154012016
Block: 290950154012017
Block: 290950154012020
Block: 290950154012021
Block: 290950154012022
Block: 290950154012023
Block: 290950154012024
VTD KC 203 Subtotal
VTD: KC 208
VTD: KC 212
Block: 290950043001000
Block: 290950043001001
Block: 290950043001007
Block: 290950043001009
Block: 290950043001010
Block: 290950043001019
Block: 290950043001020
Block: 290950043001021
Block: 290950154012037
Block: 290950154012058
Block: 290950158001000
Block: 290950158001027
Block: 290950158001029
Block: 290950158001030
Block: 290950158001064
Block: 290950158002026
Block: 290950159002028
Block: 290950159002029

HB 1                                                        72

Block: 290950161001032
Block: 290950161002033
Block: 290950161002034
Block: 290950161002068
VTD KC 212 Subtotal
VTD: KC 217
Block: 290950154011015
Block: 290950154011016
Block: 290950154011026
Block: 290950154011027
Block: 290950154011028
Block: 290950154011029
Block: 290950154012006
Block: 290950154012007
Block: 290950154012008
Block: 290950154012009
Block: 290950154012010
Block: 290950154012011
Block: 290950154012026
Block: 290950154012027
Block: 290950154012028
Block: 290950154012029
Block: 290950154012036
Block: 290950154012038
VTD KC 217 Subtotal
VTD: KC 218
Block: 290950154011002
Block: 290950154011003
Block: 290950154011004
Block: 290950154011005
Block: 290950154011006
Block: 290950154011008
Block: 290950154011013
Block: 290950154011014
Block: 290950154011017
Block: 290950154011018
Block: 290950154011019

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                    73

| | |
|---|---|
| Block: 290950154011020 | |
| Block: 290950154011024 | |
| Block: 290950154011025 | |
| Block: 290950154012005 | |
| Block: 290950154012012 | |
| Block: 290950154012025 | |
| VTD KC 218 Subtotal | |
| VTD: KC 2201 | |
| VTD: KC 2202 | |
| VTD: KC 2203 | |
| VTD: KC 2204 | |
| VTD: KC 2205 | |
| VTD: KC 2206 | |
| VTD: KC 2207 | |
| VTD: KC 2208 | |
| VTD: KC 2209 | |
| VTD: KC 2210 | |
| VTD: KC 2211 | |
| VTD: KC 2212 | |
| VTD: KC 2213 | |
| VTD: KC 2502 | |
| VTD: KC 2503 | |
| Block: 290950136124000 | |
| Block: 290950136124002 | |
| Block: 290959883001007 | |
| Block: 290959883001011 | |
| Block: 290959883001012 | |
| Block: 290959883001013 | |
| Block: 290959883001014 | |
| Block: 290959883001015 | |
| Block: 290959883001016 | |
| Block: 290959883001017 | |
| VTD KC 2503 Subtotal | |
| VTD: KC 2508 | |
| Block: 290950132082014 | |
| VTD KC 2508 Subtotal | |
| VTD: KC 2510 | |

HB 1                                    74

| | |
|---|---|
| VTD: KC 2511 | |
| VTD: KC 2512 | |
| VTD: KC 401 | |
| VTD: KC 402 | |
| VTD: KC 403 | |
| VTD: KC 404 | |
| VTD: KC 405 | |
| VTD: KC 406 | |
| VTD: KC 407 | |
| VTD: KC 408 | |
| VTD: KC 409 | |
| VTD: KC 410 | |
| VTD: KC 411 | |
| VTD: KC 501 | |
| VTD: KC 502 | |
| VTD: KC 503 | |
| VTD: KC 504 | |
| VTD: KC 505 | |
| VTD: KC 506 | |
| VTD: KC 507 | |
| VTD: KC 508 | |
| VTD: KC 509 | |
| VTD: KC 510 | |
| VTD: KC 511 | |
| VTD: KC 512 | |
| VTD: KC 513 | |
| VTD: KC 601 | |
| VTD: KC 602 | |
| VTD: KC 603 | |
| VTD: KC 604 | |
| VTD: KC 605 | |
| VTD: KC 606 | |
| VTD: KC 607 | |
| VTD: KC 608 | |
| VTD: KC 609 | |
| VTD: KC 610 | |
| VTD: KC 611 | |

346   **VTD: KC 612**
347   **VTD: KC 613**
348   **VTD: KC 614**
349   **VTD: KC 615**
350   **VTD: KC 801**
351   **VTD: KC 802**
352   **VTD: KC 803**
353   **VTD: KC 804**
354   **VTD: KC 805**
355   **VTD: KC 806**
356   **VTD: KC 807**
357   **VTD: KC 808**
358   **VTD: KC 809**
359   **Block: 290950086001004**
360   **Block: 290950086001005**
361   **Block: 290950086001006**
362   **Block: 290950086001007**
363   **Block: 290950086001008**
364   **Block: 290950086001009**
365   **Block: 290950086001011**
366   **Block: 290950086001013**
367   **Block: 290950086002006**
368   **Block: 290950086002007**
369   **Block: 290950086002008**
370   **Block: 290950086002009**
371   **Block: 290950086002010**
372   **Block: 290950086002011**
373   **Block: 290950086002012**
374   **Block: 290950086002013**
375   **Block: 290950086002014**
376   **Block: 290950086002015**
377   **Block: 290950086002016**
378   **Block: 290950086002017**
379   **Block: 290950086002018**
380   **Block: 290950086002019**
381   **Block: 290950086002020**
382   **Block: 290950086002021**

383   **Block: 290950086002022**
384   **Block: 290950086002023**
385   **Block: 290950086002024**
386   **Block: 290950086002025**
387   **Block: 290950086002026**
388   **Block: 290950086002027**
389   **Block: 290950086002028**
390   **VTD KC 809 Subtotal**
391   **VTD: KC 811**
392   **VTD: KC 812**
393   **VTD: KC 813**
394   **VTD: KC 814**
395   **VTD: KC 815**
396   **VTD: KC 901**
397   **VTD: KC 902**
398   **VTD: KC 903**
399   **VTD: KC 904**
400   **VTD: KC 906**
401   **VTD: KC 907**
402   **VTD: KC 908**
403   **VTD: KC 909**
404   **VTD: KC 910**
405   **VTD: KC 911**
406   **VTD: KC WD2 PCT211**
407   **Block: 290950018003000**
408   **Block: 290950018003001**
409   **Block: 290950018003002**
410   **Block: 290950018003003**
411   **Block: 290950018003004**
412   **Block: 290950018003005**
413   **Block: 290950018003006**
414   **Block: 290950018003007**
415   **Block: 290950018003008**
416   **Block: 290950018003009**
417   **Block: 290950018003010**
418   **Block: 290950018003011**
419   **Block: 290950018003012**

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                    77

| | |
|---|---|
| 420 | Block: 290950018003013 |
| 421 | Block: 290950018003014 |
| 422 | Block: 290950018003015 |
| 423 | Block: 290950018003016 |
| 424 | Block: 290950018003017 |
| 425 | Block: 290950018003018 |
| 426 | Block: 290950018003019 |
| 427 | Block: 290950018004004 |
| 428 | VTD KC WD2 PCT211 Subtotal |
| 429 | VTD: KC WD8 PCT810 |
| 430 | VTD: Prairie 03 |
| 431 | VTD: Prairie 04 |
| 432 | VTD: Prairie 05 |
| 433 | VTD: Prairie 06 |
| 434 | VTD: Prairie 07 |
| 435 | VTD: Prairie 08 |
| 436 | VTD: Prairie 09 |
| 437 | VTD: Prairie 11 |
| 438 | VTD: Prairie 12 |
| 439 | VTD: Prairie 13 |
| 440 | VTD: Prairie 14 |
| 441 | VTD: Prairie 15 |
| 442 | VTD: Prairie 16 |
| 443 | VTD: Prairie 17 |
| 444 | VTD: Prairie 18 |
| 445 | VTD: Prairie 19 |
| 446 | VTD: Prairie 20 |
| 447 | VTD: Prairie 21 |
| 448 | VTD: Prairie 22 |
| 449 | VTD: Prairie 23 |
| 450 | VTD: Prairie 24 |
| 451 | VTD: Prairie 26 |
| 452 | VTD: Prairie 27 |
| 453 | Block: 290950142031000 |
| 454 | Block: 290950142031001 |
| 455 | Block: 290950142031002 |
| 456 | Block: 290950142031003 |

HB 1                                                    78

| | |
|---|---|
| 457 | Block: 290950142031015 |
| 458 | Block: 290950142031016 |
| 459 | Block: 290950142031017 |
| 460 | Block: 290950142031019 |
| 461 | Block: 290950142031020 |
| 462 | Block: 290950142031021 |
| 463 | Block: 290950142032000 |
| 464 | Block: 290950142032001 |
| 465 | Block: 290950142032002 |
| 466 | Block: 290950142032003 |
| 467 | Block: 290950142032004 |
| 468 | Block: 290950142032005 |
| 469 | Block: 290950142032006 |
| 470 | Block: 290950142033000 |
| 471 | Block: 290950142033001 |
| 472 | Block: 290950142033002 |
| 473 | Block: 290950142033003 |
| 474 | Block: 290950142033004 |
| 475 | Block: 290950142033005 |
| 476 | Block: 290950142033006 |
| 477 | Block: 290950142033007 |
| 478 | Block: 290950185003005 |
| 479 | Block: 290950185003007 |
| 480 | VTD Prairie 27 Subtotal |
| 481 | VTD: Prairie 28 |
| 482 | VTD: Prairie 29 |
| 483 | Block: 290950142061000 |
| 484 | Block: 290950185002000 |
| 485 | Block: 290950185002001 |
| 486 | Block: 290950185002002 |
| 487 | Block: 290950185002006 |
| 488 | Block: 290950185003006 |
| 489 | Block: 290950185003008 |
| 490 | Block: 290950185003009 |
| 491 | Block: 290950185003010 |
| 492 | Block: 290950185003011 |
| 493 | Block: 290950185003012 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                                79

Block: 290950185003013
Block: 290950185003014
Block: 290950185003015
Block: 290950185003016
Block: 290950185003017
Block: 290950185003018
Block: 290950193022015
Block: 290950193022016
Block: 290959891001001
Block: 290959891001002
Block: 290959891001003
Block: 290959891001011
VTD Prairie 29 Subtotal
VTD: Prairie 30
VTD: Prairie 31
VTD: Prairie 32
VTD: Prairie 33
VTD: Prairie 34
VTD: Prairie 35
VTD: Prairie 36
VTD: Prairie 37
VTD: Prairie 38
VTD: Prairie 39
VTD: Prairie 40
VTD: Prairie 41
VTD: Prairie 42
VTD: Prairie 43
VTD: Prairie 44
VTD: Prairie 45
VTD: Prairie 46
VTD: Prairie 47
VTD: Prairie 48
VTD: Prairie 49
VTD: Prairie 50
VTD: Prairie 51
VTD: Prairie 52
VTD: Prairie 56

HB 1                                                                80

VTD: Prairie 59
VTD: Prairie 60
VTD: Prairie 62
VTD: Prarie 02
VTD: Prarie 10
VTD: Praric 25
VTD: Prarie 53
VTD: Prarie 54
VTD: Prarie 55
VTD: Prarie 57
VTD: Prarie 58
VTD: Prarie 61
VTD: Prarie 63
VTD: Sni-A-Bar 02
Block: 290950193022001
Block: 290950193022003
Block: 290950193022004
Block: 290950193022005
VTD Sni-A-Bar 02 Subtotal
VTD: Sni-A-Bar 03
Block: 290950193022017
VTD Sni-A-Bar 03 Subtotal
VTD: Sni-A-Bar 07
Block: 290950148061000
Block: 290950148061001
Block: 290950149041002
Block: 290950149041003
Block: 290950149041005
Block: 290950149041006
Block: 290950149041007
Block: 290950149041008
Block: 290950149041009
Block: 290950149041013
Block: 290950149041014
Block: 290950149041015
Block: 290950149041017
Block: 290950149041018

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1      81

| | |
|---|---|
| 568 | Block: 290950149041019 |
| 569 | Block: 290950149041020 |
| 570 | Block: 290950149041021 |
| 571 | Block: 290950149041022 |
| 572 | Block: 290950149041028 |
| 573 | Block: 290950149041029 |
| 574 | Block: 290950149041030 |
| 575 | Block: 290950149041031 |
| 576 | VTD Sni-A-Bar 07 Subtotal |
| 577 | VTD: Sni-A-Bar 08 |
| 578 | Block: 290950148061015 |
| 579 | Block: 290950148061016 |
| 580 | Block: 290950148061017 |
| 581 | Block: 290950148061018 |
| 582 | Block: 290950148062000 |
| 583 | Block: 290950148062001 |
| 584 | Block: 290950148062002 |
| 585 | Block: 290950148062003 |
| 586 | Block: 290950148062004 |
| 587 | Block: 290950148062005 |
| 588 | Block: 290950148062006 |
| 589 | Block: 290950148062007 |
| 590 | Block: 290950148062008 |
| 591 | Block: 290950148062009 |
| 592 | Block: 290950148062010 |
| 593 | Block: 290950148062011 |
| 594 | Block: 290950148062012 |
| 595 | Block: 290950148062013 |
| 596 | Block: 290950148062014 |
| 597 | Block: 290950148062015 |
| 598 | Block: 290950148063000 |
| 599 | Block: 290950148063001 |
| 600 | Block: 290950148063002 |
| 601 | Block: 290950148063003 |
| 602 | Block: 290950148063004 |
| 603 | Block: 290950148063005 |
| 604 | Block: 290950148063006 |

HB 1      82

| | |
|---|---|
| 605 | Block: 290950148063007 |
| 606 | Block: 290950148063008 |
| 607 | Block: 290950148063009 |
| 608 | Block: 290950148063010 |
| 609 | Block: 290959892001002 |
| 610 | Block: 290959892001003 |
| 611 | Block: 290959892001004 |
| 612 | Block: 290959892001005 |
| 613 | VTD Sni-A-Bar 08 Subtotal |
| 614 | VTD: Sni-A-Bar 09 |
| 615 | VTD: Sni-A-Bar 10 |
| 616 | VTD: Sni-A-Bar 11 |
| 617 | VTD: Sni-A-Bar 12 |
| 618 | VTD: Sni-A-Bar 13 |
| 619 | VTD: Sni-A-Bar 14 |
| 620 | Block: 290950149051001 |
| 621 | Block: 290950149051016 |
| 622 | Block: 290950149051017 |
| 623 | Block: 290950149051018 |
| 624 | Block: 290950149051019 |
| 625 | Block: 290950149051020 |
| 626 | Block: 290950149051021 |
| 627 | Block: 290950149051022 |
| 628 | Block: 290950149051025 |
| 629 | Block: 290950149052003 |
| 630 | Block: 290950149052016 |
| 631 | Block: 290950149052017 |
| 632 | Block: 290950149052018 |
| 633 | Block: 290950149052019 |
| 634 | Block: 290950149052020 |
| 635 | Block: 290950149052021 |
| 636 | Block: 290950149052022 |
| 637 | Block: 290950149052025 |
| 638 | Block: 290950149052029 |
| 639 | Block: 290950149052030 |
| 640 | Block: 290950149052031 |
| 641 | Block: 290950149052032 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                    83

Block: 290950149052033
VTD Sni-A-Bar 14 Subtotal
VTD: Sni-A-Bar 15
VTD: Sni-A-Bar 16
Block: 290950141221006
Block: 290950141221007
Block: 290950141281001
Block: 290950141281002
Block: 290950141281003
Block: 290950141281004
Block: 290950141281005
Block: 290950141281008
Block: 290950141281009
Block: 290950141281010
Block: 290950141281017
Block: 290950141281018
Block: 290950141281019
Block: 290950141281020
Block: 290950141281024
Block: 290950141281025
Block: 290950141283000
VTD Sni-A-Bar 16 Subtotal
VTD: Sni-A-Bar 17
VTD: Sni-A-Bar 18
VTD: Sni-A-Bar 19
VTD: Sni-A-Bar 20
VTD: Sni-A-Bar 21
VTD: Sni-A-Bar 22
VTD: Sni-A-Bar 23
VTD: Sni-A-Bar 24
VTD: Sni-A-Bar 25
VTD: Sni-A-Bar 26
VTD: Sni-A-Bar 27
VTD: Sni-A-Bar 28
VTD: Sni-A-Bar 29
VTD: Sni-A-Bar 30
VTD: Sni-A-Bar 31

HB 1                                    84

VTD: Sni-A-Bar 32
VTD: Sni-A-Bar 33
VTD: Sni-A-Bar 34
VTD: Sni-A-Bar 35
VTD: Sni-A-Bar 36
VTD: Sni-A-Bar 37
Block: 290950140021009
Block: 290950140021011
Block: 290950140021014
Block: 290950140021015
Block: 290950140021026
Block: 290950140021027
Block: 290950140021028
Block: 290950140021029
Block: 290950140021030
Block: 290950140021031
Block: 290950140021032
Block: 290950140021035
Block: 290950140021036
Block: 290950140022006
Block: 290950140022007
Block: 290950140022008
Block: 290950140022009
Block: 290950140022010
Block: 290950140022011
Block: 290950140022012
Block: 290950140022013
Block: 290950140022016
Block: 290950140022017
Block: 290950140022018
Block: 290950140022040
Block: 290950140022041
Block: 290950140051019
Block: 290950140063021
Block: 290950140063022
Block: 290950140063023
Block: 290950140063024

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                        85

| | |
|---|---|
| 716 | Block: 290950140063025 |
| 717 | Block: 290950141112001 |
| 718 | Block: 290950141112007 |
| 719 | Block: 290950141112008 |
| 720 | Block: 290950141121000 |
| 721 | Block: 290950141121001 |
| 722 | Block: 290950141121002 |
| 723 | Block: 290950141121003 |
| 724 | Block: 290950141121004 |
| 725 | Block: 290950141121015 |
| 726 | VTD Sni-A-Bar 37 Subtotal |
| 727 | VTD: Sni-A-Bar 41 |
| 728 | Block: 290950141281000 |
| 729 | VTD Sni-A-Bar 41 Subtotal |
| 730 | VTD: Sni-A-Bar 45 |
| 731 | Block: 290950140021019 |
| 732 | Block: 290950140021020 |
| 733 | Block: 290950140021022 |
| 734 | Block: 290950140021023 |
| 735 | Block: 290950140021024 |
| 736 | Block: 290950140021025 |
| 737 | Block: 290950140021033 |
| 738 | Block: 290950140021034 |
| 739 | Block: 290950140022003 |
| 740 | Block: 290950140022004 |
| 741 | Block: 290950140022005 |
| 742 | Block: 290950140022024 |
| 743 | Block: 290950140051035 |
| 744 | Block: 290950140051036 |
| 745 | Block: 290950140051037 |
| 746 | Block: 290950140051039 |
| 747 | Block: 290950140051040 |
| 748 | Block: 290950140051041 |
| 749 | Block: 290950140051042 |
| 750 | Block: 290950140054015 |
| 751 | Block: 290950140054016 |
| 752 | Block: 290950140054018 |

HB 1                                                        86

| | |
|---|---|
| 753 | VTD Sni-A-Bar 45 Subtotal |
| 754 | VTD: Sni-A-Bar 83 |
| 755 | VTD: Van Buren 01 |
| 756 | VTD: Van Buren 02 |
| 757 | VTD: Van Buren 03 |
| 758 | VTD: Van Buren 04 |
| 759 | VTD: Van Buren 06 |
| 760 | VTD: Van Buren 07 |
| 761 | VTD: Van Buren 08 |
| 762 | VTD: Van Buren 09 |
| 763 | VTD: Van Buren 10 |
| 764 | VTD: Van Buren 11 |
| 765 | VTD: Van Buren 12 |
| 766 | VTD: Van Buren 13 |
| 767 | VTD: Van Buren 14 |
| 768 | VTD: Van Buren 15 |
| 769 | VTD: Van Buren 16 |
| 770 | VTD: Van Buren 17 |
| 771 | VTD: Van Buren 18 |
| 772 | VTD: Van Buren 19 |
| 773 | VTD: Washington 01 |
| 774 | VTD: Washington 02 |
| 775 | VTD: Washington 03 |
| 776 | VTD: Washington 04 |
| 777 | VTD: Washington 05 |
| 778 | VTD: Washington 06 |
| 779 | VTD: Washington 07 |
| 780 | VTD: Washington 08 |
| 781 | VTD: Washington 09 |
| 782 | VTD: Washington 10 |
| 783 | VTD: Washington 11 |
| 784 | VTD: Washington 12 |
| 785 | County Jackson MO Subtotal |
| 786 | County: Laclede MO |
| 787 | County: Polk MO |
| 788 | County: Pulaski MO |
| 789 | County: St. Clair MO |

| | |
|---|---|
| County: Vernon MO | |
| County: Webster MO | |
| VTD: East Ozark | |
| VTD: Grant | |
| Block: 292254701021041 | |
| Block: 292254701021042 | |
| Block: 292254701022000 | |
| Block: 292254701022001 | |
| Block: 292254701022002 | |
| Block: 292254701022003 | |
| Block: 292254701022004 | |
| Block: 292254701022005 | |
| Block: 292254701022006 | |
| Block: 292254701022007 | |
| Block: 292254701022008 | |
| Block: 292254701022009 | |
| Block: 292254701022010 | |
| Block: 292254701022011 | |
| Block: 292254701022012 | |
| Block: 292254701022013 | |
| Block: 292254701022014 | |
| Block: 292254701022015 | |
| Block: 292254701022019 | |
| Block: 292254701022020 | |
| Block: 292254701022021 | |
| Block: 292254701022022 | |
| Block: 292254701022023 | |
| Block: 292254701022024 | |
| Block: 292254701022025 | |
| Block: 292254701022026 | |
| Block: 292254701022027 | |
| Block: 292254701022028 | |
| Block: 292254701022029 | |
| Block: 292254701022030 | |
| Block: 292254701022031 | |
| Block: 292254701022032 | |
| Block: 292254701022033 | |

| | |
|---|---|
| Block: 292254701022034 | |
| Block: 292254701022035 | |
| Block: 292254701022036 | |
| Block: 292254701022037 | |
| Block: 292254701022038 | |
| Block: 292254701022039 | |
| Block: 292254701022040 | |
| Block: 292254701022041 | |
| Block: 292254701022042 | |
| Block: 292254701022043 | |
| Block: 292254701022044 | |
| Block: 292254701022045 | |
| Block: 292254701022046 | |
| Block: 292254701022047 | |
| Block: 292254701022048 | |
| Block: 292254701022049 | |
| Block: 292254701022050 | |
| Block: 292254701022051 | |
| Block: 292254701022052 | |
| Block: 292254701022053 | |
| Block: 292254701022054 | |
| Block: 292254701022055 | |
| Block: 292254701022056 | |
| Block: 292254701022057 | |
| Block: 292254701022058 | |
| Block: 292254701022059 | |
| Block: 292254701022061 | |
| Block: 292254701023081 | |
| Block: 292254701023082 | |
| Block: 292254701023085 | |
| Block: 292254701023086 | |
| VTD Grant Subtotal | |
| VTD: High Prairie | |
| VTD: Jackson | |
| VTD: Marshfield East | |
| VTD: Marshfield West | |
| VTD: Niangua | |

VTD: Northview A
VTD: Northview B
Block: 292254702022011
Block: 292254702022012
Block: 292254702022013
Block: 292254702022016
Block: 292254702022019
Block: 292254702022020
Block: 292254702022021
Block: 292254702022022
Block: 292254702022023
Block: 292254702022024
Block: 292254702022025
Block: 292254702022037
Block: 292254702022038
Block: 292254702022039
Block: 292254702022040
Block: 292254703022009
Block: 292254703022011
Block: 292254703023000
Block: 292254703023001
Block: 292254703023002
Block: 292254703023003
Block: 292254703023004
Block: 292254703023005
Block: 292254703023006
Block: 292254703023014
Block: 292254703023015
Block: 292254703023016
Block: 292254703023017
Block: 292254703023018
Block: 292254703023019
Block: 292254703023020
Block: 292254703023021
Block: 292254703023022
Block: 292254703023023
Block: 292254703023024

Block: 292254703023025
Block: 292254703023026
Block: 292254703023027
Block: 292254703023034
VTD Northview B Subtotal
VTD: Union
VTD: Washington
County Webster MO Subtotal
District 4 Total

128.475. The fifth congressional district shall be composed of the following:

County: Boone MO
VTD: 07
VTD: 08
VTD: 09
VTD: 10
VTD: 11
VTD: 12
VTD: 15
VTD: 16
VTD: 17
Block: 290190015031004
Block: 290190015031013
Block: 290190015062000
Block: 290190015062001
Block: 290190015062002
Block: 290190015062003
Block: 290190015062004
Block: 290190015062006
Block: 290190015062007
Block: 290190015062012
Block: 290190015062018
Block: 290190015062019
Block: 290190015062021
Block: 290190016031001
Block: 290190016031005
Block: 290190016031006
Block: 290190016031007

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1    91

| 29 | Block: 290190016031012 |
| 30 | Block: 290190016031017 |
| 31 | Block: 290190019031003 |
| 32 | Block: 290190019031004 |
| 33 | Block: 290190019031005 |
| 34 | Block: 290190019031006 |
| 35 | Block: 290190019031007 |
| 36 | Block: 290190019031008 |
| 37 | Block: 290190019031009 |
| 38 | Block: 290190019031010 |
| 39 | Block: 290190019031011 |
| 40 | Block: 290190019031012 |
| 41 | Block: 290190019031013 |
| 42 | Block: 290190019031014 |
| 43 | Block: 290190019031015 |
| 44 | Block: 290190019031016 |
| 45 | Block: 290190019031017 |
| 46 | Block: 290190019031018 |
| 47 | Block: 290190019031019 |
| 48 | Block: 290190019031020 |
| 49 | Block: 290190019031021 |
| 50 | Block: 290190019031022 |
| 51 | Block: 290190019031023 |
| 52 | Block: 290190019031024 |
| 53 | Block: 290190019032037 |
| 54 | Block: 290190019032038 |
| 55 | Block: 290190019032044 |
| 56 | Block: 290190019032045 |
| 57 | Block: 290190019032046 |
| 58 | Block: 290190019032047 |
| 59 | Block: 290190019032049 |
| 60 | Block: 290190019033053 |
| 61 | Block: 290190019033054 |
| 62 | Block: 290190019033055 |
| 63 | Block: 290190019033056 |
| 64 | Block: 290190019033057 |
| 65 | Block: 290190019033059 |

HB 1    92

| 66 | Block: 290190019033060 |
| 67 | VTD 17 Subtotal |
| 68 | VTD: 18 |
| 69 | VTD: 19 |
| 70 | VTD: 20 |
| 71 | Block: 290190014013030 |
| 72 | Block: 290190014013031 |
| 73 | Block: 290190014013032 |
| 74 | Block: 290190014013048 |
| 75 | Block: 290190014013051 |
| 76 | Block: 290190014024000 |
| 77 | Block: 290190014024004 |
| 78 | Block: 290190014024005 |
| 79 | Block: 290190014024006 |
| 80 | Block: 290190014024007 |
| 81 | Block: 290190014024008 |
| 82 | Block: 290190014024011 |
| 83 | Block: 290190014024012 |
| 84 | Block: 290190018031003 |
| 85 | Block: 290190018031004 |
| 86 | Block: 290190018031005 |
| 87 | Block: 290190018031006 |
| 88 | Block: 290190018031007 |
| 89 | Block: 290190018031008 |
| 90 | Block: 290190018031010 |
| 91 | Block: 290190018031011 |
| 92 | Block: 290190018031019 |
| 93 | Block: 290190018031020 |
| 94 | Block: 290190018031021 |
| 95 | Block: 290190018031022 |
| 96 | Block: 290190018031023 |
| 97 | Block: 290190018031024 |
| 98 | Block: 290190018031025 |
| 99 | Block: 290190018031026 |
| 100 | Block: 290190018031027 |
| 101 | Block: 290190018031028 |
| 102 | Block: 290190018032000 |

HB 1                                                                93

| | |
|---|---|
| Block: | 290190018032001 |
| Block: | 290190018032007 |
| Block: | 290190019012028 |
| Block: | 290190019012029 |
| Block: | 290190019012030 |
| Block: | 290190019012031 |
| Block: | 290190019012032 |
| Block: | 290190019012037 |
| Block: | 290190019012038 |
| Block: | 290190019012046 |
| Block: | 290190019012047 |
| Block: | 290190019012049 |
| Block: | 290190019012051 |
| Block: | 290190019013050 |
| VTD 20 Subtotal | |
| VTD: 21 | |
| Block: | 290190013003003 |
| Block: | 290190013003004 |
| Block: | 290190018061007 |
| Block: | 290190018071011 |
| Block: | 290190018071012 |
| Block: | 290190018071013 |
| Block: | 290190018071014 |
| Block: | 290190018071015 |
| Block: | 290190018071016 |
| Block: | 290190018071022 |
| Block: | 290190018071023 |
| Block: | 290190018071024 |
| Block: | 290190018071025 |
| Block: | 290190018071026 |
| Block: | 290190018071027 |
| Block: | 290190018071028 |
| Block: | 290190018072000 |
| Block: | 290190018072012 |
| Block: | 290190018072014 |
| Block: | 290190018072017 |
| Block: | 290190018072018 |

HB 1                                                                94

| | |
|---|---|
| Block: | 290190018072022 |
| Block: | 290190018072023 |
| VTD 21 Subtotal | |
| VTD: 22 | |
| Block: | 290190014012004 |
| Block: | 290190014012005 |
| Block: | 290190014012006 |
| Block: | 290190014012007 |
| Block: | 290190014012008 |
| Block: | 290190014012009 |
| Block: | 290190014012010 |
| Block: | 290190014012011 |
| Block: | 290190014012012 |
| Block: | 290190014012013 |
| Block: | 290190014012015 |
| Block: | 290190014012016 |
| Block: | 290190014012019 |
| Block: | 290190014012020 |
| Block: | 290190014012021 |
| Block: | 290190014012027 |
| Block: | 290190014012028 |
| Block: | 290190014012031 |
| Block: | 290190014013000 |
| Block: | 290190014013001 |
| Block: | 290190014013002 |
| Block: | 290190014013003 |
| Block: | 290190014013004 |
| Block: | 290190014013005 |
| Block: | 290190014013006 |
| Block: | 290190014013012 |
| Block: | 290190014013017 |
| Block: | 290190014013025 |
| Block: | 290190014013026 |
| Block: | 290190014013027 |
| Block: | 290190014013028 |
| Block: | 290190014013029 |
| Block: | 290190014013033 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1     95

| | |
|---|---|
| Block: 290190014013055 | |
| Block: 290190018031012 | |
| Block: 290190018031013 | |
| Block: 290190018031014 | |
| Block: 290190018031029 | |
| Block: 290190018031030 | |
| VTD 22 Subtotal | |
| VTD: 2I | |
| Block: 290190014013053 | |
| VTD 2I Subtotal | |
| VTD: 2K | |
| Block: 290190018072001 | |
| Block: 290190018072002 | |
| Block: 290190018072003 | |
| Block: 290190018072004 | |
| Block: 290190018072005 | |
| Block: 290190018072006 | |
| Block: 290190018072007 | |
| Block: 290190018072008 | |
| Block: 290190018072010 | |
| VTD 2K Subtotal | |
| VTD: 37 | |
| Block: 290190017021039 | |
| Block: 290190017021040 | |
| Block: 290190018062032 | |
| Block: 290190018062034 | |
| Block: 290190018062039 | |
| Block: 290190018062040 | |
| Block: 290190018062041 | |
| Block: 290190018062042 | |
| Block: 290190018062043 | |
| Block: 290190018062045 | |
| VTD 37 Subtotal | |
| VTD: 38 | |
| VTD: 39 | |
| VTD: 3A | |
| Block: 290190015062030 | |

HB 1     96

| | |
|---|---|
| VTD 3A Subtotal | |
| VTD: 3B | |
| Block: 290190015062017 | |
| VTD 3B Subtotal | |
| VTD: 40 | |
| Block: 290190015031005 | |
| Block: 290190015031006 | |
| Block: 290190015031007 | |
| Block: 290190015031008 | |
| Block: 290190015031009 | |
| Block: 290190015031021 | |
| Block: 290190015031022 | |
| Block: 290190015031026 | |
| Block: 290190015033000 | |
| Block: 290190015033001 | |
| Block: 290190015033002 | |
| Block: 290190015033003 | |
| Block: 290190015033004 | |
| Block: 290190015033005 | |
| Block: 290190015033009 | |
| Block: 290190015033010 | |
| Block: 290190015033011 | |
| Block: 290190015033013 | |
| Block: 290190015033015 | |
| Block: 290190015033017 | |
| Block: 290190015033018 | |
| Block: 290190015033019 | |
| Block: 290190015033020 | |
| Block: 290190015033021 | |
| Block: 290190015033023 | |
| Block: 290190015033024 | |
| Block: 290190015033031 | |
| Block: 290190015033053 | |
| Block: 290190015033054 | |
| Block: 290190015033055 | |
| Block: 290190019032050 | |
| Block: 290190019032051 | |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                          97

Block: 290190019032054
VTD 40 Subtotal
VTD: 45
Block: 290190015031023
Block: 290190015031024
Block: 290190015031025
Block: 290190015031027
Block: 29019015031028
Block: 29019015031029
Block: 290190015031030
Block: 290190015031031
Block: 290190015032015
Block: 290190015033027
Block: 290190015033029
Block: 290190015033032
Block: 290190015033049
Block: 290190015033050
Block: 290190015033051
Block: 290190015033056
Block: 290190015033057
Block: 290190015033058
Block: 290190015081000
Block: 290190015081001
VTD 45 Subtotal
VTD: 4B
Block: 290190018071000
Block: 290190018071001
Block: 290190018071002
Block: 290190018071003
Block: 290190018071004
Block: 290190018071005
Block: 290190018071006
Block: 290190018071007
Block: 290190018071008
Block: 290190018071009
Block: 290190018071010
Block: 290190018072009

HB 1                                                          98

Block: 290190018072011
Block: 290190018072013
Block: 290190018072016
Block: 290190018072019
Block: 290190018072020
Block: 290190018072021
Block: 290190018072026
VTD 4B Subtotal
VTD: 4K
Block: 290190018072027
VTD 4K Subtotal
VTD: 4L
Block: 290190018072015
VTD 4L Subtotal
County Boone MO Subtotal
County: Cole MO
County: Cooper MO
County: Howard MO
County: Jackson MO
VTD: 1603
VTD: Blue 01-01
VTD: Blue 01-02
VTD: Blue 01-03
VTD: Blue 01-04
VTD: Blue 01-05
VTD: Blue 01-06
VTD: Blue 01-07
VTD: Blue 01-08
VTD: Blue 01-09
VTD: Blue 02-01
VTD: Blue 02-02
VTD: Blue 02-03
VTD: Blue 02-04
VTD: Blue 02-05
VTD: Blue 02-06
VTD: Blue 02-07
VTD: Blue 03-01

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1 — 99

| | |
|---|---|
| 325 | VTD: Blue 03-02 |
| 326 | VTD: Blue 03-03 |
| 327 | VTD: Blue 03-04 |
| 328 | VTD: Blue 03-05 |
| 329 | VTD: Blue 03-06 |
| 330 | VTD: Blue 03-07 |
| 331 | VTD: Blue 03-08 |
| 332 | VTD: Blue 03-09 |
| 333 | VTD: Blue 04-01 |
| 334 | VTD: Blue 04-02 |
| 335 | VTD: Blue 04-03 |
| 336 | VTD: Blue 04-04 |
| 337 | VTD: Blue 04-05 |
| 338 | VTD: Blue 04-06 |
| 339 | VTD: Blue 04-07 |
| 340 | VTD: Blue 04-08 |
| 341 | VTD: Blue 04-09 |
| 342 | VTD: Blue 04-10 |
| 343 | VTD: Blue 05-01 |
| 344 | VTD: Blue 05-02 |
| 345 | VTD: Blue 05-03 |
| 346 | VTD: Blue 05-04 |
| 347 | VTD: Blue 05-05 |
| 348 | VTD: Blue 05-06 |
| 349 | VTD: Blue 05-07 |
| 350 | VTD: Blue 05-08 |
| 351 | VTD: Blue 05-09 |
| 352 | VTD: Blue 06-01 |
| 353 | VTD: Blue 06-02 |
| 354 | VTD: Blue 06-03 |
| 355 | VTD: Blue 06-04 |
| 356 | VTD: Blue 06-05 |
| 357 | VTD: Blue 06-06 |
| 358 | VTD: Blue 06-07 |
| 359 | VTD: Blue 07-01 |
| 360 | VTD: Blue 07-02 |
| 361 | VTD: Blue 07-03 |

HB 1 — 100

| | |
|---|---|
| 362 | VTD: Blue 07-04 |
| 363 | VTD: Blue 07-05 |
| 364 | VTD: Blue 07-06 |
| 365 | VTD: Blue 07-07 |
| 366 | VTD: Blue 07-08 |
| 367 | VTD: Blue 07-09 |
| 368 | VTD: Blue 08-01 |
| 369 | VTD: Blue 08-02 |
| 370 | VTD: Blue 08-03 |
| 371 | VTD: Blue 08-04 |
| 372 | VTD: Blue 08-05 |
| 373 | VTD: Blue 08-06 |
| 374 | VTD: Blue 08-07 |
| 375 | VTD: Blue 08-08 |
| 376 | VTD: Brooking No. 1 |
| 377 | VTD: Brooking No. 10 |
| 378 | VTD: Brooking No. 11 |
| 379 | VTD: Brooking No. 12 |
| 380 | VTD: Brooking No. 13 |
| 381 | VTD: Brooking No. 14 |
| 382 | VTD: Brooking No. 15 |
| 383 | VTD: Brooking No. 16 |
| 384 | VTD: Brooking No. 17 |
| 385 | VTD: Brooking No. 18 |
| 386 | VTD: Brooking No. 19 |
| 387 | VTD: Brooking No. 2 |
| 388 | VTD: Brooking No. 20 |
| 389 | VTD: Brooking No. 3 |
| 390 | VTD: Brooking No. 4 |
| 391 | VTD: Brooking No. 5 |
| 392 | VTD: Brooking No. 6 |
| 393 | VTD: Brooking No. 7 |
| 394 | VTD: Brooking No. 8 |
| 395 | VTD: Brooking No. 9 |
| 396 | VTD: Fort Osage 01 |
| 397 | VTD: Fort Osage 02 |
| 398 | VTD: Fort Osage 03 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                      101

399    VTD: Fort Osage 04
400    VTD: Fort Osage 05
401    VTD: Fort Osage 06
402    VTD: Fort Osage 07
403    VTD: Fort Osage 08
404    VTD: Fort Osage 09
405    VTD: Fort Osage 10
406    VTD: KC 1004
407    Block: 290950100021000
408    Block: 290950100021001
409    Block: 290950100021009
410    Block: 290950100021010
411    Block: 290950100021011
412    VTD KC 1004 Subtotal
413    VTD: KC 1008
414    Block: 290950100022005
415    Block: 290950100022006
416    Block: 290950100022007
417    Block: 290950100022009
418    Block: 290950100022010
419    VTD KC 1008 Subtotal
420    VTD: KC 1009
421    Block: 290950100022000
422    Block: 290950100022001
423    VTD KC 1009 Subtotal
424    VTD: KC 1108
425    Block: 290950018002000
426    VTD KC 1108 Subtotal
427    VTD: KC 1201
428    Block: 290950007003001
429    Block: 290950007003002
430    Block: 290950007003003
431    Block: 290950007003004
432    Block: 290950007003007
433    Block: 290950007003008
434    Block: 290950008002000
435    Block: 290950008002001

HB 1                                                      102

436    VTD KC 1201 Subtotal
437    VTD: KC 1205
438    VTD: KC 1206
439    VTD: KC 1207
440    VTD: KC 1208
441    VTD: KC 1209
442    VTD: KC 1210
443    VTD: KC 1211
444    VTD: KC 1212
445    VTD: KC 1301
446    VTD: KC 1303
447    VTD: KC 1304
448    VTD: KC 1305
449    VTD: KC 1306
450    VTD: KC 1307
451    VTD: KC 1308
452    VTD: KC 1309
453    VTD: KC 1310
454    VTD: KC 1311
455    VTD: KC 1313
456    VTD: KC 1401
457    VTD: KC 1402
458    VTD: KC 1403
459    VTD: KC 1404
460    VTD: KC 1405
461    VTD: KC 1406
462    VTD: KC 1407
463    VTD: KC 1408
464    VTD: KC 1409
465    VTD: KC 1410
466    VTD: KC 1411
467    VTD: KC 1412
468    VTD: KC 1413
469    VTD: KC 1414
470    VTD: KC 1415
471    VTD: KC 1501
472    VTD: KC 1502

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                  103

| 473 | VTD: KC 1503 |
| 474 | VTD: KC 1504 |
| 475 | VTD: KC 1505 |
| 476 | VTD: KC 1506 |
| 477 | VTD: KC 1507 |
| 478 | VTD: KC 1508 |
| 479 | VTD: KC 1509 |
| 480 | VTD: KC 1510 |
| 481 | VTD: KC 1511 |
| 482 | VTD: KC 1512 |
| 483 | VTD: KC 1513 |
| 484 | VTD: KC 1514 |
| 485 | VTD: KC 1515 |
| 486 | VTD: KC 1516 |
| 487 | VTD: KC 1517 |
| 488 | VTD: KC 1518 |
| 489 | VTD: KC 1519 |
| 490 | VTD: KC 1520 |
| 491 | VTD: KC 1521 |
| 492 | VTD: KC 1522 |
| 493 | VTD: KC 1523 |
| 494 | VTD: KC 1524 |
| 495 | VTD: KC 1601 |
| 496 | VTD: KC 1602 |
| 497 | VTD: KC 1604 |
| 498 | VTD: KC 1605 |
| 499 | VTD: KC 1606 |
| 500 | VTD: KC 1607 |
| 501 | VTD: KC 1608 |
| 502 | VTD: KC 1609 |
| 503 | VTD: KC 1610 |
| 504 | VTD: KC 1611 |
| 505 | VTD: KC 1612 |
| 506 | VTD: KC 1613 |
| 507 | VTD: KC 1614 |
| 508 | VTD: KC 1615 |
| 509 | VTD: KC 1701 |

HB 1                                  104

| 510 | VTD: KC 1702 |
| 511 | VTD: KC 1703 |
| 512 | VTD: KC 1704 |
| 513 | VTD: KC 1705 |
| 514 | VTD: KC 1706 |
| 515 | VTD: KC 1707 |
| 516 | VTD: KC 1708 |
| 517 | VTD: KC 1709 |
| 518 | VTD: KC 1710 |
| 519 | VTD: KC 1711 |
| 520 | VTD: KC 1712 |
| 521 | VTD: KC 1713 |
| 522 | VTD: KC 1714 |
| 523 | VTD: KC 1801 |
| 524 | VTD: KC 1802 |
| 525 | VTD: KC 1803 |
| 526 | VTD: KC 1804 |
| 527 | VTD: KC 1805 |
| 528 | VTD: KC 1806 |
| 529 | VTD: KC 1807 |
| 530 | VTD: KC 1808 |
| 531 | VTD: KC 1809 |
| 532 | VTD: KC 1810 |
| 533 | VTD: KC 1811 |
| 534 | VTD: KC 1812 |
| 535 | VTD: KC 1813 |
| 536 | VTD: KC 1814 |
| 537 | VTD: KC 1815 |
| 538 | VTD: KC 1816 |
| 539 | VTD: KC 1901 |
| 540 | VTD: KC 1902 |
| 541 | VTD: KC 1903 |
| 542 | VTD: KC 1904 |
| 543 | VTD: KC 1905 |
| 544 | VTD: KC 1906 |
| 545 | VTD: KC 1907 |
| 546 | VTD: KC 1908 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                      105

VTD: KC 1909
VTD: KC 1910
VTD: KC 1911
VTD: KC 1912
VTD: KC 1913
VTD: KC 1914
VTD: KC 1915
VTD: KC 1917
VTD: KC 1918
VTD: KC 1919
Block: 290950102011013
Block: 290950130032034
VTD KC 1919 Subtotal
VTD: KC 1920
VTD: KC 1921
VTD: KC 1922
VTD: KC 1923
VTD: KC 2001
Block: 290950132082004
Block: 290950132082005
VTD KC 2001 Subtotal
VTD: KC 2004
Block: 290950102011012
VTD KC 2004 Subtotal
VTD: KC 2005
Block: 290950102011011
VTD KC 2005 Subtotal
VTD: KC 2006
Block: 290950101031016
Block: 290950101032004
Block: 290950101032005
Block: 290950101033007
VTD KC 2006 Subtotal
VTD: KC 203
Block: 290950154012030
Block: 290950154012031
Block: 290950154012032

HB 1                                      106

Block: 290950154012033
Block: 290950154012034
Block: 290950154012039
Block: 290950154012040
Block: 290950154012041
Block: 290950154012042
Block: 290950154012046
Block: 290950154012047
Block: 290950154012054
Block: 290950154012055
Block: 290950154012056
Block: 290950154012057
Block: 290950154013011
Block: 290950154013012
Block: 290950154013013
Block: 290950154013014
Block: 290950154013015
Block: 290950161002000
Block: 290950161002001
Block: 290950161002002
Block: 290950161002003
Block: 290950161002004
Block: 290950161002005
Block: 290950161002006
Block: 290950161002007
Block: 290950161002008
Block: 290950161002009
Block: 290950161002010
Block: 290950161002011
Block: 290950161002012
Block: 290950161002013
Block: 290950161002014
Block: 290950161002015
Block: 290950161002016
Block: 290950161002017
VTD KC 203 Subtotal
VTD: KC 204

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                          107

VTD: KC 207
VTD: KC 209
VTD: KC 210
VTD: KC 212
Block: 290950154012059
Block: 290950161001012
Block: 290950161001013
Block: 290950161001014
Block: 290950161001015
Block: 290950161001028
Block: 290950161001029
Block: 290950161002032
Block: 290950161002035
Block: 290950161002038
Block: 290950161002039
VTD KC 212 Subtotal
VTD: KC 213
VTD: KC 214
VTD: KC 215
VTD: KC 217
Block: 290950154012035
Block: 290950154012044
Block: 290950154012045
Block: 290950154012049
Block: 290950154012050
VTD KC 217 Subtotal
VTD: KC 218
Block: 290950154012043
Block: 290950154012048
Block: 290950154012051
Block: 290950154012052
Block: 290950154012053
Block: 290950161002031
Block: 290950161002036
Block: 290950161002037
Block: 290950161002041
VTD KC 218 Subtotal

HB 1                                          108

VTD: KC 2301
VTD: KC 2302
VTD: KC 2303
VTD: KC 2304
VTD: KC 2305
VTD: KC 2306
VTD: KC 2307
VTD: KC 2308
VTD: KC 2309
VTD: KC 2310
VTD: KC 2311
VTD: KC 2312
VTD: KC 2313
VTD: KC 2314
VTD: KC 2315
VTD: KC 2316
VTD: KC 2401
VTD: KC 2402
VTD: KC 2403
VTD: KC 2404
VTD: KC 2405
VTD: KC 2406
VTD: KC 2407
VTD: KC 2408
VTD: KC 2409
VTD: KC 2410
VTD: KC 2411
VTD: KC 2412
VTD: KC 2413
VTD: KC 2414
VTD: KC 2415
VTD: KC 2416
VTD: KC 2417
VTD: KC 2418
VTD: KC 2419
VTD: KC 2420
VTD: KC 2421

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                                           109

695    VTD: KC 2422
696    VTD: KC 2423
697    VTD: KC 2424
698    VTD: KC 2425
699    VTD: KC 2426
700    VTD: KC 2427
701    VTD: KC 2428
702    VTD: KC 2429
703    VTD: KC 2430
704    VTD: KC 2431
705    VTD: KC 2501
706    VTD: KC 2503
707    Block: 290950129064013
708    Block: 290950129064014
709    Block: 290950132081009
710    Block: 290950132101000
711    Block: 290950132101001
712    Block: 290950132101004
713    Block: 290950132101005
714    Block: 290950132101008
715    Block: 290950132101009
716    Block: 290950132101010
717    Block: 290950144001046
718    Block: 290950144001047
719    Block: 290950144001048
720    Block: 290950144001049
721    Block: 290950144001050
722    Block: 290950144001051
723    Block: 290950144001054
724    Block: 290959883001000
725    Block: 290959883001001
726    Block: 290959883001002
727    Block: 290959883001003
728    Block: 290959883001005
729    Block: 290959883001006
730    Block: 290959883001008
731    Block: 290959883001009

HB 1                                                                           110

732    Block: 290959883001010
733    Block: 290959883001033
734    VTD KC 2503 Subtotal
735    VTD: KC 2504
736    VTD: KC 2505
737    VTD: KC 2506
738    VTD: KC 2507
739    VTD: KC 2508
740    Block: 290950131001010
741    Block: 290950132033004
742    Block: 290950132033005
743    Block: 290950132034003
744    Block: 290950132034004
745    Block: 290950132034005
746    Block: 290950132034006
747    Block: 290950132034007
748    Block: 290950132034008
749    Block: 290950132034009
750    Block: 290950132034010
751    Block: 290950132034011
752    Block: 290950132034012
753    Block: 290950132034013
754    Block: 290950132034014
755    Block: 290950132082000
756    Block: 290950132082001
757    Block: 290950132082002
758    Block: 290950132082003
759    Block: 290950132082015
760    Block: 290950132082017
761    VTD KC 2508 Subtotal
762    VTD: KC 2509
763    VTD: KC 2513
764    VTD: KC 2514
765    VTD: KC 2601
766    VTD: KC 2602
767    VTD: KC 2603
768    VTD: KC 2604

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                    111

| | |
|---|---|
| 769 | **VTD: KC 2605** |
| 770 | **VTD: KC 2606** |
| 771 | **VTD: KC 2607** |
| 772 | **VTD: KC 2608** |
| 773 | **VTD: KC 2609** |
| 774 | **VTD: KC 2610** |
| 775 | **VTD: KC 2611** |
| 776 | **VTD: KC 2612** |
| 777 | **VTD: KC 2613** |
| 778 | **VTD: KC 301** |
| 779 | **VTD: KC 302** |
| 780 | **VTD: KC 303** |
| 781 | **VTD: KC 304** |
| 782 | **VTD: KC 305** |
| 783 | **VTD: KC 306** |
| 784 | **VTD: KC 307** |
| 785 | **VTD: KC 308** |
| 786 | **VTD: KC 309** |
| 787 | **VTD: KC 310** |
| 788 | **VTD: KC 311** |
| 789 | **VTD: KC 312** |
| 790 | **VTD: KC 313** |
| 791 | **VTD: KC 314** |
| 792 | **VTD: KC 315** |
| 793 | **VTD: KC 316** |
| 794 | **VTD: KC 317** |
| 795 | **VTD: KC 318** |
| 796 | **VTD: KC 701** |
| 797 | **VTD: KC 702** |
| 798 | **VTD: KC 703** |
| 799 | **VTD: KC 704** |
| 800 | **VTD: KC 705** |
| 801 | **VTD: KC 706** |
| 802 | **VTD: KC 707** |
| 803 | **VTD: KC 708** |
| 804 | **VTD: KC 709** |
| 805 | **VTD: KC 710** |

HB 1                                    112

| | |
|---|---|
| 806 | **VTD: KC 711** |
| 807 | **VTD: KC 712** |
| 808 | **VTD: KC 713** |
| 809 | **VTD: KC 714** |
| 810 | **VTD: KC 715** |
| 811 | **VTD: KC 716** |
| 812 | **VTD: KC 717** |
| 813 | **VTD: KC 718** |
| 814 | **VTD: KC 809** |
| 815 | **Block: 290950086001010** |
| 816 | **Block: 290950086001012** |
| 817 | **VTD KC 809 Subtotal** |
| 818 | **VTD: KC 811** |
| 819 | **VTD: KC 905** |
| 820 | **VTD: KC 913** |
| 821 | **VTD: KC WD13 PCT1302** |
| 822 | **VTD: KC WD2 PCT205** |
| 823 | **VTD: KC WD2 PCT206** |
| 824 | **VTD: KC WD2 PCT211** |
| 825 | **Block: 290950018004000** |
| 826 | **Block: 290950018004001** |
| 827 | **Block: 290950018004002** |
| 828 | **Block: 290950018004003** |
| 829 | **Block: 290950018004005** |
| 830 | **Block: 290950018004006** |
| 831 | **Block: 290950018004007** |
| 832 | **Block: 290950018004008** |
| 833 | **Block: 290950018004009** |
| 834 | **Block: 290950018004010** |
| 835 | **Block: 290950018004011** |
| 836 | **Block: 290950018004012** |
| 837 | **Block: 290950018004013** |
| 838 | **Block: 290950018004014** |
| 839 | **Block: 290950018004015** |
| 840 | **Block: 290950160001000** |
| 841 | **Block: 290950160001001** |
| 842 | **Block: 290950160001002** |

HB 1                                                                113

Block: 290950160001003
Block: 290950160001004
Block: 290950160001005
Block: 290950160001006
Block: 290950160001007
Block: 290950160001008
Block: 290950160001009
Block: 290950160001010
Block: 290950160001011
Block: 290950160001012
Block: 290950160001013
Block: 290950160001014
Block: 290950160001015
Block: 290950160001016
Block: 290950160001017
Block: 290950160001018
Block: 290950160001019
Block: 290950160001020
Block: 290950160001021
Block: 290950160001022
Block: 290950160001023
Block: 290950160001024
Block: 290950160001025
Block: 290950160001028
Block: 290950160001029
Block: 290950160001030
Block: 290950160001032
Block: 290950160001033
Block: 290950160001034
Block: 290950160001035
Block: 290950160001036
Block: 290950160001037
Block: 290950160001038
Block: 290950160001039
Block: 290950160001051
Block: 290950160001052
VTD KC WD2 PCT211 Subtotal

HB 1                                                                114

VTD: KC1314
VTD: Prairie 27
Block: 290950185003004
VTD Prairie 27 Subtotal
VTD: Prairie 29
Block: 290950185003000
Block: 290950185003001
Block: 290950185003002
Block: 290950185003003
Block: 290950193022014
VTD Prairie 29 Subtotal
VTD: Prarie 01
VTD: Sni-A-Bar 01
VTD: Sni-A-Bar 02
Block: 290950145031003
Block: 290950145031004
Block: 290950145031013
Block: 290950145031014
Block: 290950193012014
Block: 290950193022000
Block: 290950193022009
Block: 290950193022010
Block: 290950193022011
Block: 290950193022019
VTD Sni-A-Bar 02 Subtotal
VTD: Sni-A-Bar 03
Block: 290950193022006
Block: 290950193022007
Block: 290950193022008
VTD Sni-A-Bar 03 Subtotal
VTD: Sni-A-Bar 04
VTD: Sni-A-Bar 05
VTD: Sni-A-Bar 06
VTD: Sni-A-Bar 07
Block: 290950148041042
Block: 290950148041043
Block: 290950148041044

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1　　　　　　　　　　　　　　　　115

| | |
|---|---|
| 917 | Block: 290950149033024 |
| 918 | Block: 290950149033025 |
| 919 | Block: 290950149033026 |
| 920 | Block: 290950149033027 |
| 921 | Block: 290950149033028 |
| 922 | Block: 290950149041000 |
| 923 | Block: 290950149041001 |
| 924 | Block: 290950149041004 |
| 925 | Block: 290950149041010 |
| 926 | Block: 290950149041011 |
| 927 | Block: 290950149041012 |
| 928 | Block: 290950149052005 |
| 929 | Block: 290950149052006 |
| 930 | Block: 290950149054000 |
| 931 | Block: 290950149054001 |
| 932 | Block: 290950149054011 |
| 933 | VTD Sni-A-Bar 07 Subtotal |
| 934 | VTD: Sni-A-Bar 08 |
| 935 | Block: 290950148042027 |
| 936 | Block: 290950148042028 |
| 937 | Block: 290959892001006 |
| 938 | VTD Sni-A-Bar 08 Subtotal |
| 939 | VTD: Sni-A-Bar 14 |
| 940 | Block: 290950140091012 |
| 941 | Block: 290950149051000 |
| 942 | Block: 290950149052014 |
| 943 | Block: 290950149052015 |
| 944 | Block: 290950149052026 |
| 945 | VTD Sni-A-Bar 14 Subtotal |
| 946 | VTD: Sni-A-Bar 16 |
| 947 | Block: 290950140083002 |
| 948 | Block: 290950141221004 |
| 949 | Block: 290950141221005 |
| 950 | Block: 290950141221010 |
| 951 | Block: 290950141221021 |
| 952 | Block: 290950141281026 |
| 953 | Block: 290950141281027 |

HB 1　　　　　　　　　　　　　　　　116

| | |
|---|---|
| 954 | Block: 290950141281029 |
| 955 | VTD Sni-A-Bar 16 Subtotal |
| 956 | VTD: Sni-A-Bar 37 |
| 957 | Block: 290950140021004 |
| 958 | Block: 290950140021005 |
| 959 | Block: 290950140021008 |
| 960 | Block: 290950140021010 |
| 961 | Block: 290950140021012 |
| 962 | Block: 290950140021013 |
| 963 | Block: 290950140021016 |
| 964 | Block: 290950140063005 |
| 965 | Block: 290950140063007 |
| 966 | Block: 290950140063013 |
| 967 | Block: 290950140063019 |
| 968 | Block: 290950140063020 |
| 969 | VTD Sni-A-Bar 37 Subtotal |
| 970 | VTD: Sni-A-Bar 38 |
| 971 | VTD: Sni-A-Bar 39 |
| 972 | VTD: Sni-A-Bar 40 |
| 973 | VTD: Sni-A-Bar 41 |
| 974 | Block: 290950140081000 |
| 975 | Block: 290950140081001 |
| 976 | Block: 290950140081002 |
| 977 | Block: 290950140081003 |
| 978 | Block: 290950140081004 |
| 979 | Block: 290950140081005 |
| 980 | Block: 290950140081006 |
| 981 | Block: 290950140081007 |
| 982 | Block: 290950140081008 |
| 983 | Block: 290950140081009 |
| 984 | Block: 290950140081010 |
| 985 | Block: 290950140081011 |
| 986 | Block: 290950140081012 |
| 987 | Block: 290950140081013 |
| 988 | Block: 290950140081014 |
| 989 | Block: 290950140081015 |
| 990 | Block: 290950140081016 |

HB 1                                                             117

| 991 | Block: 290950140081017 |
| 992 | Block: 290950140081018 |
| 993 | Block: 290950140081019 |
| 994 | Block: 290950140082004 |
| 995 | Block: 290950140082005 |
| 996 | Block: 290950141281023 |
| 997 | Block: 290950141281030 |
| 998 | VTD Sni-A-Bar 41 Subtotal |
| 999 | VTD: Sni-A-Bar 42 |
| 1000 | VTD: Sni-A-Bar 43 |
| 1001 | VTD: Sni-A-Bar 44 |
| 1002 | VTD: Sni-A-Bar 45 |
| 1003 | Block: 290950140021021 |
| 1004 | Block: 290950140051020 |
| 1005 | Block: 290950140051021 |
| 1006 | Block: 290950140051022 |
| 1007 | Block: 290950140051023 |
| 1008 | Block: 290950140051024 |
| 1009 | Block: 290950140051025 |
| 1010 | Block: 290950140051026 |
| 1011 | Block: 290950140051029 |
| 1012 | Block: 290950140051030 |
| 1013 | Block: 290950140051031 |
| 1014 | Block: 290950140051032 |
| 1015 | Block: 290950140051033 |
| 1016 | Block: 290950140051034 |
| 1017 | Block: 290950140051038 |
| 1018 | Block: 290950140051043 |
| 1019 | Block: 290950140051044 |
| 1020 | Block: 290950140054011 |
| 1021 | Block: 290950140054012 |
| 1022 | Block: 290950140054013 |
| 1023 | Block: 290950140054014 |
| 1024 | Block: 290950140054017 |
| 1025 | VTD Sni-A-Bar 45 Subtotal |
| 1026 | VTD: Sni-A-Bar 46 |
| 1027 | VTD: Sni-A-Bar 47 |

HB 1                                                             118

| 1028 | VTD: Sni-A-Bar 48 |
| 1029 | VTD: Sni-A-Bar 49 |
| 1030 | VTD: Sni-A-Bar 50 |
| 1031 | VTD: Sni-A-Bar 51 |
| 1032 | VTD: Sni-A-Bar 52 |
| 1033 | County Jackson MO Subtotal |
| 1034 | County: Johnson MO |
| 1035 | County: Lafayette MO |
| 1036 | County: Maries MO |
| 1037 | County: Miller MO |
| 1038 | County: Moniteau MO |
| 1039 | County: Morgan MO |
| 1040 | County: Osage MO |
| 1041 | County: Pettis MO |
| 1042 | County: Randolph MO |
| 1043 | County: Saline MO |
| 1044 | District 5 Total |

128.476. The sixth congressional district shall be composed of the following:

| 2 | County: Adair MO |
| 3 | County: Andrew MO |
| 4 | County: Atchison MO |
| 5 | County: Buchanan MO |
| 6 | County: Caldwell MO |
| 7 | County: Carroll MO |
| 8 | County: Chariton MO |
| 9 | County: Clark MO |
| 10 | County: Clay MO |
| 11 | County: Clinton MO |
| 12 | County: Daviess MO |
| 13 | County: DeKalb MO |
| 14 | County: Gentry MO |
| 15 | County: Grundy MO |
| 16 | County: Harrison MO |
| 17 | County: Holt MO |
| 18 | County: Jackson MO |
| 19 | VTD: KC 1101 |
| 20 | Block: 290950003001001 |

HB 1                                                      119

21  Block: 290950003001002
22  Block: 290950003001003
23  Block: 290950003001004
24  Block: 290950003001005
25  Block: 290950003001006
26  Block: 290950003001007
27  Block: 290950003001008
28  Block: 290950003001009
29  Block: 290950003001010
30  Block: 290950003001021
31  Block: 290950003002001
32  Block: 290950003002002
33  Block: 290950003002006
34  Block: 290950003002007
35  Block: 290950003002008
36  Block: 290950003002009
37  Block: 290950003002010
38  Block: 290950003002011
39  Block: 290950003003000
40  Block: 290950003003001
41  Block: 290950003003002
42  Block: 290950003003003
43  Block: 290950003003004
44  Block: 290950003003005
45  Block: 290950003003006
46  Block: 290950003003007
47  Block: 290950003003008
48  Block: 290950003003009
49  Block: 290950003003012
50  Block: 290950003003013
51  Block: 290950003003014
52  Block: 290950003003017
53  Block: 290950003003018
54  Block: 290950003003019
55  Block: 290950003003023
56  Block: 290950003003027
57  VTD KC 1101 Subtotal

HB 1                                                      120

58  VTD: KC 1102
59  VTD: KC 1103
60  VTD: KC 1104
61  VTD: KC 1105
62  VTD: KC 1106
63  VTD: KC 1107
64  VTD: KC 1109
65  VTD: KC 1110
66  VTD: KC 1111
67  VTD: KC 1113
68  VTD: KC 1114
69  VTD: KC 1201
70  Block: 290950007002002
71  Block: 290950007002003
72  Block: 290950007002010
73  Block: 290950007002011
74  Block: 290950008001000
75  Block: 290950008001001
76  Block: 290950008001002
77  Block: 290950008001003
78  Block: 290950008001004
79  Block: 290950008001006
80  Block: 290950008001007
81  Block: 290950008003000
82  Block: 290950008003001
83  Block: 290950008003002
84  Block: 290950008003003
85  Block: 290950008003004
86  VTD KC 1201 Subtotal
87  VTD: KC 1202
88  VTD: KC 1203
89  VTD: KC 1204
90  VTD: KC 1312
91  VTD: KC 216
92  County Jackson MO Subtotal
93  County: Knox MO
94  County: Lewis MO

HB 1                                           121                                                HB 1                                        122

| | |
|---|---|
| County: Linn MO | |
| County: Livingston MO | |
| County: Macon MO | |
| County: Marion MO | |
| County: Mercer MO | |
| County: Nodaway MO | |
| County: Platte MO | |
| County: Putnam MO | |
| County: Ray MO | |
| County: Schuyler MO | |
| County: Scotland MO | |
| County: Shelby MO | |
| County: Sullivan MO | |
| County: Worth MO | |
| District 6 Total | |

128.477. The seventh congressional district shall be composed of the following:

County: Barry MO
County: Christian MO
County: Greene MO
County: Jasper MO
County: Lawrence MO
County: McDonald MO
County: Newton MO
County: Stone MO
County: Taney MO
County: Webster MO
VTD: Benton
VTD: Diggins
VTD: Finley
VTD: Fordland
VTD: Grant
Block: 292254701022060
Block: 292254701022062
VTD Grant Subtotal
VTD: Hazelwood
VTD: Northview B
Block: 292254703022008

Block: 292254703022012
Block: 292254703022013
Block: 292254703022014
Block: 292254703022030
Block: 292254703022031
Block: 292254703022032
Block: 292254703022033
Block: 292254703022034
Block: 292254703022035
Block: 292254703023007
Block: 292254703023008
Block: 292254703023009
Block: 292254703023010
Block: 292254703023011
Block: 292254703023012
Block: 292254703023013
Block: 292254703023028
Block: 292254703023029
Block: 292254703023030
Block: 292254703023031
Block: 292254703023032
Block: 292254703023035
Block: 292254703023036
Block: 292254703023037
Block: 292254703023038
Block: 292254703023039
Block: 292254703023040
Block: 292254703023041
Block: 292254703023042
Block: 292254703023046
Block: 292254703023047
Block: 292254703023048
Block: 292254703023049
Block: 292254703023050
Block: 292254703023051
Block: 292254703023052
Block: 292254703023053

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                    123

Block: 292254703023054
Block: 292254703023055
Block: 292254703023062
Block: 292254703023063
Block: 292254703023069
Block: 292254703023074
Block: 292254703023079
VTD Northview B Subtotal
County Webster MO Subtotal
District 7 Total

128.478. The eighth congressional district shall be composed of the following:

County: Bollinger MO
County: Butler MO
County: Cape Girardeau MO
County: Carter MO
County: Dent MO
County: Douglas MO
County: Dunklin MO
County: Howell MO
County: Iron MO
County: Jefferson MO
VTD: Airport
VTD: American Legion
VTD: Antonia
VTD: Arnold W-1
VTD: Arnold W-2
VTD: Arnold W-3
VTD: Arnold W-4
VTD: Athena
VTD: Barnhart
VTD: Brennan
Block: 290997002101000
Block: 290997002101015
Block: 290997002111000
Block: 290997002111001
Block: 290997002111002
Block: 290997002111005

HB 1                                    124

Block: 290997002111006
Block: 290997002111007
Block: 290997002111008
Block: 290997002111010
Block: 290997002111011
Block: 290997003031000
Block: 290997003031001
Block: 290997003031002
Block: 290997003031003
Block: 290997003031004
Block: 290997003031005
Block: 290997003031006
Block: 290997003031007
Block: 290997003031008
Block: 290997003031009
Block: 290997003031010
Block: 290997003031011
Block: 290997003031012
Block: 290997003031013
Block: 290997003031014
Block: 290997003031015
Block: 290997003031016
Block: 290997003032000
Block: 290997003032001
Block: 290997003032002
Block: 290997003032003
Block: 290997003032004
Block: 290997003032005
Block: 290997003032006
Block: 290997003032007
Block: 290997003032008
Block: 290997003032009
Block: 290997003032010
Block: 290997003032011
Block: 290997003032012
Block: 290997003032013
Block: 290997003032014

HB 1                                                             125

| | |
|---|---|
| Block: 290997003032015 |
| Block: 290997003033000 |
| Block: 290997003033001 |
| Block: 290997003033002 |
| Block: 290997003033003 |
| Block: 290997003033004 |
| Block: 290997003033005 |
| Block: 290997003033006 |
| Block: 290997003033007 |
| Block: 290997003033008 |
| Block: 290997003033009 |
| Block: 290997003033010 |
| Block: 290997003033011 |
| Block: 290997003033012 |
| Block: 290997003033013 |
| Block: 290997003033014 |
| Block: 290997003033015 |
| Block: 290997003033016 |
| Block: 290997003033017 |
| Block: 290997003033018 |
| Block: 290997003033019 |
| Block: 290997003051000 |
| Block: 290997003052000 |
| Block: 290997003052026 |
| VTD Brennan Subtotal |
| VTD: Crystal City W-1 |
| VTD: Crystal City W-2 |
| VTD: Crystal City W-3 |
| VTD: Crystal City W-4 |
| VTD: Festus Outside |
| VTD: Festus W-1 |
| VTD: Festus W-2 |
| VTD: Festus W-3 |
| VTD: Festus W-4 |
| VTD: Flamm City |
| VTD: Hematite |
| VTD: Herculaneum |

HB 1                                                             126

| | |
|---|---|
| VTD: Herculaneum W-2 |
| VTD: Herculaneum W-3 |
| VTD: Imperial |
| VTD: Imperial 2 |
| VTD: Jefferson Heights |
| VTD: Jefferson R7 |
| VTD: Kimmswick W-1 |
| VTD: Lonedell |
| VTD: Mapaville |
| VTD: Marble Springs |
| VTD: Mastodon |
| VTD: Maxville |
| VTD: Meramec Heights |
| VTD: Miller |
| VTD: Murphy |
| VTD: North Jefferson |
| Block: 290997002112008 |
| Block: 290997002112009 |
| Block: 290997002112010 |
| Block: 290997002112011 |
| Block: 290997002112012 |
| Block: 290997002112013 |
| Block: 290997002112014 |
| Block: 290997002112015 |
| Block: 290997002112016 |
| VTD North Jefferson Subtotal |
| VTD: Oakvale |
| VTD: Olympian Village |
| VTD: Otto |
| VTD: Pevely W-1 |
| VTD: Pevely W-2 |
| VTD: Pevely W-3 |
| VTD: Pevely W-4 |
| VTD: Plattin |
| VTD: Riverview |
| VTD: Rock Creek |
| VTD: Rock Creek 1 |

HB 1                                                                127

VTD: Romaine Creek
VTD: Saline
VTD: Springdale
VTD: Sunrise
VTD: Valle
Block: 290997012006056
Block: 290997013002004
Block: 290997013002005
Block: 290997013002006
Block: 290997013003000
Block: 290997013003001
Block: 290997013003002
Block: 290997013003012
Block: 290997013003026
Block: 290997014012007
Block: 290997014012012
VTD Valle Subtotal
VTD: Victoria
Block: 290997010021006
Block: 290997010021008
Block: 290997010021019
Block: 290997010021021
Block: 290997010023004
Block: 290997010023005
Block: 290997010023006
Block: 290997010023012
Block: 290997010023013
Block: 290997010023029
Block: 290997010023030
Block: 290997010023035
VTD Victoria Subtotal
VTD: Windsor
County Jefferson MO Subtotal
County: Madison MO
County: Mississippi MO
County: New Madrid MO
County: Oregon MO

HB 1                                                                128

County: Ozark MO
County: Pemiscot MO
County: Perry MO
County: Phelps MO
County: Reynolds MO
County: Ripley MO
County: Scott MO
County: Shannon MO
County: St. Francois MO
County: Ste. Genevieve MO
County: Stoddard MO
County: Texas MO
County: Wayne MO
County: Wright MO
District 8 Total

128.479. Upon the passage and enactment of sections 128.471 to 128.478, and as provided to the revisor of statutes, the revisor of statutes shall publish the graphical map representation of the official congressional district boundaries as an appendix of the Revised Statutes of Missouri.

✓

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

# INITIATIVE PETITION SUBMISSION COVER PAGE

RETURN TO:
Missouri Secretary of State
Elections Division
600 W. Main St.
Jefferson City, MO 65101

MISSOURI SECRETARY OF STATE
DENNY HOSKINS, CPA

PHONE: (800) 669-8683
WEB: http://www.sos.mo.gov

Pursuant to Sections 116.100 and 116.332, RSMo, upon submitting a petition, please provide the following contact information:

09/12/2025
DATE OF SUBMISSION

von Glahn
LAST NAME*

Richard
FIRST NAME*

RECEIVED 2025 SEP 12 PM 2:57

STREET ADDRESS*

CITY*

Missouri
STATE*

ZIP CODE*

PHONE*

EMAIL

People Not Politicians
ORGANIZATION

CHECK ONE*:

[X] A PERSON OR COMMITTEE, OTHER THAN ME, IS FUNDING A PORTION OF THE DRAFTING OR SUBMISSION OF THIS SAMPLE SHEET. (IF YOU ARE REQUIRED TO FILE A STATEMENT OF COMMITTEE ORGANIZATION PURSUANT TO SECTION 130.021.5, RSMo., A COPY MUST BE ATTACHED.)

[ ] I AFFIRM THAT NO PORTION OF THE DRAFTING OR SUBMISSION OF THIS SAMPLE SHEET HAS BEEN FUNDED BY A PERSON OR COMMITTEE OTHER THAN ME.

SIGNATURE OF PERSON SUBMITTING THE SAMPLE SHEET*

*REQUIRED INFORMATION

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

Missouri Ethics Commission (MEC)
PO Box 1370, Jefferson City MO 65102, Fax: 573-526-4506, helpdesk@mec.mo.gov

## Statement of Committee Organization

Missouri Ethics Commission

SEP 05 2025

Received by Email

### 1. STATEMENT INFORMATION

Date  8/29/25

Type  ☐ New  ☐ Amended or rerecording, enter MEID  C253606  (sections changed  2, 5  )

### 2. COMMITTEE INFORMATION

People Not Politicians

Name of committee

_____ committee mailing address, city, state, & ZIP code

Telephone number

Official committee email address

County clerk, Board of Election Commissioners, or Federal PAC /Out of state committee

Committee Type  ☐ Campaign  ☐ Candidate  ☐ Continuing (PAC)  ☐ Debt Service  ☐ Exploratory  ☐ Political Party

### 3. TREASURER AND DEPUTY TREASURER INFORMATION

Treasurer's name (first & last)

Treasurer's mailing address, city, state, & ZIP code

Treasurer's email address (optional)

Treasurer's home telephone number

Amendment

Deputy treasurer's name (if one is appointed)

Deputy treasurer's mailing address, city, state, & ZIP code

Deputy treasurer's email address (optional)

Dep. treasurer's home telephone number

Dep. treasurer's work telephone number

### 4. ADDITIONAL COMMITTEE INFORMATION

Additional committee officer's name & title (if any)

Additional committee officer's mailing address, city, state, & ZIP code

Connected organization's name (if any)

Connected organization's mailing address, city, state, & ZIP code

CANDIDATES: If the candidate for which this committee is formed has more than one candidate committee (may only have one per office sought) disclose on the committee name & address along with the name, address, & phone number of the treasurer & designate the aggregating committee on an attached sheet.

### 5. OFFICIAL BANK ACCOUNT INFORMATION (required for all committees)

Name & mailing address, city, state, and & ZIP code of financial institution

Account name

Account number

### 6. COMMITTEE CREDIT CARD(S)

Account number of committee credit card (if any)

Issuer of committee credit card (if any)

### 7. CANDIDATE SUPPORTED OR OPPOSED (candidate committee must include only ONE candidate)

Name & mailing address, city, state, & ZIP code of candidate

Telephone number (candidate committee only)

Election date

Office sought & political subdivision

Political party

Support or oppose

Rev. 08/2025  Page 1 of 2

CONTINUED ON PAGE 2 →

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

**Missouri Ethics Commission (MEC)**
PO Box 1370, Jefferson City MO 65102, Fax: 573-526-4506, helpdesk@mec.mo.gov

## Statement of Committee Organization, cont.

Office Use:

### 8 BALLOT MEASURE SUPPORTED OR OPPOSED

Name of ballot measure                    Election date & political subdivision          Support or oppose

Ballot measure summary

### 9 SIGNATURE(S) AND CERTIFICATIONS (required for all committees)

[X] ALL COMMITTEES: I affirm and attest under penalty of perjury that information and facts in this report are complete, true, and accurate. I further acknowledge that I am aware that any false statement or declaration made herein is punishable under Chapter 575, RSMo

[X] CONTINUING (PACS), CAMPAIGN, & POLITICAL PARTY COMMITTEES ONLY: I certify that no preliminary activity was funded by prohibited sources, whether directly or indirectly (see § 130.120, RSMo  for complete definitions of "preliminary activity," "prohibited sources," & "directly or indirectly.")

Committee treasurer (required for all committees)          Candidate (required for candidate committees only)

---

**Missouri Ethics Commission (MEC)**
PO Box 1370, Jefferson City MO 65102, Fax: 573-526-4506, helpdesk@mec.mo.gov

## Electronic Filing Agreement

*This agreement is to be completed by local campaign committees to support or oppose local ballot measures.*

Office Use:

### 1 AGREEMENT INFORMATION

Date.                        MECID (if known):

Type:        [ ] New          [ ] Amended

### 2 COMMITTEE INFORMATION

Name of committee

Official committee email address (this address is used for communication from MEC and is part of your login to the campaign finance electronic filing system)

### 3 ELECTRONIC FILING AGREEMENT

This committee agrees to file all future campaign finance reports using the Missouri Ethics Commission's (MEC) electronic filing system and understands that after the Commission receives this agreement the committee will no longer be required to file a perp format copy of its campaign finance reports with

Name of local election authority (county clerk or board of election commissioners) - The MEC will give notice of this agreement to this entity

Signature & title (treasurer or deputy treasurer)

### VETERANS INFORMATION

If you are a Veteran in the state of Missouri and are interested in learning more about benefits and resources available to you and your dependents,
visit https://mvc.dps.mo.gov/

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM



**Missouri Ethics Commission (MEC)**
P.O. Box 1370, Jefferson City MO 65102, (800) 392-8660, www.mec.mo.gov

## Statement of Committee Organization

Office Use:
C253606

### 1. Statement Information

Date: 08/11/2025

Type: ■ New   ☐ Amended (if amending, enter MEC ID _____ & section changed _____ )

### 2. Committee Information

Missouri Voices
Name of Committee

PO Box 2187 St. Louis, MO 63158
Committee Mailing Address, City, State, & Zip                              ▮ Telephone Number

[REDACTED]                                        St. Louis City Board of Elections
Official Committee Email Address          County Clerk, Board of Election Commissioners, Federal PAC/Out of State Committee

Committee Type:  ■ Campaign  ☐ Candidate  ☐ Continuing(PAC)  ☐ Debt Service  ☐ Exploratory  ☐ Political Pary

### 3. Treasurer/Deputy Treasurer Information

Mike Pridmore                                        [REDACTED]
Treasurer's Name (First & Last)                      Treasurer's Email Address (optional)

▮                                                     ▮
Treasurer's Mailing Address, City, State, & Zip       Phone 1          Phone 2

                                                      [REDACTED]
Deputy Treasurer's Name (If one appointed)            Deputy Treasurer's Email Address (optional)

,
Deputy Treasurer's Mailing Address, City, State, & Zip   Phone 1          Phone 2

### 4. Additional Committee Information

Additional Committee Officer's Name & Title (if any)   Additional Committee Officer's Mailing Address, City, State, & Zip

Connected Organization's Name (if any)                 Connected Organization's Mailing Address, City, State, & Zip

CANDIDATES: Do you have more than one candidate committee?   ☐ Yes (refer to instructions on back)   ■ No

### 5. Official Bank Account Information (required by all committees)

[REDACTED]                                              [REDACTED]                [REDACTED]
Name & Mailing Address, City, State, & Zip of Financial Institution   Account Name              Account Number

### 6. Candidate Supported or Opposed (candidate committees must include self, if candidate)

Name & Mailing address, City, State, & Zip of Candidate   Phone 1          Phone 2

Election Date          Office Sought & Political Subdivision   Political Party   Support or Oppose

### 7. Ballot Measure Supported or Opposed (campaign committees must complete this section)

TBD                                                    11/03/2026,Statewide      Support
Name of Ballot Measure                                 Election Date & Political Subdivision   Support or Oppose

### 8. Signature(s) Check certification(s) & sign (required by all committees)

■ affirm and attest under penalty of perjury that information and facts in this report are complete, true, and accurate. I further acknowledge that I am aware that any false statement or declaration made herein is punishable under Ch. 575 RSMo.

ELECTRONICALLY FILED Aug 11 2025 04:47 PM          ELECTRONICALLY FILED Aug 11 2025 04:47 PM
Committee Treasurer                                 Candidate (Candidate Committees Only)

MO 300-1308
Packet (Rev. 10/2019)

Electronically Filed – COLE CIRCUIT – September 29, 2025 – 04:33 PM

## Missouri Ethics Commission (MEC)

PO Box 1370, Jefferson City MO 65102, Fax: 573-526-4506, helpdesk@mec.mo.gov

# Statement of Committee Organization

Missouri Office Use:

**Missouri Ethics Commission**

SEP 05 2025

## STATEMENT INFORMATION

Date: 8/28/25

Type: [ ] New    [X] Amended (if amending, enter MEID    c253606    & section(s) changed    2    )

## COMMITTEE INFORMATION

**People Not Politicians**

Name of committee

Committee mailing address, city, state, & ZIP code                    Telephone number

Official committee email address                    County clerk, Board of Election Commissioners, or Federal PAC/Out-of-state committee

Committee Type:  [ ] Campaign   [ ] Candidate   [ ] Continuing (PAC)   [ ] Debt Service   [ ] Exploratory   [ ] Political Party

## TREASURER/DEPUTY TREASURER INFORMATION

Treasurer's name (first & last)                    Treasurer's mailing address, city, state, & ZIP code

Treasurer's email address (optional)                    Treasurer's home telephone number                    Treasurer's work telephone number

Deputy treasurer's name (if one is appointed)                    Deputy treasurer's mailing address, city, state, & ZIP code

Deputy treasurer's email address (optional)                    Dep. treasurer's home telephone number                    Dep. treasurer's work telephone number

## ADDITIONAL COMMITTEE INFORMATION

Additional committee officer's name & title (if any)                    Additional committee officer's mailing address, city, state, & ZIP code

Connected organization's name (if any)                    Connected organization's mailing address, city, state, & ZIP code

CANDIDATES: If the candidate for which this committee is formed has more than one candidate committee (may only have one per office sought) disclose on the committee name & address along with the name, address, & phone number of the treasurer & designate the aggregating committee on an attached sheet.

## OFFICIAL BANK ACCOUNT INFORMATION (required for all committees)

Name & mailing address, city, state, and & ZIP code of financial institution                    Account name                    Account number

## COMMITTEE CREDIT CARD(s)

Account number of committee credit card (if any)                    Issuer of committee credit card (if any)

## CANDIDATE SUPPORTED OR OPPOSED (candidate committee must include self, if candidate)

Name & mailing address, city, state, & ZIP code of candidate                    Telephone number (candidate committees only)

Election date          Office sought & political subdivision          Political party          Support or oppose

Rev. 08/2025          Page 1 of 2          CONTINUED ON PAGE 2 →

# Statement of Committee Organization
# And Electronic Filing Agreement

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

## AMENDING A COMMITTEE'S INFORMATION

To amend a committee's *Statement of Committee Organization*:

- Complete **Step 1: Statement Information**. Mark the form as **Amended**, enter the committee's **MECID**, and list any amended sections.

- You do not need to complete the entire form. Simply complete any sections that need to be updated.

- Complete **Step 9: Signatures and Certifications**. The amended *Statement of Committee Organization* must always be signed by the committee's treasurer. If the committee is a candidate committee, the candidate must also sign the amended statement.

- Submit to the MEC via mail, email, fax, or hand-delivery (see contact information at the bottom of this page).

## REGISTERING A LOCAL CAMPAIGN COMMITTEE (supporting or opposing a local ballot measure)

To register a local campaign committee to support or oppose a ballot measure at the local level, complete the *Statement of Committee Organization*. Print, sign, and deliver the form to your local election authority. Your committee will then file campaign finance reports on paper forms with your local election authority.

If your local campaign committee would prefer to file electronic campaign finance reports, you must complete both the *Statement of Committee Organization* and the *Electronic Filing Agreement* and submit to the Missouri Ethics Commission. From that point forward, the committee does not need to file paper reports with the local election authority. All reports will be filed electronically with the Missouri Ethics Commission.

### SUBMIT TO THE MISSOURI ETHICS COMMISSION

| MAIL | HAND DELIVERY |
|------|---------------|
| PO Box 1370 | 3411 A Knipp Dr. |
| Jefferson City, MO 65102 | Jefferson City, MO 65109 |
| EMAIL | FAX |
| helpdesk@mec.mo.gov | 573-526-4506 |

#### NEED ADDITIONAL ASSISTANCE?

www.mec.mo.gov  |  helpdesk@mec.mo.gov  |  573-751-2013

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

## Missouri Ethics Commission (MEC)

PO Box 1370, Jefferson City MO 65102, Fax: 573-526-4506, helpdesk@mec.mo.gov

# Statement of Committee Organization, cont.

Office Use:

## 8. BALLOT MEASURE SUPPORTED OR OPPOSED (campaign committees must complete this section)

| Name of ballot measure | Election date & political subdivision | Support or oppose |
|---|---|---|
| | | |

Ballot measure summary

## 9. SIGNATURE(S) AND CERTIFICATION(S) (required for all committees)

X **ALL COMMITTEES:** I affirm and attest under penalty of perjury that information and facts in this report are complete, true, and accurate. I further acknowledge that I am aware that any false statement or declaration made herein is punishable under Chapter 575, RSMo

X **CONTINUING (PACS), CAMPAIGN, & POLITICAL PARTY COMMITTEES ONLY:** I certify that no preliminary activity was funded by prohibited sources, whether directly or indirectly (see § 130.170, RSMo, for complete definitions of "preliminary activity," "prohibited sources," & "directly or indirectly." )

Committee treasurer (required for all committees)                Candidate (required for candidate committees only)

## Missouri Ethics Commission (MEC)

PO Box 1370, Jefferson City MO 65102, Fax: 573-526-4506, helpdesk@mec.mo.gov

# Electronic Filing Agreement

*This agreement is to be completed by local campaign committees to support or oppose local ballot measures.*

Office Use:

## 1. AGREEMENT INFORMATION

Date: **8/28/25**          MECID (if known): **C253606**

Type:  [ ] New    [X] Amended

## 2. COMMITTEE INFORMATION

**People Not Politicians**

Name of committee

**moballotcampaigns@gmail.com**

Official committee email address (this address is used for communication from MEC and is part of your login to the campaign finance electronic filing system)

## 3. ELECTRONIC FILING AGREEMENT

This committee agrees to file all future campaign finance reports using the Missouri Ethics Commission's (MEC) electronic filing system and understands that after the Commission receives this agreement the committee will no longer be required to file a perp format copy of its campaign finance reports with

## (Statewide) - Missouri Ethics Commission

Name of local election authority (county clerk or board of election commissioners) - The MEC will give notice of this agreement to this entity

Signature & title (treasurer or deputy treasurer)

## VETERANS INFORMATION

If you are a Veteran in the state of Missouri and are interested in learning more about benefits and resources available to you and your dependents, visit https://mvc.dps.mo.gov/MoVeteransInformation/Survey/MEC

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

# Statement of Committee Organization Instructions

## 1. STATEMENT INFORMATION

- Enter the statement date.
- Mark the statement as either new (if filing your initial statement) or amended (if updating information for an existing committee). If amending, list the committee's MECID and any sections changed)

## 2. COMMITTEE INFORMATION

- Enter the full name of the committee (candidate committee's must include the last name of the candidate)
- Enter the committee's mailing address, telephone number, and official email address
- Enter the committee's county clerk or the board of election commissioners in which the committee is domiciled.
- Select the type of committee. Campaign committees are formed to support or oppose a specific ballot measure. Candidate committees are formed by a candidate to support their candidacy. Continuing committees (PACs) are formed to remain in existence beyond any one election cycle.

## 3. TREASURER/DEPUTY TREASURER INFORMATION

Every committee must have a treasurer who resides in the district or county in which a committee sits. Candidates forming a candidate committee may appoint themselves as treasurer and act as a committee of one.

- Enter the committee treasurer's full name, mailing address, telephone number, and email address (email address is optional, but is used for).
- Enter the full name, mailing address, telephone number, and email address (optional) of the committee's deputy treasurer (if one is appointed).

## 4. ADDITIONAL COMMITTEE INFORMATION

- Enter the full name of any additional committee officers (if any) along with their title and mailing address.
- If the committee has a connected organization, list the name and mailing address of the organization
- CANDIDATES: If the candidate for which this committee is formed has more than one candidate committee (may only have one committee per office sought), disclose on an attached sheet, the full committee name and address together with the name, address, and phone number of the treasurer and designate the aggregating committee.

## 5. OFFICIAL BANK ACCOUNT INFORMATION

Every committee is required to open an official bank account, in the name of the committee, at a state or federal chartered institution within Missouri.

- Enter the name and address of the financial institution where the bank account is held.
- Enter the account name, which must match the name of the committee, and account number for the official bank account.

## 6. COMMITTEE CREDIT CARD(s)

- List the account number and issuer of the committee's credit card (if any).

## 7. CANDIDATE SUPPORTED OR OPPOSED

- Enter the name and address of the candidate for which this committee is organized. Candidate committees must include the candidate's phone number.
- Enter the election date, office sought, political subdivision, political party, and whether the committee is supporting or opposing the candidate.

## 8. BALLOT MEASURE SUPPORTED OR OPPOSED

- Enter the name, election date, political subdivision, and a summary of the ballot measure.
- Indicate whether the committee is supporting or opposing the ballot measure

## 9. SIGNATURE(s) AND CERTIFICATION(s)

- All committees must attest that the contents of the Statement of Committee Organization are complete, true, and accurate.
- Continuing (PAC), campaign, and political party committees only will certify that no preliminary activity was funded by prohibited sources.
- The committee treasurer is required to sign the original and all amended Statements of Committee Organization.
- The candidate's signature is also required for candidate, debt service, and exploratory committees.

## VETERANS INFORMATION

- If you are a Veteran in the state of Missouri and are interested in learning more about benefits and resources available to you and your dependents, visit https://mvc.dps.mo.gov/MoVeteransInformation/Survey/MEC

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

# INITIATIVE PETITION SUBMISSION COVER PAGE

**RETURN TO:**
Missouri Secretary of State
Elections Division
600 W. Main St.
Jefferson City, MO 65101

MISSOURI SECRETARY OF STATE
DENNY HOSKINS, CPA

PHONE: (800) 669-8683
WEB: http://www.sos.mo.gov

**Pursuant to Sections 116.100 and 116.332, RSMo, upon submitting a petition, please provide the following contact information:**

09/12/2025
DATE OF SUBMISSION

von Glahn
LAST NAME*

Richard
FIRST NAME*

██████████
STREET ADDRESS*

██████████
CITY*

Missouri
STATE*

63119
ZIP CODE*

██████████
PHONE*

██████████
EMAIL

People Not Politicians
ORGANIZATION

CHECK ONE*:

[X] A PERSON OR COMMITTEE, OTHER THAN ME, IS FUNDING A PORTION OF THE DRAFTING OR SUBMISSION OF THIS SAMPLE SHEET. (IF YOU ARE REQUIRED TO FILE A STATEMENT OF COMMITTEE ORGANIZATION PURSUANT TO SECTION 130.021.5, RSMo., A COPY MUST BE ATTACHED.)

[ ] I AFFIRM THAT NO PORTION OF THE DRAFTING OR SUBMISSION OF THIS SAMPLE SHEET HAS BEEN FUNDED BY A PERSON OR COMMITTEE OTHER THAN ME.

SIGNATURE OF PERSON SUBMITTING THE SAMPLE SHEET*

*REQUIRED INFORMATION

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

Missouri Ethics Commission (MEC)
PO Box 1370, Jefferson City MO 65102, Fax: 573-526-4506, helpdesk@mec.mo.gov

## Statement of Committee Organization

Missouri Ethics Commission

**SEP 05 2025**

Received by Email

### 1. STATEMENT INFORMATION

Date   8/29/25

Type   ☐ New   ☐ Amended (if amending, enter MEC ID)   C253606   & section(s) changed   2, 5

### 2. COMMITTEE INFORMATION

People Not Politicians

Name of committee

Committee mailing address, city, state, & ZIP code

Telephone number

Official committee email address

County clerk, Board of Election Commissioners, or Federal PAC/Out of State committee

Committee Type   ☐ Campaign   ☐ Candidate   ☐ Continuing (PAC)   ☐ Debt Service   ☐ Exploratory   ☐ Political Party

### 3. TREASURER/DEPUTY TREASURER INFORMATION

Treasurer's name (first & last)

Treasurer's mailing address, city, state, & ZIP code

Treasurer's email address (optional)

Treasurer's home telephone number

**Amendment**

Deputy treasurer's name (if one is appointed)

Deputy treasurer's mailing address, city, state, & ZIP code

Deputy treasurer's email address (optional)

Dep. treasurer's home telephone number

Dep. treasurer's work telephone number

### 4. ADDITIONAL COMMITTEE INFORMATION

Additional committee officer's name & title (if any)

Additional committee officer's mailing address, city, state, & ZIP code

Connected organization's name (if any)

Connected organization's mailing address, city, state, & ZIP code

CANDIDATES: If the candidate for which this committee is formed has more than one candidate committee (may only have one per office sought) disclose on the committee name & address along with the name, address, & phone number of the treasurer & designate the aggregating committee on an attached sheet.

### 5. OFFICIAL BANK ACCOUNT INFORMATION (required for all committees)

Name & mailing address, city, state, and & ZIP code of financial institution

Account name

Account number

### 6. COMMITTEE CREDIT CARD(S)

Account number of committee credit card (if any)

Issuer of committee credit card (if any)

### 7. CANDIDATE SUPPORTED OR OPPOSED (candidate committee or exploratory committees only)

Name & mailing address, city, state, & ZIP code of candidate

Telephone number (candidate committees only)

Election date

Office sought & political subdivision

Political party

Support or oppose

Rev. 08/2025

Page 1 of 2

CONTINUED ON PAGE 2 →

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

## Missouri Ethics Commission (MEC)

PO Box 1370, Jefferson City MO 65102, Fax: 573-526-4506, helpdesk@mec.mo.gov

# Statement of Committee Organization, cont.

Office Use:

### 8. BALLOT MEASURE SUPPORTED OR OPPOSED (continue on separate sheet if applicable if necessary)

Name of ballot measure

Election date & political subdivision

Support or oppose

Ballot measure summary

### 9. SIGNATURE(S) AND CERTIFICATION(S) (sign in black or blue ink only)

[X] ALL COMMITTEES: I affirm and attest under penalty of perjury that information and facts in this report are complete, true, and accurate. I further acknowledge that I am aware that any false statement or declaration made herein is punishable under Chapter 575, RSMo.

[X] CONTINUING (PACS), CAMPAIGN, & POLITICAL PARTY COMMITTEES ONLY: I certify that no preliminary activity was funded by prohibited sources, whether directly or indirectly (see § 130.170, RSMo. for complete definitions of "preliminary activity," "prohibited sources," & "directly or indirectly.")

Committee treasurer (required for all committees)

Candidate (required for candidate committees only)

## Missouri Ethics Commission (MEC)

PO Box 1370, Jefferson City MO 65102, Fax: 573-526-4506, helpdesk@mec.mo.gov

# Electronic Filing Agreement

Office Use:

*This agreement is to be completed by local campaign committees to support or oppose local ballot measures.*

### 1. AGREEMENT INFORMATION

Date.                    MECID (if known):

Type:    [ ] New        [ ] Amended

### 2. COMMITTEE INFORMATION

Name of committee

Official committee email address (this address is used for communication from MEC and is part of your login to the campaign finance electronic filing system)

### 3. ELECTRONIC FILING AGREEMENT

This committee agrees to file all future campaign finance reports using the Missouri Ethics Commission's (MEC) electronic filing system and understands that after the Commission receives this agreement the committee will no longer be required to file a paper format copy of its campaign finance reports with

Name of local election authority (county clerk or board of election commissioners) - The MEC will give notice of this agreement to this entity

Signature & title (treasurer or deputy treasurer)

### VETERANS INFORMATION

If you are a Veteran in the state of Missouri and are interested in learning more about benefits and resources available to you and your dependents, visit https://move.dps.mo.gov/MVC/veteranbenefits/Pages/default

Rev. 08.2025

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

**Missouri Ethics Commission (MEC)**
P.O. Box 1370, Jefferson City MO 65102, (800) 392-8660, www.mec.mo.gov

# Statement of Committee Organization

Office Use:
C253606

## 1. Statement Information

Date: 08/11/2025

Type: ☒ New  ☐ Amended (if amending, enter MEC ID _____ & section changed _____ )

## 2. Committee Information

Missouri Voices
Name of Committee

PO Box 2187 St. Louis, MO 63158
Committee Mailing Address, City, State, & Zip                        [REDACTED]
                                                                     Telephone Number

[REDACTED]                                  St. Louis City Board of Elections
Official Committee Email Address            County Clerk, Board of Election Commissioners, Federal PAC/Out of State Committee

Committee Type: ☒ Campaign ☐ Candidate ☐ Continuing(PAC) ☐ Debt Service ☐ Exploratory ☐ Political Pary

## 3. Treasurer/Deputy Treasurer Information

Mike Pridmore                               [REDACTED]
Treasurer's Name (First & Last)             Treasurer's Email Address (optional)

[REDACTED]
Treasurer's Mailing Address, City, State, & Zip    Phone 1          Phone 2

                                            [REDACTED]
Deputy Treasurer's Name (if one appointed)  Deputy Treasurer's Email Address (optional)

Deputy Treasurer's Mailing Address, City, State, & Zip    Phone 1    Phone 2

## 4. Additional Committee Information

Additional Committee Officer's Name & Title (if any)    Additional Committee Officer's Mailing Address, City, State, & Zip

Connected Organization's Name (if any)    Connected Organization's Mailing Address, City, State, & Zip

CANDIDATES: Do you have more than one candidate committee? ☐ Yes (refer to instructions on back) ☒ No

## 5. Official Bank Account Information (required by all committees)

[REDACTED]                                  [REDACTED]              [REDACTED]
Name & Mailing Address, City, State, & Zip of Financial Institution    Account Name    Account Number

## 6. Candidate Supported or Opposed (candidate committees must include self, if candidate)

Name & Mailing address, City, State, & Zip of Candidate    Phone 1    Phone 2

Election Date    Office Sought & Political Subdivision    Political Party    Support or Oppose

## 7. Ballot Measure Supported or Opposed (campaign committees must complete this section)

TBD                                         11/03/2026,Statewide        Support
Name of Ballot Measure                      Election Date & Political Subdivision    Support or Oppose

## 8. Signature(s) Check certification(s) & sign (required by all committees)

☒ affirm and attest under penalty of perjury that information and facts in this report are complete, true, and accurate. I further acknowledge that I am aware that any false statement or declaration made herein is punishable under Ch. 575 RSMo.

ELECTRONICALLY FILED Aug 11 2025 04:47 PM          ELECTRONICALLY FILED Aug 11 2025 04:47 PM
Committee Treasurer                                 Candidate (Candidate Committees Only)

MO 300-1308
Packet (Rev. 10/2019)

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

**Missouri Ethics Commission (MEC)**
PO Box 1370, Jefferson City MO 65102, Fax: 573-526-4506, helpdesk@mec.mo.gov

## Statement of Committee Organization

Missouri Office Use:
Missouri Ethics Commission
SEP 0 5 2025

### 1. STATEMENT INFORMATION

Date: 8/28/25

Type: [ ] New    [X] Amended (if amending, enter MEID  c253606  & section(s) changed  2  )

### 2. COMMITTEE INFORMATION

People Not Politicians
Name of committee

Committee mailing address, city, state, & ZIP code                    Telephone number

Official committee email address          County clerk, Board of Election Commissioners, or Federal PAC/Out-of-state committee

Committee Type: [ ] Campaign  [ ] Candidate  [ ] Continuing (PAC)  [ ] Debt Service  [ ] Exploratory  [ ] Political Party

### 3. TREASURER/DEPUTY TREASURER INFORMATION

Treasurer's name (first & last)                    Treasurer's mailing address, city, state, & ZIP code

Treasurer's email address (optional)        Treasurer's home telephone number        Treasurer's work telephone number

Deputy treasurer's name (if one is appointed)      Deputy treasurer's mailing address, city, state, & ZIP code

Deputy treasurer's email address (optional)      Dep. treasurer's home telephone number      Dep. treasurer's work telephone number

### 4. ADDITIONAL COMMITTEE INFORMATION

Additional committee officer's name & title (if any)      Additional committee officer's mailing address, city, state, & ZIP code

Connected organization's name (if any)            Connected organization's mailing address, city, state, & ZIP code

CANDIDATES: If the candidate for which this committee is formed has more than one candidate committee (may only have one per office sought) disclose on the committee name & address along with the name, address, & phone number of the treasurer & designate the aggregating committee on an attached sheet.

### 5. OFFICIAL BANK ACCOUNT INFORMATION (required for all committees)

Name & mailing address, city, state, and & ZIP code of financial institution      Account name      Account number

### 6. COMMITTEE CREDIT CARD(s)

Account number of committee credit card (if any)        Issuer of committee credit card (if any)

### 7. CANDIDATE SUPPORTED OR OPPOSED (candidate committee must include self, if candidate)

Name & mailing address, city, state, & ZIP code of candidate      Telephone number (candidate committees only)

Election date      Office sought & political subdivision      Political party      Support or oppose

Rev. 08/2025          Page 1 of 2          CONTINUED ON PAGE 2 ⇒

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

# Statement of Committee Organization
# And Electronic Filing Agreement

## AMENDING A COMMITTEE'S INFORMATION

To amend a committee's *Statement of Committee Organization*:

- Complete **Step 1: Statement Information**. Mark the form as **Amended**, enter the committee's **MECID**, and list any **amended sections**.

- You do not need to complete the entire form. Simply complete any sections that need to be updated.

- Complete **Step 9: Signatures and Certifications**. The amended *Statement of Committee Organization* must always be signed by the committee's treasurer. If the committee is a candidate committee, the candidate must also sign the amended statement.

- Submit to the MEC via mail, email, fax, or hand-delivery (see contact information at the bottom of this page).

## REGISTERING A LOCAL CAMPAIGN COMMITTEE (supporting or opposing a local ballot measure)

To register a local campaign committee to support or oppose a ballot measure at the local level, complete the *Statement of Committee Organization*. Print, sign, and deliver the form to your local election authority. Your committee will then file campaign finance reports on paper forms with your local election authority.

If your local campaign committee would prefer to file electronic campaign finance reports, you must complete both the *Statement of Committee Organization* and the *Electronic Filing Agreement* and submit to the Missouri Ethics Commission. From that point forward, the committee does not need to file paper reports with the local election authority. All reports will be filed electronically with the Missouri Ethics Commission.

### SUBMIT TO THE MISSOURI ETHICS COMMISSION

| MAIL | HAND DELIVERY |
|---|---|
| PO Box 1370 | 3411 A Knipp Dr. |
| Jefferson City, MO 65102 | Jefferson City, MO 65109 |
| **EMAIL** | **FAX** |
| helpdesk@mec.mo.gov | 573-526-4506 |

**NEED ADDITIONAL ASSISTANCE?**

www.mec.mo.gov   |   helpdesk@mec.mo.gov   |   573-751-2013

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

**Missouri Ethics Commission (MEC)**
PO Box 1370, Jefferson City MO 65102, Fax: 573-526-4506, helpdesk@mec.mo.gov

## Statement of Committee Organization, cont.

Office Use:

### 8. BALLOT MEASURE SUPPORTED OR OPPOSED (campaign committees must complete this section)

Name of ballot measure

Election date & political subdivision

Support or oppose

Ballot measure summary

### 9. SIGNATURE(S) AND CERTIFICATION(S) (required for all committees)

[X] **ALL COMMITTEES:** I affirm and attest under penalty of perjury that information and facts in this report are complete, true, and accurate. I further acknowledge that I am aware that any false statement or declaration made herein is punishable under Chapter 575, RSMo

[X] **CONTINUING (PACS), CAMPAIGN, & POLITICAL PARTY COMMITTEES ONLY:** I certify that no preliminary activity was funded by prohibited sources, whether directly or indirectly (see § 130.170, RSMo, for complete definitions of "preliminary activity," "prohibited sources," & "directly or indirectly." )

Committee treasurer (required for all committees)

Candidate (required for candidate committees only)

---

**Missouri Ethics Commission (MEC)**
PO Box 1370, Jefferson City MO 65102, Fax: 573-526-4506, helpdesk@mec.mo.gov

## Electronic Filing Agreement

*This agreement is to be completed by local campaign committees to support or oppose local ballot measures.*

Office Use:

### 1. AGREEMENT INFORMATION

Date: 8/28/25        MECID (if known): C253606

Type:  [ ] New    [X] Amended

### 2. COMMITTEE INFORMATION

People Not Politicians

Name of committee

moballotcampaigns@gmail.com

Official committee email address (this address is used for communication from MEC and is part of your login to the campaign finance electronic filing system)

### 3. ELECTRONIC FILING AGREEMENT

This committee agrees to file all future campaign finance reports using the Missouri Ethics Commission's (MEC) electronic filing system and understands that after the Commission receives this agreement the committee will no longer be required to file a perp format copy of its campaign finance reports with

## (Statewide) - Missouri Ethics Commission

Name of local election authority (county clerk or board of election commissioners) - The MEC will give notice of this agreement to this entity.

Signature & title (treasurer or deputy treasurer)

### VETERANS INFORMATION

If you are a Veteran in the state of Missouri and are interested in learning more about benefits and resources available to you and your dependents, visit https://mvc.dps.mo.gov/MoVeteransInformation/Survey/MEC

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

# Statement of Committee Organization Instructions

## 1. STATEMENT INFORMATION

- Enter the statement date.

- Mark the statement as either new (if filing your initial statement) or amended (if updating information for an existing committee). If amending, list the committee's MECID and any sections changed)

## 2. COMMITTEE INFORMATION

- Enter the full name of the committee (candidate committee's must include the last name of the candidate)

- Enter the committee's mailing address, telephone number, and official email address

- Enter the committee's county clerk or the board of election commissioners in which the committee is domiciled.

- Select the type of committee. Campaign committees are formed to support or oppose a specific ballot measure. Candidate committees are formed by a candidate to support their candidacy. Continuing committees (PACs) are formed to remain in existence beyond any one election cycle.

## 3. TREASURER/DEPUTY TREASURER INFORMATION

Every committee must have a treasurer who resides in the district or county in which a committee sits. Candidates forming a candidate committee may appoint themselves as treasurer and act as a committee of one.

- Enter the committee treasurer's full name, mailing address, telephone number, and email address (email address is optional, but is used for).

- Enter the full name, mailing address, telephone number, and email address (optional) of the committee's deputy treasurer (if one is appointed).

## 4. ADDITIONAL COMMITTEE INFORMATION

- Enter the full name of any additional committee officers (if any) along with their title and mailing address.

- If the committee has a connected organization, list the name and mailing address of the organization

- CANDIDATES: If the candidate for which this committee is formed has more than one candidate committee (may only have one committee per office sought), disclose on an attached sheet, the full committee name and address together with the name, address, and phone number of the treasurer and designate the aggregating committee.

## 5. OFFICIAL BANK ACCOUNT INFORMATION

Every committee is required to open an official bank account, in the name of the committee, at a state or federal chartered institution within Missouri.

- Enter the name and address of the financial institution where the bank account is held.

- Enter the account name, which must match the name of the committee, and account number for the official bank account.

## 6. COMMITTEE CREDIT CARD(s)

- List the account number and issuer of the committee's credit card (if any).

## 7. CANDIDATE SUPPORTED OR OPPOSED

- Enter the name and address of the candidate for which this committee is organized. Candidate committees must include the candidate's phone number.

- Enter the election date, office sought, political subdivision, political party, and whether the committee is supporting or opposing the candidate.

## 8. BALLOT MEASURE SUPPORTED OR OPPOSED

- Enter the name, election date, political subdivision, and a summary of the ballot measure.

- Indicate whether the committee is supporting or opposing the ballot measure

## 9. SIGNATURE(s) AND CERTIFICATION(s)

- All committees must attest that the contents of the Statement of Committee Organization are complete, true, and accurate.

- Continuing (PAC), campaign, and political party committees only will certify that no preliminary activity was funded by prohibited sources.

- The committee treasurer is required to sign the original and all amended Statements of Committee Organization.

- The candidate's signature is also required for candidate, debt service, and exploratory committees.

## VETERANS INFORMATION

- If you are a Veteran in the state of Missouri and are interested in learning more about benefits and resources available to you and your dependents, visit https://mvc.dps.mo.gov/MoVeteransInformation/Survey/MEC

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

It is a class A misdemeanor punishable, notwithstanding the provisions of section 560.021, RSMo, to the contrary, for a term of imprisonment not to exceed one year in the county jail or a fine not to exceed ten thousand dollars or both, for anyone to sign any referendum petition with any name other than his or her own, or knowingly to sign his or her name more than once for the same measure for the same election, or to sign a petition when such person knows he or she is not a registered voter.

County:_____

Page No:_____

## PETITION FOR REFERENDUM

To the Honorable Denny Hoskins, Secretary of State for the State of Missouri:

We, the undersigned, registered voters of the state of Missouri and_____County (or City of St. Louis), respectfully order that House Bill No. 1, entitled "An Act to repeal sections 128.345, 128.346, and 128.348, RSMo, and to enact in lieu thereof twelve new sections relating to the composition of congressional districts," passed by the 103rd General Assembly of the State of Missouri, at the second extraordinary session of the first regular session of the 103rd general assembly, shall be referred to the voters of the State of Missouri, for their approval or rejection, at the general election to be held on the 3rd of November, 2026, unless the general assembly shall designate another date, and each for himself or herself says: I have personally signed this petition; I am a registered voter of the state of Missouri and_____County (or city of St. Louis); my registered voting address and name of the city, town, or village in which I live are correctly written after my name.

### [OFFICIAL BALLOT TITLE]

### CIRCULATOR'S AFFIDAVIT

STATE OF MISSOURI, COUNTY OF_____, I,_____being first duly sworn, say (print or type names of signers)

| | NAME (Signature) | DATE SIGNED | REGISTERED VOTING ADDRESS (Number)(Street), (City, Town or Village) | ZIP CODE | CONGR. DIST. | NAME (Printed or Typed) |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |

signed this page of the foregoing petition, and each of them signed his or her name thereto in my presence; I believe that each has stated his or her name, registered voting address, and city, town or village correctly, and that each signer is a registered voter of the State of Missouri and_____County (or city of St. Louis). FURTHERMORE, I HEREBY SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT ALL STATEMENTS MADE BY ME ARE TRUE AND CORRECT AND THAT I HAVE NEVER BEEN CONVICTED OF, FOUND GUILTY OF, OR PLED GUILTY TO ANY OFFENSE INVOLVING FORGERY. I am at least 18 years of age. I do__do not__(check one) expect to be paid for circulating this petition. If paid, list the payer_____.

Signature of Affiant (Person Obtaining Signatures)

Street Address of Affiant

Subscribed and sworn to before me on this___day of_____, A.D. 20___

Notary Public (Seal)

(Printed Name of Affiant)

City, State, and Zip Code of Affiant

Signature of Notary

Address of Notary

My commission expires_____

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

SECOND EXTRAORDINARY SESSION OF THE

FIRST REGULAR SESSION

[TRULY AGREED TO AND FINALLY PASSED]

# HOUSE BILL NO. 1

## 103RD GENERAL ASSEMBLY

334411.01T                    2025

## AN ACT

To repeal sections 128.345, 128.346, and 128.348, RSMo, and to enact in lieu thereof twelve new sections relating to the composition of congressional districts.

*Be it enacted by the General Assembly of the state of Missouri, as follows:*

Section A. Sections 128.345, 128.346, and 128.348, RSMo, are repealed and twelve new sections enacted in lieu thereof, to be known as sections 128.345, 128.346, 128.348, 128.471, 128.472, 128.473, 128.474, 128.475, 128.476, 128.477, 128.478, and 128.479, to read as follows:

128.345. 1. All references in sections 128.451 to 128.458 to counties, voting districts (VTD), and tract-blocks (Block) mean those counties, voting districts (VTD), and tract-blocks (Block) as reported to the state by the United States Bureau of the Census for the 2010 census.

2. All references in sections 128.461 to [128.468] **128.478** to counties, voting districts (VTD), and tract-blocks (Block) mean those counties, voting districts (VTD), and tract-blocks (Block) as reported to the state by the United States Bureau of the Census for the 2020 census.

128.346. 1. The districts established by the provisions of sections 128.400 to 128.440 for the election of representatives to the Congress of the United States shall be effective beginning with election to the 108th Congress and through the election of the 112th Congress.

2. The districts established by sections 128.451 to 128.458 for the election of representatives to the Congress of the United States shall be effective beginning with the election to the 113th Congress and through the election of the 117th Congress.

3. The districts established by sections 128.461 to 128.468 for the election of representatives to the Congress of the United States shall be effective beginning with election to the 118th Congress **and through the election of the 119th Congress**.

EXPLANATION — Matter enclosed in bold-faced brackets [thus] in the above bill is not enacted and is intended to be omitted from the law. Matter in **bold-face** type in the above bill is proposed language.

HB 1                                        2

**4. The districts established by sections 128.471 to 128.478 for the election of representatives to the Congress of the United States shall be effective beginning with the election of the 120th Congress.**

128.348. 1. Effective with the election for the 113th Congress and through the election of the 117th Congress, the state of Missouri shall consist of eight congressional districts.

2. Effective with the election of the 118th Congress, the state of Missouri shall consist of eight congressional districts.

3. **Effective with the election of the 120th Congress, the state of Missouri shall consist of eight congressional districts.**

**4.** The legal voters of each district shall elect one member of Congress of the United States.

**128.471. The first congressional district shall be composed of the following:**

**County: St. Louis City MO**

**County: St. Louis MO**

**VTD: AP001**

**VTD: AP002**

**VTD: AP003**

**VTD: AP004**

**VTD: AP005**

**VTD: AP006**

**VTD: AP007**

**VTD: AP008**

**VTD: AP009**

**VTD: AP010**

**VTD: AP011**

**VTD: AP012**

**VTD: AP013**

**VTD: AP014**

**VTD: AP015**

**VTD: AP016**

**VTD: AP017**

**VTD: AP018**

**VTD: AP019**

**VTD: AP020**

**VTD: AP021**

**VTD: AP022**

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1    3

VTD: AP023
VTD: AP024
VTD: AP025
VTD: AP026
VTD: AP027
VTD: AP028
VTD: AP029
VTD: AP030
VTD: AP031
VTD: AP033
VTD: AP034
VTD: AP035
VTD: AP036
VTD: AP037
VTD: AP038
VTD: AP039
VTD: AP040
VTD: AP042
VTD: AP043
VTD: AP044
VTD: AP045
VTD: AP046
VTD: AP047
VTD: AP048
VTD: AP049
VTD: AP050
VTD: AP051
VTD: AP200
VTD: AP203
VTD: AP206
VTD: AP207
VTD: AP208
VTD: AP211
VTD: AP214
VTD: AP215
VTD: AP216
VTD: AP217

HB 1    4

VTD: AP218
VTD: AP225
VTD: AP230
VTD: AP232
VTD: AP233
VTD: AP237
VTD: CC012
VTD: CC013
VTD: CC022
VTD: CC043
VTD: CC048
Block: 291892155004011
VTD CC048 Subtotal
VTD: CC051
VTD: CC057
VTD: CC203
Block: 291892156001019
VTD CC203 Subtotal
VTD: CC205
VTD: CLA001
VTD: CLA002
VTD: CLA003
VTD: CLA004
Block: 291892165004005
Block: 291892165004006
Block: 291892165004007
Block: 291892165004008
Block: 291892165004009
Block: 291892165004010
Block: 291892165004011
Block: 291892165004012
Block: 291892165004013
Block: 291892165004014
Block: 291892165004015
Block: 291892165004016
Block: 291892165004017
Block: 291892165004018

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                             5

Block: 291892165004019
Block: 291892165004020
Block: 291892165004022
Block: 291892165004023
Block: 291892165004024
Block: 291892165004025
Block: 291892165004026
VTD CLA004 Subtotal
VTD: CLA005
VTD: CLA008
VTD: CLA009
VTD: CLA010
VTD: CLA011
VTD: CLA013
Block: 291892165004021
VTD CLA013 Subtotal
VTD: CLA017
VTD: CLA019
VTD: CLA020
VTD: CLA021
VTD: CLA022
VTD: CLA023
VTD: CLA027
VTD: CLA029
VTD: CLA030
VTD: CLA031
VTD: CLA032
VTD: CLA035
VTD: CLA038
VTD: CLA039
VTD: CLA041
VTD: CLA043
VTD: CLA044
VTD: CLA046
VTD: CLA050
VTD: CLA051
VTD: CLA052

HB 1                                             6

VTD: CLA200
VTD: CLA206
VTD: FER001
VTD: FER002
VTD: FER003
VTD: FER004
VTD: FER005
VTD: FER006
VTD: FER007
VTD: FER008
VTD: FER009
VTD: FER010
VTD: FER011
VTD: FER012
VTD: FER013
VTD: FER014
VTD: FER015
VTD: FER016
VTD: FER017
VTD: FER018
VTD: FER019
VTD: FER020
VTD: FER021
VTD: FER022
VTD: FER023
VTD: FER024
VTD: FER025
VTD: FER026
VTD: FER027
VTD: FER028
VTD: FER029
VTD: FER030
VTD: FER031
VTD: FER032
VTD: FER033
VTD: FER034
VTD: FER035

HB 1         7

| | |
|---|---|
| 174 | **VTD: FER036** |
| 175 | **VTD: FER037** |
| 176 | **VTD: FER038** |
| 177 | **VTD: FER039** |
| 178 | **VTD: FER040** |
| 179 | **VTD: FER041** |
| 180 | **VTD: FER042** |
| 181 | **VTD: FER043** |
| 182 | **VTD: FER044** |
| 183 | **VTD: FER045** |
| 184 | **VTD: FER046** |
| 185 | **VTD: FER206** |
| 186 | **VTD: FER207** |
| 187 | **VTD: FER208** |
| 188 | **VTD: FLO001** |
| 189 | **VTD: FLO002** |
| 190 | **VTD: FLO003** |
| 191 | **VTD: FLO004** |
| 192 | **VTD: FLO005** |
| 193 | **VTD: FLO006** |
| 194 | **VTD: FLO007** |
| 195 | **VTD: FLO008** |
| 196 | **VTD: FLO009** |
| 197 | **VTD: FLO010** |
| 198 | **VTD: FLO011** |
| 199 | **VTD: FLO012** |
| 200 | **VTD: FLO013** |
| 201 | **VTD: FLO014** |
| 202 | **VTD: FLO015** |
| 203 | **VTD: FLO016** |
| 204 | **VTD: FLO017** |
| 205 | **VTD: FLO018** |
| 206 | **VTD: FLO019** |
| 207 | **VTD: FLO020** |
| 208 | **VTD: FLO021** |
| 209 | **VTD: FLO022** |
| 210 | **VTD: FLO023** |

HB 1         8

| | |
|---|---|
| 211 | **VTD: FLO024** |
| 212 | **VTD: FLO025** |
| 213 | **VTD: FLO026** |
| 214 | **VTD: FLO027** |
| 215 | **VTD: FLO028** |
| 216 | **VTD: FLO029** |
| 217 | **VTD: FLO030** |
| 218 | **VTD: FLO031** |
| 219 | **VTD: FLO200** |
| 220 | **VTD: FLO201** |
| 221 | **VTD: FLO205** |
| 222 | **VTD: FLO207** |
| 223 | **VTD: GRA007** |
| 224 | **Block: 291892198011012** |
| 225 | **Block: 291892198011013** |
| 226 | **Block: 291892198011014** |
| 227 | **Block: 291892198011020** |
| 228 | **Block: 291892198012013** |
| 229 | **Block: 291892198012015** |
| 230 | **Block: 291892198012016** |
| 231 | **VTD GRA007 Subtotal** |
| 232 | **VTD: GRA015** |
| 233 | **Block: 291892197003015** |
| 234 | **Block: 291892197005003** |
| 235 | **Block: 291892197005004** |
| 236 | **Block: 291892197005005** |
| 237 | **Block: 291892197005006** |
| 238 | **Block: 291892197005007** |
| 239 | **Block: 291892197005008** |
| 240 | **Block: 291892197005010** |
| 241 | **Block: 291892197005011** |
| 242 | **Block: 291892197005012** |
| 243 | **Block: 291892197005013** |
| 244 | **VTD GRA015 Subtotal** |
| 245 | **VTD: GRA016** |
| 246 | **VTD: GRA018** |
| 247 | **VTD: GRA019** |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                      9

Block: 291892197001024
Block: 291892197003006
Block: 291892197003007
Block: 291892197003008
Block: 291892197003009
Block: 291892197003010
Block: 291892197003011
Block: 291892197003012
Block: 291892197003013
Block: 291892197003014
Block: 291892197005002
Block: 291892197005014
Block: 291892197005015
Block: 291892198012001
Block: 291892198012002
Block: 291892198013017
VTD GRA019 Subtotal
VTD: GRA021
VTD: GRA022
VTD: GRA025
VTD: GRA033
Block: 291892199001000
Block: 291892199001001
Block: 291892199001002
Block: 291892199001003
Block: 291892199001004
Block: 291892199001005
Block: 291892199001006
Block: 291892199001008
Block: 291892199001009
VTD GRA033 Subtotal
VTD: GRA035
VTD: GRA039
VTD: GRA045
Block: 291892208011021
Block: 291892208011023
VTD GRA045 Subtotal

HB 1                                      10

VTD: GRA202
Block: 291892208011018
VTD GRA202 Subtotal
VTD: HAD001
VTD: HAD002
VTD: HAD003
VTD: HAD004
VTD: HAD005
VTD: HAD006
VTD: HAD007
VTD: HAD008
VTD: HAD009
VTD: HAD010
VTD: HAD011
VTD: HAD012
VTD: HAD013
VTD: HAD014
VTD: HAD015
VTD: HAD016
VTD: HAD017
VTD: HAD018
VTD: HAD019
VTD: HAD020
VTD: HAD021
VTD: HAD022
VTD: HAD023
VTD: HAD024
VTD: HAD025
VTD: HAD026
VTD: HAD027
VTD: HAD028
VTD: HAD029
VTD: HAD030
VTD: HAD031
VTD: HAD032
VTD: HAD033
VTD: HAD034

HB I                                              II

| | |
|---|---|
| 322 | VTD: HAD035 |
| 323 | VTD: HAD200 |
| 324 | VTD: JEF005 |
| 325 | VTD: JEF006 |
| 326 | VTD: JEF007 |
| 327 | VTD: JEF008 |
| 328 | VTD: JEF009 |
| 329 | VTD: JEF010 |
| 330 | Block: 291892194001026 |
| 331 | Block: 291892194003018 |
| 332 | Block: 291892194004000 |
| 333 | Block: 291892194004001 |
| 334 | Block: 291892194004002 |
| 335 | Block: 291892194004003 |
| 336 | Block: 291892194004004 |
| 337 | Block: 291892194004005 |
| 338 | Block: 291892194004006 |
| 339 | Block: 291892194004007 |
| 340 | Block: 291892194004008 |
| 341 | Block: 291892194004010 |
| 342 | Block: 291892194004011 |
| 343 | Block: 291892194004012 |
| 344 | Block: 291892194004013 |
| 345 | Block: 291892194004014 |
| 346 | Block: 291892194004015 |
| 347 | Block: 291892194005001 |
| 348 | Block: 291892194005002 |
| 349 | Block: 291892194005005 |
| 350 | Block: 291892194005006 |
| 351 | Block: 291892194005007 |
| 352 | Block: 291892194005015 |
| 353 | Block: 291892194005016 |
| 354 | Block: 291892194005017 |
| 355 | Block: 291892194005018 |
| 356 | Block: 291892194005019 |
| 357 | Block: 291892194005020 |
| 358 | Block: 291892194005021 |

HB I                                              12

| | |
|---|---|
| 359 | Block: 291892194005022 |
| 360 | VTD JEF010 Subtotal |
| 361 | VTD: JEF011 |
| 362 | VTD: JEF012 |
| 363 | VTD: JEF013 |
| 364 | VTD: JEF014 |
| 365 | VTD: JEF015 |
| 366 | VTD: JEF016 |
| 367 | VTD: JEF017 |
| 368 | VTD: JEF018 |
| 369 | VTD: JEF019 |
| 370 | VTD: JEF020 |
| 371 | VTD: JEF021 |
| 372 | VTD: JEF022 |
| 373 | VTD: JEF023 |
| 374 | VTD: JEF024 |
| 375 | VTD: JEF025 |
| 376 | VTD: JEF026 |
| 377 | VTD: JEF027 |
| 378 | VTD: JEF028 |
| 379 | VTD: JEF029 |
| 380 | VTD: JEF030 |
| 381 | VTD: JEF031 |
| 382 | VTD: JEF202 |
| 383 | VTD: LC001 |
| 384 | VTD: LC002 |
| 385 | VTD: LC003 |
| 386 | VTD: LC004 |
| 387 | VTD: LC005 |
| 388 | VTD: LC006 |
| 389 | VTD: LC007 |
| 390 | VTD: LC008 |
| 391 | VTD: LC009 |
| 392 | VTD: LC010 |
| 393 | VTD: LC011 |
| 394 | VTD: LC012 |
| 395 | VTD: LC013 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1          13          HB 1          14

| | |
|---|---|
| 396 | **VTD: LC014** |
| 397 | **VTD: LC015** |
| 398 | **VTD: LC016** |
| 399 | **VTD: LC017** |
| 400 | **VTD: LC018** |
| 401 | **VTD: LC019** |
| 402 | **VTD: LC020** |
| 403 | **VTD: LC021** |
| 404 | **VTD: LC022** |
| 405 | **VTD: LC023** |
| 406 | **VTD: LC024** |
| 407 | **VTD: LC025** |
| 408 | **VTD: LC026** |
| 409 | **VTD: LC027** |
| 410 | **VTD: LC028** |
| 411 | **VTD: LC029** |
| 412 | **VTD: LC030** |
| 413 | **VTD: LC031** |
| 414 | **VTD: LC032** |
| 415 | **VTD: LC033** |
| 416 | **VTD: LC200** |
| 417 | **VTD: LC203** |
| 418 | **VTD: LC204** |
| 419 | **VTD: LC209** |
| 420 | **VTD: MID001** |
| 421 | **VTD: MID002** |
| 422 | **VTD: MID003** |
| 423 | **VTD: MID004** |
| 424 | **VTD: MID005** |
| 425 | **VTD: MID006** |
| 426 | **VTD: MID007** |
| 427 | **VTD: MID008** |
| 428 | **VTD: MID009** |
| 429 | **VTD: MID010** |
| 430 | **VTD: MID011** |
| 431 | **VTD: MID012** |
| 432 | **VTD: MID013** |
| 433 | **VTD: MID014** |
| 434 | **VTD: MID015** |
| 435 | **VTD: MID016** |
| 436 | **VTD: MID017** |
| 437 | **VTD: MID018** |
| 438 | **VTD: MID019** |
| 439 | **VTD: MID020** |
| 440 | **VTD: MID021** |
| 441 | **VTD: MID022** |
| 442 | **VTD: MID023** |
| 443 | **VTD: MID024** |
| 444 | **VTD: MID025** |
| 445 | **VTD: MID026** |
| 446 | **VTD: MID027** |
| 447 | **VTD: MID028** |
| 448 | **VTD: MID029** |
| 449 | **VTD: MID030** |
| 450 | **VTD: MID031** |
| 451 | **VTD: MID032** |
| 452 | **VTD: MID033** |
| 453 | **VTD: MID034** |
| 454 | **VTD: MID035** |
| 455 | **VTD: MID036** |
| 456 | **VTD: MID037** |
| 457 | **VTD: MID038** |
| 458 | **VTD: MID039** |
| 459 | **VTD: MID040** |
| 460 | **VTD: MID041** |
| 461 | **VTD: MID042** |
| 462 | **VTD: MID043** |
| 463 | **VTD: MID044** |
| 464 | **VTD: MID045** |
| 465 | **VTD: MID046** |
| 466 | **VTD: MID047** |
| 467 | **VTD: MID048** |
| 468 | **VTD: MID049** |
| 469 | **VTD: MID050** |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1 15

470 VTD: MID051
471 VTD: MID052
472 VTD: MID053
473 VTD: MID054
474 VTD: MID055
475 VTD: MID056
476 VTD: MID057
477 VTD: MID058
478 VTD: MID059
479 VTD: MID060
480 VTD: MID061
481 VTD: MID200
482 VTD: MID201
483 VTD: MID202
484 VTD: MID204
485 VTD: NOR001
486 VTD: NOR002
487 VTD: NOR003
488 VTD: NOR004
489 VTD: NOR005
490 VTD: NOR006
491 VTD: NOR007
492 VTD: NOR008
493 VTD: NOR009
494 VTD: NOR010
495 VTD: NOR011
496 VTD: NOR012
497 VTD: NOR013
498 VTD: NOR014
499 VTD: NOR015
500 VTD: NOR016
501 VTD: NOR017
502 VTD: NOR018
503 VTD: NOR019
504 VTD: NOR020
505 VTD: NOR021
506 VTD: NOR022

HB 1 16

507 VTD: NOR023
508 VTD: NOR024
509 VTD: NOR025
510 VTD: NOR026
511 VTD: NOR027
512 VTD: NOR028
513 VTD: NOR029
514 VTD: NOR030
515 VTD: NOR031
516 VTD: NOR032
517 VTD: NOR033
518 VTD: NOR034
519 VTD: NOR035
520 VTD: NOR036
521 VTD: NOR037
522 VTD: NOR038
523 VTD: NOR039
524 VTD: NOR040
525 VTD: NOR041
526 VTD: NOR042
527 VTD: NOR043
528 VTD: NOR044
529 VTD: NOR045
530 VTD: NOR046
531 VTD: NOR047
532 VTD: NOR048
533 VTD: NOR049
534 VTD: NOR050
535 VTD: NOR051
536 VTD: NOR052
537 VTD: NOR053
538 VTD: NOR054
539 VTD: NOR055
540 VTD: NOR056
541 VTD: NOR200
542 VTD: NOR201
543 VTD: NOR202

544　VTD: NOR203
545　VTD: NOR204
546　VTD: NOR208
547　VTD: NOR213
548　VTD: NOR218
549　VTD: NOR222
550　VTD: NRW001
551　VTD: NRW002
552　VTD: NRW003
553　VTD: NRW004
554　VTD: NRW005
555　VTD: NRW006
556　VTD: NRW007
557　VTD: NRW008
558　VTD: NRW009
559　VTD: NRW010
560　VTD: NRW011
561　VTD: NRW012
562　VTD: NRW013
563　VTD: NRW014
564　VTD: NRW015
565　VTD: NRW016
566　VTD: NRW017
567　VTD: NRW018
568　VTD: NRW019
569　VTD: NRW020
570　VTD: NRW021
571　VTD: NRW022
572　VTD: NRW023
573　VTD: NRW024
574　VTD: NRW025
575　VTD: NRW026
576　VTD: NRW027
577　VTD: NRW028
578　VTD: NRW029
579　VTD: NRW030
580　VTD: NRW031

581　VTD: NRW032
582　VTD: NRW033
583　VTD: NRW034
584　VTD: NRW035
585　VTD: NRW036
586　VTD: NRW037
587　VTD: NRW038
588　VTD: NRW039
589　VTD: NRW040
590　VTD: NRW041
591　VTD: NRW042
592　VTD: NRW043
593　VTD: NRW044
594　VTD: NRW045
595　VTD: NRW046
596　VTD: NRW047
597　VTD: NRW048
598　VTD: NRW049
599　VTD: NRW050
600　VTD: NRW051
601　VTD: NRW200
602　VTD: NRW201
603　VTD: NRW202
604　VTD: NRW203
605　VTD: NRW204
606　VTD: NRW205
607　VTD: NW001
608　Block: 291892132023002
609　VTD NW001 Subtotal
610　VTD: NW002
611　VTD: NW003
612　VTD: NW004
613　VTD: NW005
614　VTD: NW006
615　VTD: NW007
616　VTD: NW008
617　VTD: NW009

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                      19

618    VTD: NW010
619    VTD: NW011
620    VTD: NW012
621    VTD: NW014
622    VTD: NW015
623    VTD: NW016
624    VTD: NW017
625    VTD: NW018
626    VTD: NW022
627    VTD: NW023
628    VTD: NW024
629    VTD: NW025
630    VTD: NW026
631    VTD: NW027
632    VTD: NW028
633    VTD: NW030
634    VTD: NW031
635    VTD: NW032
636    VTD: NW034
637    VTD: NW036
638    VTD: NW037
639    VTD: NW039
640    VTD: NW040
641    VTD: NW041
642    VTD: NW042
643    VTD: NW043
644    VTD: NW044
645    VTD: NW045
646    VTD: NW046
647    VTD: NW048
648    VTD: NW050
649    VTD: NW051
650    VTD: NW200
651    VTD: NW202
652    VTD: NW204
653    VTD: NW205
654    VTD: NW206

HB 1                                      20

655    VTD: NW207
656    VTD: NW208
657    VTD: NW209
658    VTD: NW210
659    VTD: NW212
660    VTD: NW213
661    VTD: NW214
662    VTD: NW215
663    VTD: NW216
664    VTD: NW217
665    VTD: NW219
666    VTD: NW220
667    Block: 291892132031024
668    VTD NW220 Subtotal
669    VTD: NW224
670    VTD: NW225
671    VTD: NW226
672    VTD: NW227
673    VTD: NW229
674    VTD: SF001
675    VTD: SF002
676    VTD: SF003
677    VTD: SF004
678    VTD: SF005
679    VTD: SF006
680    VTD: SF007
681    VTD: SF008
682    VTD: SF009
683    VTD: SF010
684    VTD: SF011
685    VTD: SF012
686    VTD: SF013
687    VTD: SF014
688    VTD: SF015
689    VTD: SF016
690    VTD: SF017
691    VTD: SF018

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                       21

| | |
|---|---|
| 692 | VTD: SF019 |
| 693 | VTD: SF020 |
| 694 | VTD: SF021 |
| 695 | VTD: SF022 |
| 696 | VTD: SF023 |
| 697 | VTD: SF024 |
| 698 | VTD: SF025 |
| 699 | VTD: SF026 |
| 700 | VTD: SF027 |
| 701 | VTD: SF028 |
| 702 | VTD: SF029 |
| 703 | VTD: SF030 |
| 704 | VTD: SF031 |
| 705 | VTD: SF032 |
| 706 | VTD: SF033 |
| 707 | VTD: SF034 |
| 708 | VTD: SF035 |
| 709 | VTD: SF200 |
| 710 | VTD: SPL001 |
| 711 | VTD: SPL002 |
| 712 | VTD: SPL003 |
| 713 | VTD: SPL004 |
| 714 | VTD: SPL005 |
| 715 | VTD: SPL006 |
| 716 | VTD: SPL007 |
| 717 | VTD: SPL008 |
| 718 | VTD: SPL009 |
| 719 | VTD: SPL010 |
| 720 | VTD: SPL011 |
| 721 | VTD: SPL012 |
| 722 | VTD: SPL013 |
| 723 | VTD: SPL014 |
| 724 | VTD: SPL015 |
| 725 | VTD: SPL016 |
| 726 | VTD: SPL017 |
| 727 | VTD: SPL018 |
| 728 | VTD: SPL019 |

HB 1                                                       22

| | |
|---|---|
| 729 | VTD: SPL020 |
| 730 | VTD: SPL021 |
| 731 | VTD: SPL022 |
| 732 | VTD: SPL023 |
| 733 | VTD: SPL024 |
| 734 | VTD: SPL025 |
| 735 | VTD: SPL026 |
| 736 | VTD: SPL027 |
| 737 | VTD: SPL028 |
| 738 | VTD: SPL201 |
| 739 | VTD: SPL202 |
| 740 | VTD: SPL207 |
| 741 | VTD: SPL208 |
| 742 | VTD: UNV001 |
| 743 | VTD: UNV002 |
| 744 | VTD: UNV003 |
| 745 | VTD: UNV004 |
| 746 | VTD: UNV005 |
| 747 | VTD: UNV006 |
| 748 | VTD: UNV007 |
| 749 | VTD: UNV008 |
| 750 | VTD: UNV009 |
| 751 | VTD: UNV010 |
| 752 | VTD: UNV011 |
| 753 | VTD: UNV012 |
| 754 | VTD: UNV013 |
| 755 | VTD: UNV014 |
| 756 | VTD: UNV015 |
| 757 | VTD: UNV016 |
| 758 | VTD: UNV017 |
| 759 | VTD: UNV018 |
| 760 | VTD: UNV019 |
| 761 | VTD: UNV020 |
| 762 | VTD: UNV021 |
| 763 | VTD: UNV022 |
| 764 | VTD: UNV023 |
| 765 | VTD: UNV024 |

HB 1                                                          23

VTD: UNV025
VTD: UNV026
VTD: UNV027
VTD: UNV028
VTD: UNV029
VTD: UNV030
VTD: UNV031
VTD: UNV032
VTD: UNV033
VTD: UNV034
VTD: UNV035
VTD: UNV036
VTD: UNV037
VTD: UNV038
VTD: UNV039
VTD: UNV040
VTD: UNV041
VTD: UNV042
VTD: UNV043
VTD: UNV045
VTD: UNV201
VTD: UNV202
VTD: UNV205
VTD: UNV206
VTD: UNV208
County St. Louis MO Subtotal
District 1 Total
128.472. The second congressional district shall be composed of the following:
County: Crawford MO
County: Franklin MO
County: Gasconade MO
County: Jefferson MO
VTD: Brennan
Block: 290997002111020
Block: 290997002111021
Block: 290997003032017
Block: 290997003051001

HB 1                                                          24

Block: 290997003051003
Block: 290997003052001
Block: 290997003052002
Block: 290997003052003
Block: 290997003052004
Block: 290997003052005
Block: 290997003052025
VTD Brennan Subtotal
VTD: Byrnes Mill W-1
VTD: Byrnes Mill W-2
VTD: Byrnes Mill W-3
VTD: Byrnesville
VTD: Cedar Hill
VTD: Cedar Hill Lakes
VTD: De Soto W-1
VTD: De Soto W-2
VTD: De Soto W-3
VTD: De Soto W-4
VTD: Dulin Creek
VTD: Goldman
VTD: Grubville
VTD: Grubville 2
VTD: High Ridge
VTD: Hillsboro W-1
VTD: Hillsboro W-2
VTD: Hillsboro W-3
VTD: Hillsboro W-4
VTD: Hoene Springs
VTD: House Springs
VTD: Lake Tekawitha
VTD: Lake Tishomingo
VTD: Meramec Valley
VTD: North Jefferson
Block: 290997002062004
Block: 290997002062005
Block: 290997002072000
Block: 290997002072001

HB 1                                                                25

| | |
|---|---|
| 48 | Block: 290997002072002 |
| 49 | Block: 290997002072003 |
| 50 | Block: 290997002072004 |
| 51 | Block: 290997002072005 |
| 52 | Block: 290997002072006 |
| 53 | Block: 290997002072007 |
| 54 | Block: 290997002072008 |
| 55 | Block: 290997002072009 |
| 56 | Block: 290997002072010 |
| 57 | Block: 290997002072011 |
| 58 | Block: 290997002072012 |
| 59 | Block: 290997002072013 |
| 60 | Block: 290997002072014 |
| 61 | Block: 290997002072017 |
| 62 | Block: 290997002072018 |
| 63 | Block: 290997002072019 |
| 64 | Block: 290997002072020 |
| 65 | Block: 290997002072021 |
| 66 | Block: 290997002072022 |
| 67 | Block: 290997002072023 |
| 68 | Block: 290997002072024 |
| 69 | Block: 290997002072025 |
| 70 | Block: 290997002111019 |
| 71 | Block: 290997002113004 |
| 72 | Block: 290997002113005 |
| 73 | Block: 290997002113006 |
| 74 | Block: 290997002113007 |
| 75 | Block: 290997002113008 |
| 76 | Block: 290997002113009 |
| 77 | Block: 290997002113012 |
| 78 | Block: 290997002113013 |
| 79 | Block: 290997002113014 |
| 80 | Block: 290997002113015 |
| 81 | Block: 290997002113016 |
| 82 | Block: 290997002113017 |
| 83 | Block: 290997002113019 |
| 84 | Block: 290997003022000 |

HB 1                                                                26

| | |
|---|---|
| 85 | Block: 290997003022001 |
| 86 | Block: 290997003022002 |
| 87 | Block: 290997003022015 |
| 88 | Block: 290997003023002 |
| 89 | Block: 290997003063001 |
| 90 | Block: 290997003063003 |
| 91 | Block: 290997003063004 |
| 92 | Block: 290997003063005 |
| 93 | VTD North Jefferson Subtotal |
| 94 | VTD: Northwest |
| 95 | VTD: Parkdale |
| 96 | VTD: Peaceful Village |
| 97 | VTD: Raintree |
| 98 | VTD: Rockwood |
| 99 | VTD: Scotsdale |
| 100 | VTD: Valle |
| 101 | Block: 290997010023040 |
| 102 | Block: 290997010023041 |
| 103 | Block: 290997012006047 |
| 104 | Block: 290997012006053 |
| 105 | Block: 290997012006061 |
| 106 | Block: 290997012006062 |
| 107 | Block: 290997013001001 |
| 108 | Block: 290997013001002 |
| 109 | Block: 290997013001003 |
| 110 | Block: 290997013001004 |
| 111 | Block: 290997013001055 |
| 112 | Block: 290997013001062 |
| 113 | Block: 290997013001063 |
| 114 | Block: 290997013001064 |
| 115 | Block: 290997013001065 |
| 116 | Block: 290997013001066 |
| 117 | Block: 290997013001067 |
| 118 | Block: 290997013001070 |
| 119 | Block: 290997013001075 |
| 120 | Block: 290997013001077 |
| 121 | Block: 290997013003003 |

HB 1    27

Block: 290997013003013
Block: 290997013003014
Block: 290997013003015
Block: 290997013003017
Block: 290997013003018
Block: 290997013003019
Block: 290997013003021
Block: 290997013003022
Block: 290997014012008
Block: 290997014012009
Block: 290997014012017
Block: 290997014012021
Block: 290997014012022
Block: 290997014012023
Block: 290997014012064
Block: 290997014012065
Block: 290997014012066
Block: 290997014012067
VTD Valle Subtotal
VTD: Victoria
Block: 290997010011036
Block: 290997010013008
Block: 290997010013032
Block: 290997010013033
Block: 290997010021020
Block: 290997010021022
Block: 290997010021023
Block: 290997010021024
Block: 290997010022000
Block: 290997010022001
Block: 290997010022002
Block: 290997010022003
Block: 290997010022004
Block: 290997010022005
Block: 290997010022006
Block: 290997010022007
Block: 290997010022010

HB 1    28

Block: 290997010022011
Block: 290997010022012
Block: 290997010022017
Block: 290997010022018
Block: 290997010022020
Block: 290997010022021
Block: 290997010022022
Block: 290997010022024
Block: 290997010022025
Block: 290997010022026
Block: 290997010022027
Block: 290997010022029
Block: 290997010022030
Block: 290997010023007
Block: 290997010023008
Block: 290997010023009
Block: 290997010023010
Block: 290997010023011
Block: 290997010023014
Block: 290997010023015
Block: 290997010023016
Block: 290997010023017
Block: 290997010023018
Block: 290997010023022
Block: 290997010023023
Block: 290997010023024
Block: 290997010023025
Block: 290997010023026
Block: 290997010023027
Block: 290997010023028
Block: 290997010023032
Block: 290997010023033
Block: 290997010023034
Block: 290997010023036
Block: 290997010023037
Block: 290997012001000
Block: 290997012001028

HB 1     29

| | |
|---|---|
| Block: 290997012001029 |
| Block: 290997012001030 |
| VTD Victoria Subtotal |
| VTD: Vineland |
| VTD: Ware |
| County Jefferson MO Subtotal |
| County: St. Louis MO |
| VTD: AP032 |
| VTD: AP041 |
| VTD: AP201 |
| VTD: AP202 |
| VTD: BON001 |
| VTD: BON002 |
| VTD: BON003 |
| VTD: BON004 |
| VTD: BON005 |
| VTD: BON006 |
| VTD: BON007 |
| VTD: BON008 |
| VTD: BON009 |
| VTD: BON010 |
| VTD: BON011 |
| VTD: BON012 |
| VTD: BON013 |
| VTD: BON014 |
| VTD: BON015 |
| VTD: BON016 |
| VTD: BON017 |
| VTD: BON018 |
| VTD: BON019 |
| VTD: BON020 |
| VTD: BON021 |
| VTD: BON022 |
| VTD: BON023 |
| VTD: BON024 |
| VTD: BON025 |
| VTD: BON026 |

HB 1     30

| | |
|---|---|
| VTD: BON027 |
| VTD: BON028 |
| VTD: BON029 |
| VTD: BON030 |
| VTD: BON031 |
| VTD: BON032 |
| VTD: BON033 |
| VTD: BON034 |
| VTD: BON035 |
| VTD: BON036 |
| VTD: BON037 |
| VTD: BON038 |
| VTD: BON039 |
| VTD: BON040 |
| VTD: BON200 |
| VTD: BON202 |
| VTD: BON203 |
| VTD: BON205 |
| VTD: BON206 |
| VTD: BON207 |
| VTD: BON208 |
| VTD: BON210 |
| VTD: BON211 |
| VTD: CC001 |
| VTD: CC002 |
| VTD: CC003 |
| VTD: CC004 |
| VTD: CC005 |
| VTD: CC006 |
| VTD: CC007 |
| VTD: CC008 |
| VTD: CC009 |
| VTD: CC010 |
| VTD: CC011 |
| VTD: CC014 |
| VTD: CC015 |
| VTD: CC016 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                                 31

270     VTD: CC017
271     VTD: CC018
272     VTD: CC019
273     VTD: CC020
274     VTD: CC021
275     VTD: CC023
276     VTD: CC024
277     VTD: CC025
278     VTD: CC026
279     VTD: CC027
280     VTD: CC028
281     VTD: CC029
282     VTD: CC030
283     VTD: CC031
284     VTD: CC032
285     VTD: CC033
286     VTD: CC034
287     VTD: CC035
288     VTD: CC036
289     VTD: CC037
290     VTD: CC038
291     VTD: CC039
292     VTD: CC040
293     VTD: CC041
294     VTD: CC042
295     VTD: CC044
296     VTD: CC045
297     VTD: CC046
298     VTD: CC047
299     VTD: CC048
300     Block: 291892155001007
301     Block: 291892155004013
302     Block: 291892155004014
303     Block: 291892155004015
304     Block: 291892155004016
305     Block: 291892155004017
306     VTD CC048 Subtotal

HB 1                                                                 32

307     VTD: CC049
308     VTD: CC050
309     VTD: CC052
310     VTD: CC053
311     VTD: CC054
312     VTD: CC055
313     VTD: CC056
314     VTD: CC058
315     VTD: CC059
316     VTD: CC060
317     VTD: CC201
318     VTD: CC202
319     VTD: CC203
320     Block: 291892156001020
321     Block: 291892156001021
322     Block: 291892156001024
323     Block: 291892156001025
324     Block: 291892156001026
325     Block: 291892156001029
326     Block: 291892156001030
327     VTD CC203 Subtotal
328     VTD: CC208
329     VTD: CC214
330     VTD: CC221
331     VTD: CHE001
332     VTD: CHE002
333     VTD: CHE003
334     VTD: CHE004
335     VTD: CHE005
336     VTD: CHE006
337     VTD: CHE007
338     VTD: CHE008
339     VTD: CHE009
340     VTD: CHE010
341     VTD: CHE011
342     VTD: CHE012
343     VTD: CHE013

HB 1    33

VTD: CHE014
VTD: CHE015
VTD: CHE016
VTD: CHE017
VTD: CHE018
VTD: CHE019
VTD: CHE020
VTD: CHE021
VTD: CHE022
VTD: CHE023
VTD: CHE024
VTD: CHE025
VTD: CHE026
VTD: CHE027
VTD: CHE028
VTD: CHE029
VTD: CHE030
VTD: CHE031
VTD: CHE032
VTD: CHE033
VTD: CHE034
VTD: CHE035
VTD: CHE036
VTD: CHE037
VTD: CHE038
VTD: CHE039
VTD: CHE040
VTD: CHE041
VTD: CHE042
VTD: CHE043
VTD: CHE044
VTD: CHE045
VTD: CHE046
VTD: CHE047
VTD: CHE048
VTD: CHE049
VTD: CHE050

HB 1    34

VTD: CHE051
VTD: CHE052
VTD: CHE053
VTD: CHE054
VTD: CHE055
VTD: CHE057
VTD: CHE200
VTD: CHE203
VTD: CHE212
VTD: CHE214
VTD: CHE215
VTD: CLA004
Block: 291892154004014
VTD CLA004 Subtotal
VTD: CLA006
VTD: CLA007
VTD: CLA012
VTD: CLA013
Block: 291892154003013
Block: 291892154003014
Block: 291892154004000
Block: 291892154004001
Block: 291892154004002
Block: 291892154004003
Block: 291892154004004
Block: 291892154004008
Block: 291892154004012
Block: 291892154004013
Block: 291892154005001
Block: 291892154005002
Block: 291892154005003
VTD CLA013 Subtotal
VTD: CLA014
VTD: CLA015
VTD: CLA016
VTD: CLA024
VTD: CLA025

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                          35

| | |
|---|---|
| 418 | **VTD: CLA026** |
| 419 | **VTD: CLA028** |
| 420 | **VTD: CLA033** |
| 421 | **VTD: CLA034** |
| 422 | **VTD: CLA036** |
| 423 | **VTD: CLA037** |
| 424 | **VTD: CLA040** |
| 425 | **VTD: CLA042** |
| 426 | **VTD: CLA045** |
| 427 | **VTD: CLA047** |
| 428 | **VTD: CLA049** |
| 429 | **VTD: CLA201** |
| 430 | **VTD: CLA202** |
| 431 | **VTD: CLA203** |
| 432 | **VTD: CLA205** |
| 433 | **VTD: CON001** |
| 434 | **VTD: CON002** |
| 435 | **VTD: CON003** |
| 436 | **VTD: CON004** |
| 437 | **VTD: CON005** |
| 438 | **VTD: CON006** |
| 439 | **VTD: CON007** |
| 440 | **VTD: CON008** |
| 441 | **VTD: CON009** |
| 442 | **VTD: CON010** |
| 443 | **VTD: CON011** |
| 444 | **VTD: CON012** |
| 445 | **VTD: CON013** |
| 446 | **VTD: CON014** |
| 447 | **VTD: CON015** |
| 448 | **VTD: CON016** |
| 449 | **VTD: CON017** |
| 450 | **VTD: CON018** |
| 451 | **VTD: CON019** |
| 452 | **VTD: CON020** |
| 453 | **VTD: CON021** |
| 454 | **VTD: CON022** |

HB 1                                          36

| | |
|---|---|
| 455 | **VTD: CON023** |
| 456 | **VTD: CON024** |
| 457 | **VTD: CON025** |
| 458 | **VTD: CON026** |
| 459 | **VTD: CON027** |
| 460 | **VTD: CON028** |
| 461 | **VTD: CON029** |
| 462 | **VTD: CON030** |
| 463 | **VTD: CON031** |
| 464 | **VTD: CON032** |
| 465 | **VTD: CON033** |
| 466 | **VTD: CON034** |
| 467 | **VTD: CON035** |
| 468 | **VTD: CON036** |
| 469 | **VTD: CON037** |
| 470 | **VTD: CON038** |
| 471 | **VTD: CON039** |
| 472 | **VTD: CON040** |
| 473 | **VTD: CON041** |
| 474 | **VTD: CON042** |
| 475 | **VTD: CON043** |
| 476 | **VTD: CON044** |
| 477 | **VTD: CON045** |
| 478 | **VTD: CON046** |
| 479 | **VTD: CON047** |
| 480 | **VTD: CON048** |
| 481 | **VTD: CON049** |
| 482 | **VTD: CON050** |
| 483 | **VTD: CON051** |
| 484 | **VTD: CON052** |
| 485 | **VTD: CON053** |
| 486 | **VTD: CON200** |
| 487 | **VTD: CON202** |
| 488 | **VTD: CON204** |
| 489 | **VTD: CON205** |
| 490 | **VTD: CON206** |
| 491 | **VTD: CON212** |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                           37

| | |
|---|---|
| 492 | VTD: CON213 |
| 493 | VTD: GRA001 |
| 494 | VTD: GRA002 |
| 495 | VTD: GRA003 |
| 496 | VTD: GRA004 |
| 497 | VTD: GRA005 |
| 498 | VTD: GRA006 |
| 499 | VTD: GRA007 |
| 500 | Block: 291892198011021 |
| 501 | Block: 291892198012003 |
| 502 | Block: 291892198012006 |
| 503 | Block: 291892198012007 |
| 504 | Block: 291892198012008 |
| 505 | Block: 291892198012009 |
| 506 | Block: 291892198012010 |
| 507 | Block: 291892198012011 |
| 508 | Block: 291892198012012 |
| 509 | VTD GRA007 Subtotal |
| 510 | VTD: GRA008 |
| 511 | VTD: GRA009 |
| 512 | VTD: GRA010 |
| 513 | VTD: GRA011 |
| 514 | VTD: GRA012 |
| 515 | VTD: GRA013 |
| 516 | VTD: GRA014 |
| 517 | VTD: GRA015 |
| 518 | Block: 291892197004003 |
| 519 | Block: 291892197004004 |
| 520 | Block: 291892197004005 |
| 521 | Block: 291892197004006 |
| 522 | Block: 291892197004007 |
| 523 | Block: 291892197004008 |
| 524 | Block: 291892197004009 |
| 525 | Block: 291892208013000 |
| 526 | Block: 291892208013001 |
| 527 | Block: 291892208013002 |
| 528 | Block: 291892208013003 |

HB 1                                           38

| | |
|---|---|
| 529 | Block: 291892208013004 |
| 530 | Block: 291892208013005 |
| 531 | Block: 291892208013006 |
| 532 | Block: 291892208013007 |
| 533 | Block: 291892208013008 |
| 534 | Block: 291892208013009 |
| 535 | VTD GRA015 Subtotal |
| 536 | VTD: GRA017 |
| 537 | VTD: GRA019 |
| 538 | Block: 291892197004000 |
| 539 | Block: 291892197004001 |
| 540 | Block: 291892197004002 |
| 541 | Block: 291892197004010 |
| 542 | Block: 291892197004011 |
| 543 | Block: 291892197004012 |
| 544 | Block: 291892198012004 |
| 545 | Block: 291892198012005 |
| 546 | VTD GRA019 Subtotal |
| 547 | VTD: GRA020 |
| 548 | VTD: GRA023 |
| 549 | VTD: GRA024 |
| 550 | VTD: GRA026 |
| 551 | VTD: GRA027 |
| 552 | VTD: GRA028 |
| 553 | VTD: GRA029 |
| 554 | VTD: GRA030 |
| 555 | VTD: GRA031 |
| 556 | VTD: GRA032 |
| 557 | VTD: GRA033 |
| 558 | Block: 291892199001007 |
| 559 | Block: 291892199004000 |
| 560 | Block: 291892199004001 |
| 561 | Block: 291892199004002 |
| 562 | Block: 291892199004003 |
| 563 | Block: 291892199004004 |
| 564 | VTD GRA033 Subtotal |
| 565 | VTD: GRA034 |

HB 1                                              39

| | |
|---|---|
| 566 | VTD: GRA036 |
| 567 | VTD: GRA037 |
| 568 | VTD: GRA038 |
| 569 | VTD: GRA040 |
| 570 | VTD: GRA041 |
| 571 | VTD: GRA042 |
| 572 | VTD: GRA043 |
| 573 | VTD: GRA044 |
| 574 | VTD: GRA045 |
| 575 | Block: 291892208011022 |
| 576 | VTD GRA045 Subtotal |
| 577 | VTD: GRA046 |
| 578 | VTD: GRA047 |
| 579 | VTD: GRA048 |
| 580 | VTD: GRA201 |
| 581 | VTD: GRA202 |
| 582 | Block: 291892208011017 |
| 583 | VTD GRA202 Subtotal |
| 584 | VTD: GRA206 |
| 585 | VTD: GRA209 |
| 586 | VTD: GRA210 |
| 587 | VTD: JEF001 |
| 588 | VTD: JEF002 |
| 589 | VTD: JEF003 |
| 590 | VTD: JEF004 |
| 591 | VTD: JEF010 |
| 592 | Block: 291892219001008 |
| 593 | VTD JEF010 Subtotal |
| 594 | VTD: JEF032 |
| 595 | VTD: JEF033 |
| 596 | VTD: JEF034 |
| 597 | VTD: JEF035 |
| 598 | VTD: JEF036 |
| 599 | VTD: JEF037 |
| 600 | VTD: JEF200 |
| 601 | VTD: LAF001 |
| 602 | VTD: LAF002 |

HB 1                                              40

| | |
|---|---|
| 603 | VTD: LAF003 |
| 604 | VTD: LAF004 |
| 605 | VTD: LAF005 |
| 606 | VTD: LAF006 |
| 607 | VTD: LAF007 |
| 608 | VTD: LAF008 |
| 609 | VTD: LAF009 |
| 610 | VTD: LAF010 |
| 611 | VTD: LAF011 |
| 612 | VTD: LAF012 |
| 613 | VTD: LAF013 |
| 614 | VTD: LAF014 |
| 615 | VTD: LAF015 |
| 616 | VTD: LAF016 |
| 617 | VTD: LAF017 |
| 618 | VTD: LAF018 |
| 619 | VTD: LAF019 |
| 620 | VTD: LAF020 |
| 621 | VTD: LAF022 |
| 622 | VTD: LAF023 |
| 623 | VTD: LAF024 |
| 624 | VTD: LAF025 |
| 625 | VTD: LAF026 |
| 626 | VTD: LAF027 |
| 627 | VTD: LAF028 |
| 628 | VTD: LAF029 |
| 629 | VTD: LAF030 |
| 630 | VTD: LAF031 |
| 631 | VTD: LAF032 |
| 632 | VTD: LAF033 |
| 633 | VTD: LAF034 |
| 634 | VTD: LAF035 |
| 635 | VTD: LAF036 |
| 636 | VTD: LAF037 |
| 637 | VTD: LAF038 |
| 638 | VTD: LAF039 |
| 639 | VTD: LAF040 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                                 41

640    VTD: LAF041
641    VTD: LAF042
642    VTD: LAF043
643    VTD: LAF044
644    VTD: LAF045
645    VTD: LAF046
646    VTD: LAF200
647    VTD: LAF205
648    VTD: LAF207
649    VTD: LEM001
650    VTD: LEM002
651    VTD: LEM003
652    VTD: LEM004
653    VTD: LEM005
654    VTD: LEM006
655    VTD: LEM007
656    VTD: LEM008
657    VTD: LEM009
658    VTD: LEM010
659    VTD: LEM011
660    VTD: LEM012
661    VTD: LEM013
662    VTD: LEM014
663    VTD: LEM015
664    VTD: LEM016
665    VTD: LEM017
666    VTD: LEM018
667    VTD: LEM019
668    VTD: LEM020
669    VTD: LEM021
670    VTD: LEM022
671    VTD: LEM023
672    VTD: LEM024
673    VTD: LEM025
674    VTD: LEM026
675    VTD: LEM027
676    VTD: LEM028

HB 1                                                                 42

677    VTD: LEM029
678    VTD: LEM030
679    VTD: LEM031
680    VTD: LEM032
681    VTD: LEM033
682    VTD: LEM200
683    VTD: LEM201
684    VTD: LEM202
685    VTD: LEM204
686    VTD: LEM205
687    VTD: LEM208
688    VTD: MER001
689    VTD: MER002
690    VTD: MER003
691    VTD: MER004
692    VTD: MER005
693    VTD: MER006
694    VTD: MER007
695    VTD: MER008
696    VTD: MER009
697    VTD: MER010
698    VTD: MER011
699    VTD: MER012
700    VTD: MER013
701    VTD: MER014
702    VTD: MER015
703    VTD: MER016
704    VTD: MER017
705    VTD: MER018
706    VTD: MER019
707    VTD: MER020
708    VTD: MER021
709    VTD: MER022
710    VTD: MER023
711    VTD: MER024
712    VTD: MER025
713    VTD: MER026

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                    43

| | |
|---|---|
| 714 | VTD: MER027 |
| 715 | VTD: MER028 |
| 716 | VTD: MER029 |
| 717 | VTD: MER030 |
| 718 | VTD: MER031 |
| 719 | VTD: MER032 |
| 720 | VTD: MER033 |
| 721 | VTD: MER034 |
| 722 | VTD: MER035 |
| 723 | VTD: MER036 |
| 724 | VTD: MER037 |
| 725 | VTD: MER038 |
| 726 | VTD: MER039 |
| 727 | VTD: MER040 |
| 728 | VTD: MER041 |
| 729 | VTD: MER042 |
| 730 | VTD: MER043 |
| 731 | VTD: MER044 |
| 732 | VTD: MER045 |
| 733 | VTD: MER046 |
| 734 | VTD: MER047 |
| 735 | VTD: MER048 |
| 736 | VTD: MER200 |
| 737 | VTD: MER202 |
| 738 | VTD: MER204 |
| 739 | VTD: MER207 |
| 740 | VTD: MER209 |
| 741 | VTD: MER210 |
| 742 | VTD: MER213 |
| 743 | VTD: MER214 |
| 744 | VTD: MER215 |
| 745 | VTD: MER219 |
| 746 | VTD: MHT001 |
| 747 | VTD: MHT002 |
| 748 | VTD: MHT003 |
| 749 | VTD: MHT004 |
| 750 | VTD: MHT005 |

HB 1                                    44

| | |
|---|---|
| 751 | VTD: MHT006 |
| 752 | VTD: MHT007 |
| 753 | VTD: MHT008 |
| 754 | VTD: MHT009 |
| 755 | VTD: MHT010 |
| 756 | VTD: MHT011 |
| 757 | VTD: MHT012 |
| 758 | VTD: MHT013 |
| 759 | VTD: MHT014 |
| 760 | VTD: MHT015 |
| 761 | VTD: MHT016 |
| 762 | VTD: MHT017 |
| 763 | VTD: MHT018 |
| 764 | VTD: MHT019 |
| 765 | VTD: MHT020 |
| 766 | VTD: MHT021 |
| 767 | VTD: MHT022 |
| 768 | VTD: MHT023 |
| 769 | VTD: MHT024 |
| 770 | VTD: MHT025 |
| 771 | VTD: MHT026 |
| 772 | VTD: MHT027 |
| 773 | VTD: MHT028 |
| 774 | VTD: MHT029 |
| 775 | VTD: MHT030 |
| 776 | VTD: MHT031 |
| 777 | VTD: MHT032 |
| 778 | VTD: MHT033 |
| 779 | VTD: MHT034 |
| 780 | VTD: MHT035 |
| 781 | VTD: MHT036 |
| 782 | VTD: MHT037 |
| 783 | VTD: MHT038 |
| 784 | VTD: MHT039 |
| 785 | VTD: MHT040 |
| 786 | VTD: MHT041 |
| 787 | VTD: MHT042 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                    45

| | |
|---|---|
| 788 | VTD: MHT043 |
| 789 | VTD: MHT044 |
| 790 | VTD: MHT045 |
| 791 | VTD: MHT046 |
| 792 | VTD: MHT047 |
| 793 | VTD: MHT048 |
| 794 | VTD: MHT049 |
| 795 | VTD: MHT050 |
| 796 | VTD: MHT051 |
| 797 | VTD: MHT052 |
| 798 | VTD: MHT053 |
| 799 | VTD: MHT054 |
| 800 | VTD: MHT055 |
| 801 | VTD: MHT056 |
| 802 | VTD: MHT057 |
| 803 | VTD: MHT058 |
| 804 | VTD: MHT059 |
| 805 | VTD: MHT200 |
| 806 | VTD: MHT203 |
| 807 | VTD: MHT206 |
| 808 | VTD: MHT207 |
| 809 | VTD: MHT208 |
| 810 | VTD: MHT211 |
| 811 | VTD: MHT212 |
| 812 | VTD: MHT213 |
| 813 | VTD: MHT214 |
| 814 | VTD: MHT216 |
| 815 | VTD: MHT219 |
| 816 | VTD: MHT220 |
| 817 | VTD: MHT222 |
| 818 | VTD: MHT223 |
| 819 | VTD: MR001 |
| 820 | VTD: MR002 |
| 821 | VTD: MR003 |
| 822 | VTD: MR004 |
| 823 | VTD: MR005 |
| 824 | VTD: MR006 |

HB 1                                    46

| | |
|---|---|
| 825 | VTD: MR007 |
| 826 | VTD: MR008 |
| 827 | VTD: MR009 |
| 828 | VTD: MR010 |
| 829 | VTD: MR011 |
| 830 | VTD: MR012 |
| 831 | VTD: MR013 |
| 832 | VTD: MR014 |
| 833 | VTD: MR015 |
| 834 | VTD: MR016 |
| 835 | VTD: MR017 |
| 836 | VTD: MR018 |
| 837 | VTD: MR019 |
| 838 | VTD: MR020 |
| 839 | VTD: MR021 |
| 840 | VTD: MR022 |
| 841 | VTD: MR023 |
| 842 | VTD: MR024 |
| 843 | VTD: MR025 |
| 844 | VTD: MR026 |
| 845 | VTD: MR027 |
| 846 | VTD: MR028 |
| 847 | VTD: MR029 |
| 848 | VTD: MR030 |
| 849 | VTD: MR031 |
| 850 | VTD: MR032 |
| 851 | VTD: MR033 |
| 852 | VTD: MR034 |
| 853 | VTD: MR035 |
| 854 | VTD: MR036 |
| 855 | VTD: MR037 |
| 856 | VTD: MR038 |
| 857 | VTD: MR039 |
| 858 | VTD: MR040 |
| 859 | VTD: MR041 |
| 860 | VTD: MR042 |
| 861 | VTD: MR043 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                        47

| | |
|---|---|
| 862 | VTD: MR044 |
| 863 | VTD: MR045 |
| 864 | VTD: MR046 |
| 865 | VTD: MR047 |
| 866 | VTD: MR048 |
| 867 | VTD: MR049 |
| 868 | VTD: MR050 |
| 869 | VTD: MR051 |
| 870 | VTD: MR052 |
| 871 | VTD: MR053 |
| 872 | VTD: MR054 |
| 873 | VTD: MR055 |
| 874 | VTD: MR056 |
| 875 | VTD: MR057 |
| 876 | VTD: MR058 |
| 877 | VTD: MR059 |
| 878 | VTD: MR200 |
| 879 | VTD: MR202 |
| 880 | VTD: MR203 |
| 881 | VTD: MR204 |
| 882 | VTD: MR205 |
| 883 | VTD: MR209 |
| 884 | VTD: MR210 |
| 885 | VTD: MR212 |
| 886 | VTD: MR213 |
| 887 | VTD: NW001 |
| 888 | Block: 291892132023003 |
| 889 | Block: 291892132023004 |
| 890 | Block: 291892132023005 |
| 891 | Block: 291892132023006 |
| 892 | Block: 291892132023007 |
| 893 | Block: 291892132023008 |
| 894 | Block: 291892132023009 |
| 895 | Block: 291892132025008 |
| 896 | Block: 291892132025009 |
| 897 | Block: 291892132025010 |
| 898 | Block: 291892132025011 |

HB 1                                                        48

| | |
|---|---|
| 899 | Block: 291892132025012 |
| 900 | Block: 291892132025013 |
| 901 | Block: 291892132025014 |
| 902 | Block: 291892132025015 |
| 903 | VTD NW001 Subtotal |
| 904 | VTD: NW013 |
| 905 | Block: 291892151431031 |
| 906 | Block: 291892151431044 |
| 907 | Block: 291892151431045 |
| 908 | Block: 291892151431046 |
| 909 | Block: 291892151431047 |
| 910 | Block: 291892151431049 |
| 911 | Block: 291892151431050 |
| 912 | Block: 291892151431052 |
| 913 | Block: 291892151431055 |
| 914 | Block: 291892151431056 |
| 915 | Block: 291892151431057 |
| 916 | Block: 291892151431063 |
| 917 | VTD NW013 Subtotal |
| 918 | VTD: NW019 |
| 919 | VTD: NW020 |
| 920 | VTD: NW029 |
| 921 | VTD: NW033 |
| 922 | VTD: NW035 |
| 923 | Block: 291892151432000 |
| 924 | Block: 291892151432011 |
| 925 | Block: 291892151432012 |
| 926 | Block: 291892151432013 |
| 927 | Block: 291892151432017 |
| 928 | Block: 291892151432018 |
| 929 | Block: 291892151432019 |
| 930 | Block: 291892151432020 |
| 931 | Block: 291892151432021 |
| 932 | Block: 291892151432022 |
| 933 | Block: 291892151432023 |
| 934 | VTD NW035 Subtotal |
| 935 | VTD: NW038 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                    49

| | |
|---|---|
| 936 | VTD: NW047 |
| 937 | VTD: NW049 |
| 938 | VTD: NW052 |
| 939 | VTD: NW201 |
| 940 | VTD: NW211 |
| 941 | VTD: OAK001 |
| 942 | VTD: OAK002 |
| 943 | VTD: OAK003 |
| 944 | VTD: OAK004 |
| 945 | VTD: OAK005 |
| 946 | VTD: OAK006 |
| 947 | VTD: OAK007 |
| 948 | VTD: OAK008 |
| 949 | VTD: OAK009 |
| 950 | VTD: OAK010 |
| 951 | VTD: OAK011 |
| 952 | VTD: OAK012 |
| 953 | VTD: OAK013 |
| 954 | VTD: OAK014 |
| 955 | VTD: OAK015 |
| 956 | VTD: OAK016 |
| 957 | VTD: OAK017 |
| 958 | VTD: OAK018 |
| 959 | VTD: OAK019 |
| 960 | VTD: OAK020 |
| 961 | VTD: OAK021 |
| 962 | VTD: OAK022 |
| 963 | VTD: OAK023 |
| 964 | VTD: OAK024 |
| 965 | VTD: OAK025 |
| 966 | VTD: OAK026 |
| 967 | VTD: OAK027 |
| 968 | VTD: OAK028 |
| 969 | VTD: OAK029 |
| 970 | VTD: QUE001 |
| 971 | VTD: QUE002 |
| 972 | VTD: QUE003 |

HB 1                                                    50

| | |
|---|---|
| 973 | VTD: QUE004 |
| 974 | VTD: QUE005 |
| 975 | VTD: QUE006 |
| 976 | VTD: QUE007 |
| 977 | VTD: QUE008 |
| 978 | VTD: QUE009 |
| 979 | VTD: QUE010 |
| 980 | VTD: QUE011 |
| 981 | VTD: QUE012 |
| 982 | VTD: QUE013 |
| 983 | VTD: QUE014 |
| 984 | VTD: QUE015 |
| 985 | VTD: QUE016 |
| 986 | VTD: QUE017 |
| 987 | VTD: QUE018 |
| 988 | VTD: QUE019 |
| 989 | VTD: QUE020 |
| 990 | VTD: QUE021 |
| 991 | VTD: QUE022 |
| 992 | VTD: QUE023 |
| 993 | VTD: QUE024 |
| 994 | VTD: QUE025 |
| 995 | VTD: QUE026 |
| 996 | VTD: QUE027 |
| 997 | VTD: QUE028 |
| 998 | VTD: QUE029 |
| 999 | VTD: QUE030 |
| 1000 | VTD: QUE031 |
| 1001 | VTD: QUE032 |
| 1002 | VTD: QUE033 |
| 1003 | VTD: QUE034 |
| 1004 | VTD: QUE035 |
| 1005 | VTD: QUE036 |
| 1006 | VTD: QUE037 |
| 1007 | VTD: QUE038 |
| 1008 | VTD: QUE039 |
| 1009 | VTD: QUE040 |

HB 1                                                                                          51

| | |
|---|---|
| 1010 | VTD: QUE041 |
| 1011 | VTD: QUE042 |
| 1012 | VTD: QUE043 |
| 1013 | VTD: QUE044 |
| 1014 | VTD: QUE045 |
| 1015 | VTD: QUE046 |
| 1016 | VTD: QUE047 |
| 1017 | VTD: QUE048 |
| 1018 | VTD: QUE049 |
| 1019 | VTD: QUE200 |
| 1020 | VTD: QUE201 |
| 1021 | VTD: QUE202 |
| 1022 | VTD: QUE203 |
| 1023 | VTD: QUE204 |
| 1024 | VTD: QUE205 |
| 1025 | VTD: QUE207 |
| 1026 | VTD: QUE208 |
| 1027 | VTD: QUE209 |
| 1028 | VTD: QUE210 |
| 1029 | VTD: QUE211 |
| 1030 | VTD: QUE213 |
| 1031 | VTD: TSF001 |
| 1032 | VTD: TSF002 |
| 1033 | VTD: TSF003 |
| 1034 | VTD: TSF004 |
| 1035 | VTD: TSF005 |
| 1036 | VTD: TSF006 |
| 1037 | VTD: TSF007 |
| 1038 | VTD: TSF008 |
| 1039 | VTD: TSF009 |
| 1040 | VTD: TSF010 |
| 1041 | VTD: TSF011 |
| 1042 | VTD: TSF012 |
| 1043 | VTD: TSF013 |
| 1044 | VTD: TSF014 |
| 1045 | VTD: TSF015 |
| 1046 | VTD: TSF016 |

HB 1                                                                                          52

| | |
|---|---|
| 1047 | VTD: TSF017 |
| 1048 | VTD: TSF018 |
| 1049 | VTD: TSF019 |
| 1050 | VTD: TSF020 |
| 1051 | VTD: TSF021 |
| 1052 | VTD: TSF022 |
| 1053 | VTD: TSF023 |
| 1054 | VTD: TSF024 |
| 1055 | VTD: TSF025 |
| 1056 | VTD: TSF026 |
| 1057 | VTD: TSF027 |
| 1058 | VTD: TSF201 |
| 1059 | VTD: WH001 |
| 1060 | VTD: WH002 |
| 1061 | VTD: WH003 |
| 1062 | VTD: WH004 |
| 1063 | VTD: WH005 |
| 1064 | VTD: WH006 |
| 1065 | VTD: WH007 |
| 1066 | VTD: WH008 |
| 1067 | VTD: WH009 |
| 1068 | VTD: WH010 |
| 1069 | VTD: WH011 |
| 1070 | VTD: WH012 |
| 1071 | VTD: WH013 |
| 1072 | VTD: WH014 |
| 1073 | VTD: WH015 |
| 1074 | VTD: WH016 |
| 1075 | VTD: WH017 |
| 1076 | VTD: WH018 |
| 1077 | VTD: WH019 |
| 1078 | VTD: WH020 |
| 1079 | VTD: WH021 |
| 1080 | VTD: WH022 |
| 1081 | VTD: WH023 |
| 1082 | VTD: WH024 |
| 1083 | VTD: WH025 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                53

VTD: WH026
VTD: WH027
VTD: WH028
VTD: WH029
VTD: WH030
VTD: WH031
VTD: WH032
VTD: WH033
VTD: WH034
VTD: WH035
VTD: WH036
VTD: WH037
VTD: WH038
VTD: WH039
VTD: WH040
VTD: WH041
VTD: WH042
VTD: WH043
VTD: WH044
VTD: WH045
VTD: WH046
VTD: WH047
VTD: WH200
VTD: WH201
VTD: WH202
VTD: WH203
VTD: WH208
County St. Louis MO Subtotal
County: Washington MO
District 2 Total

128.473. The third congressional district shall be composed of the following:

District 3
County: Audrain MO
County: Boone MO
VTD: 17
Block: 290190015062014
Block: 290190015062023

HB 1                                                54

Block: 290190015062031
VTD 17 Subtotal
VTD: 1A
VTD: 1B
VTD: 1C
VTD: 1D
VTD: 1E
VTD: 1F
VTD: 1G
VTD: 1I
VTD: 1J
VTD: 1K
VTD: 1L
VTD: 1M
VTD: 20
Block: 290190014024009
Block: 290190014024010
VTD 20 Subtotal
VTD: 21
Block: 290190013003006
Block: 290190013003008
Block: 290190013003009
Block: 290190013003023
Block: 290190018061001
Block: 290190018061002
Block: 290190018061003
Block: 290190018061004
Block: 290190018061008
Block: 290190018061009
Block: 290190018061010
Block: 290190018061011
Block: 290190018061012
Block: 290190018061016
Block: 290190018061017
VTD 21 Subtotal
VTD: 22
Block: 290190014013035

HB 1                                                55

| | |
|---|---|
| 45 | **Block: 290190014013036** |
| 46 | **Block: 290190014013041** |
| 47 | **Block: 290190014013045** |
| 48 | **Block: 290190014013046** |
| 49 | **VTD 22 Subtotal** |
| 50 | **VTD: 23** |
| 51 | **VTD: 24** |
| 52 | **VTD: 25** |
| 53 | **VTD: 26** |
| 54 | **VTD: 27** |
| 55 | **VTD: 28** |
| 56 | **VTD: 29** |
| 57 | **VTD: 2A** |
| 58 | **VTD: 2B** |
| 59 | **VTD: 2C** |
| 60 | **VTD: 2D** |
| 61 | **VTD: 2F** |
| 62 | **VTD: 2G** |
| 63 | **VTD: 2H** |
| 64 | **VTD: 2I** |
| 65 | **Block: 290190014011007** |
| 66 | **Block: 290190014011008** |
| 67 | **Block: 290190014011009** |
| 68 | **Block: 290190014011010** |
| 69 | **Block: 290190014011011** |
| 70 | **Block: 290190014011012** |
| 71 | **Block: 290190014011013** |
| 72 | **Block: 290190014011014** |
| 73 | **Block: 290190014011015** |
| 74 | **Block: 290190014011016** |
| 75 | **Block: 290190014011017** |
| 76 | **Block: 290190014011018** |
| 77 | **Block: 290190014011019** |
| 78 | **Block: 290190014011020** |
| 79 | **Block: 290190014012014** |
| 80 | **Block: 290190014012017** |
| 81 | **Block: 290190014012022** |

HB 1                                                56

| | |
|---|---|
| 82 | **Block: 290190014012023** |
| 83 | **Block: 290190014012024** |
| 84 | **Block: 290190014012025** |
| 85 | **Block: 290190014012026** |
| 86 | **Block: 290190014012029** |
| 87 | **Block: 290190014012030** |
| 88 | **Block: 290190014013007** |
| 89 | **Block: 290190014013008** |
| 90 | **Block: 290190014013009** |
| 91 | **Block: 290190014013010** |
| 92 | **Block: 290190014013011** |
| 93 | **Block: 290190014013013** |
| 94 | **Block: 290190014013014** |
| 95 | **Block: 290190014013015** |
| 96 | **Block: 290190014013016** |
| 97 | **Block: 290190014013018** |
| 98 | **Block: 290190014013019** |
| 99 | **Block: 290190014013020** |
| 100 | **Block: 290190014013021** |
| 101 | **Block: 290190014013022** |
| 102 | **Block: 290190014013023** |
| 103 | **Block: 290190014013024** |
| 104 | **Block: 290190014013034** |
| 105 | **Block: 290190014013037** |
| 106 | **Block: 290190014013038** |
| 107 | **Block: 290190014013039** |
| 108 | **Block: 290190014013040** |
| 109 | **Block: 290190014013042** |
| 110 | **Block: 290190014013043** |
| 111 | **Block: 290190014013044** |
| 112 | **Block: 290190014013047** |
| 113 | **Block: 290190014013052** |
| 114 | **Block: 290190014013058** |
| 115 | **Block: 290190015033022** |
| 116 | **VTD 2I Subtotal** |
| 117 | **VTD: 2J** |
| 118 | **VTD: 2K** |

HB 1                                                57

| | |
|---|---|
| | Block: 290190013003002 |
| | Block: 290190013003005 |
| | Block: 290190013003007 |
| | Block: 290190013003010 |
| | Block: 290190013003024 |
| | Block: 290190013003025 |
| | Block: 290190013003026 |
| | Block: 290190013003027 |
| | VTD 2K Subtotal |
| | VTD: 2L |
| | VTD: 30 |
| | VTD: 31 |
| | VTD: 32 |
| | VTD: 33 |
| | VTD: 34 |
| | VTD: 35 |
| | VTD: 36 |
| | VTD: 37 |
| | Block: 290190018062044 |
| | Block: 290190018062048 |
| | Block: 290190018062049 |
| | Block: 290190018062053 |
| | VTD 37 Subtotal |
| | VTD: 3A |
| | Block: 290190015031010 |
| | Block: 290190015031011 |
| | Block: 290190015031014 |
| | Block: 290190015031015 |
| | Block: 290190015031016 |
| | Block: 290190015031017 |
| | Block: 290190015031018 |
| | Block: 290190015031019 |
| | Block: 290190015031020 |
| | Block: 290190015032000 |
| | Block: 290190015032003 |
| | Block: 290190015032004 |
| | Block: 290190015032005 |

HB 1                                                58

| | |
|---|---|
| | Block: 290190015032006 |
| | Block: 290190015032007 |
| | Block: 290190015032008 |
| | Block: 290190015032009 |
| | Block: 290190015032010 |
| | Block: 290190015032011 |
| | Block: 290190015032012 |
| | Block: 290190015032013 |
| | Block: 290190015032014 |
| | Block: 290190015062027 |
| | Block: 290190015062028 |
| | Block: 290190015062032 |
| | Block: 290190015073001 |
| | Block: 290190015073002 |
| | Block: 290190015073003 |
| | Block: 290190015073006 |
| | Block: 290190015073007 |
| | Block: 290190015073008 |
| | Block: 290190015073009 |
| | Block: 290190015073010 |
| | Block: 290190015073011 |
| | Block: 290190015081002 |
| | Block: 290190015081003 |
| | Block: 290190015081017 |
| | Block: 290190015081018 |
| | Block: 290190015081019 |
| | Block: 290190015081020 |
| | Block: 290190015081024 |
| | Block: 290190015081025 |
| | Block: 290190015081026 |
| | Block: 290190015081027 |
| | Block: 290190015081028 |
| | Block: 290190015081029 |
| | Block: 290190015081030 |
| | VTD 3A Subtotal |
| | VTD: 3B |
| | Block: 290190015032001 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

| HB 1 | | 59 |
|---|---|---|
| 193 | Block: 290190015032002 | |
| 194 | Block: 290190015052002 | |
| 195 | Block: 290190015052003 | |
| 196 | Block: 290190015061000 | |
| 197 | Block: 290190015061001 | |
| 198 | Block: 290190015061002 | |
| 199 | Block: 290190015061003 | |
| 200 | Block: 290190015061004 | |
| 201 | Block: 290190015061005 | |
| 202 | Block: 290190015061006 | |
| 203 | Block: 290190015061007 | |
| 204 | Block: 290190015061008 | |
| 205 | Block: 290190015061009 | |
| 206 | Block: 290190015061010 | |
| 207 | Block: 290190015061011 | |
| 208 | Block: 290190015061012 | |
| 209 | Block: 290190015061013 | |
| 210 | Block: 290190015061014 | |
| 211 | Block: 290190015061015 | |
| 212 | Block: 290190015061016 | |
| 213 | Block: 290190015061017 | |
| 214 | Block: 290190015061018 | |
| 215 | Block: 290190015061019 | |
| 216 | Block: 290190015061020 | |
| 217 | Block: 290190015061021 | |
| 218 | Block: 290190015061022 | |
| 219 | Block: 290190015061023 | |
| 220 | Block: 290190015061027 | |
| 221 | Block: 290190015061030 | |
| 222 | Block: 290190015062005 | |
| 223 | Block: 290190015062013 | |
| 224 | Block: 290190015062015 | |
| 225 | Block: 290190015062016 | |
| 226 | Block: 290190015062022 | |
| 227 | Block: 290190015062024 | |
| 228 | Block: 290190015062026 | |
| 229 | Block: 290190015062029 | |

| HB 1 | | 60 |
|---|---|---|
| 230 | Block: 290190015062033 | |
| 231 | Block: 290190015062034 | |
| 232 | Block: 290190015062035 | |
| 233 | Block: 290190015062036 | |
| 234 | Block: 290190015062037 | |
| 235 | Block: 290190015062038 | |
| 236 | Block: 290190015062039 | |
| 237 | Block: 290190015062040 | |
| 238 | Block: 290190015062041 | |
| 239 | Block: 290190015062042 | |
| 240 | Block: 290190015062043 | |
| 241 | Block: 290190015062044 | |
| 242 | Block: 290190015062045 | |
| 243 | Block: 290190015062046 | |
| 244 | Block: 290190015071022 | |
| 245 | Block: 290190015071023 | |
| 246 | Block: 290190015071024 | |
| 247 | Block: 290190015073004 | |
| 248 | Block: 290190015073005 | |
| 249 | Block: 290190015073012 | |
| 250 | Block: 290190016031015 | |
| 251 | Block: 290190016031016 | |
| 252 | VTD 3B Subtotal | |
| 253 | VTD: 3C | |
| 254 | VTD: 3D | |
| 255 | VTD: 3E | |
| 256 | VTD: 3F | |
| 257 | VTD: 3G | |
| 258 | VTD: 3H | |
| 259 | VTD: 3I | |
| 260 | VTD: 3J | |
| 261 | VTD: 3L | |
| 262 | VTD: 3M | |
| 263 | VTD: 3N | |
| 264 | VTD: 40 | |
| 265 | Block: 290190015081004 | |
| 266 | Block: 290190015081005 | |

HB 1                                                    61        HB 1                                                    62

| | |
|---|---|
| 267 | Block: 290190015083016 |
| 268 | Block: 290190015083024 |
| 269 | VTD 40 Subtotal |
| 270 | VTD: 41 |
| 271 | VTD: 42 |
| 272 | VTD: 43 |
| 273 | VTD: 44 |
| 274 | VTD: 45 |
| 275 | Block: 290190015033036 |
| 276 | Block: 290190015033037 |
| 277 | Block: 290190015083007 |
| 278 | Block: 290190015083008 |
| 279 | VTD 45 Subtotal |
| 280 | VTD: 4A |
| 281 | VTD: 4B |
| 282 | Block: 290190012013004 |
| 283 | Block: 290190012013005 |
| 284 | Block: 290190012013006 |
| 285 | Block: 290190012013007 |
| 286 | Block: 290190012013008 |
| 287 | Block: 290190012013034 |
| 288 | Block: 290190012014018 |
| 289 | VTD 4B Subtotal |
| 290 | VTD: 4C |
| 291 | VTD: 4D |
| 292 | VTD: 4E |
| 293 | VTD: 4F |
| 294 | VTD: 4G |
| 295 | VTD: 4H |
| 296 | VTD: 4I |
| 297 | VTD: 4J |
| 298 | VTD: 4K |
| 299 | Block: 290190018061000 |
| 300 | Block: 290190018061005 |
| 301 | Block: 290190018061006 |
| 302 | Block: 290190018061013 |
| 303 | Block: 290190018063001 |

| | |
|---|---|
| 304 | Block: 290190018071017 |
| 305 | Block: 290190018071018 |
| 306 | Block: 290190018071021 |
| 307 | Block: 290190018071029 |
| 308 | Block: 290190018071030 |
| 309 | Block: 290190018071031 |
| 310 | Block: 290190018072024 |
| 311 | Block: 290190018072025 |
| 312 | Block: 290190018072028 |
| 313 | Block: 290190018072029 |
| 314 | Block: 290190018072030 |
| 315 | Block: 290190018072031 |
| 316 | Block: 290190018072032 |
| 317 | Block: 290190018072033 |
| 318 | Block: 290190018072034 |
| 319 | Block: 290190018072035 |
| 320 | Block: 290190018072036 |
| 321 | Block: 290190018072037 |
| 322 | VTD 4K Subtotal |
| 323 | VTD: 4L |
| 324 | Block: 290190012013009 |
| 325 | Block: 290190012013010 |
| 326 | Block: 290190012013011 |
| 327 | Block: 290190012014002 |
| 328 | Block: 290190012014003 |
| 329 | Block: 290190012014004 |
| 330 | Block: 290190012014005 |
| 331 | Block: 290190012014006 |
| 332 | Block: 290190012014007 |
| 333 | Block: 290190012014008 |
| 334 | Block: 290190012014009 |
| 335 | Block: 290190012014010 |
| 336 | Block: 290190012014011 |
| 337 | Block: 290190012014012 |
| 338 | Block: 290190012014013 |
| 339 | Block: 290190012014014 |
| 340 | Block: 290190012014019 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                                           63

341    Block: 290190012014020
342    Block: 290190012014021
343    Block: 290190012014022
344    Block: 290190012014023
345    Block: 290190012014024
346    Block: 290190012014025
347    Block: 290190012014026
348    VTD 4L Subtotal
349    VTD: 4M
350    VTD: 5A
351    VTD: 5B
352    VTD: 5C
353    VTD: 5D
354    VTD: 5E
355    VTD: 5F
356    VTD: 5G
357    VTD: 5H
358    VTD: 5I
359    VTD: 5J
360    VTD: 5K
361    VTD: 5L
362    VTD: 5M
363    VTD: 5N
364    VTD: 5P
365    VTD: 6A
366    VTD: 6B
367    VTD: 6C
368    VTD: 6D
369    VTD: 6E
370    VTD: 6F
371    VTD: 6G
372    VTD: 6H
373    VTD: 6I
374    VTD: 6J
375    VTD: 6K
376    VTD: 6L
377    VTD: 6M

HB 1                                                                           64

378    County Boone MO Subtotal
379    County: Callaway MO
380    County: Lincoln MO
381    County: Monroe MO
382    County: Montgomery MO
383    County: Pike MO
384    County: Ralls MO
385    County: St. Charles MO
386    County: St. Louis MO
387    VTD: NW013
388    Block: 291892151431003
389    Block: 291892151431005
390    Block: 291892151431006
391    Block: 291892151431007
392    Block: 291892151431008
393    Block: 291892151431009
394    Block: 291892151431010
395    Block: 291892151431011
396    Block: 291892151431012
397    Block: 291892151431013
398    Block: 291892151431014
399    Block: 291892151431015
400    Block: 291892151431016
401    Block: 291892151431019
402    Block: 291892151431020
403    Block: 291892151431021
404    Block: 291892151431024
405    Block: 291892151431025
406    Block: 291892151431026
407    Block: 291892151431027
408    Block: 291892151431029
409    Block: 291892151431030
410    Block: 291892151431033
411    Block: 291892151431048
412    Block: 291892151431051
413    Block: 291892151431053
414    Block: 291892151431054

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                                65

Block: 291892151431064
VTD NW013 Subtotal
VTD: NW021
VTD: NW035
Block: 291892151432001
Block: 291892151432002
Block: 291892151432003
Block: 291892151432004
Block: 291892151432005
Block: 291892151432006
Block: 291892151432007
Block: 291892151432008
Block: 291892151432009
Block: 291892151432010
Block: 291892151432014
Block: 291892151432015
Block: 291892151432016
VTD NW035 Subtotal
VTD: NW203
VTD: NW220
Block: 291892132031027
VTD NW220 Subtotal
County St. Louis MO Subtotal
County: Warren MO
District 3 Total
128.474. The fourth congressional district shall be composed of the following:
County: Barton MO
County: Bates MO
County: Benton MO
County: Camden MO
County: Cass MO
County: Cedar MO
County: Dade MO
County: Dallas MO
County: Henry MO
County: Hickory MO
County: Jackson MO

HB 1                                                                66

VTD: 412
VTD: 413
VTD: 414
VTD: 415
VTD: 616
VTD: 617
VTD: 618
VTD: 619
VTD: KC 1001
VTD: KC 1002
VTD: KC 1003
VTD: KC 1004
Block: 290950100021002
Block: 290950100021008
Block: 290950100021014
VTD KC 1004 Subtotal
VTD: KC 1005
VTD: KC 1006
VTD: KC 1007
VTD: KC 1008
Block: 290950100022004
Block: 290950100022008
Block: 290950100022011
VTD KC 1008 Subtotal
VTD: KC 1009
Block: 290950100022002
Block: 290950100022003
Block: 290950100023000
Block: 290950100023001
Block: 290950100023002
Block: 290950100023003
Block: 290950100023004
Block: 290950100023005
Block: 290950100023006
VTD KC 1009 Subtotal
VTD: KC 101
VTD: KC 1010

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1 67

VTD: KC 1011
VTD: KC 1012
VTD: KC 102
VTD: KC 103
VTD: KC 104
VTD: KC 105
VTD: KC 106
VTD: KC 107
VTD: KC 1101
Block: 290950003001011
Block: 290950003001012
Block: 290950003001013
Block: 290950003001014
Block: 290950003001017
Block: 290950003001018
Block: 290950003001019
Block: 290950003001020
Block: 290950003001022
Block: 290950003001024
Block: 290950003001025
Block: 290950003001026
Block: 290950003003016
Block: 290950003003020
Block: 290950003003021
Block: 290950003003022
Block: 290950003003024
Block: 290950003003025
VTD KC 1101 Subtotal
VTD: KC 1108
Block: 290950018002001
Block: 290950018002002
Block: 290950018002003
Block: 290950018002004
Block: 290950018002005
Block: 290950018002006
Block: 290950018002007
Block: 290950018002008

HB 1 68

Block: 290950018002009
Block: 290950018002010
Block: 290950018002011
VTD KC 1108 Subtotal
VTD: KC 1112
VTD: KC 1916
VTD: KC 1919
Block: 290950102031001
Block: 290950102031002
Block: 290950102031003
Block: 290950102031004
Block: 290950102031006
Block: 290950102031007
Block: 290950102031008
Block: 290950102031009
Block: 290950102031010
Block: 290950102031011
Block: 290950102031012
Block: 290950102031013
Block: 290950102031014
Block: 290950102031015
Block: 290950102031016
Block: 290950102031017
Block: 290950102031018
Block: 290950102031019
Block: 290950102031020
Block: 290950102031021
Block: 290950102031024
Block: 290950102034010
Block: 290950102034011
Block: 290950130032033
Block: 290950130032037
Block: 290950131003014
Block: 290950131003015
VTD KC 1919 Subtotal
VTD: KC 2001
Block: 290950131002011

HB 1                                                              69

Block: 290950131002012
Block: 290950131002013
Block: 290950131002016
Block: 290950131002017
Block: 290950132082006
Block: 290950132082007
Block: 290950132082008
Block: 290950132082009
Block: 290950132082010
Block: 290950132082011
Block: 290950132082012
Block: 290950132082013
Block: 290950132082016
VTD KC 2001 Subtotal
VTD: KC 2002
VTD: KC 2003
VTD: KC 2004
Block: 290950102032000
Block: 290950102032001
Block: 290950102032002
Block: 290950102032003
Block: 290950102032004
Block: 290950102032005
Block: 290950102032006
Block: 290950102032007
Block: 290950102032008
Block: 290950102032009
Block: 290950102032010
Block: 290950102032011
Block: 290950102032012
Block: 290950102032013
Block: 290950102032014
Block: 290950102032015
Block: 290950102034000
VTD KC 2004 Subtotal
VTD: KC 2005
Block: 290950102032021

HB 1                                                              70

Block: 290950102032022
Block: 290950102032023
Block: 290950102032024
Block: 290950102033001
Block: 290950102033002
Block: 290950102033003
Block: 290950102033004
Block: 290950102034001
Block: 290950102034002
Block: 290950102034004
Block: 290950102034006
Block: 290950102034007
Block: 290950102034008
Block: 290950102034009
VTD KC 2005 Subtotal
VTD: KC 2006
Block: 290950102033000
Block: 290950102034003
Block: 290950102034005
Block: 290950173001000
Block: 290950173001001
Block: 290950173001002
Block: 290950173001003
Block: 290950173001004
Block: 290950173001005
Block: 290950173001006
Block: 290950173001007
Block: 290950173001008
Block: 290950173001010
Block: 290950173001011
Block: 290950173001012
VTD KC 2006 Subtotal
VTD: KC 2007
VTD: KC 2008
VTD: KC 2009
VTD: KC 201
VTD: KC 2010

HB 1                                                                71

VTD: KC 202
VTD: KC 203
Block: 290950154012001
Block: 290950154012002
Block: 290950154012003
Block: 290950154012004
Block: 290950154012013
Block: 290950154012014
Block: 290950154012015
Block: 290950154012016
Block: 290950154012017
Block: 290950154012020
Block: 290950154012021
Block: 290950154012022
Block: 290950154012023
Block: 290950154012024
VTD KC 203 Subtotal
VTD: KC 208
VTD: KC 212
Block: 290950043001000
Block: 290950043001001
Block: 290950043001007
Block: 290950043001009
Block: 290950043001010
Block: 290950043001019
Block: 290950043001020
Block: 290950043001021
Block: 290950154012037
Block: 290950154012058
Block: 290950158001000
Block: 290950158001027
Block: 290950158001029
Block: 290950158001030
Block: 290950158001064
Block: 290950158002026
Block: 290950159002028
Block: 290950159002029

HB 1                                                                72

Block: 290950161001032
Block: 290950161002033
Block: 290950161002034
Block: 290950161002068
VTD KC 212 Subtotal
VTD: KC 217
Block: 290950154011015
Block: 290950154011016
Block: 290950154011026
Block: 290950154011027
Block: 290950154011028
Block: 290950154011029
Block: 290950154012006
Block: 290950154012007
Block: 290950154012008
Block: 290950154012009
Block: 290950154012010
Block: 290950154012011
Block: 290950154012026
Block: 290950154012027
Block: 290950154012028
Block: 290950154012029
Block: 290950154012036
Block: 290950154012038
VTD KC 217 Subtotal
VTD: KC 218
Block: 290950154011002
Block: 290950154011003
Block: 290950154011004
Block: 290950154011005
Block: 290950154011006
Block: 290950154011008
Block: 290950154011013
Block: 290950154011014
Block: 290950154011017
Block: 290950154011018
Block: 290950154011019

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                                73

| | |
|---|---|
| 272 | Block: 290950154011020 |
| 273 | Block: 290950154011024 |
| 274 | Block: 290950154011025 |
| 275 | Block: 290950154012005 |
| 276 | Block: 290950154012012 |
| 277 | Block: 290950154012025 |
| 278 | VTD KC 218 Subtotal |
| 279 | VTD: KC 2201 |
| 280 | VTD: KC 2202 |
| 281 | VTD: KC 2203 |
| 282 | VTD: KC 2204 |
| 283 | VTD: KC 2205 |
| 284 | VTD: KC 2206 |
| 285 | VTD: KC 2207 |
| 286 | VTD: KC 2208 |
| 287 | VTD: KC 2209 |
| 288 | VTD: KC 2210 |
| 289 | VTD: KC 2211 |
| 290 | VTD: KC 2212 |
| 291 | VTD: KC 2213 |
| 292 | VTD: KC 2502 |
| 293 | VTD: KC 2503 |
| 294 | Block: 290950136124000 |
| 295 | Block: 290950136124002 |
| 296 | Block: 290959883001007 |
| 297 | Block: 290959883001011 |
| 298 | Block: 290959883001012 |
| 299 | Block: 290959883001013 |
| 300 | Block: 290959883001014 |
| 301 | Block: 290959883001015 |
| 302 | Block: 290959883001016 |
| 303 | Block: 290959883001017 |
| 304 | VTD KC 2503 Subtotal |
| 305 | VTD: KC 2508 |
| 306 | Block: 290950132082014 |
| 307 | VTD KC 2508 Subtotal |
| 308 | VTD: KC 2510 |

HB 1                                                                74

| | |
|---|---|
| 309 | VTD: KC 2511 |
| 310 | VTD: KC 2512 |
| 311 | VTD: KC 401 |
| 312 | VTD: KC 402 |
| 313 | VTD: KC 403 |
| 314 | VTD: KC 404 |
| 315 | VTD: KC 405 |
| 316 | VTD: KC 406 |
| 317 | VTD: KC 407 |
| 318 | VTD: KC 408 |
| 319 | VTD: KC 409 |
| 320 | VTD: KC 410 |
| 321 | VTD: KC 411 |
| 322 | VTD: KC 501 |
| 323 | VTD: KC 502 |
| 324 | VTD: KC 503 |
| 325 | VTD: KC 504 |
| 326 | VTD: KC 505 |
| 327 | VTD: KC 506 |
| 328 | VTD: KC 507 |
| 329 | VTD: KC 508 |
| 330 | VTD: KC 509 |
| 331 | VTD: KC 510 |
| 332 | VTD: KC 511 |
| 333 | VTD: KC 512 |
| 334 | VTD: KC 513 |
| 335 | VTD: KC 601 |
| 336 | VTD: KC 602 |
| 337 | VTD: KC 603 |
| 338 | VTD: KC 604 |
| 339 | VTD: KC 605 |
| 340 | VTD: KC 606 |
| 341 | VTD: KC 607 |
| 342 | VTD: KC 608 |
| 343 | VTD: KC 609 |
| 344 | VTD: KC 610 |
| 345 | VTD: KC 611 |

HB 1    75

346    **VTD: KC 612**
347    **VTD: KC 613**
348    **VTD: KC 614**
349    **VTD: KC 615**
350    **VTD: KC 801**
351    **VTD: KC 802**
352    **VTD: KC 803**
353    **VTD: KC 804**
354    **VTD: KC 805**
355    **VTD: KC 806**
356    **VTD: KC 807**
357    **VTD: KC 808**
358    **VTD: KC 809**
359    **Block: 290950086001004**
360    **Block: 290950086001005**
361    **Block: 290950086001006**
362    **Block: 290950086001007**
363    **Block: 290950086001008**
364    **Block: 290950086001009**
365    **Block: 290950086001011**
366    **Block: 290950086001013**
367    **Block: 290950086002006**
368    **Block: 290950086002007**
369    **Block: 290950086002008**
370    **Block: 290950086002009**
371    **Block: 290950086002010**
372    **Block: 290950086002011**
373    **Block: 290950086002012**
374    **Block: 290950086002013**
375    **Block: 290950086002014**
376    **Block: 290950086002015**
377    **Block: 290950086002016**
378    **Block: 290950086002017**
379    **Block: 290950086002018**
380    **Block: 290950086002019**
381    **Block: 290950086002020**
382    **Block: 290950086002021**

HB 1    76

383    **Block: 290950086002022**
384    **Block: 290950086002023**
385    **Block: 290950086002024**
386    **Block: 290950086002025**
387    **Block: 290950086002026**
388    **Block: 290950086002027**
389    **Block: 290950086002028**
390    **VTD KC 809 Subtotal**
391    **VTD: KC 811**
392    **VTD: KC 812**
393    **VTD: KC 813**
394    **VTD: KC 814**
395    **VTD: KC 815**
396    **VTD: KC 901**
397    **VTD: KC 902**
398    **VTD: KC 903**
399    **VTD: KC 904**
400    **VTD: KC 906**
401    **VTD: KC 907**
402    **VTD: KC 908**
403    **VTD: KC 909**
404    **VTD: KC 910**
405    **VTD: KC 911**
406    **VTD: KC WD2 PCT211**
407    **Block: 290950018003000**
408    **Block: 290950018003001**
409    **Block: 290950018003002**
410    **Block: 290950018003003**
411    **Block: 290950018003004**
412    **Block: 290950018003005**
413    **Block: 290950018003006**
414    **Block: 290950018003007**
415    **Block: 290950018003008**
416    **Block: 290950018003009**
417    **Block: 290950018003010**
418    **Block: 290950018003011**
419    **Block: 290950018003012**

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                           77

Block: 290950018003013
Block: 290950018003014
Block: 290950018003015
Block: 290950018003016
Block: 290950018003017
Block: 290950018003018
Block: 290950018003019
Block: 290950018004004
VTD KC WD2 PCT211 Subtotal
VTD: KC WD8 PCT810
VTD: Prairie 03
VTD: Prairie 04
VTD: Prairie 05
VTD: Prairie 06
VTD: Prairie 07
VTD: Prairie 08
VTD: Prairie 09
VTD: Prairie 11
VTD: Prairie 12
VTD: Prairie 13
VTD: Prairie 14
VTD: Prairie 15
VTD: Prairie 16
VTD: Prairie 17
VTD: Prairie 18
VTD: Prairie 19
VTD: Prairie 20
VTD: Prairie 21
VTD: Prairie 22
VTD: Prairie 23
VTD: Prairie 24
VTD: Prairie 26
VTD: Prairie 27
Block: 290950142031000
Block: 290950142031001
Block: 290950142031002
Block: 290950142031003

HB 1                                           78

Block: 290950142031015
Block: 290950142031016
Block: 290950142031017
Block: 290950142031019
Block: 290950142031020
Block: 290950142031021
Block: 290950142032000
Block: 290950142032001
Block: 290950142032002
Block: 290950142032003
Block: 290950142032004
Block: 290950142032005
Block: 290950142032006
Block: 290950142033000
Block: 290950142033001
Block: 290950142033002
Block: 290950142033003
Block: 290950142033004
Block: 290950142033005
Block: 290950142033006
Block: 290950142033007
Block: 290950185003005
Block: 290950185003007
VTD Prairie 27 Subtotal
VTD: Prairie 28
VTD: Prairie 29
Block: 290950142061000
Block: 290950185002000
Block: 290950185002001
Block: 290950185002002
Block: 290950185002006
Block: 290950185003006
Block: 290950185003008
Block: 290950185003009
Block: 290950185003010
Block: 290950185003011
Block: 290950185003012

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1    79

Block: 290950185003013
Block: 290950185003014
Block: 290950185003015
Block: 290950185003016
Block: 290950185003017
Block: 290950185003018
Block: 290950193022015
Block: 290950193022016
Block: 290959891001001
Block: 290959891001002
Block: 290959891001003
Block: 290959891001011
VTD Prairie 29 Subtotal
VTD: Prairie 30
VTD: Prairie 31
VTD: Prairie 32
VTD: Prairie 33
VTD: Prairie 34
VTD: Prairie 35
VTD: Prairie 36
VTD: Prairie 37
VTD: Prairie 38
VTD: Prairie 39
VTD: Prairie 40
VTD: Prairie 41
VTD: Prairie 42
VTD: Prairie 43
VTD: Prairie 44
VTD: Prairie 45
VTD: Prairie 46
VTD: Prairie 47
VTD: Prairie 48
VTD: Prairie 49
VTD: Prairie 50
VTD: Prairie 51
VTD: Prairie 52
VTD: Prairie 56

HB 1    80

VTD: Prairie 59
VTD: Prairie 60
VTD: Prairie 62
VTD: Prarie 02
VTD: Prarie 10
VTD: Prarie 25
VTD: Prarie 53
VTD: Prarie 54
VTD: Prarie 55
VTD: Prarie 57
VTD: Prarie 58
VTD: Prarie 61
VTD: Prarie 63
VTD: Sni-A-Bar 02
Block: 290950193022001
Block: 290950193022003
Block: 290950193022004
Block: 290950193022005
VTD Sni-A-Bar 02 Subtotal
VTD: Sni-A-Bar 03
Block: 290950193022017
VTD Sni-A-Bar 03 Subtotal
VTD: Sni-A-Bar 07
Block: 290950148061000
Block: 290950148061001
Block: 290950149041002
Block: 290950149041003
Block: 290950149041005
Block: 290950149041006
Block: 290950149041007
Block: 290950149041008
Block: 290950149041009
Block: 290950149041013
Block: 290950149041014
Block: 290950149041015
Block: 290950149041017
Block: 290950149041018

HB 1                                                             81

| | |
|---|---|
| Block: 290950149041019 | |
| Block: 290950149041020 | |
| Block: 290950149041021 | |
| Block: 290950149041022 | |
| Block: 290950149041028 | |
| Block: 290950149041029 | |
| Block: 290950149041030 | |
| Block: 290950149041031 | |
| VTD Sni-A-Bar 07 Subtotal | |
| VTD: Sni-A-Bar 08 | |
| Block: 290950148061015 | |
| Block: 290950148061016 | |
| Block: 290950148061017 | |
| Block: 290950148061018 | |
| Block: 290950148062000 | |
| Block: 290950148062001 | |
| Block: 290950148062002 | |
| Block: 290950148062003 | |
| Block: 290950148062004 | |
| Block: 290950148062005 | |
| Block: 290950148062006 | |
| Block: 290950148062007 | |
| Block: 290950148062008 | |
| Block: 290950148062009 | |
| Block: 290950148062010 | |
| Block: 290950148062011 | |
| Block: 290950148062012 | |
| Block: 290950148062013 | |
| Block: 290950148062014 | |
| Block: 290950148062015 | |
| Block: 290950148063000 | |
| Block: 290950148063001 | |
| Block: 290950148063002 | |
| Block: 290950148063003 | |
| Block: 290950148063004 | |
| Block: 290950148063005 | |
| Block: 290950148063006 | |

HB 1                                                             82

| | |
|---|---|
| Block: 290950148063007 | |
| Block: 290950148063008 | |
| Block: 290950148063009 | |
| Block: 290950148063010 | |
| Block: 290959892001002 | |
| Block: 290959892001003 | |
| Block: 290959892001004 | |
| Block: 290959892001005 | |
| VTD Sni-A-Bar 08 Subtotal | |
| VTD: Sni-A-Bar 09 | |
| VTD: Sni-A-Bar 10 | |
| VTD: Sni-A-Bar 11 | |
| VTD: Sni-A-Bar 12 | |
| VTD: Sni-A-Bar 13 | |
| VTD: Sni-A-Bar 14 | |
| Block: 290950149051001 | |
| Block: 290950149051016 | |
| Block: 290950149051017 | |
| Block: 290950149051018 | |
| Block: 290950149051019 | |
| Block: 290950149051020 | |
| Block: 290950149051021 | |
| Block: 290950149051022 | |
| Block: 290950149051025 | |
| Block: 290950149052003 | |
| Block: 290950149052016 | |
| Block: 290950149052017 | |
| Block: 290950149052018 | |
| Block: 290950149052019 | |
| Block: 290950149052020 | |
| Block: 290950149052021 | |
| Block: 290950149052022 | |
| Block: 290950149052025 | |
| Block: 290950149052029 | |
| Block: 290950149052030 | |
| Block: 290950149052031 | |
| Block: 290950149052032 | |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                                  83

642   Block: 290950149052033
643   VTD Sni-A-Bar 14 Subtotal
644   VTD: Sni-A-Bar 15
645   VTD: Sni-A-Bar 16
646   Block: 290950141221006
647   Block: 290950141221007
648   Block: 290950141281001
649   Block: 290950141281002
650   Block: 290950141281003
651   Block: 290950141281004
652   Block: 290950141281005
653   Block: 290950141281008
654   Block: 290950141281009
655   Block: 290950141281010
656   Block: 290950141281017
657   Block: 290950141281018
658   Block: 290950141281019
659   Block: 290950141281020
660   Block: 290950141281024
661   Block: 290950141281025
662   Block: 290950141283000
663   VTD Sni-A-Bar 16 Subtotal
664   VTD: Sni-A-Bar 17
665   VTD: Sni-A-Bar 18
666   VTD: Sni-A-Bar 19
667   VTD: Sni-A-Bar 20
668   VTD: Sni-A-Bar 21
669   VTD: Sni-A-Bar 22
670   VTD: Sni-A-Bar 23
671   VTD: Sni-A-Bar 24
672   VTD: Sni-A-Bar 25
673   VTD: Sni-A-Bar 26
674   VTD: Sni-A-Bar 27
675   VTD: Sni-A-Bar 28
676   VTD: Sni-A-Bar 29
677   VTD: Sni-A-Bar 30
678   VTD: Sni-A-Bar 31

HB 1                                                                  84

679   VTD: Sni-A-Bar 32
680   VTD: Sni-A-Bar 33
681   VTD: Sni-A-Bar 34
682   VTD: Sni-A-Bar 35
683   VTD: Sni-A-Bar 36
684   VTD: Sni-A-Bar 37
685   Block: 290950140021009
686   Block: 290950140021011
687   Block: 290950140021014
688   Block: 290950140021015
689   Block: 290950140021026
690   Block: 290950140021027
691   Block: 290950140021028
692   Block: 290950140021029
693   Block: 290950140021030
694   Block: 290950140021031
695   Block: 290950140021032
696   Block: 290950140021035
697   Block: 290950140021036
698   Block: 290950140022006
699   Block: 290950140022007
700   Block: 290950140022008
701   Block: 290950140022009
702   Block: 290950140022010
703   Block: 290950140022011
704   Block: 290950140022012
705   Block: 290950140022013
706   Block: 290950140022016
707   Block: 290950140022017
708   Block: 290950140022018
709   Block: 290950140022040
710   Block: 290950140022041
711   Block: 290950140051019
712   Block: 290950140063021
713   Block: 290950140063022
714   Block: 290950140063023
715   Block: 290950140063024

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                                      85

Block: 290950140063025
Block: 290950141112001
Block: 290950141112007
Block: 290950141112008
Block: 290950141121000
Block: 290950141121001
Block: 290950141121002
Block: 290950141121003
Block: 290950141121004
Block: 290950141121015
VTD Sni-A-Bar 37 Subtotal
VTD: Sni-A-Bar 41
Block: 290950141281000
VTD Sni-A-Bar 41 Subtotal
VTD: Sni-A-Bar 45
Block: 290950140021019
Block: 290950140021020
Block: 290950140021022
Block: 290950140021023
Block: 290950140021024
Block: 290950140021025
Block: 290950140021033
Block: 290950140021034
Block: 290950140022003
Block: 290950140022004
Block: 290950140022005
Block: 290950140022024
Block: 290950140051035
Block: 290950140051036
Block: 290950140051037
Block: 290950140051039
Block: 290950140051040
Block: 290950140051041
Block: 290950140051042
Block: 290950140054015
Block: 290950140054016
Block: 290950140054018

HB 1                                                                      86

VTD Sni-A-Bar 45 Subtotal
VTD: Sni-A-Bar 83
VTD: Van Buren 01
VTD: Van Buren 02
VTD: Van Buren 03
VTD: Van Buren 04
VTD: Van Buren 06
VTD: Van Buren 07
VTD: Van Buren 08
VTD: Van Buren 09
VTD: Van Buren 10
VTD: Van Buren 11
VTD: Van Buren 12
VTD: Van Buren 13
VTD: Van Buren 14
VTD: Van Buren 15
VTD: Van Buren 16
VTD: Van Buren 17
VTD: Van Buren 18
VTD: Van Buren 19
VTD: Washington 01
VTD: Washington 02
VTD: Washington 03
VTD: Washington 04
VTD: Washington 05
VTD: Washington 06
VTD: Washington 07
VTD: Washington 08
VTD: Washington 09
VTD: Washington 10
VTD: Washington 11
VTD: Washington 12
County Jackson MO Subtotal
County: Laclede MO
County: Polk MO
County: Pulaski MO
County: St. Clair MO

HB 1    87

County: Vernon MO
County: Webster MO
VTD: East Ozark
VTD: Grant
Block: 292254701021041
Block: 292254701021042
Block: 292254701022000
Block: 292254701022001
Block: 292254701022002
Block: 292254701022003
Block: 292254701022004
Block: 292254701022005
Block: 292254701022006
Block: 292254701022007
Block: 292254701022008
Block: 292254701022009
Block: 292254701022010
Block: 292254701022011
Block: 292254701022012
Block: 292254701022013
Block: 292254701022014
Block: 292254701022015
Block: 292254701022019
Block: 292254701022020
Block: 292254701022021
Block: 292254701022022
Block: 292254701022023
Block: 292254701022024
Block: 292254701022025
Block: 292254701022026
Block: 292254701022027
Block: 292254701022028
Block: 292254701022029
Block: 292254701022030
Block: 292254701022031
Block: 292254701022032
Block: 292254701022033

HB 1    88

Block: 292254701022034
Block: 292254701022035
Block: 292254701022036
Block: 292254701022037
Block: 292254701022038
Block: 292254701022039
Block: 292254701022040
Block: 292254701022041
Block: 292254701022042
Block: 292254701022043
Block: 292254701022044
Block: 292254701022045
Block: 292254701022046
Block: 292254701022047
Block: 292254701022048
Block: 292254701022049
Block: 292254701022050
Block: 292254701022051
Block: 292254701022052
Block: 292254701022053
Block: 292254701022054
Block: 292254701022055
Block: 292254701022056
Block: 292254701022057
Block: 292254701022058
Block: 292254701022059
Block: 292254701022061
Block: 292254701023081
Block: 292254701023082
Block: 292254701023085
Block: 292254701023086
VTD Grant Subtotal
VTD: High Prairie
VTD: Jackson
VTD: Marshfield East
VTD: Marshfield West
VTD: Niangua

HB 1                                    89

VTD: Northview A
VTD: Northview B
Block: 292254702022011
Block: 292254702022012
Block: 292254702022013
Block: 292254702022016
Block: 292254702022019
Block: 292254702022020
Block: 292254702022021
Block: 292254702022022
Block: 292254702022023
Block: 292254702022024
Block: 292254702022025
Block: 292254702022037
Block: 292254702022038
Block: 292254702022039
Block: 292254702022040
Block: 292254703022009
Block: 292254703022011
Block: 292254703023000
Block: 292254703023001
Block: 292254703023002
Block: 292254703023003
Block: 292254703023004
Block: 292254703023005
Block: 292254703023006
Block: 292254703023014
Block: 292254703023015
Block: 292254703023016
Block: 292254703023017
Block: 292254703023018
Block: 292254703023019
Block: 292254703023020
Block: 292254703023021
Block: 292254703023022
Block: 292254703023023
Block: 292254703023024

HB 1                                    90

Block: 292254703023025
Block: 292254703023026
Block: 292254703023027
Block: 292254703023034
VTD Northview B Subtotal
VTD: Union
VTD: Washington
County Webster MO Subtotal
District 4 Total
128.475. The fifth congressional district shall be composed of the following:
County: Boone MO
VTD: 07
VTD: 08
VTD: 09
VTD: 10
VTD: 11
VTD: 12
VTD: 15
VTD: 16
VTD: 17
Block: 290190015031004
Block: 290190015031013
Block: 290190015062000
Block: 290190015062001
Block: 290190015062002
Block: 290190015062003
Block: 290190015062004
Block: 290190015062006
Block: 290190015062007
Block: 290190015062012
Block: 290190015062018
Block: 290190015062019
Block: 290190015062021
Block: 290190016031001
Block: 290190016031005
Block: 290190016031006
Block: 290190016031007

HB 1                                            91

| | |
|---|---|
| 29 | Block: 290190016031012 |
| 30 | Block: 290190016031017 |
| 31 | Block: 290190019031003 |
| 32 | Block: 290190019031004 |
| 33 | Block: 290190019031005 |
| 34 | Block: 290190019031006 |
| 35 | Block: 290190019031007 |
| 36 | Block: 290190019031008 |
| 37 | Block: 290190019031009 |
| 38 | Block: 290190019031010 |
| 39 | Block: 290190019031011 |
| 40 | Block: 290190019031012 |
| 41 | Block: 290190019031013 |
| 42 | Block: 290190019031014 |
| 43 | Block: 290190019031015 |
| 44 | Block: 290190019031016 |
| 45 | Block: 290190019031017 |
| 46 | Block: 290190019031018 |
| 47 | Block: 290190019031019 |
| 48 | Block: 290190019031020 |
| 49 | Block: 290190019031021 |
| 50 | Block: 290190019031022 |
| 51 | Block: 290190019031023 |
| 52 | Block: 290190019031024 |
| 53 | Block: 290190019032037 |
| 54 | Block: 290190019032038 |
| 55 | Block: 290190019032044 |
| 56 | Block: 290190019032045 |
| 57 | Block: 290190019032046 |
| 58 | Block: 290190019032047 |
| 59 | Block: 290190019032049 |
| 60 | Block: 290190019033053 |
| 61 | Block: 290190019033054 |
| 62 | Block: 290190019033055 |
| 63 | Block: 290190019033056 |
| 64 | Block: 290190019033057 |
| 65 | Block: 290190019033059 |

HB 1                                            92

| | |
|---|---|
| 66 | Block: 290190019033060 |
| 67 | VTD 17 Subtotal |
| 68 | VTD: 18 |
| 69 | VTD: 19 |
| 70 | VTD: 20 |
| 71 | Block: 290190014013030 |
| 72 | Block: 290190014013031 |
| 73 | Block: 290190014013032 |
| 74 | Block: 290190014013048 |
| 75 | Block: 290190014013051 |
| 76 | Block: 290190014024000 |
| 77 | Block: 290190014024004 |
| 78 | Block: 290190014024005 |
| 79 | Block: 290190014024006 |
| 80 | Block: 290190014024007 |
| 81 | Block: 290190014024008 |
| 82 | Block: 290190014024011 |
| 83 | Block: 290190014024012 |
| 84 | Block: 290190018031003 |
| 85 | Block: 290190018031004 |
| 86 | Block: 290190018031005 |
| 87 | Block: 290190018031006 |
| 88 | Block: 290190018031007 |
| 89 | Block: 290190018031008 |
| 90 | Block: 290190018031010 |
| 91 | Block: 290190018031011 |
| 92 | Block: 290190018031019 |
| 93 | Block: 290190018031020 |
| 94 | Block: 290190018031021 |
| 95 | Block: 290190018031022 |
| 96 | Block: 290190018031023 |
| 97 | Block: 290190018031024 |
| 98 | Block: 290190018031025 |
| 99 | Block: 290190018031026 |
| 100 | Block: 290190018031027 |
| 101 | Block: 290190018031028 |
| 102 | Block: 290190018032000 |

HB 1                                    93

HB 1                                    94

| | |
|---|---|
| 103 | Block: 290190018032001 |
| 104 | Block: 290190018032007 |
| 105 | Block: 290190019012028 |
| 106 | Block: 290190019012029 |
| 107 | Block: 290190019012030 |
| 108 | Block: 290190019012031 |
| 109 | Block: 290190019012032 |
| 110 | Block: 290190019012037 |
| 111 | Block: 290190019012038 |
| 112 | Block: 290190019012046 |
| 113 | Block: 290190019012047 |
| 114 | Block: 290190019012049 |
| 115 | Block: 290190019012051 |
| 116 | Block: 290190019013050 |
| 117 | VTD 20 Subtotal |
| 118 | VTD: 21 |
| 119 | Block: 290190013003003 |
| 120 | Block: 290190013003004 |
| 121 | Block: 290190018061007 |
| 122 | Block: 290190018071011 |
| 123 | Block: 290190018071012 |
| 124 | Block: 290190018071013 |
| 125 | Block: 290190018071014 |
| 126 | Block: 290190018071015 |
| 127 | Block: 290190018071016 |
| 128 | Block: 290190018071022 |
| 129 | Block: 290190018071023 |
| 130 | Block: 290190018071024 |
| 131 | Block: 290190018071025 |
| 132 | Block: 290190018071026 |
| 133 | Block: 290190018071027 |
| 134 | Block: 290190018071028 |
| 135 | Block: 290190018072000 |
| 136 | Block: 290190018072012 |
| 137 | Block: 290190018072014 |
| 138 | Block: 290190018072017 |
| 139 | Block: 290190018072018 |

| | |
|---|---|
| 140 | Block: 290190018072022 |
| 141 | Block: 290190018072023 |
| 142 | VTD 21 Subtotal |
| 143 | VTD: 22 |
| 144 | Block: 290190014012004 |
| 145 | Block: 290190014012005 |
| 146 | Block: 290190014012006 |
| 147 | Block: 290190014012007 |
| 148 | Block: 290190014012008 |
| 149 | Block: 290190014012009 |
| 150 | Block: 290190014012010 |
| 151 | Block: 290190014012011 |
| 152 | Block: 290190014012012 |
| 153 | Block: 290190014012013 |
| 154 | Block: 290190014012015 |
| 155 | Block: 290190014012016 |
| 156 | Block: 290190014012019 |
| 157 | Block: 290190014012020 |
| 158 | Block: 290190014012021 |
| 159 | Block: 290190014012027 |
| 160 | Block: 290190014012028 |
| 161 | Block: 290190014012031 |
| 162 | Block: 290190014013000 |
| 163 | Block: 290190014013001 |
| 164 | Block: 290190014013002 |
| 165 | Block: 290190014013003 |
| 166 | Block: 290190014013004 |
| 167 | Block: 290190014013005 |
| 168 | Block: 290190014013006 |
| 169 | Block: 290190014013012 |
| 170 | Block: 290190014013017 |
| 171 | Block: 290190014013025 |
| 172 | Block: 290190014013026 |
| 173 | Block: 290190014013027 |
| 174 | Block: 290190014013028 |
| 175 | Block: 290190014013029 |
| 176 | Block: 290190014013033 |

HB I                                    95

Block: 290190014013055
Block: 290190018031012
Block: 290190018031013
Block: 290190018031014
Block: 290190018031029
Block: 290190018031030
VTD 22 Subtotal
VTD: 2I
Block: 290190014013053
VTD 21 Subtotal
VTD: 2K
Block: 290190018072001
Block: 290190018072002
Block: 290190018072003
Block: 290190018072004
Block: 290190018072005
Block: 290190018072006
Block: 290190018072007
Block: 290190018072008
Block: 290190018072010
VTD 2K Subtotal
VTD: 37
Block: 290190017021039
Block: 290190017021040
Block: 290190018062032
Block: 290190018062034
Block: 290190018062039
Block: 290190018062040
Block: 290190018062041
Block: 290190018062042
Block: 290190018062043
Block: 290190018062045
VTD 37 Subtotal
VTD: 38
VTD: 39
VTD: 3A
Block: 290190015062030

HB I                                    96

VTD 3A Subtotal
VTD: 3B
Block: 290190015062017
VTD 3B Subtotal
VTD: 40
Block: 290190015031005
Block: 290190015031006
Block: 290190015031007
Block: 290190015031008
Block: 290190015031009
Block: 290190015031021
Block: 290190015031022
Block: 290190015031026
Block: 290190015033000
Block: 290190015033001
Block: 290190015033002
Block: 290190015033003
Block: 290190015033004
Block: 290190015033005
Block: 290190015033009
Block: 290190015033010
Block: 290190015033011
Block: 290190015033013
Block: 290190015033015
Block: 290190015033017
Block: 290190015033018
Block: 290190015033019
Block: 290190015033020
Block: 290190015033021
Block: 290190015033023
Block: 290190015033024
Block: 290190015033031
Block: 290190015033053
Block: 290190015033054
Block: 290190015033055
Block: 290190019032050
Block: 290190019032051

HB 1    97

Block: 290190019032054
VTD 40 Subtotal
VTD: 45
Block: 290190015031023
Block: 290190015031024
Block: 290190015031025
Block: 290190015031027
Block: 290190015031028
Block: 290190015031029
Block: 290190015031030
Block: 290190015031031
Block: 290190015032015
Block: 290190015033027
Block: 290190015033029
Block: 290190015033032
Block: 290190015033049
Block: 290190015033050
Block: 290190015033051
Block: 290190015033056
Block: 290190015033057
Block: 290190015033058
Block: 290190015081000
Block: 290190015081001
VTD 45 Subtotal
VTD: 4B
Block: 290190018071000
Block: 290190018071001
Block: 290190018071002
Block: 290190018071003
Block: 290190018071004
Block: 290190018071005
Block: 290190018071006
Block: 290190018071007
Block: 290190018071008
Block: 290190018071009
Block: 290190018071010
Block: 290190018072009

HB 1    98

Block: 290190018072011
Block: 290190018072013
Block: 290190018072016
Block: 290190018072019
Block: 290190018072020
Block: 290190018072021
Block: 290190018072026
VTD 4B Subtotal
VTD: 4K
Block: 290190018072027
VTD 4K Subtotal
VTD: 4L
Block: 290190018072015
VTD 4L Subtotal
County Boone MO Subtotal
County: Cole MO
County: Cooper MO
County: Howard MO
County: Jackson MO
VTD: 1603
VTD: Blue 01-01
VTD: Blue 01-02
VTD: Blue 01-03
VTD: Blue 01-04
VTD: Blue 01-05
VTD: Blue 01-06
VTD: Blue 01-07
VTD: Blue 01-08
VTD: Blue 01-09
VTD: Blue 02-01
VTD: Blue 02-02
VTD: Blue 02-03
VTD: Blue 02-04
VTD: Blue 02-05
VTD: Blue 02-06
VTD: Blue 02-07
VTD: Blue 03-01

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1     99

| | |
|---|---|
| 325 | VTD: Blue 03-02 |
| 326 | VTD: Blue 03-03 |
| 327 | VTD: Blue 03-04 |
| 328 | VTD: Blue 03-05 |
| 329 | VTD: Blue 03-06 |
| 330 | VTD: Blue 03-07 |
| 331 | VTD: Blue 03-08 |
| 332 | VTD: Blue 03-09 |
| 333 | VTD: Blue 04-01 |
| 334 | VTD: Blue 04-02 |
| 335 | VTD: Blue 04-03 |
| 336 | VTD: Blue 04-04 |
| 337 | VTD: Blue 04-05 |
| 338 | VTD: Blue 04-06 |
| 339 | VTD: Blue 04-07 |
| 340 | VTD: Blue 04-08 |
| 341 | VTD: Blue 04-09 |
| 342 | VTD: Blue 04-10 |
| 343 | VTD: Blue 05-01 |
| 344 | VTD: Blue 05-02 |
| 345 | VTD: Blue 05-03 |
| 346 | VTD: Blue 05-04 |
| 347 | VTD: Blue 05-05 |
| 348 | VTD: Blue 05-06 |
| 349 | VTD: Blue 05-07 |
| 350 | VTD: Blue 05-08 |
| 351 | VTD: Blue 05-09 |
| 352 | VTD: Blue 06-01 |
| 353 | VTD: Blue 06-02 |
| 354 | VTD: Blue 06-03 |
| 355 | VTD: Blue 06-04 |
| 356 | VTD: Blue 06-05 |
| 357 | VTD: Blue 06-06 |
| 358 | VTD: Blue 06-07 |
| 359 | VTD: Blue 07-01 |
| 360 | VTD: Blue 07-02 |
| 361 | VTD: Blue 07-03 |

HB 1     100

| | |
|---|---|
| 362 | VTD: Blue 07-04 |
| 363 | VTD: Blue 07-05 |
| 364 | VTD: Blue 07-06 |
| 365 | VTD: Blue 07-07 |
| 366 | VTD: Blue 07-08 |
| 367 | VTD: Blue 07-09 |
| 368 | VTD: Blue 08-01 |
| 369 | VTD: Blue 08-02 |
| 370 | VTD: Blue 08-03 |
| 371 | VTD: Blue 08-04 |
| 372 | VTD: Blue 08-05 |
| 373 | VTD: Blue 08-06 |
| 374 | VTD: Blue 08-07 |
| 375 | VTD: Blue 08-08 |
| 376 | VTD: Brooking No. 1 |
| 377 | VTD: Brooking No. 10 |
| 378 | VTD: Brooking No. 11 |
| 379 | VTD: Brooking No. 12 |
| 380 | VTD: Brooking No. 13 |
| 381 | VTD: Brooking No. 14 |
| 382 | VTD: Brooking No. 15 |
| 383 | VTD: Brooking No. 16 |
| 384 | VTD: Brooking No. 17 |
| 385 | VTD: Brooking No. 18 |
| 386 | VTD: Brooking No. 19 |
| 387 | VTD: Brooking No. 2 |
| 388 | VTD: Brooking No. 20 |
| 389 | VTD: Brooking No. 3 |
| 390 | VTD: Brooking No. 4 |
| 391 | VTD: Brooking No. 5 |
| 392 | VTD: Brooking No. 6 |
| 393 | VTD: Brooking No. 7 |
| 394 | VTD: Brooking No. 8 |
| 395 | VTD: Brooking No. 9 |
| 396 | VTD: Fort Osage 01 |
| 397 | VTD: Fort Osage 02 |
| 398 | VTD: Fort Osage 03 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                            101

VTD: Fort Osage 04
VTD: Fort Osage 05
VTD: Fort Osage 06
VTD: Fort Osage 07
VTD: Fort Osage 08
VTD: Fort Osage 09
VTD: Fort Osage 10
VTD: KC 1004
Block: 290950100021000
Block: 290950100021001
Block: 290950100021009
Block: 290950100021010
Block: 290950100021011
VTD KC 1004 Subtotal
VTD: KC 1008
Block: 290950100022005
Block: 290950100022006
Block: 290950100022007
Block: 290950100022009
Block: 290950100022010
VTD KC 1008 Subtotal
VTD: KC 1009
Block: 290950100022000
Block: 290950100022001
VTD KC 1009 Subtotal
VTD: KC 1108
Block: 290950018002000
VTD KC 1108 Subtotal
VTD: KC 1201
Block: 290950007003001
Block: 290950007003002
Block: 290950007003003
Block: 290950007003004
Block: 290950007003007
Block: 290950007003008
Block: 290950008002000
Block: 290950008002001

HB 1                                            102

VTD KC 1201 Subtotal
VTD: KC 1205
VTD: KC 1206
VTD: KC 1207
VTD: KC 1208
VTD: KC 1209
VTD: KC 1210
VTD: KC 1211
VTD: KC 1212
VTD: KC 1301
VTD: KC 1303
VTD: KC 1304
VTD: KC 1305
VTD: KC 1306
VTD: KC 1307
VTD: KC 1308
VTD: KC 1309
VTD: KC 1310
VTD: KC 1311
VTD: KC 1313
VTD: KC 1401
VTD: KC 1402
VTD: KC 1403
VTD: KC 1404
VTD: KC 1405
VTD: KC 1406
VTD: KC 1407
VTD: KC 1408
VTD: KC 1409
VTD: KC 1410
VTD: KC 1411
VTD: KC 1412
VTD: KC 1413
VTD: KC 1414
VTD: KC 1415
VTD: KC 1501
VTD: KC 1502

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                              103

| | |
|---|---|
| 473 | **VTD: KC 1503** |
| 474 | **VTD: KC 1504** |
| 475 | **VTD: KC 1505** |
| 476 | **VTD: KC 1506** |
| 477 | **VTD: KC 1507** |
| 478 | **VTD: KC 1508** |
| 479 | **VTD: KC 1509** |
| 480 | **VTD: KC 1510** |
| 481 | **VTD: KC 1511** |
| 482 | **VTD: KC 1512** |
| 483 | **VTD: KC 1513** |
| 484 | **VTD: KC 1514** |
| 485 | **VTD: KC 1515** |
| 486 | **VTD: KC 1516** |
| 487 | **VTD: KC 1517** |
| 488 | **VTD: KC 1518** |
| 489 | **VTD: KC 1519** |
| 490 | **VTD: KC 1520** |
| 491 | **VTD: KC 1521** |
| 492 | **VTD: KC 1522** |
| 493 | **VTD: KC 1523** |
| 494 | **VTD: KC 1524** |
| 495 | **VTD: KC 1601** |
| 496 | **VTD: KC 1602** |
| 497 | **VTD: KC 1604** |
| 498 | **VTD: KC 1605** |
| 499 | **VTD: KC 1606** |
| 500 | **VTD: KC 1607** |
| 501 | **VTD: KC 1608** |
| 502 | **VTD: KC 1609** |
| 503 | **VTD: KC 1610** |
| 504 | **VTD: KC 1611** |
| 505 | **VTD: KC 1612** |
| 506 | **VTD: KC 1613** |
| 507 | **VTD: KC 1614** |
| 508 | **VTD: KC 1615** |
| 509 | **VTD: KC 1701** |

HB 1                                                              104

| | |
|---|---|
| 510 | **VTD: KC 1702** |
| 511 | **VTD: KC 1703** |
| 512 | **VTD: KC 1704** |
| 513 | **VTD: KC 1705** |
| 514 | **VTD: KC 1706** |
| 515 | **VTD: KC 1707** |
| 516 | **VTD: KC 1708** |
| 517 | **VTD: KC 1709** |
| 518 | **VTD: KC 1710** |
| 519 | **VTD: KC 1711** |
| 520 | **VTD: KC 1712** |
| 521 | **VTD: KC 1713** |
| 522 | **VTD: KC 1714** |
| 523 | **VTD: KC 1801** |
| 524 | **VTD: KC 1802** |
| 525 | **VTD: KC 1803** |
| 526 | **VTD: KC 1804** |
| 527 | **VTD: KC 1805** |
| 528 | **VTD: KC 1806** |
| 529 | **VTD: KC 1807** |
| 530 | **VTD: KC 1808** |
| 531 | **VTD: KC 1809** |
| 532 | **VTD: KC 1810** |
| 533 | **VTD: KC 1811** |
| 534 | **VTD: KC 1812** |
| 535 | **VTD: KC 1813** |
| 536 | **VTD: KC 1814** |
| 537 | **VTD: KC 1815** |
| 538 | **VTD: KC 1816** |
| 539 | **VTD: KC 1901** |
| 540 | **VTD: KC 1902** |
| 541 | **VTD: KC 1903** |
| 542 | **VTD: KC 1904** |
| 543 | **VTD: KC 1905** |
| 544 | **VTD: KC 1906** |
| 545 | **VTD: KC 1907** |
| 546 | **VTD: KC 1908** |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1    105

| | |
|---|---|
| 547 | VTD: KC 1909 |
| 548 | VTD: KC 1910 |
| 549 | VTD: KC 1911 |
| 550 | VTD: KC 1912 |
| 551 | VTD: KC 1913 |
| 552 | VTD: KC 1914 |
| 553 | VTD: KC 1915 |
| 554 | VTD: KC 1917 |
| 555 | VTD: KC 1918 |
| 556 | VTD: KC 1919 |
| 557 | Block: 290950102011013 |
| 558 | Block: 290950130032034 |
| 559 | VTD KC 1919 Subtotal |
| 560 | VTD: KC 1920 |
| 561 | VTD: KC 1921 |
| 562 | VTD: KC 1922 |
| 563 | VTD: KC 1923 |
| 564 | VTD: KC 2001 |
| 565 | Block: 290950132082004 |
| 566 | Block: 290950132082005 |
| 567 | VTD KC 2001 Subtotal |
| 568 | VTD: KC 2004 |
| 569 | Block: 290950102011012 |
| 570 | VTD KC 2004 Subtotal |
| 571 | VTD: KC 2005 |
| 572 | Block: 290950102011011 |
| 573 | VTD KC 2005 Subtotal |
| 574 | VTD: KC 2006 |
| 575 | Block: 290950101031016 |
| 576 | Block: 290950101032004 |
| 577 | Block: 290950101032005 |
| 578 | Block: 290950101033007 |
| 579 | VTD KC 2006 Subtotal |
| 580 | VTD: KC 203 |
| 581 | Block: 290950154012030 |
| 582 | Block: 290950154012031 |
| 583 | Block: 290950154012032 |

HB 1    106

| | |
|---|---|
| 584 | Block: 290950154012033 |
| 585 | Block: 290950154012034 |
| 586 | Block: 290950154012039 |
| 587 | Block: 290950154012040 |
| 588 | Block: 290950154012041 |
| 589 | Block: 290950154012042 |
| 590 | Block: 290950154012046 |
| 591 | Block: 290950154012047 |
| 592 | Block: 290950154012054 |
| 593 | Block: 290950154012055 |
| 594 | Block: 290950154012056 |
| 595 | Block: 290950154012057 |
| 596 | Block: 290950154013011 |
| 597 | Block: 290950154013012 |
| 598 | Block: 290950154013013 |
| 599 | Block: 290950154013014 |
| 600 | Block: 290950154013015 |
| 601 | Block: 290950161002000 |
| 602 | Block: 290950161002001 |
| 603 | Block: 290950161002002 |
| 604 | Block: 290950161002003 |
| 605 | Block: 290950161002004 |
| 606 | Block: 290950161002005 |
| 607 | Block: 290950161002006 |
| 608 | Block: 290950161002007 |
| 609 | Block: 290950161002008 |
| 610 | Block: 290950161002009 |
| 611 | Block: 290950161002010 |
| 612 | Block: 290950161002011 |
| 613 | Block: 290950161002012 |
| 614 | Block: 290950161002013 |
| 615 | Block: 290950161002014 |
| 616 | Block: 290950161002015 |
| 617 | Block: 290950161002016 |
| 618 | Block: 290950161002017 |
| 619 | VTD KC 203 Subtotal |
| 620 | VTD: KC 204 |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                                    107

| | |
|---|---|
| 621 | **VTD: KC 207** |
| 622 | **VTD: KC 209** |
| 623 | **VTD: KC 210** |
| 624 | **VTD: KC 212** |
| 625 | **Block: 290950154012059** |
| 626 | **Block: 290950161001012** |
| 627 | **Block: 290950161001013** |
| 628 | **Block: 290950161001014** |
| 629 | **Block: 290950161001015** |
| 630 | **Block: 290950161001028** |
| 631 | **Block: 290950161001029** |
| 632 | **Block: 290950161002032** |
| 633 | **Block: 290950161002035** |
| 634 | **Block: 290950161002038** |
| 635 | **Block: 290950161002039** |
| 636 | **VTD KC 212 Subtotal** |
| 637 | **VTD: KC 213** |
| 638 | **VTD: KC 214** |
| 639 | **VTD: KC 215** |
| 640 | **VTD: KC 217** |
| 641 | **Block: 290950154012035** |
| 642 | **Block: 290950154012044** |
| 643 | **Block: 290950154012045** |
| 644 | **Block: 290950154012049** |
| 645 | **Block: 290950154012050** |
| 646 | **VTD KC 217 Subtotal** |
| 647 | **VTD: KC 218** |
| 648 | **Block: 290950154012043** |
| 649 | **Block: 290950154012048** |
| 650 | **Block: 290950154012051** |
| 651 | **Block: 290950154012052** |
| 652 | **Block: 290950154012053** |
| 653 | **Block: 290950161002031** |
| 654 | **Block: 290950161002036** |
| 655 | **Block: 290950161002037** |
| 656 | **Block: 290950161002041** |
| 657 | **VTD KC 218 Subtotal** |

HB 1                                                                    108

| | |
|---|---|
| 658 | **VTD: KC 2301** |
| 659 | **VTD: KC 2302** |
| 660 | **VTD: KC 2303** |
| 661 | **VTD: KC 2304** |
| 662 | **VTD: KC 2305** |
| 663 | **VTD: KC 2306** |
| 664 | **VTD: KC 2307** |
| 665 | **VTD: KC 2308** |
| 666 | **VTD: KC 2309** |
| 667 | **VTD: KC 2310** |
| 668 | **VTD: KC 2311** |
| 669 | **VTD: KC 2312** |
| 670 | **VTD: KC 2313** |
| 671 | **VTD: KC 2314** |
| 672 | **VTD: KC 2315** |
| 673 | **VTD: KC 2316** |
| 674 | **VTD: KC 2401** |
| 675 | **VTD: KC 2402** |
| 676 | **VTD: KC 2403** |
| 677 | **VTD: KC 2404** |
| 678 | **VTD: KC 2405** |
| 679 | **VTD: KC 2406** |
| 680 | **VTD: KC 2407** |
| 681 | **VTD: KC 2408** |
| 682 | **VTD: KC 2409** |
| 683 | **VTD: KC 2410** |
| 684 | **VTD: KC 2411** |
| 685 | **VTD: KC 2412** |
| 686 | **VTD: KC 2413** |
| 687 | **VTD: KC 2414** |
| 688 | **VTD: KC 2415** |
| 689 | **VTD: KC 2416** |
| 690 | **VTD: KC 2417** |
| 691 | **VTD: KC 2418** |
| 692 | **VTD: KC 2419** |
| 693 | **VTD: KC 2420** |
| 694 | **VTD: KC 2421** |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                    109

| | |
|---|---|
| 695 | **VTD: KC 2422** |
| 696 | **VTD: KC 2423** |
| 697 | **VTD: KC 2424** |
| 698 | **VTD: KC 2425** |
| 699 | **VTD: KC 2426** |
| 700 | **VTD: KC 2427** |
| 701 | **VTD: KC 2428** |
| 702 | **VTD: KC 2429** |
| 703 | **VTD: KC 2430** |
| 704 | **VTD: KC 2431** |
| 705 | **VTD: KC 2501** |
| 706 | **VTD: KC 2503** |
| 707 | **Block: 290950129064013** |
| 708 | **Block: 290950129064014** |
| 709 | **Block: 290950132081009** |
| 710 | **Block: 290950132101000** |
| 711 | **Block: 290950132101001** |
| 712 | **Block: 290950132101004** |
| 713 | **Block: 290950132101005** |
| 714 | **Block: 290950132101008** |
| 715 | **Block: 290950132101009** |
| 716 | **Block: 290950132101010** |
| 717 | **Block: 290950144001046** |
| 718 | **Block: 290950144001047** |
| 719 | **Block: 290950144001048** |
| 720 | **Block: 290950144001049** |
| 721 | **Block: 290950144001050** |
| 722 | **Block: 290950144001051** |
| 723 | **Block: 290950144001054** |
| 724 | **Block: 290959883001000** |
| 725 | **Block: 290959883001001** |
| 726 | **Block: 290959883001002** |
| 727 | **Block: 290959883001003** |
| 728 | **Block: 290959883001005** |
| 729 | **Block: 290959883001006** |
| 730 | **Block: 290959883001008** |
| 731 | **Block: 290959883001009** |

HB 1                                                    110

| | |
|---|---|
| 732 | **Block: 290959883001010** |
| 733 | **Block: 290959883001033** |
| 734 | **VTD KC 2503 Subtotal** |
| 735 | **VTD: KC 2504** |
| 736 | **VTD: KC 2505** |
| 737 | **VTD: KC 2506** |
| 738 | **VTD: KC 2507** |
| 739 | **VTD: KC 2508** |
| 740 | **Block: 290950131001010** |
| 741 | **Block: 290950132033004** |
| 742 | **Block: 290950132033005** |
| 743 | **Block: 290950132034003** |
| 744 | **Block: 290950132034004** |
| 745 | **Block: 290950132034005** |
| 746 | **Block: 290950132034006** |
| 747 | **Block: 290950132034007** |
| 748 | **Block: 290950132034008** |
| 749 | **Block: 290950132034009** |
| 750 | **Block: 290950132034010** |
| 751 | **Block: 290950132034011** |
| 752 | **Block: 290950132034012** |
| 753 | **Block: 290950132034013** |
| 754 | **Block: 290950132034014** |
| 755 | **Block: 290950132082000** |
| 756 | **Block: 290950132082001** |
| 757 | **Block: 290950132082002** |
| 758 | **Block: 290950132082003** |
| 759 | **Block: 290950132082015** |
| 760 | **Block: 290950132082017** |
| 761 | **VTD KC 2508 Subtotal** |
| 762 | **VTD: KC 2509** |
| 763 | **VTD: KC 2513** |
| 764 | **VTD: KC 2514** |
| 765 | **VTD: KC 2601** |
| 766 | **VTD: KC 2602** |
| 767 | **VTD: KC 2603** |
| 768 | **VTD: KC 2604** |

HB 1          111

| | |
|---|---|
| 769 | **VTD: KC 2605** |
| 770 | **VTD: KC 2606** |
| 771 | **VTD: KC 2607** |
| 772 | **VTD: KC 2608** |
| 773 | **VTD: KC 2609** |
| 774 | **VTD: KC 2610** |
| 775 | **VTD: KC 2611** |
| 776 | **VTD: KC 2612** |
| 777 | **VTD: KC 2613** |
| 778 | **VTD: KC 301** |
| 779 | **VTD: KC 302** |
| 780 | **VTD: KC 303** |
| 781 | **VTD: KC 304** |
| 782 | **VTD: KC 305** |
| 783 | **VTD: KC 306** |
| 784 | **VTD: KC 307** |
| 785 | **VTD: KC 308** |
| 786 | **VTD: KC 309** |
| 787 | **VTD: KC 310** |
| 788 | **VTD: KC 311** |
| 789 | **VTD: KC 312** |
| 790 | **VTD: KC 313** |
| 791 | **VTD: KC 314** |
| 792 | **VTD: KC 315** |
| 793 | **VTD: KC 316** |
| 794 | **VTD: KC 317** |
| 795 | **VTD: KC 318** |
| 796 | **VTD: KC 701** |
| 797 | **VTD: KC 702** |
| 798 | **VTD: KC 703** |
| 799 | **VTD: KC 704** |
| 800 | **VTD: KC 705** |
| 801 | **VTD: KC 706** |
| 802 | **VTD: KC 707** |
| 803 | **VTD: KC 708** |
| 804 | **VTD: KC 709** |
| 805 | **VTD: KC 710** |

HB 1          112

| | |
|---|---|
| 806 | **VTD: KC 711** |
| 807 | **VTD: KC 712** |
| 808 | **VTD: KC 713** |
| 809 | **VTD: KC 714** |
| 810 | **VTD: KC 715** |
| 811 | **VTD: KC 716** |
| 812 | **VTD: KC 717** |
| 813 | **VTD: KC 718** |
| 814 | **VTD: KC 809** |
| 815 | **Block: 290950086001010** |
| 816 | **Block: 290950086001012** |
| 817 | **VTD KC 809 Subtotal** |
| 818 | **VTD: KC 811** |
| 819 | **VTD: KC 905** |
| 820 | **VTD: KC 913** |
| 821 | **VTD: KC WD13 PCT1302** |
| 822 | **VTD: KC WD2 PCT205** |
| 823 | **VTD: KC WD2 PCT206** |
| 824 | **VTD: KC WD2 PCT211** |
| 825 | **Block: 290950018004000** |
| 826 | **Block: 290950018004001** |
| 827 | **Block: 290950018004002** |
| 828 | **Block: 290950018004003** |
| 829 | **Block: 290950018004005** |
| 830 | **Block: 290950018004006** |
| 831 | **Block: 290950018004007** |
| 832 | **Block: 290950018004008** |
| 833 | **Block: 290950018004009** |
| 834 | **Block: 290950018004010** |
| 835 | **Block: 290950018004011** |
| 836 | **Block: 290950018004012** |
| 837 | **Block: 290950018004013** |
| 838 | **Block: 290950018004014** |
| 839 | **Block: 290950018004015** |
| 840 | **Block: 290950160001000** |
| 841 | **Block: 290950160001001** |
| 842 | **Block: 290950160001002** |

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                    113

| | |
|---|---|
| 843 | Block: 290950160001003 |
| 844 | Block: 290950160001004 |
| 845 | Block: 290950160001005 |
| 846 | Block: 290950160001006 |
| 847 | Block: 290950160001007 |
| 848 | Block: 290950160001008 |
| 849 | Block: 290950160001009 |
| 850 | Block: 290950160001010 |
| 851 | Block: 290950160001011 |
| 852 | Block: 290950160001012 |
| 853 | Block: 290950160001013 |
| 854 | Block: 290950160001014 |
| 855 | Block: 290950160001015 |
| 856 | Block: 290950160001016 |
| 857 | Block: 290950160001017 |
| 858 | Block: 290950160001018 |
| 859 | Block: 290950160001019 |
| 860 | Block: 290950160001020 |
| 861 | Block: 290950160001021 |
| 862 | Block: 290950160001022 |
| 863 | Block: 290950160001023 |
| 864 | Block: 290950160001024 |
| 865 | Block: 290950160001025 |
| 866 | Block: 290950160001028 |
| 867 | Block: 290950160001029 |
| 868 | Block: 290950160001030 |
| 869 | Block: 290950160001032 |
| 870 | Block: 290950160001033 |
| 871 | Block: 290950160001034 |
| 872 | Block: 290950160001035 |
| 873 | Block: 290950160001036 |
| 874 | Block: 290950160001037 |
| 875 | Block: 290950160001038 |
| 876 | Block: 290950160001039 |
| 877 | Block: 290950160001051 |
| 878 | Block: 290950160001052 |
| 879 | VTD KC WD2 PCT211 Subtotal |

HB 1                                                    114

| | |
|---|---|
| 880 | VTD: KC1314 |
| 881 | VTD: Prairie 27 |
| 882 | Block: 290950185003004 |
| 883 | VTD Prairie 27 Subtotal |
| 884 | VTD: Prairie 29 |
| 885 | Block: 290950185003000 |
| 886 | Block: 290950185003001 |
| 887 | Block: 290950185003002 |
| 888 | Block: 290950185003003 |
| 889 | Block: 290950193022014 |
| 890 | VTD Prairie 29 Subtotal |
| 891 | VTD: Prarie 01 |
| 892 | VTD: Sni-A-Bar 01 |
| 893 | VTD: Sni-A-Bar 02 |
| 894 | Block: 290950145031003 |
| 895 | Block: 290950145031004 |
| 896 | Block: 290950145031013 |
| 897 | Block: 290950145031014 |
| 898 | Block: 290950193012014 |
| 899 | Block: 290950193022000 |
| 900 | Block: 290950193022009 |
| 901 | Block: 290950193022010 |
| 902 | Block: 290950193022011 |
| 903 | Block: 290950193022019 |
| 904 | VTD Sni-A-Bar 02 Subtotal |
| 905 | VTD: Sni-A-Bar 03 |
| 906 | Block: 290950193022006 |
| 907 | Block: 290950193022007 |
| 908 | Block: 290950193022008 |
| 909 | VTD Sni-A-Bar 03 Subtotal |
| 910 | VTD: Sni-A-Bar 04 |
| 911 | VTD: Sni-A-Bar 05 |
| 912 | VTD: Sni-A-Bar 06 |
| 913 | VTD: Sni-A-Bar 07 |
| 914 | Block: 290950148041042 |
| 915 | Block: 290950148041043 |
| 916 | Block: 290950148041044 |

Block: 290950149033024
Block: 290950149033025
Block: 290950149033026
Block: 290950149033027
Block: 290950149033028
Block: 290950149041000
Block: 290950149041001
Block: 290950149041004
Block: 290950149041010
Block: 290950149041011
Block: 290950149041012
Block: 290950149052005
Block: 290950149052006
Block: 290950149054000
Block: 290950149054001
Block: 290950149054011
VTD Sni-A-Bar 07 Subtotal
VTD: Sni-A-Bar 08
Block: 290950148042027
Block: 290950148042028
Block: 290959892001006
VTD Sni-A-Bar 08 Subtotal
VTD: Sni-A-Bar 14
Block: 290950140091012
Block: 290950149051000
Block: 290950149052014
Block: 290950149052015
Block: 290950149052026
VTD Sni-A-Bar 14 Subtotal
VTD: Sni-A-Bar 16
Block: 290950140083002
Block: 290950141221004
Block: 290950141221005
Block: 290950141221010
Block: 290950141221021
Block: 290950141281026
Block: 290950141281027

Block: 290950141281029
VTD Sni-A-Bar 16 Subtotal
VTD: Sni-A-Bar 37
Block: 290950140021004
Block: 290950140021005
Block: 290950140021008
Block: 290950140021010
Block: 290950140021012
Block: 290950140021013
Block: 290950140021016
Block: 290950140063005
Block: 290950140063007
Block: 290950140063013
Block: 290950140063019
Block: 290950140063020
VTD Sni-A-Bar 37 Subtotal
VTD: Sni-A-Bar 38
VTD: Sni-A-Bar 39
VTD: Sni-A-Bar 40
VTD: Sni-A-Bar 41
Block: 290950140081000
Block: 290950140081001
Block: 290950140081002
Block: 290950140081003
Block: 290950140081004
Block: 290950140081005
Block: 290950140081006
Block: 290950140081007
Block: 290950140081008
Block: 290950140081009
Block: 290950140081010
Block: 290950140081011
Block: 290950140081012
Block: 290950140081013
Block: 290950140081014
Block: 290950140081015
Block: 290950140081016

HB 1                                    117

991     Block: 290950140081017
992     Block: 290950140081018
993     Block: 290950140081019
994     Block: 290950140082004
995     Block: 290950140082005
996     Block: 290950141281023
997     Block: 290950141281030
998     VTD Sni-A-Bar 41 Subtotal
999     VTD: Sni-A-Bar 42
1000    VTD: Sni-A-Bar 43
1001    VTD: Sni-A-Bar 44
1002    VTD: Sni-A-Bar 45
1003    Block: 290950140021021
1004    Block: 290950140051020
1005    Block: 290950140051021
1006    Block: 290950140051022
1007    Block: 290950140051023
1008    Block: 290950140051024
1009    Block: 290950140051025
1010    Block: 290950140051026
1011    Block: 290950140051029
1012    Block: 290950140051030
1013    Block: 290950140051031
1014    Block: 290950140051032
1015    Block: 290950140051033
1016    Block: 290950140051034
1017    Block: 290950140051038
1018    Block: 290950140051043
1019    Block: 290950140051044
1020    Block: 290950140054011
1021    Block: 290950140054012
1022    Block: 290950140054013
1023    Block: 290950140054014
1024    Block: 290950140054017
1025    VTD Sni-A-Bar 45 Subtotal
1026    VTD: Sni-A-Bar 46
1027    VTD: Sni-A-Bar 47

HB 1                                    118

1028    VTD: Sni-A-Bar 48
1029    VTD: Sni-A-Bar 49
1030    VTD: Sni-A-Bar 50
1031    VTD: Sni-A-Bar 51
1032    VTD: Sni-A-Bar 52
1033    County Jackson MO Subtotal
1034    County: Johnson MO
1035    County: Lafayette MO
1036    County: Maries MO
1037    County: Miller MO
1038    County: Moniteau MO
1039    County: Morgan MO
1040    County: Osage MO
1041    County: Pettis MO
1042    County: Randolph MO
1043    County: Saline MO
1044    District 5 Total

128.476. The sixth congressional district shall be composed of the following:

2       County: Adair MO
3       County: Andrew MO
4       County: Atchison MO
5       County: Buchanan MO
6       County: Caldwell MO
7       County: Carroll MO
8       County: Chariton MO
9       County: Clark MO
10      County: Clay MO
11      County: Clinton MO
12      County: Daviess MO
13      County: DeKalb MO
14      County: Gentry MO
15      County: Grundy MO
16      County: Harrison MO
17      County: Holt MO
18      County: Jackson MO
19      VTD: KC 1101
20      Block: 290950003001001

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                                                    119

Block: 290950003001002
Block: 290950003001003
Block: 290950003001004
Block: 290950003001005
Block: 290950003001006
Block: 290950003001007
Block: 290950003001008
Block: 290950003001009
Block: 290950003001010
Block: 290950003001021
Block: 290950003002001
Block: 290950003002002
Block: 290950003002006
Block: 290950003002007
Block: 290950003002008
Block: 290950003002009
Block: 290950003002010
Block: 290950003002011
Block: 290950003003000
Block: 290950003003001
Block: 290950003003002
Block: 290950003003003
Block: 290950003003004
Block: 290950003003005
Block: 290950003003006
Block: 290950003003007
Block: 290950003003008
Block: 290950003003009
Block: 290950003003012
Block: 290950003003013
Block: 290950003003014
Block: 290950003003017
Block: 290950003003018
Block: 290950003003019
Block: 290950003003023
Block: 290950003003027
VTD KC 1101 Subtotal

HB 1                                                                    120

VTD: KC 1102
VTD: KC 1103
VTD: KC 1104
VTD: KC 1105
VTD: KC 1106
VTD: KC 1107
VTD: KC 1109
VTD: KC 1110
VTD: KC 1111
VTD: KC 1113
VTD: KC 1114
VTD: KC 1201
Block: 290950007002002
Block: 290950007002003
Block: 290950007002010
Block: 290950007002011
Block: 290950008001000
Block: 290950008001001
Block: 290950008001002
Block: 290950008001003
Block: 290950008001004
Block: 290950008001006
Block: 290950008001007
Block: 290950008003000
Block: 290950008003001
Block: 290950008003002
Block: 290950008003003
Block: 290950008003004
VTD KC 1201 Subtotal
VTD: KC 1202
VTD: KC 1203
VTD: KC 1204
VTD: KC 1312
VTD: KC 216
County Jackson MO Subtotal
County: Knox MO
County: Lewis MO

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1                                          121

County: Linn MO
County: Livingston MO
County: Macon MO
County: Marion MO
County: Mercer MO
County: Nodaway MO
County: Platte MO
County: Putnam MO
County: Ray MO
County: Schuyler MO
County: Scotland MO
County: Shelby MO
County: Sullivan MO
County: Worth MO
District 6 Total

128.477. The seventh congressional district shall be composed of the following:

County: Barry MO
County: Christian MO
County: Greene MO
County: Jasper MO
County: Lawrence MO
County: McDonald MO
County: Newton MO
County: Stone MO
County: Taney MO
County: Webster MO
VTD: Benton
VTD: Diggins
VTD: Finley
VTD: Fordland
VTD: Grant
Block: 292254701022060
Block: 292254701022062
VTD Grant Subtotal
VTD: Hazelwood
VTD: Northview B
Block: 292254703022008

HB 1                                          122

Block: 292254703022012
Block: 292254703022013
Block: 292254703022014
Block: 292254703022030
Block: 292254703022031
Block: 292254703022032
Block: 292254703022033
Block: 292254703022034
Block: 292254703022035
Block: 292254703023007
Block: 292254703023008
Block: 292254703023009
Block: 292254703023010
Block: 292254703023011
Block: 292254703023012
Block: 292254703023013
Block: 292254703023028
Block: 292254703023029
Block: 292254703023030
Block: 292254703023031
Block: 292254703023032
Block: 292254703023035
Block: 292254703023036
Block: 292254703023037
Block: 292254703023038
Block: 292254703023039
Block: 292254703023040
Block: 292254703023041
Block: 292254703023042
Block: 292254703023046
Block: 292254703023047
Block: 292254703023048
Block: 292254703023049
Block: 292254703023050
Block: 292254703023051
Block: 292254703023052
Block: 292254703023053

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

HB 1    123

Block: 292254703023054
Block: 292254703023055
Block: 292254703023062
Block: 292254703023063
Block: 292254703023069
Block: 292254703023074
Block: 292254703023079
VTD Northview B Subtotal
County Webster MO Subtotal
District 7 Total

128.478. The eighth congressional district shall be composed of the following:

County: Bollinger MO
County: Butler MO
County: Cape Girardeau MO
County: Carter MO
County: Dent MO
County: Douglas MO
County: Dunklin MO
County: Howell MO
County: Iron MO
County: Jefferson MO
VTD: Airport
VTD: American Legion
VTD: Antonia
VTD: Arnold W-1
VTD: Arnold W-2
VTD: Arnold W-3
VTD: Arnold W-4
VTD: Athena
VTD: Barnhart
VTD: Brennan
Block: 290997002101000
Block: 290997002101015
Block: 290997002111000
Block: 290997002111001
Block: 290997002111002
Block: 290997002111005

HB 1    124

Block: 290997002111006
Block: 290997002111007
Block: 290997002111008
Block: 290997002111010
Block: 290997002111011
Block: 290997003031000
Block: 290997003031001
Block: 290997003031002
Block: 290997003031003
Block: 290997003031004
Block: 290997003031005
Block: 290997003031006
Block: 290997003031007
Block: 290997003031008
Block: 290997003031009
Block: 290997003031010
Block: 290997003031011
Block: 290997003031012
Block: 290997003031013
Block: 290997003031014
Block: 290997003031015
Block: 290997003031016
Block: 290997003032000
Block: 290997003032001
Block: 290997003032002
Block: 290997003032003
Block: 290997003032004
Block: 290997003032005
Block: 290997003032006
Block: 290997003032007
Block: 290997003032008
Block: 290997003032009
Block: 290997003032010
Block: 290997003032011
Block: 290997003032012
Block: 290997003032013
Block: 290997003032014

HB 1                                                                                125

Block: 290997003032015
Block: 290997003033000
Block: 290997003033001
Block: 290997003033002
Block: 290997003033003
Block: 290997003033004
Block: 290997003033005
Block: 290997003033006
Block: 290997003033007
Block: 290997003033008
Block: 290997003033009
Block: 290997003033010
Block: 290997003033011
Block: 290997003033012
Block: 290997003033013
Block: 290997003033014
Block: 290997003033015
Block: 290997003033016
Block: 290997003033017
Block: 290997003033018
Block: 290997003033019
Block: 290997003051000
Block: 290997003052000
Block: 290997003052026
VTD Brennan Subtotal
VTD: Crystal City W-1
VTD: Crystal City W-2
VTD: Crystal City W-3
VTD: Crystal City W-4
VTD: Festus Outside
VTD: Festus W-1
VTD: Festus W-2
VTD: Festus W-3
VTD: Festus W-4
VTD: Flamm City
VTD: Hematite
VTD: Herculaneum

HB 1                                                                                126

VTD: Herculaneum W-2
VTD: Herculaneum W-3
VTD: Imperial
VTD: Imperial 2
VTD: Jefferson Heights
VTD: Jefferson R7
VTD: Kimmswick W-1
VTD: Lonedell
VTD: Mapaville
VTD: Marble Springs
VTD: Mastodon
VTD: Maxville
VTD: Meramec Heights
VTD: Miller
VTD: Murphy
VTD: North Jefferson
Block: 290997002112008
Block: 290997002112009
Block: 290997002112010
Block: 290997002112011
Block: 290997002112012
Block: 290997002112013
Block: 290997002112014
Block: 290997002112015
Block: 290997002112016
VTD North Jefferson Subtotal
VTD: Oakvale
VTD: Olympian Village
VTD: Otto
VTD: Pevely W-1
VTD: Pevely W-2
VTD: Pevely W-3
VTD: Pevely W-4
VTD: Plattin
VTD: Riverview
VTD: Rock Creek
VTD: Rock Creek 1

Case: 4:25-cv-01535-ZMB   Doc. #: 3-2   Filed: 10/15/25   Page: 220 of 220 PageID #: 284

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM

VTD: Romaine Creek
VTD: Saline
VTD: Springdale
VTD: Sunrise
VTD: Valle
Block: 290997012006056
Block: 290997013002004
Block: 290997013002005
Block: 290997013002006
Block: 290997013003000
Block: 290997013003001
Block: 290997013003002
Block: 290997013003012
Block: 290997013003026
Block: 290997014012007
Block: 290997014012012
VTD Valle Subtotal
VTD: Victoria
Block: 290997010021006
Block: 290997010021008
Block: 290997010021019
Block: 290997010021021
Block: 290997010023004
Block: 290997010023005
Block: 290997010023006
Block: 290997010023012
Block: 290997010023013
Block: 290997010023029
Block: 290997010023030
Block: 290997010023035
VTD Victoria Subtotal
VTD: Windsor
County Jefferson MO Subtotal
County: Madison MO
County: Mississippi MO
County: New Madrid MO
County: Oregon MO

County: Ozark MO
County: Pemiscot MO
County: Perry MO
County: Phelps MO
County: Reynolds MO
County: Ripley MO
County: Scott MO
County: Shannon MO
County: St. Francois MO
County: Ste. Genevieve MO
County: Stoddard MO
County: Texas MO
County: Wayne MO
County: Wright MO
District 8 Total

128.479. Upon the passage and enactment of sections 128.471 to 128.478, and as provided to the revisor of statutes, the revisor of statutes shall publish the graphical map representation of the official congressional district boundaries as an appendix of the Revised Statutes of Missouri.