# EXHIBIT B

Electronically Filed - COLE CIRCUIT - September 29, 2025 - 04:33 PM



## Denny Hoskins, CPA

SECRETARY OF STATE
STATE OF MISSOURI

September 15, 2025

Richard von Glahn

Re: Submission of Referendum Petitions on House Bill No. 1 (103rd General Assembly, 2nd Extraordinary Session)

Dear Mr. von Glahn:

This letter acknowledges receipt of the additional referendum petition you submitted today regarding House Bill No. 1 (103rd General Assembly, 2nd Extraordinary Session).

Consistent with the Secretary of State's prior correspondence, this petition is being treated as a new and independent submission under § 116.332, RSMo. In accordance with that statute, this office has referred the petition to the Attorney General for review of legal sufficiency as to form and to the State Auditor for preparation of a fiscal note and fiscal note summary.

While we are in receipt of this petition, please be advised that the Secretary of State has not yet made a final determination whether your referendum petition may be accepted for processing or circulation. The statutory review process is still pending. Once the Attorney General's opinion and the Auditor's fiscal note are received and reviewed, this office will issue a written decision either approving the form of the petition for circulation or rejecting it with stated reasons.

This letter should be read in conjunction with our previous correspondence, which remains in effect and reflects the operative position of this office on the process required by law. You will be notified promptly when a final determination regarding the approval or rejection of this petition form is made.

If you have any questions about the status of this submission or the statutory process, please contact the Elections Division at (573) 751-2301.

Sincerely,

Elections Division

cc: Hon. Catherine Hanaway
    Hon. Scott Fitzpatrick

James C. Kirkpatrick State Information Center
Elections Division • PO Box 1767 • Jefferson City, Missouri 65102 • (573) 751-2301

**Administrative Rules • Business Services • Elections • Publications • Securities • State Archives • State Library • Wolfner Library**