# EXHIBIT G

Case: 4:25-cv-01535-ZMB    Doc #: 3-8    Filed: 10/15/25    Page: 2 of 7 PageID #: 389

stlpr  n|p|r

# Democratic National Committee will contribute to blocking Missouri congressional map

St. Louis Public Radio | By **Jason Rosenbaum**

Published Sept. 29, 2025 at 4:59 p.m. CDT



*Brian Munoz  /  St. Louis Public Radio*

Thousands gather to protest the Republican efforts to redraw congressional maps to favor the GOP and amend the initiative petition process on Sept. 10 at the state Capitol in Jefferson City.

An effort to prevent a new Missouri congressional map from going into effect is getting a boost from the Democratic National Committee.

Case: 4:25-cv-01535-ZMB    Doc #: 3-8    Filed: 10/15/25    Page: 3 of 7 PageID #: 390

The DNC announced on Monday that it will be contributing staff and financial resources to bolster a referendum effort to place the new map up for a statewide vote. A group called People Not Politicians is trying to collect roughly 106,000 signatures before the middle of December to prevent the new lines from going into effect until a successful statewide vote.

Shelby Wiltz, DNC national political director, said the party will devote staff to help gather the necessary signatures and provide direct monetary support to the Missouri Democratic Party. Already, the People Not Politicians effort has attracted hundreds of thousands of dollars since lawmakers passed the congressional map during a special session in mid-September.

"Missouri has a really unique tool, which is the citizen referendum, which allows Missourians to be the ones who get to have the ultimate say about how their votes get counted and about how their maps are drawn, not Donald Trump, not Republicans," Wiltz said. "So we are eager to help them in that fight. And so we've made some investments to make sure that they're able to be successful."

People Not Politicians has had to contend with pushback from Secretary of State Denny Hoskins' office, who rejected the group's referendum proposals last week because Kehoe hadn't signed the legislation yet. People Not Politicians filed a lawsuit over the matter earlier this month. And its attorney has said that, based on the Missouri Constitution and court precedent, the group expects signatures obtained before Sunday will ultimately count.

A spokeswoman for Hoskins accepted and processed on Monday a new referendum from People Not Politicians.

If the group gets enough signatures in six out of eight congressional districts, the map can't go into effect unless voters approve it. And unless the legislature moves the election to early 2026, the referendum would occur in November 2026 – which would be too late for the new lines to go into effect until the 2028 election cycle.

Moving the election to the spring of 2026 would bring about its own risks, since Missouri rarely holds statewide elections outside of August or November. That may give an advantage to opponents of the new congressional lines, who have staged well-attended rallies since Kehoe called a special session on the new map.

Wiltz said a referendum could bring about high stakes for President Donald Trump, who pressured Missouri Republicans to pass the new map. If voters reject the new map, it could show that Trump's national push to redraw congressional lines is unpopular even in GOP-leaning states like Missouri.

Case: 4:25-cv-01535-ZMB    Doc #: 3-8    Filed: 10/15/25    Page: 4 of 7 PageID #: 391

"There's some things that Democrats and Republicans still agree on, and running fair elections is one of them, having transparency in our elections is one of them, having your voice counted fairly is one of them," Wiltz said.

*Send questions and comments about this story to feedback@stlpublicradio.org.*

*Got a news tip? Send it to Jason Rosenbaum.*

**Tags**

Government, Politics & Issues

Missouri redistricting

2026 Missouri elections

Top Stories

Democratic National Committee

Denny Hoskins



## Jason Rosenbaum

Jason is the politics correspondent for St. Louis Public Radio.

[See stories by Jason Rosenbaum](#)



## Latest Stories

Case: 4:25-cv-01535-ZMB    Doc #: 3-8    Filed: 10/15/25    Page: 5 of 7 PageID #: 392



**Government, Politics & Issues**

Judge approves ballot language on vote to again ban most abortions in Missouri



**Law & Order**

Attorney claims Border Patrol agent said, 'Do something b—' before shooting Chicago woman



**News Briefs**

Missouri attorney general again calls for St. Louis sheriff's immediate removal



**Economy & Business**

Americans are drinking less. What does that mean for winemakers in the Heartland?

# Related Content



DNC chair says special elections show Democrats are winning, even when they lose

Sept. 25, 2025



Kentucky Gov. Beshear tells Missouri Democrats they can prevail in tough terrain

Sept. 21, 2025



Missouri special session shatters norms and could lead to a nasty 2026 legislature

Sept. 15, 2025

Case: 4:25-cv-01535-ZMB    Doc #: 3-8    Filed: 10/15/25    Page: 6 of 7 PageID #: 393



Missouri Senate passes redistricting and initiative petition plans – voters may get final say

Sept. 12, 2025



# St. Louis Public Radio

Stay Connected

𝕏 — https://twitter.com/stlpublicradio

⧉ — https://www.instagram.com/stlpublicradio/

▶ — https://www.youtube.com/channel/UCBzLTcsoKJZOox0APfW8g1g

🦋 — https://bsky.app/profile/stlpublicradio.bsky.social

𝐟 — https://www.facebook.com/stlpublicradio

♪ — https://www.tiktok.com/@stlpublicradio

© 2025 St. Louis Public Radio

About Us — https://www.stlpr.org/about

Careers — https://www.stlpr.org/careers

Contact Us — https://www.stlpr.org/contact

Donate — https://stlpr.org/donate

Newsletters — https://www.stlpr.org/enewsletter

Privacy Policy — https://www.stlpr.org/privacy-policy

Public File — https://www.stlpr.org/public-file

 St. Louis Public Radio is a listener-supported service of the University of Missouri–St. Louis.