UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Missouri General
Assembly, et al.

_____,               )
            Plaintiff (s),                )
                                          )
                                          )
      v.                                  )      Case No.    4:25-cv-01535-ZMB
                                          )
von Glahn, et al.                         )
                                          )
_____,               )
            Defendant(s).                 )

NOTICE OF INTENT TO USE
PROCESS SERVER

Comes now _____Plaintiffs_____ and notifies the court of the intent to use
        (Plaintiff or Defendant)

_____SRI Process_____
(name  and address of process server)

_____1528 South Big Bend_____

_____St. Louis, Missouri 63117_____

To serve:  Richard von Glahn and
           People Not Politicians c/o Richard von Glahn
_____in the
(name of defendants to be served by this process server)

above-styled cause.  The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

_____10/16/2025_____                    _____Louis J. Capozzi, III_____
      (date)                              (attorney for Plaintiff)


                                        _____
                                          (attorney for Defendant)