UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
(St. Louis)

| | | |
|---|---|---|
| MISSOURI GENERAL ASSEMBLY; | ) | |
| DENNY HOSKINS, in his official | ) | |
| capacity as Missouri Secretary of State; | ) | |
| and STATE OF MISSOURI, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| -vs- | ) | No. 4:25-cv-01535-ZMB |
| | ) | |
| RICHARD VON GLAHN and | ) | |
| PEOPLE NOT POLITICIANS, | ) | |
| | ) | |
| *Defendants*. | ) | |

## ENTRY OF APPEARANCE

Deputy Solicitor General Graham Miller hereby enters his appearance on behalf of Plaintiffs.

Dated: October 16, 2025      Respectfully submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General

*/s/Graham Miller*
Graham Miller #77656MO
 *Deputy Solicitor General*
Office of Missouri Attorney General
207 West High St.
Jefferson City, MO 65101
(314) 340-7652 Phone
Graham.Miller@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2025, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the Court's CM/ECF electronic filing system, to be served on all counsel of record.

*/s/Graham Miller*