UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
(St. Louis)

MISSOURI GENERAL ASSEMBLY;          )
DENNY HOSKINS, in his official      )
capacity as Missouri Secretary of State;  )
and STATE OF MISSOURI,              )
                                    )
        *Plaintiffs,*               )
  -vs-                             )    No. 4:25-cv-01535-ZMB
                                    )
RICHARD VON GLAHN and               )
PEOPLE NOT POLITICIANS,             )
                                    )
        *Defendants.*             )

<u>ENTRY OF APPEARANCE</u>

Principal Deputy Solicitor General William J. Seidleck enters his

appearance on behalf of Plaintiffs.

Dated: October 16, 2025      Respectfully submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General


/s/ William J. Seidleck
William J. Seidleck #77794MO
 *Principal Deputy Solicitor*
815 Olive Street, Suite #200
St. Louis, Missouri 63101
(573) 301-5359 Phone
(573) 751-0774 Fax
William.Seidleck@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2025, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the Court's CM/ECF electronic filing system, to be served on all counsel of record.

*/s/William J. Seidleck*