UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MISSOURI GENERAL ASSEMBLY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-CV-1535-ZMB |
| | ) | |
| RICHARD VON GLAHN & PEOPLE NOT POLITICIANS, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The Court sets a telephonic scheduling conference for October 23, 2025. Plaintiffs are ordered to confer with Defendants and to file a notice with exclusionary times for that date no later than October 22, 2025. Conference call details and timing will be provided to the parties via email. The parties should come to the conference prepared to discuss an appropriate briefing and hearing schedule for Plaintiffs' Motion for Preliminary Injunction. *See* Doc. 2.

So ordered this 21st day of October 2025.

ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE