**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

MISSOURI GENERAL ASSEMBLY, ET AL.,

 *Plaintiffs,*

   v.

RICHARD VON GLAHN, ET AL.,

 *Defendants.*

Case No. 4:25-cv-01535-ZMB

<u>NOTICE OF AVAILABILITY FOR TELEPHONIC SCHEDULING CONFERENCE</u>

Plaintiffs, the Missouri General Assembly, Denny Hoskins in his official capacity as Missouri Secretary of State, and the State of Missouri, have conferred with counsel for Defendants Richard von Glahn and People Not Politicians.  Counsel for all parties are available for a telephonic scheduling conference any time after 1:30pm on Thursday, October 23, 2025.  However, should it be more convenient for this Court to schedule the conference at an earlier time, counsel can revise their commitments accordingly.

Dated: October 22, 2025                    Respectfully submitted,


**CATHERINE L. HANAWAY**
ATTORNEY GENERAL

s/ *Louis J. Capozzi III*
Louis J. Capozzi III, #77756(MO)
  *Solicitor General*
William James Seidleck, #77794(MO)
  *Principal Deputy Solicitor General*
Graham Miller, #77656(MO)
  *Deputy Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
Old Post Office Building
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (573) 645-9662
Louis.Capozzi@ago.mo.gov
William.Seidleck@ago.mo.gov
Graham.Miller@ago.mo.gov

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this notice shall be sent via email to counsel for the defendants.

s/ *Louis J. Capozzi III*