**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MISSOURI GENERAL ASSEMBLY )<br><br>DENNY HOSKINS, IN HIS OFFICIAL )<br>CAPACITY AS MISSOURI SECRETARY )<br>OF STATE, )<br><br>& )<br><br>STATE OF MISSOURI, )<br><br>      Plaintiffs, )<br><br>vs. )<br><br>RICHARD VON GLAHN )<br><br>& )<br><br>PEOPLE NOT POLITICIANS, )<br><br>      Defendants. ) | Case No:  4:25-cv-01535-ZMB |

**<u>ENTRY OF APPEARANCE</u>**

Charles W. Hatfield of Stinson LLP enters his appearance as counsel of record for Defendants Richard von Glahn and People Not Politicians.

Respectfully submitted,

STINSON LLP


/s/ *Charles W. Hatfield*

Charles W. Hatfield, #40363
Jeremy A. Root, #59451
Alexander C. Barrett, #68695
Alixandra S. Cossette, #68114
Greta M. Bax, #73354
230 West McCarty Street
Jefferson City, Missouri 65101
Telephone: 573.636.6263
Facsimile: 573.636.6231
chuck.hatfield@stinson.com
jeremy.root@stinson.com
alexander.barrett@stinson.com
alixandra.cossette@stinson.com
greta.bax@stinson.com

ATTORNEYS FOR DEFENDANTS
RICHARD VAN GLAHN &
PEOPLE NOT POLITICIANS


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2025, the foregoing was filed with the Court via the CM/ECF system which sent notification of filing to all counsel of record.

*/s/ Charles W. Hatfield*

Attorney for Defendants


2