**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

MISSOURI GENERAL ASSEMBLY )
)
DENNY HOSKINS, IN HIS OFFICIAL )
CAPACITY AS MISSOURI SECRETARY )
OF STATE, )
)
& )
)
STATE OF MISSOURI, )
)
       Plaintiffs, )    Case No:  4:25-cv-01535-ZMB
)
vs. )
)
RICHARD VON GLAHN )
)
& )
)
PEOPLE NOT POLITICIANS, )
)
       Defendants. )

## ENTRY OF APPEARANCE

Alixandra S. Cossette of Stinson LLP enters her appearance as counsel of record for

Defendants Richard von Glahn and People Not Politicians.

CORE/3535149.0002/232904923.1

Respectfully submitted,

STINSON LLP


/s/ *Alixandra S. Cossette*

Charles W. Hatfield, #40363
Jeremy A. Root, #59451
Alexander C. Barrett, #68695
Alixandra S. Cossette, #68114
Greta M. Bax, #73354
230 West McCarty Street
Jefferson City, Missouri 65101
Telephone: 573.636.6263
Facsimile: 573.636.6231
chuck.hatfield@stinson.com
jeremy.root@stinson.com
alexander.barrett@stinson.com
alixandra.cossette@stinson.com
greta.bax@stinson.com

ATTORNEYS FOR DEFENDANTS
RICHARD VAN GLAHN &
PEOPLE NOT POLITICIANS


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2025, the foregoing was filed with the Court via the CM/ECF system which sent notification of filing to all counsel of record.

*/s/ Alixandra S. Cossette*

Attorney for Defendants

CORE/3535149.0002/232904923.1