MOED-0001        DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

Missouri General Assembly, et al.          )
                                           )
                                           )
Plaintiff(s),                              )
                                           )
                                           )
vs.                                        )     Case No. 4:25-cv-01535
                                           )
Richard von Glahn, et al.                  )
                                           )
                                           )
                                           )
Defendant(s).                              )

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for
People Not Politicians _____ hereby discloses the following:

1.    If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks
      to intervene,

a.    Whether it is publicly traded, and if it is, on which exchange(s):
      People Not Politicians is not publicly traded.

b.    Its parent companies or corporations (if none, state "none"):
      None

c.    Its subsidiaries not wholly owned by the subject (if none, state "none"):
      None

d.    Any publicly held company or corporation that owns  five percent (5%) or more of
      the subject's stock (if none, state "none"):
      None

2.    If the subject is a party or intervenor in an action in which jurisdiction is based on diversity
      under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose
      citizenship is attributed to that party or intervenor, including all members, sub-members,
      general and limited partners, and corporations:

      Note: Sub-members include the members of members (i.e., first-tier sub-members), and the
      members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier
      sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of
      *all* persons and entities within the ownership structure.  Further, if a corporation is a member or
      sub-member of the subject organization, that corporation's state of incorporation and principal
      place of business must be disclosed.

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

Signature (Counsel for Plaintiff/Defendant)

Print Name: _____ Alixandra S. Cossette _____

Address: _____ 230 W. McCarty Street _____

City/State/Zip: _____ Jefferson City, MO 65101 _____

Phone: _____ 573-636-6263 _____

## Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on: October 22 _____, 20 25 .

Signature