**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MISSOURI GENERAL ASSEMBLY | ) |
| | ) |
| DENNY HOSKINS, IN HIS OFFICIAL | ) |
| CAPACITY AS MISSOURI SECRETARY | ) |
| OF STATE, | ) |
| | ) |
| & | ) |
| | ) |
| STATE OF MISSOURI, | ) |
| | ) |
|       Plaintiffs, | )    Case No:  4:25-cv-01535-ZMB |
| | ) |
| vs. | ) |
| | ) |
| RICHARD VON GLAHN | ) |
| | ) |
| & | ) |
| | ) |
| PEOPLE NOT POLITICIANS, | ) |
| | ) |
|       Defendants. | ) |

## ENTRY OF APPEARANCE

Greta M. Bax of Stinson LLP enters her appearance as counsel of record for Defendants Richard von Glahn and People Not Politicians.

CORE/3535149.0002/232904928.1

Respectfully submitted,

STINSON LLP


/s/ *Greta M. Bax*

Charles W. Hatfield, #40363
Jeremy A. Root, #59451
Alexander C. Barrett, #68695
Alixandra S. Cossette, #68114
Greta M. Bax, #73354
230 West McCarty Street
Jefferson City, Missouri 65101
Telephone: 573.636.6263
Facsimile: 573.636.6231
chuck.hatfield@stinson.com
jeremy.root@stinson.com
alexander.barrett@stinson.com
alixandra.cossette@stinson.com
greta.bax@stinson.com

ATTORNEYS FOR DEFENDANTS
RICHARD VAN GLAHN &
PEOPLE NOT POLITICIANS


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2025, the foregoing was filed with

the Court via the CM/ECF system which sent notification of filing to all counsel of record.

*/s/ Greta M. Bax*

Attorney for Defendants

2

CORE/3535149.0002/232904928.1