**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MISSOURI GENERAL ASSEMBLY ) | |
| ) | |
| DENNY HOSKINS, IN HIS OFFICIAL ) | |
| CAPACITY AS MISSOURI SECRETARY ) | |
| OF STATE, ) | |
| ) | |
| & ) | |
| ) | |
| STATE OF MISSOURI, ) | |
| ) | |
| Plaintiffs, ) | Case No:  4:25-cv-01535-ZMB |
| ) | |
| vs. ) | |
| ) | |
| RICHARD VON GLAHN ) | |
| ) | |
| & ) | |
| ) | |
| PEOPLE NOT POLITICIANS, ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

Jeremy A. Root of Stinson LLP enters his appearance as counsel of record for Defendants

Richard von Glahn and People Not Politicians.

CORE/3535149.0002/232904907.1

Respectfully submitted,

STINSON LLP

/s/ *Jeremy A. Root*

Charles W. Hatfield, #40363
Jeremy A. Root, #59451
Alexander C. Barrett, #68695
Alixandra S. Cossette, #68114
Greta M. Bax, #73354
230 West McCarty Street
Jefferson City, Missouri 65101
Telephone: 573.636.6263
Facsimile: 573.636.6231
chuck.hatfield@stinson.com
jeremy.root@stinson.com
alexander.barrett@stinson.com
alixandra.cossette@stinson.com
greta.bax@stinson.com

ATTORNEYS FOR DEFENDANTS
RICHARD VAN GLAHN &
PEOPLE NOT POLITICIANS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 23, 2025, the foregoing was filed with the Court via the CM/ECF system which sent notification of filing to all counsel of record.

*/s/ Jeremy A. Root*
Attorney for Defendants

2

CORE/3535149.0002/232904907.1