UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MISSOURI GENERAL ASSEMBLY, et al.,   )
   )
      Plaintiffs,   )
   )
v.   )      Case No. 4:25-CV-1535-ZMB
   )
RICHARD VON GLAHN and PEOPLE NOT   )
POLITICIANS,   )
   )
      Defendants.   )

## **ORDER**

At the parties' joint request, the Court enters the following schedule and briefing limitations regarding Plaintiffs' Motion for Preliminary Injunction:

1. No later than November 3, 2025, Defendants must file their opposition to the Plaintiffs' Motion for Preliminary Injunction, Doc. 2, as well as any Rule 12 motion. Further, Defendants are limited to 20 pages for either document, or 40 total pages for a consolidated brief.

2. No later than November 13, 2025, Plaintiffs must file any reply in support of their Motion for a Preliminary Injunction, as well as their opposition to any Rule 12 motion. Further, Plaintiffs are limited to 20 pages for their opposition, or 35 total pages for a consolidated brief.

3. No later than November 20, 2025, Defendants must file their reply in support of any Rule 12 motion. Plaintiffs are limited to the standard page limits for this filing.

4. Finally, the Court sets a hearing on the Motion for Preliminary Injunction and any Rule 12 motion for November 25, 2025, at 2:00 p.m. in Courtroom 14-South.

So ordered this 23rd day of October 2025.

ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE