UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN            DIVISION

| | | |
|---|---|---|
| Missouri General Assembly et al., | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No.  4:25-cv-01535 |
| | ) | |
| Richard von Glahn et al. | ) | |
| Defendant. | ) | |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Jessica Ring Amunson , move to be admitted pro hac vice to the bar of this court for the purpose of representing Defendants Richard von Glahn et al.      in this matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

(a)    Full name of the movant-attorney;
       Jessica Ring Amunson
(b)    Name of the firm or letterhead under which the movant practices.  Include the address, telephone number and fax number of the firm;

       Name: Jenner & Block LLP
       Address: 1099 New York Ave NW Suite 900
       City, State Zip: Washington, DC 20001
       Phone No.: +1 202 639 6000
       Fax No.: +1 202 639 6066

(c)    Email for movant-attorney;
        JAmunson@jenner.com
(d)    Name of the law school(s) movant attended and the date(s) of graduation therefrom;
        Harvard Law School (2004)
(e)    Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| **Jurisdiction** | **Yr. Admitted** | **Reg. Number** |
|---|---|---|
| See attached. | | |
| | | |
| | | |
| | | |

(f)    The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)     Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

**AMUNSON BAR ADMISSIONS**

| | | |
|---|---|---|
| Maryland | No bar # | Admitted 12-14-04 |
| D.C. | 497223 | Admitted 04-03-06 |
| D.C. Circuit | No bar # | Admitted 07-31-09 |
| Federal Circuit | No bar # | Admitted 10-13-09 |
| First Circuit | 1193641 | Admitted 03-23-20 |
| Second Circuit | No bar # | Admitted 04-11-14 |
| Third Circuit | No bar # | Admitted 05-30-14 |
| Fourth Circuit | No bar # | Admitted 05-07-19 |
| Fifth Circuit | No bar # | Admitted 10-30-13 |
| Sixth Circuit | No bar # | Admitted 12-03-19 |
| Seventh Circuit | No bar # | Admitted 10-23-09 |
| Eighth Circuit | No bar # | Admitted 07-21-15 |
| Ninth Circuit | No bar # | Admitted 01-07-14 |
| Tenth Circuit | No bar # | Admitted 11-12-14 |
| Eleventh Circuit | No bar # | Admitted 10-20-11 |
| U.S. Supreme Court | No bar # | Admitted 10-03-11 |
| D.D.C. | 497223 | Admitted 05-07-07 |
| N.D. Fla. | No bar # | Admitted 02-02-12 |
| D. Md. | No bar # | Admitted 10-17-25 |