**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| MISSOURI GENERAL ASSEMBLY, DENNY HOSKINS, in his official capacity as Missouri Secretary of State, and STATE OF MISSOURI, | ) ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No. 4:25-cv-01535-ZMB |
| RICHARD VON GLAHN and PEOPLE NOT POLITICIANS, | ) ) ) | Hon. Zachary M. Bluestone |
| *Defendants*. | ) ) ) | |

## DEFENDANTS' MOTION TO DISMISS

Defendants Richard von Glahn and People not Politicians respectfully move the Court for an order dismissing Plaintiffs' Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure.  As explained in more detail in the accompanying memorandum in support of this motion, which by the Court's permission is consolidated with Defendants' opposition to Plaintiffs' Motion for Preliminary Injunction, this Court does not have jurisdiction over the controversy and should dismiss pursuant to Rule 12(b)(1).  The Plaintiffs lack Article III standing to sue, the controversy is not ripe for adjudication, and there is no federal-question jurisdiction over Plaintiffs' claim for pure declaratory relief.

The Complaint also fails to state a claim upon which relief should be granted.  There is no valid cause of action and Plaintiffs' constitutional claims are foreclosed by binding precedent, so, if the Court determines it has jurisdiction, it should dismiss the complaint pursuant to Rule 12(b)(6).  To the extent the Court finds it has jurisdiction and the complaint does state a valid

claim, the Court should abstain under the *Pullman* doctrine in light of the significant state-law questions presented by the complaint and the pending, parallel state-court cases involving many of the same questions and, in at least one instance, between the same parties.

For the reasons set forth herein and in the accompanying memorandum in support of this motion, the Court should dismiss Plaintiffs' complaint or, at a minimum, hold the case in abeyance pending the resolution of parallel state-court litigation.

Dated:  November 3, 2025                                   Respectfully submitted,


                                                          */s/ Jeremy A. Root*

Jessica Ring Amunson*                      Jeremy A. Root, MOBAR 59451
Jonathan J. Marshall*                       Charles W. Hatfield, MOBAR 40363
Elizabeth H. Starr*                          Alexander C. Barrett, MOBAR 68695
**JENNER & BLOCK LLP**                Alixandra Cossette, MOBAR 68114
1099 New York Ave., Suite 900        Greta Bax, MOBAR 73354
Washington, DC 20001                   **STINSON LLP**
202-639-600 (phone)                     230 West McCarty Street
202-639-6066 (fax)                        Jefferson City, MO 65101
jamunson@jenner.com                   573-636-6263 (phone)
jmarshall@jenner.com                    573-636-6231 (fax)
estarr@jenner.com                         chuck.hatfield@stinson.com
                                                          jeremy.root@stinson.com
*Pro hac vice pending*                     alexander.barrett@stinson.com
                                                          alixandra.cossette@stinson.com
                                                          greta.bax@stinson.com