## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

MISSOURI GENERAL ASSEMBLY, )
DENNY HOSKINS, in his official capacity )
as Missouri Secretary of State, and )
STATE OF MISSOURI, )
                         )
    *Plaintiffs*, )
                         )
v.                          )     Case No. 4:25-cv-01535-ZMB
                         )
RICHARD VON GLAHN and )      Hon. Zachary M. Bluestone
PEOPLE NOT POLITICIANS, )
                         )
    *Defendants*. )
                         )

## DECLARATION OF ASHLEY AUNE IN SUPPORT OF DEFENDANTS' SUGGESTIONS IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

I, Ashley Aune, declare as follows:

1.    I am a member of the Missouri House of Representatives, representing District 014. I have served as a State Representative since January 9, 2021.

2.    I also serve as the Minority Floor Leader of the Missouri House of Representatives. I have served in that role since January 8, 2025.

3.    I have personal knowledge of the matters in this declaration and would testify truthfully to them if called upon to do so.

4.    I have been made aware of Case No. 4:25-cv-01535-ZMB, styled *Missouri General Assembly, et al v. Richard von Glahn, et al.,* filed on October 15, 2025.

5.    In that lawsuit, the "Missouri General Assembly" purports to be a Plaintiff to "prevent Defendants Richard von Glahn and People Not Politicians from unconstitutionally

1

usurping the General Assembly's vested authority to reapportion the State of Missouri's congressional representation." Compl. ¶ 11.

6.    The Missouri House of Representatives has not been in session since September 12, 2025.

7.    The Missouri House of Representatives has never held a vote to authorize the Missouri General Assembly's participation as a Plaintiff in *Missouri General Assembly, et al v. Richard von Glahn, et al.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this __30__ day of __October__, 2025

_____
Missouri State Representative Ashley Aune

CORE/3535149.0002/233372056.1