# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

MISSOURI GENERAL ASSEMBLY, )
DENNY HOSKINS, in his official capacity as )
Missouri Secretary of State, and )
STATE OF MISSOURI, )
    )
    *Plaintiffs,* )
    )
v.     )   Case No. 4:25-cv-01535-ZMB
    )
RICHARD VON GLAHN and     )   Hon. Zachary M. Bluestone
PEOPLE NOT POLITICIANS,     )
    )
    *Defendants.* )
    )

## <u>DECLARATION OF DOUG BECK IN SUPPORT OF DEFENDANTS' SUGGESTIONS IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION</u>

I, Doug Beck, declare as follows:

1. I am a member of the Missouri Senate, representing District 1. I have served as a State Senator since January 6, 2021.

2. I also serve as the Minority Floor Leader of the Missouri Senate. I have served in that role since June 30, 2024.

3. I have personal knowledge of the matters in this declaration and would testify truthfully to them if called upon to do so.

4. I have been made aware of Case No. 4:25-cv-01535-ZMB, styled *Missouri General Assembly, et al v. Richard von Glahn, et al.,* filed on October 15, 2025.

5. In that lawsuit, the "Missouri General Assembly" purports to be a Plaintiff to "prevent Defendants Richard von Glahn and People Not Politicians from unconstitutionally usurping the General Assembly's vested authority to reapportion the State of Missouri's congressional representation." Compl. ¶ 11.

6. The Missouri Senate has not been in session since September 12, 2025.

7. The Missouri Senate has never held a vote to authorize the Missouri General Assembly's participation as a Plaintiff in *Missouri General Assembly, et al v. Richard von Glahn, et al.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this \_\_30th\_\_ day of \_October\_ , 2025

Missouri Senator Doug Beck

CORE/3535149.0002/233376430.1