**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| MISSOURI GENERAL ASSEMBLY, DENNY HOSKINS, in his official capacity as Missouri Secretary of State, and STATE OF MISSOURI, | ) ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No. 4:25-cv-01535-ZMB |
| RICHARD VON GLAHN and PEOPLE NOT POLITICIANS, | ) ) ) | Hon. Zachary M. Bluestone |
| *Defendants*. | ) ) ) | |

**DECLARATION OF ALIXANDRA COSSETTE IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS AND MEMORANDUM IN OPPOSITION TO PLAINTIFFS'
MOTION FOR A PRELIMINARY INJUNCTION**

I, Alixandra Cossette, declare as follows:

1.  I am an attorney at the law firm of Stinson LLP and represent the Defendants in this litigation.

2.  I have personal knowledge of the matters in this declaration and would testify truthfully to them if called upon to do so.

3.  Attached as Exhibit A is a true and correct copy of Missouri State Auditor's Office Fiscal Note (26-R004).

4.  Attached as Exhibit B is a true and correct copy of Missouri State Auditor's Office Fiscal Note (20-063).

5. Attached as Exhibit C is a true and correct copy of Missouri State Auditor's Office Fiscal Note (18-R002).

6. Attached as Exhibit D is a true and correct copy of Missouri State Auditor's Office Fiscal Note (26-134).

7. Attached as Exhibit E is a true and correct copy of People Not Politician's Missouri Ethics Commission Report for the period of 8/23/2025 to 9/30/2025.

8. Attached as Exhibit F is a true and correct copy of People Not Politician's First Amended Petition filed in *People Not Politicians v. Hoskins*, No. 25AC-CC07128 (Cole County, Mo.).

9. Attached as Exhibit G is a true and correct copy of Secretary Denny Hoskins' Pre-Trial Brief filed in *People Not Politicians v. Hoskins*, No. 25AC-CC07128 (Cole County, Mo.).

10. Attached as Exhibit H is a true and correct copy of the Joint Stipulation of Facts and Exhibits filed in *People Not Politicians v. Hoskins*, No. 25AC-CC07128 (Cole County, Mo.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of November, 2025

_____

Alixandra Cossette