UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN           DIVISION

| | |
|---|---|
| Missouri General Assembly et )<br>Plaintiff, )<br> )<br>V. )<br> )<br>Richard von Glahn et al. )<br>Defendant. ) | Case No.  4:25-cv-01535 |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Sam Hirsch , move to be admitted pro hac vice to the bar of this court for the purpose of representing Richard von Glahn et al. in this matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

(a)    Full name of the movant-attorney;
        Sam Hirsch

(b)    Name of the firm or letterhead under which the movant practices.  Include the address, telephone number and fax number of the firm;

Name: Jenner & Block LLP
Address: 1099 New York Ave NW Suite 900
City, State Zip: Washington, DC 20001
Phone No.: +1 202 639 6000
Fax No.: +1 202 639 6066

(c)    Email for movant-attorney;
        SHirsch@jenner.com

(d)    Name of the law school(s) movant attended and the date(s) of graduation therefrom;
        Harvard Law School (1993)

(e)    Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| **Jurisdiction** | **Yr. Admitted** | **Reg. Number** |
|---|---|---|
| See attached. | | |
| | | |
| | | |
| | | |

(f)    The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)    Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_Sam Hirsch_
Signature of Movant

**HIRSCH BAR ADMISSIONS**

| | | |
|---|---|---|
| USDC D.C. | No bar # | Admitted 01-05-2004 |
| USCA D.C. Circuit | No bar # | Admitted 12-31-2003 |
| USCA Fourth Circuit | No bar # | Admitted 10-18-2004 |
| USCA Ninth Circuit | No bar # | Admitted 12-08-2006 |
| District of Columbia | 455688 | Admitted 09-05-1997 |
| Maryland | 9506210184 | Admitted 06-21-1995 |
| U.S. Supreme Court | No bar # | Admitted 11-18-2002 |