**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MISSOURI GENERAL ASSEMBLY, *et al.* | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cv-01535-ZMB |
| | ) | |
| RICHARD VON GLAHN, *et al.* | ) | Hon. Zachary M. Bluestone |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## DECLARATION OF ALIXANDRA COSSETTE IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

I, Alixandra Cossette, declare as follows:

1.  I am an attorney at the law firm of Stinson LLP and represent the Defendants in this litigation.

2.  I have personal knowledge of the matters in this declaration and would testify truthfully to them if called upon to do so.

3.  Attached as Exhibit A is a true and correct copy of Defendant's Pretrial Brief filed in *Luther v. Hoskins,* No. 25AC-CC06964 (Cole County, Mo).

4.  Attached as Exhibit B is a true and correct copy of the Complaint filed by State Senator Doug Beck against Attorney General Hanaway with the Office of Chief Disciplinary Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of November, 2025

*Alixandra Cossette*

_____
Alixandra Cossette

1