UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MISSOURI GENERAL ASSEMBLY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-CV-1535-ZMB |
| | ) | |
| RICHARD VON GLAHN & PEOPLE NOT POLITICIANS, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

In accordance with the Memorandum and Order issued today, the Court dismisses this case without prejudice. *See* FED R. CIV. P. 41(b).

So ordered this 8th day of December 2025.

_____
ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE