# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MISSOURI GENERAL ASSEMBLY, ET AL., <br><br> *Plaintiffs,* <br><br> v. <br><br> RICHARD VON GLAHN, ET AL., <br><br> *Defendants.* | Case No. 4:25-cv-01535-ZMB |

## STATE OF MISSOURI'S
## MOTION FOR SANCTIONS AGAINST DEFENDANTS' COUNSEL

Plaintiffs, the Missouri General Assembly, Denny Hoskins in his official capacity as Missouri Secretary of State, and the State of Missouri, respectfully move this Court to sanction Defendants' counsel—Ms. Amunson and Mr. Hatfield—for breaching their duty of candor to this Court pursuant to its inherent authority. For the reasons explained in the accompanying memorandum in support of this motion, Missouri respectfully requests this Court impose appropriate sanctions on Defendants' counsel, including admonishing Defendants' counsel, vacating the Court's dismissal order, reopening the case, striking Defendants' motion to dismiss, and any other sanction this Court deems warranted in its sound discretion.

Dated: December 12, 2025        Respectfully submitted,

**CATHERINE L. HANAWAY**
ATTORNEY GENERAL

s/ *Louis J. Capozzi III*
Louis J. Capozzi III, #77756(MO)
  *Solicitor General*
William James Seidleck, #77794(MO)
  *Principal Deputy Solicitor General*
Graham Miller, #77656(MO)
  *Deputy Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
Old Post Office Building
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (573) 645-9662
Louis.Capozzi@ago.mo.gov
William.Seidleck@ago.mo.gov
Graham.Miller@ago.mo.gov

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2025 the foregoing was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

                                              s/ *Louis J. Capozzi III*