# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MISSOURI GENERAL ASSEMBLY, ET AL., | |
| *Plaintiffs*, | |
| v. | Case No. 4:25-cv-01535-ZMB |
| RICHARD VON GLAHN, ET AL., | |
| *Defendants*. | |

## STATE OF MISSOURI'S
## MOTION TO ALTER THE JUDGMENT

Plaintiffs, the Missouri General Assembly, Denny Hoskins in his official capacity as Missouri Secretary of State, and the State of Missouri, respectfully move this Court to alter its December 8, 2025 judgment (ECF 39) pursuant to Federal Rule of Civil Procedure 59. For the reasons explained in the accompanying memorandum in support of this motion, Missouri respectfully requests this Court alter its judgment, specifically for this Court to vacate its judgment based on Defendants' counsels' potential ethical lapses, *see* ECF 41-1, and based on state court cases illustrating Missouri faced and is facing a legally cognizable harm. At a minimum, this Court should hold this case in abeyance to see if this harm materializes and vacate the alternative *Pullman* holding based on the State lacking an available state law remedy.

Dated: January 5, 2026                     Respectfully submitted,

                            **CATHERINE L. HANAWAY**
ATTORNEY GENERAL

/s/ *Louis J. Capozzi III*
Louis J. Capozzi III, #77756(MO)
  *Solicitor General*
William James Seidleck, #77794(MO)
  *Principal Deputy Solicitor General*
Graham Miller, #77656(MO)
  *Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
Old Post Office Building
815 Olive Street, Suite 200
St. Louis, MO 63101
Phone: (573) 645-9662
Louis.Capozzi@ago.mo.gov
William.Seidleck@ago.mo.gov
Graham.Miller@ago.mo.gov

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2026 the foregoing was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

/s/ *Louis J. Capozzi III*